# EXHIBIT A

Exhibit A
Page 64

Exhibit A
Page 66

Exhibit A
Page 74

Exhibit A
Page 106

Exhibit A
Page 114



Exhibit A
Page 140

Exhibit A
Page 144



Exhibit A
Page 149

Exhibit A
Page 154







Exhibit A
Page 168















Exhibit A
Page 194











**Exhibit A
Page 200**







**Exhibit A**
**Page 204**



Exhibit A
Page 205

