# EXHIBIT D

11/02/2020

Jessica:

Thank you for the time this week with you and your team, discussing yours and Coy Collective business relationship with McCandless Group ("MG").

As we discussed, we want to be clear that it is the evolving business model of MG and the opportunities to grow before us, that are requiring this review. We are reviewing <u>all</u> of our strategic relationships. The goal is to satisfy and implement the due diligence requirements from our legal and business teams. It is very much NOT personal, we think only the best of you and all of our relationships. This is purely a function of where our business must be, with no exceptions, in order to move forward with the plans for growth and expansion we have ready to go.

Here is what we can discuss with you and Coy Collective in order to move forward with our business relationship. Please note that nothing is agreed to until a written, fully executed and mutually agreed upon final agreement exists.

    1.    <u>Coy Collective-MG Deal Terms</u>

        a.    Effective immediately, all current Coy Collective clients on the MG platform, must execute individual Agreements directly between MG and each client, for the service that MG provides for these clients to continue on the MG platform. Details of those agreements below in Section 3.

            i.    If you choose not to facilitate this, MG will honor your Agreements with these clients until December 31, 2020, at which time they will be removed from the MG platform.

            ii.    If the option above is chosen, payment processing for your sites will discontinue on November 30, 2020, so as not to cause any customer to pay for a subscription or content that is not entirely fulfilled (the 30-day cycle).

            iii.    If you choose to have your client's sites removed from the MG platform sooner, MG will cooperate but with the caveat that to ensure no customer lawsuits from this change, all customer subscriptions (max 30 days) must run out prior to the site being brought down, this means that effective immediately all sites would have their payment processing discontinued, and the sites taken down in up to 30 days.

        b.    All future Coy Collective clients that desire to be on the MG platform, must execute individual Agreements directly between MG and said client, for the service that MG provides for these clients.`

    2.    <u>Individual Client Deal Terms:</u>

        a.    Agreement with Coy Collective and MG (which will be specified in each client's individual Agreements) for the revenue generated from these clients will be as follows:

      i.      20% paid first to MG from that client's gross revenue after credit card fees are deducted.

      ii.      The client's revenue percentage, that Coy Collective has negotiated and included in the Agreement, is then paid directly from MG to the client

      iii.      The remaining revenue is then paid to Coy Collective.

3.      <u>Additional deal points:</u>

    a.      All Coy Collective prospects must be approved in advance prior to the first contact with said prospect.  There will be no conflicts after the fact.  Approval must be prior to first discussions with the prospect of any kind about the MG platform, even if said prospect has "signed" with your agency for other non-MG services.

    b.      MG reserves the right to disapprove any prospect for any reason at any time, up until a fully executed and mutually agreed upon Agreement with client exists between MG and client.

      i.      Failure to gain approval as per the above will in every case result in disapproval, no exceptions.

      ii.      If approval for a prospect is granted, 45 days after initial approval, if that prospect has not executed an Agreement with MG, that approval expires and that prospect is back in the greater pool.

    c.      Non-compete, plus 2 years after the Coy Collective-MG agreement is terminated by either party for any reason.  All principles of the Coy Collective now and in the future, must agree to the non-compete.

4.      <u>Technical details:</u>

    a.      These are the major deal points and there will be other details for this agreement.  For instance, that MG will pay up to the date any site is taken down; the disposition of the URL's of sites taken down, and the honoring of the original terms of the Jessica Barlett and Kiki Passo MG deals.

Jessica, again with the sincere utmost respect and appreciation for everything accomplished to date, our hands are most definitely tied on this, we are not at all flexible.  If the result is that you can't accept this and need to move in another direction - perhaps even becoming our competitor- we are fully aware of that and will be helpful during this transition.

Please feel free to text or email me at <u>jason@jasland.com</u>  I am travelling a bit, so I'll be as responsive as possible.

Jason Moskowitz

Partner, Strategic Relations

**Exhibit D**
**Page 240**