COLIN H. ROLFS (State Bar No. 280654)
crolfs@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendants and Counterclaimants
THE COY COLLECTIVE, INC,
JESSICA BARTLETT, COREY LEWIS,
ROBERT HANKINS, and THOMAS DREW

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MCCANDLESS GROUP, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE COY COLLECTIVE, et al.,<br><br>　　　　Defendants. | **CASE NO. 2:21-cv-02069-DOC-KES**<br><br>**NOTICE OF LODGING OF ELECTRONIC EXHIBIT** |
| THE COY COLLECTIVE, et al.,<br><br>　　　　Counterclaimants,<br><br>　　v.<br><br>MCCANDLESS GROUP, LLC and NICHOLAS MCCANDLESS,<br><br>　　　　Counterdefendants. | Assigned to:  Hon. David O. Carter<br>Magistrate Judge: Hon. Karen E. Scott |

566487.1

**THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Counterclaimants The COY Collective, Inc. ("COY"), Jessica Bartlett ("Bartlett"), Corey Lewis ("Lewis"), Robert Hankins ("Hankins"), and Thomas Drew ("Drew") hereby lodge with the Court the electronic copy of the following:

1. Exhibit F - Testimonial (05-10-2022).

Counterclaimants' will deliver a thumb drive of the electronic exhibit to Courtroom 10A no later than June 6, 2022.

DATED: June 6, 2022                Respectfully Submitted,

MILLER BARONDESS, LLP

By:   */s/ Colin H. Rolfs*
      COLIN H. ROLFS
      Attorneys for Defendants and
      Counterclaimants
      THE COY COLLECTIVE, INC,
      JESSICA BARTLETT, COREY LEWIS,
      ROBERT HANKINS, and THOMAS
      DREW