1  COLIN H. ROLFS (State Bar No. 280654)
   crolfs@millerbarondess.com
2  MILLER BARONDESS, LLP
   2121 Avenue of the Stars, Suite 2600
3  Los Angeles, California 90067
   Telephone: (310) 552-4400
4  Facsimile: (310) 552-8400

5  Attorneys for Defendants and
   Counterclaimants
6  THE COY COLLECTIVE, INC,
   JESSICA BARTLETT, COREY LEWIS,
7  ROBERT HANKINS, and THOMAS
   DREW

8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCANDLESS GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE COY COLLECTIVE, et al.,<br><br>Defendants. | **CASE NO. 2:21-cv-02069-DOC-KES**<br><br>**DEFENDANTS' NOTICE OF LODGING OF DEPOSITION TRANSCRIPT IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS**<br><br>Date:   Monday October 2, 2023<br>Time:  8:30 a.m.<br>Place:  Courtroom 10A<br><br>The Hon. David O. Carter<br>and Magistrate Judge Karen E. Scott<br><br>Complaint Filed:      March 8, 2021<br>Discovery Cut-Off:   August 28, 2023<br>Motion Cut-Off:       October 2, 2023<br>Trial:                         November 7, 2023 |
| THE COY COLLECTIVE, et al.,<br><br>Counterclaimants,<br><br>v.<br><br>MCCANDLESS GROUP, LLC and NICHOLAS MCCANDLESS,<br><br>Counterdefendants. | |

634198.1

DEFENDANTS / CROSS-COMPLAINANTS' NOTICE OF LODGING DEPOSITION TRANSCRIPT

1  Defendants The Coy Collective, Inc., Jessica Bartlett, Corey Lewis, Robert Hankins, and Thomas Drew ("Defendants") hereby lodge with the Court the following transcript and exhibits thereto in support of their Motion for Summary Judgment on Plaintiff's Claims:

  1. Transcript of the Deposition of Nicholas McCandless (Tuesday, August 17, 2023).

DATED: September 1, 2023        MILLER BARONDESS, LLP

By:     /s/ *Colin H. Rolfs*
        COLIN H. ROLFS
        Attorneys for Defendants and
        Counterclaimants
        THE COY COLLECTIVE, INC,
        JESSICA BARTLETT, COREY LEWIS,
        ROBERT HANKINS, and THOMAS
        DREW

634198.1

2
NOTICE OF LODGING DEPOSITION TRANSCRIPT