COLIN H. ROLFS (State Bar No. 280654)
crolfs@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, 26th Floor
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendants and Counterclaimants
THE COY COLLECTIVE, INC,
JESSICA BARTLETT, COREY LEWIS,
ROBERT HANKINS, and THOMAS DREW

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCANDLESS GROUP, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE COY COLLECTIVE, et al.,<br><br>　　　　Defendants.<br><br>THE COY COLLECTIVE, et al.,<br><br>　　　　Counterclaimants,<br><br>　　v.<br><br>MCCANDLESS GROUP, LLC and NICHOLAS MCCANDLESS,<br><br>　　　　Counterdefendants. | **CASE NO. 2:21-cv-02069-DOC-KES**<br><br>**DECLARATION OF MATT SILK IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　Monday October 2, 2023<br>Time:　8:30 a.m.<br>Place:　Courtroom 10A<br><br>The Hon. David O. Carter<br>and Magistrate Judge Karen E. Scott<br><br>Complaint Filed:　March 8, 2021<br>Discovery Cut-Off: August 28, 2023<br>Motion Cut-Off:　October 2, 2023<br>Trial:　　　　　November 7, 2023 |

634417.1

DECLARATION OF MATT SILK IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

# DECLARATION OF MATT SILK

I, Matt Silk, declare as follows:

1. I am the Chief Executive Officer ("CEO") of the COY Collective, Inc. ("COY"). I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Defendants' and Counterclaimants' Motion for Summary Judgment.

### Shutting Down COY

2. I was asked by a friend in 2021 to assess a struggling business and then ultimately take over as CEO. That business was The COY Collective, Inc. ("COY"). My friend was an attorney at a law firm that had represented and continues to represent the company. I have been involved in the winddown of COY's operations. All of the original founders of the company (Thomas Drew, Corey Lewis, and Jessica Bartlett) have stopped working for COY. COY permanently shut down all its subscription websites before the end of 2021.

### COY Did Not Make A Profit

3. Attached hereto as **Exhibits A** and **B** are true and correct copies of COY's profit and loss statements for 2020 and 2021. COY never made a profit in 2021 from its subscription website business. After 2021, COY's subscription website business had been shut down, and COY has had no revenue.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of August 2023, at _Austin, Texas_.

_____
Matt Silk

634417.1

2

DECLARATION OF MATT SILK IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**INDEX OF EXHIBITS TO THE DECLARATION OF COREY LEWIS**

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| A. | Cov's Profit and Loss Statement for 2020 | 4-6 |
| B. | Cov's Profit and Loss Statement for 2021 | 7-10 |

# Exhibit A

# Profit and Loss

July - December, 2020

|  | Total |
|---|---:|
| **INCOME** |  |
| Sales of Product Income | 348,484.97 |
| Client Payouts | -269,642.13 |
| **Total Sales of Product Income** | **78,842.84** |
| **Total Income** | **78,842.84** |
| **GROSS PROFIT** | **78,842.84** |
| **EXPENSES** |  |
| Advertising & Marketing |  |
|   Email Marketing | 2,343.52 |
|   Media | 32,400.00 |
|     Social Media App | 60.00 |
|   **Total Media** | **32,460.00** |
|   Referral Fee | 4,900.00 |
|   Website | 98,811.67 |
|     Amazon Hosting Fees | 342.01 |
|   **Total Website** | **99,153.68** |
| **Total Advertising & Marketing** | **138,857.20** |
| Bank Charges & Fees | 172.50 |
|   Registration Fees | 1,000.00 |
| **Total Bank Charges & Fees** | **1,172.50** |
| Content Production |  |
|   Content Creation |  |
|     Location | 7,796.13 |
|     Photoshoot | 2,772.52 |
|       Photographer / Videographer | 35,400.00 |
|     **Total Photoshoot** | **38,172.52** |
|   **Total Content Creation** | **45,968.65** |
|   Ongoing Content Production |  |
|     Makeup | 595.00 |
|     Wardrobe | 3,525.45 |
|   **Total Ongoing Content Production** | **4,120.45** |
| **Total Content Production** | **50,089.10** |
| Contractors |  |
|   Administrative |  |
|     Kayla Jones | 17,520.26 |
|   **Total Administrative** | **17,520.26** |
| **Total Contractors** | **17,520.26** |
| Insurance |  |
|   Liability Insurance | 1,316.35 |
| **Total Insurance** | **1,316.35** |
| Legal & Professional Services |  |
|   Accounting & Bookkeeping Services | 947.51 |

