COLIN H. ROLFS (State Bar No. 280654)
crolfs@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, 26th Floor
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendants and Counterclaimants
THE COY COLLECTIVE, INC,
JESSICA BARTLETT, COREY LEWIS,
ROBERT HANKINS, and THOMAS DREW

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCANDLESS GROUP, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>THE COY COLLECTIVE, et al.,<br><br>   Defendants.<br>_____<br>THE COY COLLECTIVE, et al.,<br><br>   Counterclaimants,<br><br>   v.<br><br>MCCANDLESS GROUP, LLC and NICHOLAS MCCANDLESS,<br><br>   Counterdefendants. | **CASE NO. 2:21-cv-02069-DOC-KES**<br><br>**DECLARATION OF PETE ROMANO IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   Monday October 2, 2023<br>Time:   8:30 a.m.<br>Place:  Courtroom 10A<br><br>The Hon. David O. Carter<br>and Magistrate Judge Karen E. Scott<br><br>Complaint Filed:       March 8, 2021<br>Discovery Cut-Off:   August 28, 2023<br>Motion Cut-Off:        October 2, 2023<br>Trial:                         November 7, 2023 |

633989.1

Case No. 2:21-cv-02069-DOC-KES

## DECLARATION OF PETE ROMANO

I, Pete Romano, declare as follows:

1. I am the owner of Segwik, LLC ("Segwik"), a website development company. I have knowledge of the facts set forth herein from personal knowledge, and if called as a witness, I could and would competently testify to all of said facts.

2. In late 2020, Segwik was retained by the Coy Collective, Inc. ("COY") to build websites for its clients to sell subscription content. My instructions were to build sites with the basic functionality of OnlyFans.

3. I understand that McCandless Group, LLC ("MG") was COY's prior developer. Segwik was never provided with a document describing the technology stack for the websites built by MG. No one from COY described MG's tech stack to Sedgwick orally or in writing. Segwik did not have or use any technical information about MG's websites in building websites for COY's clients.

4. Segwik had an existing technology platform, which Segwik uses with multiple clients and which it developed before Segwik was retained by COY. Sedgwick used this existing platform to build sites for COY's clients.

5. There were only a few elements of the websites for COY's clients that Segwik had to build, including some frontend architecture. The two major commonly used options for frontend architectures are Angular and React. Segwik used Angular for the frontend architecture of the websites it built for COY's clients. There are also two major commonly used options for database architecture, RDS and MongoDB. For the database architecture of the websites for COY's clients, Segwik used RDS.

6. Segwik never obtained or attempted to obtain any of the source code for any of MG's websites or any of the software or technologies MG used to build the sites.

7. The only data Segwik obtained from the old websites that MG built

for COY was COY's clients' own data—*i.e.*, identities and emails of the clients' subscribers, clients' chat history, and clients' photos and videos. No other information was obtained from the websites MG had built for COY. As I mentioned earlier, Sedgwick had an existing technology platform that we used to build sites for COY's clients. Sedgwick did not need any technical information about what MG had done. My understanding was that the only information COY required to move forward was COY's clients' own data, so that is the only information that was collected. No technical information or code was ever obtained from MG's websites.

Executed on this  30  th day of August, 2023, at  Jersey City, New Jersey  .

_____
Pete Romano