COLIN H. ROLFS (State Bar No. 280654)
crolfs@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendants and Counterclaimants
THE COY COLLECTIVE, INC,
JESSICA BARTLETT, COREY LEWIS,
ROBERT HANKINS, and THOMAS DREW

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCANDLESS GROUP, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE COY COLLECTIVE, et al.,<br><br>　　　　Defendants.<br><br>THE COY COLLECTIVE, et al.,<br><br>　　　　Counterclaimants,<br><br>　v.<br><br>MCCANDLESS GROUP, LLC and NICHOLAS MCCANDLESS,<br><br>　　　　Counterdefendants. | **CASE NO. 2:21-cv-02069-DOC-KES**<br><br>**DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>[Filed Concurrently with Declaration of Colin H. Rolfs; and [Proposed] Order]<br><br>Date:　Monday October 2. 2023<br>Time:　8:30 a.m.<br>Place:　Courtroom 10A<br><br>The Hon. David O. Carter<br>and Magistrate Judge Karen E. Scott<br><br>Complaint Filed:　　March 8, 2021<br>Discovery Cut-Off:　August 28, 2023<br>Motion Cut-Off:　　October 2, 2023<br>Trial:　　　　　　　November 7, 2023 |

635637.1

DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Civil Local Rule 79-5.2.2(b), Defendants The Coy Collective, Inc, Jessica Bartlett, Corey Lewis, Robert Hankins, and Thomas Drew ("Defendants") hereby submit an application to seal the following documents filed in connection with Defendants' Motion for Summary Judgment on Plaintiff's Claims (the "Motion"):

(1) [Unredacted] Motion;

(2) [Unredacted] Statement of Uncontroverted Facts

(3) [Unredacted] Declaration of Colin Rolfs

(4) [Unredacted] Declaration of Sarah Bostwick

(5) [Unredacted] Declaration of Corey Lewis

(6) [Unredacted] Declaration of Thomas Drew

(7) [Unredacted] Declaration of Jessica Bartlett

These include materials that Plaintiff has designated as confidential pursuant to the Stipulated Protective Order and that Plaintiff requested be filed under seal in connection with Defendants' Motion for Summary Judgment. Defendants have filed redacted public versions of all documents with redactions for the portions that Defendants understand that Plaintiff seeks to seal. The parties have conduced the meet and confer required by Civil Local Rule 79-5.2.2(b), as set forth in the accompanying Declaration of Colin Rolfs.

Defendants take no position on the sealing of these documents but deny that Plaintiff has any claim under the Defend Trade Secrets Act, as set forth in their Motion.

Pursuant to Civil Local Rule 79-5.2.2(b), Plaintiff may file a declaration supporting sealing these materials.

1 | DATED: September 1, 2023        MILLER BARONDESS, LLP

By:    /s/ *Colin H. Rolfs*
          COLIN H. ROLFS
          Attorneys for Defendants and Counterclaimants
          THE COY COLLECTIVE, INC, JESSICA BARTLETT, COREY LEWIS, ROBERT HANKINS, and THOMAS DREW