COLIN H. ROLFS (State Bar No. 280654)
crolfs@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, 26th Floor
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendants and Counterclaimants
THE COY COLLECTIVE, INC,
JESSICA BARTLETT, COREY LEWIS,
ROBERT HANKINS, and THOMAS DREW

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MCCANDLESS GROUP, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>THE COY COLLECTIVE, et al.,<br><br>  Defendants. | **CASE NO. 2:21-cv-02069-DOC-KES**<br><br>**DECLARATION OF COLIN H. ROLFS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  Monday October 2, 2023<br>Time:  8:30 a.m.<br>Place:  Courtroom 10A<br><br>The Hon. David O. Carter<br>and Magistrate Judge Karen E. Scott<br><br>Complaint Filed: March 8, 2021<br>Discovery Cut-Off: August 28, 2023<br>Motion Cut-Off: October 2, 2023<br>Trial: November 7, 2023 |
| THE COY COLLECTIVE, et al.,<br><br>  Counterclaimants,<br><br>  v.<br><br>MCCANDLESS GROUP, LLC and NICHOLAS MCCANDLESS,<br><br>  Counterdefendants. | |

**[UNREDACTED VERSION OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL]**

634612.1

DECLARATION OF COLIN H. ROLFS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

# DECLARATION OF COLIN H. ROLFS

I, Colin H. Rolfs, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a Counsel with Miller Barondess, LLP, counsel of record for Defendants and Counterclaimants The COY Collective, Inc. ("COY") and Jessica Bartlett and Defendants Corey Lewis, Robert Hankins, and Thomas Drew. I have knowledge of the facts set forth herein from personal knowledge and the records of my firm, and if called as a witness, I could and would competently testify to all of said facts. I make this declaration in support of Defendants' and Counterclaimants' Motion for Summary Judgment.

**Deposition Testimony, Deposition Exhibits, And Produced Documents**

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of Nicholas McCandless's ("McCandless") deposition taken on August 17, 2023.

3. Attached hereto as **Exhibit B** is a true and correct copy of Exhibit 13 referenced in the deposition of McCandless on August 17, 2023.

4. Attached hereto as **Exhibit C** is a true and correct copy of Exhibit 10 referenced in the deposition of McCandless on August 17, 2023.

5. Attached hereto as **Exhibit D** is a true and correct copy of Exhibit 11 referenced in the deposition of McCandless on August 17, 2023.

6. Attached hereto as **Exhibit E** is a true and correct copy of Exhibit 22 referenced in the deposition of McCandless on August 17, 2023.

7. Attached hereto as **Exhibit F** is a true and correct copy of Exhibit 24 referenced in the deposition of McCandless on August 17, 2023.

8. Attached hereto as **Exhibit G** is a true and correct copy of Exhibit 16 referenced in the deposition of McCandless on August 17, 2023.

9. Attached hereto as **Exhibit H** is a true and correct copy of Exhibit 18 referenced in the deposition of McCandless on August 17, 2023.

10. Attached hereto as **Exhibit I** is a true and correct copy of Exhibit 7 referenced in the deposition of McCandless on August 17, 2023.

11. Attached hereto as **Exhibit J** is a true and correct copy of Exhibit 27 referenced in the deposition of McCandless on August 17, 2023.

12. Attached hereto as **Exhibit K** is a true and correct copy of Exhibit 20 referenced in the deposition of McCandless on August 17, 2023.

13. Attached hereto as **Exhibit L** is a true and correct copy of Exhibit 19 referenced in the deposition of McCandless on August 17, 2023.

14. Attached hereto as **Exhibit M** is a true and correct copy of Exhibit 4 referenced in the deposition of McCandless on August 17, 2023.

15. Attached hereto as **Exhibit N** is a true and correct copy of Exhibit 5 referenced in the deposition of McCandless on August 17, 2023.

16. Attached hereto as **Exhibit O** is a true and correct copy of Exhibit 6 referenced in the deposition of McCandless on August 17, 2023.

17. Attached hereto as **Exhibit P** is a true and correct copy of Exhibit 1 referenced in the deposition of McCandless on August 17, 2023.

18. Attached hereto as **Exhibit Q** is a true and correct copy of Exhibit 2 referenced in the deposition of McCandless on August 17, 2023.

19. Attached hereto as **Exhibit R** is a true and correct copy of Exhibit 12 referenced in the deposition of McCandless on August 17, 2023.

20. Attached hereto as **Exhibit S** is a true and correct copy of Exhibit 14 referenced in the deposition of McCandless on August 17, 2023.

21. Attached hereto as **Exhibit T** is a true and correct copy of Exhibit 15 referenced in the deposition of McCandless on August 17, 2023.

22. Attached hereto as **Exhibit U** is a true and correct copy of Exhibit 17 referenced in the deposition of McCandless on August 17, 2023.

