# EXHIBIT G

| From: | Nick McCandless |
| Sent: | Wednesday, August 19, 2020 1:55 PM EDT |
| To: | monna@lipps.la |
| Subject: | Official Madi Teeuws Digital Platform |

Hey Madi,

This is Nick McCandless from Instagram. I had reached out to you via DM regarding working together and you asked that I shoot you an email. Have you ever thought about monetizing your fanbase through having your own subscription and locked content website platform? We work with several big time models and see a ton of potential in you! We don't charge anything as we operate on revenue share.

We built the official platform of @francescafarago @nataliesng @thepandora.k @cleatsandcleavage @kikipasso @jessicambartlett @lindsaymariebrewer @kendelkay and hundreds of other models! You can see these sites at the links below:

FrancescaExclusive.com
SexyNatGVIP.com
KikiPasso.com
PandoraKaaki.com
IAmAvaFiore.com
JessicaMBartlett.com
LindsayMarieBrewer.com
TheKendelKay.com

We customize and tailor the site to you and have seen incredible results with many of our talents making six figures a month. We offer both self managed and fully managed options with self managed operating at a 80/20 revenue share and fully managed operating at a 60/40 revenue share.

Would love to discuss further and launch a major success for you!



**Nick McCandless**
Owner/Founder
McCandless Group

919-791-6441
nick@nickmccandless.com
www.nickmccandless.com

EXHIBIT
16
McCandless

MCCANDLESS007392

# EXHIBIT H

| From: | Nick McCandless |
|---|---|
| Sent: | Friday, January 17, 2020 4:10 PM EST |
| To: | info@natagata.com |
| Subject: | Official Natalia Garibotto Website Platform |

Hey Natalia!

This is Nick McCandless from Instagram. We had chatted briefly on Instagram and you asked me to shoot you an email with information on this opportunity. Have you ever thought about monetizing your audience with your **OWN** website platform? I work with several big time models and see a ton of potential in you 💅☐ I believe you know Jessica Bartlett and Kiki Passo who I both work with.

I have worked with many women on growing their income through their **OWN** website platform. Check out JessicaMBartlett.com for example. She recently launched and is killing it! I cover all of the costs and we operate on revenue share. You also own your subscribers, data and all of your content.

We would design the website specifically for you where you can build up a large subscriber base on your own network that you own and have control over rather than the other platforms out there where they own and control all of the data and can change things at any moment.

I look forward to discussing this further with you!



**Nick McCandless**

Owner/Founder

McCandless Group

919-791-6441

nick@nickmccandless.com

www.nickmccandless.com



EXHIBIT
8
McCandless

PENGAD 800-631-6989

MCCANDLESS002194

# EXHIBIT I

| | |
|---|---|
| From: | Nick McCandless |
| Sent: | Friday, October 2, 2020 9:52 PM EDT |
| To: | Dante Deiana |
| Subject: | Re: Ellie-Jean Coffey Interview |
| Attachments: | McCandless Group Deck.pdf, .htm |

Thanks again Dante! Looking forward to seeing what you come up with, we think it went great!
We are also extra excited to give you an exclusive for Barstool in about a month, can't reveal it
now, but if you think this is news, this is NOTHING compared to what's in store. I have attached
our deck for this venture that gives some insight into what we do and of course am available to
help in any way on delivering this to the Barstool audience in a successful manner.



MCCANDLESS008977





MCCANDLESS000079



# WHY INFLUENCERS ARE FLOCKING TO OUR PLATFORM

## Subscriptions

Monetize your audience by converting them to paid subscribers and a substantial recurring monthly revenue stream.

## Your Own Website

We build your site using your URL. You control the branding and the type of content you offer.

## Exclusive Content

Share exclusive content with your subscribers on your schedule.

## Content Protection

You are protective of your content and so are we. We will vigorously protect your content and work to remove any leaked content.

## Locked Content

Monthly subscribers get access to your VIP content, but you can offer special content at a pay-per-view price.

## Subscriber Data

You have complete access to your subscriber information including name, email and revenue received.

## Chat with Fans

Subscribers can chat directly with our influencers. Offer locked content directly through the chat portal.

## New Opportunities

We continually work to add new features and additional revenue opportunities.

MCCANDLESS008981









# YOUTUBE CREATORS

The Ace Family is one of the most successful Youtube channels with 19m subscribers. We host their VIP Club where fans have exclusive insider access to the family through special videos, live streaming, chat with the family, and opportunities to win trips to special Ace Family hosted events.

Our proprietary technology allows all creators to build similar experiences for their fans and to monetize their audiences like never before.

MCCANDLESS008085





MCCANDLESS008987



MCCANDLESS0003083



# EXHIBIT J

iMessage
May 24, 2020, 7:52 PM

Hey it's Mikayla Demaiter, messaged you on IG but figured this would be a better way to do it!! So I'm looking to start my own VIP website but I'm not entirely sure how that works??