CONFIDENTIAL   COY007494
Page 5

|  |  | Total |
|---|---|---:|
| | Legal Expense | 10,298.00 |
| | **Total Legal & Professional Services** | **11,245.51** |
| | Meals & Entertainment | 818.81 |
| | Memberships & Subscriptions | 345.00 |
| | Office Supplies & Software | 314.85 |
| | Payroll Expenses | |
| |    Employee Training | 50.00 |
| | **Total Payroll Expenses** | **50.00** |
| | Travel | 2,852.59 |
| |    Hotel | 2,360.58 |
| |    Travel Insurance | 45.50 |
| | **Total Travel** | **5,258.67** |
| | **Total Expenses** | **226,988.25** |
| **NET OPERATING INCOME** | | **-148,145.41** |
| **OTHER EXPENSES** | | |
| | Interest Paid | 103.11 |
| | **Total Other Expenses** | **103.11** |
| **NET OTHER INCOME** | | **-103.11** |
| **NET INCOME** | | **$ -148,248.52** |

CONFIDENTIAL                                          COY007495

# Exhibit B

## Profit and Loss
January - December 2021

|  | Total |
|---|---:|
| **INCOME** | |
| Online Product Sales | |
|     Individual Subscription Site Sales | 861,414.47 |
|   **Total Online Product Sales** | **861,414.47** |
| **Total Income** | **861,414.47** |
| **GROSS PROFIT** | **861,414.47** |
| **EXPENSES** | |
| Advertising & Marketing | 387.23 |
|   Email Marketing | 3,706.50 |
|   Media | 1,192.00 |
|     Social Media App | 9,000.00 |
|   **Total Media** | **10,192.00** |
|   Website | 45,863.00 |
|     Amazon Hosting Fees | 1,992.35 |
|   **Total Website** | **47,855.35** |
| **Total Advertising & Marketing** | **62,141.08** |
| Bank Charges & Fees | 357.50 |
|   Wire Fees | 345.00 |
| **Total Bank Charges & Fees** | **702.50** |
| Computer Expense | 17,475.00 |
| Content Production | |
|   Content Creation | |
|     Location | 8,135.14 |
|     Photoshoot | 6,550.88 |
|       Photographer / Videographer | 10,600.00 |
|     **Total Photoshoot** | **17,150.88** |
|     Props | 294.27 |
|     Security | 11,619.93 |
|   **Total Content Creation** | **37,200.22** |
|   Legal Fees - Content Protection | 90,948.99 |
|   Ongoing Content Production | |
|     Wardrobe | 1,942.36 |
|   **Total Ongoing Content Production** | **1,942.36** |
| **Total Content Production** | **130,091.57** |
| Contractors | |
|   Administrative | |
|     Kayla Jones | 19,658.01 |
|   **Total Administrative** | **19,658.01** |
|   Client Payout - Models, Photographers, etc | 378.95 |
|     Alexa Collins | 11,107.83 |
|     Alexis Clark | 41,561.24 |
|     Cristina Dos Passos | 58,778.73 |

|  | Total |
|---|---:|
| Dasha Mart | 4,288.05 |
| Jessica Bartlett | 110,121.93 |
| Joshua Paull | 1,275.00 |
| Kailyn De Los Rios | 147,274.17 |
| Kelsey Gil | 2,261.80 |
| Mason Holly | 1,750.00 |
| Meghan Marie | 5,804.90 |
| Mikayla Demaiter | 272,372.87 |
| Natalie (Nata) Garibotto | 64,428.88 |
| Sabina Maria Kontor | 11,736.87 |
| Sumner Stroh | 3,738.75 |
| Vanessa Christine | 14,729.36 |
| Victoria Doyle | 10,554.25 |
| **Total Client Payout - Models, Photographers, etc** | **762,163.58** |
| **Total Contractors** | **781,821.59** |
| Insurance | |
| Business Insurance | 35.90 |
| **Total Insurance** | **35.90** |
| Legal & Professional Services | |
| Accounting & Bookkeeping Services | 2,603.29 |
| Legal Expense | 154,081.00 |
| Model Management | 55,801.95 |
| **Total Legal & Professional Services** | **212,486.24** |
| Meals & Entertainment | 1,198.47 |
| Medical | |
| Pharmacy | 87.00 |
| **Total Medical** | **87.00** |
| Memberships & Subscriptions | 345.00 |
| Moving & Storage | 406.33 |
| Office Supplies & Software | 1,387.59 |
| Other Business Expenses | -1,039.71 |
| Postage & Shipping | 29.77 |
| Reimbursable Expenses | 11,520.75 |
| Travel | |
| Airfare | 1,591.03 |
| Hotel | 2,500.33 |
| Identification | 179.00 |
| Parking & Tolls | 15.00 |
| Transportation | 1,660.60 |
| Travel Insurance | 159.25 |
| **Total Travel** | **6,105.21** |
| **Total Expenses** | **1,224,794.29** |
| **NET OPERATING INCOME** | **-363,379.82** |
| **OTHER EXPENSES** | |

|  | Total |
|---|---|
| Interest Paid | 1,142.87 |
| **Total Other Expenses** | **1,142.87** |
| NET OTHER INCOME | -1,142.87 |
| NET INCOME | $ -364,522.69 |