23. Attached hereto as **Exhibit V** is a true and correct copy of Exhibit 8 referenced in the deposition of McCandless on August 17, 2023.

24. Attached hereto as **Exhibit W** is a true and correct copy of Exhibit 9 referenced in the deposition of McCandless on August 17, 2023.

25. Attached hereto as **Exhibit X** is a true and correct copy of a document produced by Plaintiff, Bates-stamped MCCANDLESS031149—MCCANDLESS031151.

26. Attached hereto as **Exhibit Y** is a true and correct copy of a document produced by Plaintiff, Bates-stamped MCCANDLESS031270—MCCANDLESS031271.

### Plaintiff Has Not Produced An Expert Report

27. The expert disclosure deadline in this case was August 9, 2023. That day, at 9:26 p.m., McCandless Group, LLC ("MG") and McCandless served their "expert disclosures." Attached hereto as **Exhibit Z** is a true and correct copy of MG's and McCandless' "expert disclosures."

28. MG's and McCandless' disclosure identified Juli Saitz as a retained expert on damages but did not include any report. To this day, MG and McCandless have not produced a report from Juli Saitz or any other expert.

29. MG and McCandless' first set of requests for production to COY did not include any requests for COY's financial information. (*See* Dkt. 173-1.) On July 13, 2023, MG and McCandless served their second set of requests for production to COY. Attached hereto as **Exhibit AA** is a true and correct copy of these requests. These sought financial discovery from COY for the first time. COY's responses to these requests were due August 14, 2023—after expert disclosures.

30. MG and McCandless suggested in their *Ex Parte* Application to Continue Trial, which the Court denied, that COY did not produce any financial records that their expert could have used to prepare a report. This is false. MG and McCandless' first set of requests for production to COY did not include any requests for COY's financial information. COY, however, has its own

634612.1

4

DECLARATION OF COLIN H. ROLFS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

1. counterclaims to support and so produced comprehensive and detailed financial statements for COY.

31. On July 13, 2023, COY produced monthly profit-and-loss, cash flow, and balance sheets for each month from the start of its operations through the end of 2021. These records include all periods COY was operating its subscription websites at issue and several months afterwards. COY provided these to its own damages expert, who relied on them for COY's expert report. MG and McCandless' expert could have done the same.

### Public Technologies

32. Attached hereto as **Exhibit BB** is a true and correct copy of an article posted on MongoDB's website entitled "How to Use MERN Stack: A Complete Guide." This article is available at https://www.mongodb.com/languages/mern-stack-tutorial.

33. Attached hereto as **Exhibit CC** is a true and correct copy of a tutorial on using React Redux. This document is available at https://react-redux.js.org/introduction/getting-started. There are additional tutorials for using React Redux available on https://react-redux.js.org/, the official React bindings for Redux.

34. Attached hereto as **Exhibit DD** is a true and correct copy of a detailed documentation on FFmpeg, a media converter that reads a variety of inputs, filters, and transcode them into a plethora of output formats. This document is available at https://ffmpeg.org/ffmpeg.html#Synopsis.

35. Attached hereto as **Exhibit EE** is a true and correct copy of the official website of TinyPNG, an image compressor. It explains TinyPNG's function and how it works. This page is available at https://tinypng.com/.

36. Attached hereto as **Exhibit FF** is a true and correct copy of the product overview page for Amazon S3 (Amazon Simple Storage Service), a data storage service. This page is available at https://aws.amazon.com/s3/?nc=sn&loc=1.

37. Attached hereto as **Exhibit GG** is a true and correct copy of the product overview page for Amazon CloudFront, a content delivery network service. This page is available at https://aws.amazon.com/cloudfront/.

38. Attached hereto as **Exhibit HH** is a true and correct copy of a "Beginner's Guide" for Nginx, an open-source web server software used for reverse proxy, load balancing, and caching. This document is available at http://nginx.org/en/docs/beginners_guide.html.

39. Attached hereto as **Exhibit II** is a true and correct copy of the "Get Started" page of the official site for Socket.IO, a library that enables real-time communication. This page is available at https://socket.io/get-started/chat.

40. Attached hereto as **Exhibit JJ** is a true and correct copy of a page on CCBill's official website entitled "CCBill Pay Account Features." This page is available at: https://ccbill.com/doc/ccbill-pay-account-features.

41. Attached hereto as **Exhibit KK** is a true and correct copy of an article posted on the official site for MongoDB entitled "Building a REST API with Express, Node, and MongoDB." This page is available at https://www.mongodb.com/languages/express-mongodb-rest-api-tutorial.

42. Attached hereto as **Exhibit LL** is a true and correct copy of the "Getting Started" page for Amazon EC2, a hosting service. This page is available at https://aws.amazon.com/ec2/getting-started/.