> Hey Mikayla! Great to hear from you! How's your weekend going?

> Sure! So we design and build out your site and manage all of the technical aspects as well as cover all of the costs in running a full fledged site like this and we operate on a 75/25 revenue share with 75% going to you. We work with over 200 models and some of our models are making 7 figures a year so we work very closely with the models to make the most money possible

> Once we have a signed agreement, we have the site ready for launch within 2 weeks 👍

May 24, 2020, 9:38 PM

Having a great weekend ! Hope you are too!

That sounds good! How much do you typically charge for the website development??? ... just trying to get a rough idea!

> For the model sites I don't charge anything because we operate on revenue share so no cost 👍

May 25, 2020, 10:46 AM

Oh perfect! Sorry asking so many questions hahah but would I get creative freedom over the website and post kinda whenever???



> 100% its your site. We just ask that you post and promote it regularly as that's what will make it successful and we are investing into your site because we know if you use and promote it, you will make a killing!

CONFIDENTIAL

MCCANDLESS022791

Yes of corse would plan on posting daily ! 😅 how do girls with my following typically do?? I am trying to plan ahead so I can get lots of content ready!! I was thinking of having a the site ready to go on July 1st!

> We could actually have your site ready to go before then if you wanted to. It takes us about two weeks to fully build out and design everything. With your following and engagement, most of the models I work with in that range are making $10k-$30k a month, it really varies
>
> That's why I will be working closely with you to show you how the top earners are doing it. And then your income will increase over time as you grow. I have several models making 7 figures a year from their sites

May 25, 2020, 7:01 PM

Oh that's awesome! You guys build it so quick that's soooo nice WOWZA!!!I think I would wanna go July 1st though just wanna make sure I have all my photos together so when it starts I am ready to gooo 😅 ! Last 2 questions haha... If I decided I wanted to end my website eventually one day (I really don't think I will)  how would that work?? Also is there a way to make sure my exclusive photos don't get shared??

Thank you so much for answering all these questions!!!

Is there a contact duration? And do I pay you the 25%? (Sorry a couple more haha)

> In terms of ending it, we would just need notice to prepare for the closing of the site as we would need to alert customers and cut off auto billing and such so people don't continue to be charged for a site that won't continue to be operational.
>
> Yes we have a full team and technology dedicated to making sure your content is not leaked. People using things like OnlyFans and Patreon have their stuff leaked everywhere which is why most high profile models work with us as they care about their brand and image

CONFIDENTIAL

MCCANDLESS022792

In terms of contract duration, we typically do 2 years, as we invest a lot of money and time into making sure our models succeed, but if you wanted to start with something shorter like 12 months to start, I'm willing to do that for you as I know you will be more than happy working with me and my company.

You don't have to worry about paying anything as the 25% is just taken out so you get paid the 75% and you don't have to worry about any of the accounting or anything

May 25, 2020, 9:32 PM

Oh perfect thank you for all the info! Do you guys work through PayPal? I would love to sign a contact with you guys and get everything started 😊 !!

We can payout via Paypal or Direct Deposit, either works 👍

Awesome! All I need from you to draft that up for you is the following:

Photo of ID for 18+ Age Verification

Email

Physical Address

Once I have those, I'll draft it up and send it over so we can begin

May 26, 2020, 8:30 PM

Hey Mikayla, just wanted to check in and verify that you got my texts last night. We are excited to get started!

May 26, 2020, 9:58 PM

Hey yessss I'm on it! Just talking to the family and boyfriend about it and informing them on my plans then will get it to you within the week! 😊

Sounds great! Looking forward to working with you!

CONFIDENTIAL

MCCANDLESS022793

May 27, 2020, 2:54 PM

Here is my photo ID:



My email is: mikdemaiter@gmail.com

Physical address:
15 iris court
Chatham
Ontario
Canada
N7l5n7

CONFIDENTIAL

Let me know if you need anything else from me😊

Perfect! I will be shooting over the agreement to you shortly so that we can get started 👍

Awesome, thanks so much!

Agreement sent to your email via DocuSign. Let me know if you have any questions, excited to get started!

Perfect! Will take a bit to read and go through it then will get it back to you ! 😊 very excited to start working with you !

Sure thing! I am here for any and all questions

Perfect... thank you so much !



May 29, 2020  5:29 PM

Hey Mikayla! Just thought I would check in and see if you had any questions about the agreement

May 29, 2020, 10:00 PM

Hey Nick!! Sorry just finished a 10 hour shift, just getting to my messages now, still looking over the contact ! I looked at the part 8.1-8.6 which was the portion of breaching contract and the only one that gives me any questions was daily content, I talked to a couple girls and some said they post daily or every couple days so is 5/7 days a week okay?? I know i get busy with school in the winter! Just wanna make sure I follow everything to a tee !! also are you able to explain how the private messages typically work?!