43. Attached hereto as **Exhibit MM** is a true and correct copy of a blog post entitled "Using S3 to Store Media Files" posted on the Amazon AWS website. This article is available at https://aws.amazon.com/blogs/aws/using_s3_to_sto/.

44. Attached hereto as **Exhibit NN** is a true and correct copy of the FAQs page for Amazon Route 53. This page is available at https://aws.amazon.com/route53/faqs/.

45. Attached hereto as **Exhibit OO** is a true and correct copy of the FAQs page for Amazon CloudWatch. This page is available at

https://aws.amazon.com/cloudwatch/faqs/.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of September 2023, at Los Angeles, California.

                /s/ *Colin H. Rolfs*
                Colin H. Rolfs

**INDEX OF EXHIBITS TO THE DECLARATION OF COLIN H. ROLFS**

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| A. | Excerpts from the transcript of Nicholas McCandless's ("McCandless") deposition taken on August 17, 2023 | 10-127 |
| B. | Exhibit 13 referenced in the deposition of McCandless on August 17, 2023 | 128-130 |
| C. | Exhibit 10 referenced in the deposition of McCandless on August 17, 2023 | 131-159 |
| D. | Exhibit 11 referenced in the deposition of McCandless on August 17, 2023 | 160-162 |
| E. | Exhibit 22 referenced in the deposition of McCandless on August 17, 2023 | 163-170 |
| F. | Exhibit 24 referenced in the deposition of McCandless on August 17, 2023 | 171-173 |
| G. | Exhibit 16 referenced in the deposition of McCandless on August 17, 2023 | 174-175 |
| H. | Exhibit 18 referenced in the deposition of McCandless on August 17, 2023 | 176-177 |
| I. | Exhibit 7 referenced in the deposition of McCandless on August 17, 2023 | 178-191 |
| J. | Exhibit 27 referenced in the deposition of McCandless on August 17, 2023 | 192-207 |
| K. | Exhibit 20 referenced in the deposition of McCandless on August 17, 2023 | 208-211 |
| L. | Exhibit 19 referenced in the deposition of McCandless on August 17, 2023 | 212-216 |
| M. | Exhibit 4 referenced in the deposition of McCandless on August 17, 2023 | 217-229 |
| N. | Exhibit 5 referenced in the deposition of McCandless on August 17, 2023 | 230-243 |
| O. | Exhibit 6 referenced in the deposition of McCandless on August 17, 2023 | 244-257 |
| P. | Exhibit 1 referenced in the deposition of McCandless on August 17, 2023 | 258-276 |
| Q. | Exhibit 2 referenced in the deposition of McCandless on August 17, 2023 | 277-282 |
| R. | Exhibit 12 referenced in the deposition of McCandless on August 17, 2023 | 283-297 |
| S. | Exhibit 14 referenced in the deposition of McCandless on August 17, 2023 | 298-307 |
| T. | Exhibit 15 referenced in the deposition of McCandless on August 17, 2023 | 308-312 |
| U. | Exhibit 17 referenced in the deposition of McCandless on August 17, 2023 | 313-314 |

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| V. | Exhibit 8 referenced in the deposition of McCandless on August 17, 2023 | 315-316 |
| W. | Exhibit 9 referenced in the deposition of McCandless on August 17, 2023 | 317-318 |
| X. | Bates-stamped document MCCANDLESS031149—MCCANDLESS031151 | 319-322 |
| Y. | Bates-stamped MCCANDLESS031270—MCCANDLESS031271 | 323-325 |
| Z. | MG's and McCandless' "expert disclosures." | 326-344 |
| AA. | McCandless Request for Production of Documents to The McCoy Collective (Set Two) | 345-355 |
| BB. | Entitled article "How to Use MERN Stack: A Complete Guide." | 356-380 |
| CC. | A tutorial on using React Redux | 381-386 |
| DD. | Detailed documentation on FFmpeg, a media converter that reads a variety of inputs, filters, and transcode them into a plethora of output formats | 387-438 |
| EE. | Official website of TinyPNG, an image compressor | 439-442 |
| FF. | Product overview page for Amazon S3 (Amazon Simple Storage Service), a data storage service | 443-451 |
| GG. | Product overview page for Amazon CloudFront | 452-460 |
| HH. | "Beginner's Guide" for Nginx | 461-468 |
| II. | "Get Started" page of the official site for Socket.IO | 469-480 |
| JJ. | A page on CCBill's official website entitled "CCBill Pay Account Features." | 481-492 |
| KK. | Article entitled "Building a REST API with Express, Node, and MongoDB." | 493-511 |
| LL. | "Getting Started" page for Amazon EC2 | 512-523 |
| MM. | Blog post entitled "Using S3 to Store Media Files" posted on the Amazon AWS website | 524-526 |
| NN. | FAQs page for Amazon Route 53 | 527-559 |
| OO. | FAQs page for Amazon CloudWatch | 560-595 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400