Of course, I don't strictly enforce that at all, I just want to make sure that since I'm investing money and time into this that the model is committed to it, but I can update

this that the model is committed to it, but I can update the agreement to state 5/7 days a week

To explain the rest, do you have a couple minutes for me to call you? Much easier to explain

Just sent you the agreement with an updated 8.2

Thank you so much for doing that so quickly! I'm just getting all my questions together before I call you! 😊

Sure thing! I am excited to get the ball rolling with you as I know we are going to make a LOT of money together 😊

Not sure what your job is, but I would be willing to bet that you won't need it shortly after we launch your site as I know you're going to kill it!

Oh YASS I'm super excited to get the ball rolling as well!!! 

I just have a quick question before we call when it comes to term and termination it says "this agreement shall commence on the effective date and shall continue period of three years (the initial term) and shall renew for successive three year periods." Does this mean this is a three year contract?? Am I able to do a one year contract to start?

Because we invest a considerable amount of money and time into each site, we just want to ensure the model is onboard to make a lot of money with us for a good amount of time, but I understand your concern. How about I change it to 18 months?

I'm super excited to work with you and make money and I also want to invest a lot of time in it as well to monetize my following as much as possible!!! 😊 am I able to do one year to start?? I know that is probably shorter than most models but I want to start a bit shorter to see how it goes and get my foot in the door !!!

Ok I'll do 12 months on your agreement to start, I just ask

CONFIDENTIAL

MCCANDLESS022796

that you keep that between us as I very rarely offer a term that short

Sent updated agreement

Thank you so much! Means a lot, looked at it, looks good! Yes of corse will keep that between us😊!

Just to keep an open conversation I'm not planning on doing nudity, I may progress eventually to doing hand bras and such but just need to progress to that as I'm currently 20 haha !!

I'm just getting someone to look over it to do the diligence!!!😊 If that all sounds good to you, can I give you a call?

Completely understand on the non-nudity 

Sounds good! Are you available tomorrow? I'm going to a dinner meeting now and it will be late, so better for us to connect tomorrow so I can better explain how it all works

Oh perfect !! That works for me! What time works best for you?

How does 5pm PST tomorrow sound?

That works for me! Talk to you tomorrow😊

Awesome! Call you then! 👍 Have a great night

You as well!!!

May 30, 2020  7:06 PM

Hey Nick! I just got called into work on short notice are we able to push the phone call to tomorrow at 5pm PST?! 😬

So so sorry for the short notice !!!😬

That works! No problem 👍

Oh perfect thank you so much!!! Have a great night !

You too 👍

May 31, 2020, 7:54 PM

Hey Mikayla, can I call you now?

Yes ! 😊

Jun 6, 2020, 1:16 AM

Hey Mikayla! Just thought I would check in and see where
things stand

Jun 6, 2020, 9:56 AM

Hey Nick! Thanks for checking in !!! I will have it signed by
end of next week 😆 😆 so excited !!

Awesome! Excited to get started 👍

Jun 11, 2020, 12:26 PM

I just have a couple more questions of my own before I
get what the lawyer says back....

1. Am I the owner of all the content? (The pictures)
2. For section 11 am I able to add medical illness or
incapacitation?
3. Can you briefly go over section 7.2&9&10?

I'm gunna push it back another bit, my lawyer is taking a
bit longer time then I expected unfortunately .... just want
to ensure they are doing it right I guess !!!! So sorry ! 😖

1) Yes you own all of the content

2) Sure, that is fine, but I'm also very reasonable and fair.
Life has surprises, I understand that completely and I'm
not in the business of strictly enforcing legal provisions.
I'm just here to help everyone make as much money as
possible and succeed

3) 7.2 states that we have the right to act as your
Copyright agent so that if content is ever leaked out, we
can get it taken down for you

9 is saying that if you did something illegal on the site like
stole someone's content and posted it and they wanted to
sue us for it being on one of our sites, we wouldn't be
liable as we didn't post the content

Section 10 just explains that in the case of short outages
which almost never happen you can't sue us for downtime
or anything like that

It's just basic contract stuff to protect both yourself and
us, at the end of the day, the focus is on making everyone
money, we just have to make sure we don't run into
someone getting sue happy for ridiculous reasons as we
are a legit business and work with many of the biggest
models out there so must protect our company

Jun 11, 2020, 10:09 PM

Thank you so much for explaining that to me!

Of course!

Anytime

Jun 12, 2020, 8:09 AM

Excited to get started, across the board our models are
killing it right now and can't wait to get you up and going
👍

Jun 12, 2020, 10:35 AM

Beyond excited as well! Have been getting my content
together and can't wait to start posting it!

Awesome 👍

Jun 20, 2020, 1:00 PM

Hey Mikayla! How have you been? Just thought I would check back in and see where things stand

Jun 21, 2020, 10:46 PM

Hey Nick, so me and my family had two separate lawyers look over the contract and said that I should not sign it because there was quite a few red flags. If we hear that from lawyers then I will not sign it. I know the other girls said they signed it and have had no problems AT ALL! and I completely believe them, but I have to be smart and protect myself. I would personally really like to work with you and your company. We would make a lot of money together as I am finding out. Is there anyway we could come to a compromise/go over a couple aspects of the contract just so my family is all good with it ?! Sorry to be such a pain but really wanna do it right! 😊

Of course! Just let me know where the concerns lie, and we will work them out.  I work with over 250 models, some of which have modified agreements so that's not an issue at all

Jun 22, 2020, 12:13 AM

Ok there is a lot that the lawyers highlighted. Basically I just need to be protected. I took the list of red flags and put them together. This was what the lawyers came up with. I understand that you have had no problems with the other girls but I just wanna ensure the contract is good on both ends:

2.1 -  this entire contract is ONLY to develop a website and does not include ongoing maintenance, upgrades or enhancements, It needs to explicitly say maintenance of the site.
It appears it includes sales outside of the website on social media, there should be no profit from anywhere other than the website

3.2: if your daughter is not satisfied with the services, she can't terminate the agreement. This means you could be stuck with a developer for a full year. She should be able to terminate anytime after three months.

7.2 Mikayla should have right over all of her photos, the

7.2 Mikayla should have right over all of her photos, the only part the developer should own would be the website itself. She should own all of her content.

8.3 – We just want to reiterate that the McCandless group is only building the website and maintaining it, nothing else. While getting 25% of the profit. She owns it and she promotes it, posting 5/7 days while earning 75%. The language of the contract should always be reflecting this.

8.7  This should explicitly say that if Mikayla is sick/ hospitalized/unable to post that she will not be charged the liquidation damages, this would be for her own protection.

9. seems to include legal fees all on mikaylas part if there is a dispute about this contract, so no, it should be each pay for their own legal fees.

10.1 – so you agree to pay in perpetuity 1/4 of profits, but they don't even guarantee their service? That is not ideal. Stating the product is "as is" is a way to get around consumer protection laws in Canada.

10.3 – if she fails to deliver, she pays them $7500. If they fail to deliver, the damages are limited to what she paid the Developer three months before the issue arose?

10.4 contracting out of the limitation period?

10.5 can you clarify this?

12. No – I do not like that this is subject to California law. This is a forum selection clause plus a mandatory mediation clause. Forum selection clauses for American states are not ideal.

Re Adult Model Release: similar to the beginning Mikayla should have right over all of her photos and images, no one else should own them or be able to distribute them. She is not granting right to use her name, likeness, image, voice etc for any purpose other than the website.

Let me know your thoughts, basically I just need my lawyers to say the contract is good to sign so that my family (they are very to the book people) are comfortable with it.

Jun 22, 2020, 7:42 AM

Ok I understand the concerns and most of these come down to just more clarification of the terms, we will be updating the agreement now and sending over to you for your attorney's review that addresses each of these comments

Again, we work with hundreds of models and the last thing we would ever do is screw someone over like these comments make it out to seem, but I understand the concerns so we will the modifications and send it back over

Jun 22, 2020, 9:58 AM

Hey Mikayla,

We have made many revisions to the agreement to address these concerns. I have resent the agreement to your email but wanted to highlight the changes below.

1. We made it extra clear that maintenance is included in this agreement

2. We added protection for you so that if you are dissatisfied with the service and we do not cure this dissatisfaction, that you can terminate the agreement

3. We made it clear in the agreement that we only have the right to your content for the website. We need some level of copyright otherwise we can't get your content removed from sources if it were to be leaked

4. We are not just building the website. We are covering all of the upkeep costs, coaching you on how to be successful, bringing you YEARS of experience in helping models achieve millions in income a year, and much more. We are not just a web developer which all of our models will attest to. We also provide content protection and consulting to help you succeed and these are services which are invaluable

5. We added protection if you were sick, hospitalized, or anything came up but again, it does not benefit us at all to

CONFIDENTIAL

MCCANDLESS022802

get into legal conflicts

6. We dropped the penalty from $7,500 to $2,500 to address several of the concerns outlined

7. 10.5 is a standard mention that some jurisdictions have their own laws which may overtake parts of 10 which is standard and not something either side enforces as its dependent upon the jurisdiction

8. We removed the subject to California law

9. Updated the model please to be clear about the content being owned by you but us having the right to the content for your Website

Jun 22, 2020, 11:04 AM

Hey Nick! WOW thank you so very much for doing that for me!!! That means a lot! Will get it sent away ASAP!

Of course! Please don't hesitate to bring up questions/ concerns as I'm very reasonable, anyone I work with would agree, my goal is ensuring everyone is happy and making as much money as possible, thats how I have built out this empire with everyone 👍

Of course ! This process is going a bit slower than I expected as on top of the contract I'm informing the boyfriend/family! But after this contract comes back good I should be ready to go ! I appreciate you working with me through this process, makes it a lot easier for me! 🙏

Sure thing! I'm excited to work with you 👍

Jun 26, 2020, 7:58 AM

Good morning Mikayla! I just wanted to check in and see if there were any other concerns with the agreement so that we can get started

Jun 26, 2020, 9:53 AM

Morning !!! Thank you so much for checking in! Parents

CONFIDENTIAL

MCCANDLESS022803

looked over the contract and sent it away today! Hoping it
comes back before Canada day!

Awesome! Excited to get started!

Jul 2, 2020  2:57 PM

Hey Nick! Just touching base with you, have you ever
dealt with girls parents who are completely unsupportive
of their accounts? I have explained to them exactly what I
will be doing and how it will be similar to
instagram  except instead of it being free people will pay,
but they are telling me I'm doing "porn" and generally
putting me down, wondering if you have anyone that has
gone through anything similar and if so how they dealt
with it?!

I have heard of similar situations but the reality is that it's
nothing like "porn" at all. It's about monetizing your
fanbase with content they can't access anywhere else. I
would just explain to them its your online fan club where
fans of your modeling can purchase your modeling
content and drive revenue to your brand

Jul 9, 2020  11:24 AM

Hey Mikayla! How have you been?

Jul 10, 2020  11:52 AM

Hey Nick!!! I've been well, still working on getting my
parents on board which is proving to be more difficult
then I thought ...I might have them make a list of
questions then send them all to you ! I genuinely want to
get the site started but would really like their support!

Jul 10, 2020  8:05 AM

Sure thing! Let me know what I can do to help. It seems
they have the wrong idea about it. I have plenty of models
who are athletes and have large brands that don't do
anything more risqué than bikini that use our technology.
This is nothing like an OnlyFans where people associate it

This is nothing like an OnlyFans where people associate it with porn

Jul 20, 2020, 12:54 PM

Hey Mikayla! Just thought I would check in and see how you're doing during these crazy times

Jul 29, 2020, 11:00 AM

Hey Mikayla, just thought I would reach back out and see if I could help answer any other questions or address any concerns

Jul 30, 2020, 8:02 PM

Thank you for reaching out again!!!! Still just working on the parents ! I move out the first week of September so hopefully I can FINALLY get things rolling !

Ok, just keep me updated, excited to get you rolling

Aug 28, 2020, 11:31 PM

Hey Mikayla! How have you been?

Sep 26, 2020, 12:11 AM

Hey Mikayla! How's the move out been?

Read

CONFIDENTIAL

MCCANDLESS022805

# EXHIBIT K

| | |
|---|---|
| **From:** | Jessica Bartlett |
| **Sent:** | Monday, August 31, 2020 7:35 PM PDT |
| **To:** | Nick McCandless |
| **Subject:** | COY Co Site copy plus notes |

## COY Co. Site Copy

–Please add "Capitalize on You" to the right of the logo at the top

Individual Subscription-Based Content Platforms
"Capitalize on You" and monetize your content with your own subscription content platform. Determine your own value and get paid for your likeness while having access to your audience/subscriber data and the COY Co. Success Engine.

Browse creators
Learn more -- should link to About page

### Homepage Icon 1:
We build your personal platform, provide you with content creation resources, and grow your audience with digital marketing tactics.

### Homepage Icon 2:
Own and access all of your audience and subscriber data.

### Homepage Icon 3:
Enjoy best-in-class copyright and content protection.

### ABOUT

At COY Co. we empower creators to "Capitalize On You." COY Co. is a full service technology company and community which builds individual subscription content platforms for a select group of COY Creators while also providing best in class copyright protection services. Our creators have access to a system built to make them successful from the ground up. This is



EXHIBIT
20
McCandless

CONFIDENTIAL

COY007128

done through our COY Co. Success Engine, which combines content creation, growth
marketing, community, data access, and protection into one premium solution.

More -- please remove, as it leads to the same text when you click more

Testimonials: please remove for now

**CREATORS:**
--Too big of space between pictures and text
-Please add usernames of creators beneath the photos

**Our Plans Include**

-Platform creation and ongoing maintenance

- Content creation resources

-Growth marketing

-Copyright protection and leaked content removal

-Access to our extensive resources, network, and community to ensure continual growth and
success

**Why COY CO. ?**

Gone are the days in which you're competing with other creators on a platform that doesn't let
you own your data and brand reputation. Control the narrative and determine your own worth on
a platform unconnected to anyone else or their stigma. You'll no longer have to be afraid of a

CONFIDENTIAL

COY007129

hosting platform changing your experience without your consent or control. This is your platform. Your rules. With COY Co., we build you your own platform with uncapped monetization capabilities and content protection, provide you content creation resources, and access to a community and tools that will ensure long term success – all without the need for comparison to other creators on a shared platform that isn't representative of your brand and who YOU are. If you're ready to "Capitalize On You," head to the submit tab to submit an application for consideration.

Submit-- Should be COY Co. with a space in between the two words
Want to become a COY Co. Creator? Fill in the form below and we'll get in touch with you!

Contact -- Typo in the spelling of Contact
Want to reach out? Send us an email at HELLO@THECOYCO.COM or fill in the form below and we'll get in touch with you!

**please change email address to be hello@thecoyco.com

**Creators Tab**
-Add username of models under the photo
-Please link each model site
-Please remove alphabetical order since we only have 6 girls right now
-Attached please find the photos to use for this

**Footer buttons**
-Please remove all social media icons except IG for now

Link: instagram.com/thecoy.co

CONFIDENTIAL

COY007130

# EXHIBIT L

Notes/Questions:

1) I removed the URL reference and put it in Section 4. That's an important asset now that I understand you own the domains. clients could choose to sign with MG direct and having the URL would keep the entire customer base focussed, this is great leverage too to get this deal signed (as you had envisioned it).

Yep, I have done many things like this to lock people in without them even knowing it so can definitely use this as leverage since I own and control all of their domains except for a couple that the models already owned.

2) Also, I still have active contracts with both Jessica and Kiki that will remain active so would need to reach a settlement on their contracts being breached)

For Jessica and Kiki deals, are you saying they have an individual deal with MG currently, can you explain the contractual situation there for me.

Correct, I have both Jessica and Kiki signed to MG before Coy Co became a thing. My deal with them for those two is that the contract remains active with MG but I offered them the ability to operate it under Coy as long as I am paid the average of their 3 highest months of revenue with my cut. But I never terminated the contracts so could therefore enforce these if needed and again more leverage and why I never terminated them.

3) For Section 2.a.i

We are offering just 15% with the 5% referral fee factored in. All of the deals we do with clients are at a minimum 80/20 so because Coy Collective would be a referrer, we are offering Coy Collective 15%.

I didn't look at it from that point of view. I looked at it more like the deal I have for clients. They can negotiate and "sign" an agreement with a client for anything from 100%-0% to 0%-100%. We don't care we still get 15% off the very top. (the 15% can be 20% or 25%, its whatever you want - it should be higher). Then after that the client gets theri cut (say 70%) then CoyCo get the balance. This plan, its cleaner, simpler accounting and you get paid more.

Exactly, I agree, I am just saying that the 15% we are offering includes the referral so they cant come back and say since we are referring you business we get 5%. The 15% deal is because we deducted 5% for the referral



---------------------------------------------------------------------------------

Jessica:

Thank you for the time this week with you and your team, discussing yours and Coy Collective
business relationship with McCandless Group ("MG").

As we discussed, we want to be clear that it is the evolving business model of MG and the
opportunities to grow before us, that are requiring this review. We are reviewing all of our
strategic relationships. The goal is to satisfy and implement the due diligence requirements from
our legal and business teams. It is very much NOT personal, we think only the best of you and
all of our relationships. This is purely a function of where our business must be, with no
exceptions, in order to move forward with the plans for growth and expansion we have ready to
go.

Here is what we can discuss with you and Coy Collective in order to move forward with our
business relationship. Please note that nothing is agreed to until a written, fully executed and
mutually agreed upon final agreement exists.

    1.    Coy Collective-MG Deal Terms

        a.    Effective immediately, all current Coy Collective clients on the MG
platform, must execute individual Agreements directly between MG and each
client, for the service that MG provides for these clients to continue on the MG
platform. Details of those agreements below in Section 3.

            i.    If you choose not to facilitate this, MG will honor your
Agreements with these clients until December 31, 2020, at which time
they will be removed from the MG platform.

            ii.    If the option above is chosen, payment processing for your
sites will discontinue on November 30, 2020, so as not to cause any
customer to pay for a subscription or content that is not entirely fulfilled
(the 30-day cycle).

            iii.    If you choose to have your client's sites removed from the
MG platform sooner, MG will cooperate but with the caveat that to ensure
no customer lawsuits from this change, all customer subscriptions (max 30
days) must run out prior to the site being brought down, this means that
effective immediately all sites would have their payment processing
discontinued, and the sites taken down in up to 30 days.

        b.    All future Coy Collective clients that desire to be on the MG platform,
must execute individual Agreements directly between MG and said client, for the
service that MG provides for these clients.'

    2.    Individual Client Deal Terms:

CONFIDENTIAL                                          MCCANDLESS014845

a.     Agreement with Coy Collective and MG (which will be specified in each client's individual Agreements) for the revenue generated from these clients will be as follows:

i.     20% paid first to MG from that client's gross revenue after credit card fees are deducted.

ii.     The client's revenue percentage, that Coy Collective has negotiated and included in the Agreement, is then paid directly from MG to the client

iii.     The remaining revenue is then paid to Coy Collective.

3.     Additional deal points:

a.     All Coy Collective prospects must be approved in advance prior to the first contact with said prospect. There will be no conflicts after the fact. Approval must be prior to first discussions with the prospect of any kind about the MG platform, even if said prospect has "signed" with your agency for other non-MG services.

b.     MG reserves the right to disapprove any prospect for any reason at any time, up until a fully executed and mutually agreed upon Agreement with client exists between MG and client.

i.     Failure to gain approval as per the above will in every case result in disapproval, no exceptions.

ii.     If approval for a prospect is granted, 45 days after initial approval, if that prospect has not executed an Agreement with MG, that approval expires and that prospect is back in the greater pool.

c.     Non-compete, plus 2 years after the Coy Collective-MG agreement is terminated by either party for any reason. All principles of the Coy Collective now and in the future, must agree to the non-compete.

4.     Technical details:

a.     These are the major deal points and there will be other details for this agreement. For instance, that MG will pay up to the date any site is taken down; the disposition of the URL's of sites taken down, and the honoring of the original terms of the Jessica Barlett and Kiki Passo MG deals.

Jessica, again with the sincere utmost respect and appreciation for everything accomplished to date, our hands are most definitely tied on this, we are not at all flexible. If the result is that you can't accept this and need to move in another direction - perhaps even becoming our competitor- we are fully aware of that and will be helpful during this transition.

CONFIDENTIAL

MCCANDLESS014846

Jason Moskowitz

Partner, Strategic Relations

CONFIDENTIAL

MCCANDLESS014847

# EXHIBIT M

| From: | Nick McCandless |
|---|---|
| Sent: | Friday, July 31, 2020 10:26 PM EDT |
| To: | Jason Newman |
| Subject: | Re: |
| Attachments: | McCandless Group Deck.pdf, .htm |

Hey Jason,

Great speaking with you earlier today. Attached is our company deck. Our company deck breaks down everything our company is involved in as this platform is just one of the several projects we have ongoing, but this platform is currently our top focus but this expands upon our efforts and what is possible with us.

In terms of the proposal for Emily, we have two options:

Self-Managed Site with 80/20 Revenue Share with 80% going to Emily

Fully Managed Site with 60/40 Revenue Share with 60% going to Emily

Below are a few of the sites we currently manage for models for your review as well.

KikiPasso.com
PandoraKaaki.com
IAmAvaFiore.com
JessicaMBartlett.com
LindsayMarieBrewer.com
TheKendelKay.com

Let me know if I can send anything else over. Looking forward to doing a lot of business together based on our conversation.



MCCANDLESS006972



## McCANDLESS GROUP

# PITCH DECK

McCandless Group is a full spectrum professional services company focused on the success of our clients. We make it easier than ever for companies, organizations, and individuals to streamline their tasks as we handle many of the tasks involved in running a company or business. Rather than having to coordinate and manage various contractors and agencies, McCandless Group will manage all needs and because we are fully integrated, costs and time are reduced dramatically. Our teams work together ensuring your projects are completed on time and of the utmost quality. At McCandless Group we understand running and managing businesses so we strive to simplify processes for businesses and help them achieve success.

## FULL SPECTRUM PROFESSIONAL SERVICES COMPANY

www.themccandlessgroup.com

# SERVICES

## BUSINESS STRATEGY

* Vision, Mission & Values
* Value Proposition
* Business Goals & KPIs
* Competitive Strategy & Differentiation
* Processes, Operations & Execution
* Budgeting & Cashflow
* Team Performance Accountability
* Optimization
* Project Management

## TECHNICAL SOLUTIONS

* Web Development
* App Development
* Game Development
* Front-End Frameworks: React, Angular, and Vue.js
* Ecommerce Development
* Marketing Infrastructures & Integrations
* Digital Marketing Tech Stacks
* CRM Implementations & Management
* Analytical Tracking Infrastructures
* Speed/Performance Optimization

## DESIGN

* Web Design
* App Design
* Front-End Design
* Game Design
* Logo Design, Branding & Re-Branding
* Corporate Identities
* Landing Page Design
* UI & UX
* Marketing Campaign Design
* Presentation Design
* Pitch Deck Design

**MCCANDLESS GROUP**

MCCANDLESS000074

# SERVICES

## MARKETING STRATEGY

- Targeting
- Brand Marketing Messaging
- Customer Journeys
- Market Research & Analysis
- Competitive Analysis
- Competitive Advantages
- Trust Factors
- Channels & Media Planning
- Advertising Strategy
- Competitor Data

## DIGITAL PERFORMANCE MARKETING

- Advertising Campaigns
- PPC & SMM
- Remarketing
- Email Marketing
- Programmatic Advertising
- Lead Generation Funnels
- Lead Generation from Competitors
- Marketing Automation & Personalization
- Influencer Marketing
- Affiliate Marketing
- SEO
- Online Reputation Management
- Automated Campaign Reporting

## ANALYSIS & OPTIMIZATION

- CRO, A/B Testing
- Product/Service Development
- Customer Development
- Feedback Collection & Analysis
- Gamification


MCCANDLESS GROUP

MCCANDLESS000075



# SERVICES

## FINANCE

* Business Plans
* Pitch Decks
* Financial Modeling
* Valuation Analysis
* Investor Preparation & Advisory
* Market Intelligence
* Equity Research
* Sector Reports
* Investor Targeting & Outreach
* Market Feedback
* Financial Media

## LEGAL

* Business Law
* Contracts
* Corporate Formation (C, S, and LLC)
* Securities
* Employment Law
* Franchise Law
* Intellectual Property
* Patents & Trademarks
* Regulatory
* Startups & Small Business
* Disclosures
* Capital Raising

MCCANDLESS
GROUP



FULL SPECTRUM
PROFESSIONAL SERVICES
COMPANY

www.themccandlessgroup.com

MCCANDLESS
GROUP

## WHY
## MCCANDLESS GROUP ?

As a full spectrum professional services company, we offer many of the services needed for companies, organizations, and individuals to achieve success in their business and life. McCandless Group is powered by talented and experienced teams that each specialize and are experts in their industry. Because everything is handled in-house, we are able to offer unbeatable pricing without sacrificing quality while also saving valuable time.



## MCCANDLESS GROUP

# BENEFITS

There is always a way. 'Impossible' is only the lack of creativity and determination.

### BRAND PROMISES

Every client is treated like a Partner as WE succeed when THEY succeed. Limitations are based on beliefs, we will find a solution for any situation Immediate Availability and Efficient Communication.

### SWORN VALUES

We are only successful when our clients succeed. We treat all of our clients as partners. Being successful is our duty and responsibility.



> Measurable Results
>
> Personal Success and Growth Manager
>
> Full Spectrum of Services
>
> Regular Progress Updates and Reports



We only work with
those we truly believe
**WILL SUCCEED.**

MCCANDLESS000078







# WEB/APP DEVELOPMENT

## STRATEGIC CONSULTING

* Business Needs Analysis
* Marketing Requirements
* Competitive Analysis
* Architecture Consulting

## TECHNICAL SOLUTIONS

* Web Development
* App Development
* Front-End Frameworks:
  React, Angular, and Vue.js
* Ecommerce Development
* Marketing Infrastructures & Integrations
* Digital Marketing Tech Stacks
* CRM Implementations & Management
* Analytical Tracking Infrastructures
* Speed / Performance Optimization

## Tech Stack

| | | | |
|---|---|---|---|
| HTML5 | jQuery | React Native | PHP |
| CSS3 | JavaScript | IONIC | Laravel |
| MySQL | Vue.js | Unity | Node.js |
| SasS | React | Unreal Engine | Swift |
| Bootstrap | Angular | SpriteKit | Cocos2D-x |

## UX DESIGN

* User Research
* Information Architecture
* Wireframing
* Prototyping
* Visual Design
* Usability Testing

## PROJECT MANAGEMENT

* Requirements Documentation
* Feature Definition
* Feature Prioritization
* Roadmap Creation
* User Story Composition
* Backlog Grooming
* Sprint Leadership
* Resource Management
* Quality Assurance

## MCCANDLESS GROUP

MCCANDLESS0000982



# EXHIBIT N

| From: | Nick McCandless |
|---|---|
| Sent: | Monday, December 7, 2020 3:43 PM EST |
| To: | Gerry Libretti |
| CC: | Ben Cohen |
| Subject: | Re: 28th Ave // McCandless Group - Introduction for Corinna Kopf |
| Attachments: | McCandless Group Deck.pdf, .htm |

Hey Gerry!

3pm PT on Tuesday works perfect! What's the best number to reach you at?

I have attached our company deck to review prior.



MCCANDLESS009960





MCCANDLESS000962





# WHY INFLUENCERS ARE FLOCKING TO OUR PLATFORM

## Subscriptions

Monetize your audience by converting them to paid subscribers and a substantial recurring monthly revenue stream.

## Exclusive Content

Share exclusive content with your subscribers on your schedule.

## Locked Content

Monthly subscribers get access to your VIP content, but you can offer special content at a pay-per-view price.

## Chat with Fans

Subscribers can chat directly with our influencers. Offer locked content directly through the chat portal.

## Your Own Website

We build your site using your URL. You control the branding and the type of content you offer.

## Content Protection

You are protective of your content and so are we. We will vigorously protect your content and work to remove any leaked content.

## Subscriber Data

You have complete access to your subscriber information including name, email and revenue received.

## New Opportunities

We continually work to add new features and additional revenue opportunities.

MCCANDLESS009904



MCCANDLESS009965







# YOUTUBE CREATORS

The Ace Family is one of the most successful Youtube channels with 19m subscribers. We host their VIP Club where fans have exclusive insider access to the family through special videos, live streaming, chat with the family, and opportunities to win trips to special Ace Family hosted events.

Our proprietary technology allows all creators to build similar experiences for their fans and to monetize their audiences like never before.

MCCANDLESS009968





# FINANCIALS

– Paid monthly

– Online dashboard, tracks every transactions, updated daily

– Subscriber transparency - full access to all subscriber contact information and financial history

– Proprietary technology to optimize revenue

MCCANDLESS0009370



