# EXHIBIT O

| | |
|---|---|
| From: | Nick McCandless |
| Sent: | Saturday, October 31, 2020 5:14 PM EDT |
| To: | kaleyokelley@hotmail.com |
| Subject: | McCandless Group Pitch Deck |
| Attachments: | McCandless Group Deck.pdf, .htm |

Hey Kaley,

Sorry for the delays. Attached is the deck.



MCCANDLESS009711





MCCANDLESS000713





MCCANDLESS069715

# WHY INFLUENCERS ARE FLOCKING TO OUR PLATFORM

## Subscriptions

Monetize your audience by converting them to paid subscribers and a substantial recurring monthly revenue stream.

## Your Own Website

We build your site using your URL. You control the branding and the type of content you offer.

## Exclusive Content

Share exclusive content with your subscribers on your schedule.

## Content Protection

You are protective of your content and so are we. We will vigorously protect your content and work to remove any leaked content.

## Locked Content

Monthly subscribers get access to your VIP content, but you can offer special content at a pay-per-view price.

## Subscriber Data

You have complete access to your subscriber information including name, email and revenue received.

## Chat with Fans

Subscribers can chat directly with our influencers. Offer locked content directly through the chat portal.

## New Opportunities

We continually work to add new features and additional revenue opportunities.









# YOUTUBE CREATORS

The Ace Family is one of the most successful Youtube channels with 19m subscribers. We host their VIP Club where fans have exclusive insider access to the family through special videos, live streaming, chat with the family, and opportunities to win trips to special Ace Family hosted events.

Our proprietary technology allows all creators to build similar experiences for their fans and to monetize their audiences like never before.

MCCANDLESS/009719









# EXHIBIT P

Gerard P. Fox (SBN 151649)
gfox@gerardfoxlaw.com
Marina Bogorad (SBN 217524)
mbogorad@gerardfoxlaw.com
1880 Century Park East, Suite 1410
Los Angeles, California 90067
Telephone: (310) 441-0500
Facsimile: (310) 441-4447

Attorneys for Plaintiff/Counterclaimants
McCandless Group LLC and Nicholas McCandless

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| McCandless Group, LLC, | Case No. 2:21-cv-02069 |
| Plaintiff, | Hon. David O. Carter |
| v. | Courtroom 9D |
| The Coy Collective, Inc., *et. al.*, | |
| Defendants. | **MCCANDLESS GROUP LLC., SUPPLEMENTAL RESPONSE TO INTERROGATORIES FROM COUNTERCLAIMANT JESSICA BARTLETT, SET ONE** |
| The Coy Collective, Inc., *et. al.*, | |
| Counter-claimants, | |
| v. | |
| McCandless Group LLC and Nicholas McCandless, | |
| Counter-defendants. | |

**PROPOUNDING PARTY:**   Counterclaimant, JESSICA BARTLETT

**RESPONDING  PARTY:**   Plaintiff and Counter-defendants, MCCANDLESS GROUP LLC.

**SET NO:**   ONE

EXHIBIT
1
McCandless
PENGAD 800-631-6989
9-17-23

- 1 -

MCCANDLESS GROUP LLC., RESPONSE TO INTERROGATORIES FROM COUNTERDEFENDANT JESSICA BARTLETT, SET ONE

Counter-defendant MCCANDLESS GROUP LLC. ("McCandless Group" or "Responding Party") hereby submits their responses to Counter-claimant JESSICA BARTLETT. ("Jessica Bartlett" or "Propounding Party") first set of interrogatories ("Interrogatories") as follows:

## PRELIMINARY STATEMENT

Responding Party makes these responses solely for the purposes of this action and based on the information currently known and available to Responding Party. Responding Party reserves all and waives none of his objections as to the admissibility of any information or documents provided in response to the Requests. Responding Party has not fully completed its investigation of the facts relating to this action, has not fully completed discovery in this action, and has not completed its preparation for trial. All of the responses contained herein are based upon such information and are based upon such information and documents presently available to and specifically known to Responding Party. It is anticipated that further discovery, independent investigation, legal research and analysis may supply additional facts and documents, add meaning to known facts, as well as establish new factual conclusions and legal contentions, all of which may lead to substantial additions to, changes in and variations from the contentions herein set forth.

Responding Party reserves its rights, but assumes no obligation beyond those imposed by the Federal Rules of Civil Procedure, to produce evidence of any subsequently discovered facts or documents. Responding Party accordingly reserves the right to change any and all responses herein as additional documents may be discovered, facts are ascertained, analyses are made, legal research is completed, and contentions are made. The responses contained herein are made in a good faith effort to supply as much factual information and as much specification as is presently known, but should in no way be prejudicial in relation to further discovery, research, and/or analysis.

Except for explicit facts admitted herein, no incidental or implied admissions are

intended hereby. The fact that Responding Party has answered or objected to any of Bartlett's Interrogatories or any part thereof should not be taken as an admission that Responding Party accepts or admits the existence of any facts set forth or assumed by such Interrogatory or that such answer or objection constitutes admissible evidence. The fact that Responding Party has not answered part or all of any of Coy's Interrogatories is not intended and shall not be construed to be a waiver of all or any part of any objection to any Interrogatory propounded.

Responding Party has made a diligent effort to respond to Bartlett's Interrogatories as it understands and interprets each such Interrogatory. If Bartlett subsequently asserts a differing interpretation, Responding Party reserves the right to supplement its objections and/or responses.

## GENERAL OBJECTIONS

A.      Responding Party objects to the Interrogatories to the extent they call for information subject to a claim of privilege, including, without limitation, the attorney-client privilege and/or the attorney-work product doctrine. Responding Party hereby claims such privileges, and Responding Party will supply no information responsive to any such Interrogatory. If any such information is produced, it will be deemed to be inadvertent and not a waiver of any privilege, protection or doctrine.

B.      Responding Party objects to the Interrogatories to the extent Bartlett purports thereby to alter or extend Responding Party's obligation to respond to the Interrogatories beyond those set forth in the Federal Rules of Civil Procedure and applicable law.

C.      Responding Party objects to the Interrogatories as unduly burdensome, oppressive and overbroad to the extent they (1) seek discovery obtainable from some source other than Responding Party that is more convenient, less burdensome or less expensive, or (2) seek information that could and should more appropriately be sought through other means of discovery.

D.      Responding Party objects to the Interrogatories to the extent they seek information that is neither relevant to the subject matter of this action, nor reasonably

calculated to lead to the discovery of admissible evidence.

E.     Responding  Party objects to the Interrogatories to the extent they call for legal conclusions. In Responding  to the Interrogatories, Responding  Party will not disclose any legal conclusions or other information that involves a disclosure of his attorneys' impressions, conclusions, opinions, legal research, theories or work product.

Subject to and without waiving the foregoing General Objections, Responding Party makes the following specific objections and supplemental responses to the Interrogatories:

## RESPONSES TO INTERROGATORIES

## INTERROGATORY NO. 1:

IDENTIFY ANY PERSON who is a Party to ANY non-disclosure agreement or other agreement imposing ANY non-disclosure or confidentiality obligation on such PERSON as to YOUR technology or information.

## RESPONSE TO INTERROGATORY NO. 1:

Responding  Party objects to this Interrogatory on the grounds that it is vague, overbroad, and unduly burdensome. Responding  Party further objects to this request on the grounds that it seeks information that is not relevant to the parties' respective claims or defenses and not reasonably calculated to lead to the discovery of admissible evidence. Responding  Party further objects to this request as it seeks information that is not proportional to the needs and expediency of the case.

Notwithstanding the above stated objections, Responding  Party responds that the following individuals are known at this time: Jessica Bartlett, The Coy Collective, Address Unknown. Robert Hankins, The Coy Collective, Address Unknown. Corey Lewis, The Coy Collective, Address Unknown. Thomas Drew, The Coy Collective, Address Unknown.

## INTERROGATORY NO. 2:

IDENTIFY ALL non-disclosure agreements or other agreements imposing ANY non-disclosure or confidentiality obligation as to YOUR technology or

information.

**RESPONSE TO INTERROGATORY NO. 2:**

Responding Party objects to this Interrogatory on the grounds that it is vague, overbroad, and unduly burdensome. Responding Party further objects to this request on the grounds that it seeks information that is not relevant to the parties' respective claims or defenses and not reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects to this request as it seeks information that is not proportional to the needs and expediency of the case.

Notwithstanding the above stated objections, Responding Party responds that the following agreements are known at this time: The Website Development Agreement containing confidentiality provisions regarding McCandless Group technology, business methods, and processes, executed by Jessica Bartlett on October 27, 2019. The Website Development Agreement containing confidentiality provisions regarding McCandless Group technology, business methods, and processes executed by Cristina Dospassos on December 25, 2019. The Non-disclosure agreements restricting disclosure of McCandless Group technology, business methods, and processes, executed by Jessica Bartlett on May 21, 2020. The Non-disclosure agreements restricting disclosure of McCandless Group technology, business methods, and processes, executed by Thomas Drew on May 21, 2020. The Non-disclosure agreements restricting disclosure of McCandless Group technology, business methods, and processes, executed by Corey Lewis on May 21, 2020. The Non-disclosure agreements restricting disclosure of McCandless Group technology, business methods, and processes, executed by Robert Hankins on May 21, 2020. The Website Development Agreement containing confidentiality provisions regarding McCandless Group technology, business methods, and processes, executed by The Coy Collective, on August 6, 2020.

**INTERROGATORY NO. 3:**

IDENTIFY ALL of YOUR customers, INCLUDING the period during which YOU provided services to each such customer.

**RESPONSE TO INTERROGATORY NO. 3:**

Responding  Party objects to this Interrogatory on the grounds that it is vague, overbroad, and unduly burdensome. Responding  Party further objects to this request on the grounds that it seeks information that is not relevant to the parties' respective claims or defenses and not reasonably calculated to lead to the discovery of admissible evidence. Responding  Party further objects to this request as it seeks information that is not proportional to the needs and expediency of the case.

**INTERROGATORY NO. 4:**

IDENTIFY ANY server YOU used to store ANY photo or video of BARTLETT.

**RESPONSE TO INTERROGATORY NO. 4:**

**CONFIDENTIAL**

Responding  Party objects to this Interrogatory on the grounds that it is vague, overbroad, and unduly burdensome. Responding  Party further objects to this request on the grounds that it seeks information that is not relevant to the parties' respective claims or defenses and not reasonably calculated to lead to the discovery of admissible evidence. Responding  Party further objects to this request as it seeks information that is not proportional to the needs and expediency of the case.

Notwithstanding the previously stated objections, Responding  Party responds as follows: Photos and videos of Bartlett on JessicaMBartlett.com were stored in a S3 bucket and the media urls were served securely with an API hosted on a AWS server with the following information: EC2 Instance ID i-0aee80fbff98f7d7f Public IP 13.56.192.150 EC2 region N. California S3 region us-west-1."

**INTERROGATORY NO. 5:**

DESCRIBE the security configurations of ANY server YOU used to store ANY photo or video of BARTLETT, at ALL times during such storage.

**RESPONSE TO INTERROGATORY NO. 5:**

**CONFIDENTIAL**

Responding  Party objects to this Interrogatory on the grounds that it is vague, overbroad, and unduly burdensome. Responding  Party further objects to this request

MCCANDLESS GROUP LLC RESPONSE TO INTERROGATORIES FROM COUNTER-PLAINTIFF JESSICA BARTLETT, SET ONE

**Page 249**

on the grounds that it seeks information that is not relevant to the parties' respective claims or defenses and not reasonably calculated to lead to the discovery of admissible evidence. Responding  Party further objects to this request as it seeks information that is not proportional to the needs and expediency of the case.

Notwithstanding  the  previously  stated  objections,  Responding    Party responds as follows: McCandless Group's technology behind their individual websites provides  security,  referred  to  as  the  "technology  stack."  The  "technology  stack" consists of utilizing servers node.js with express and MongoDB Database, react with redux, FFmpeg to transcode and process videos, TinyPNG to compress images, S3 for storing data, CloudFront to serve private content securely, Nginx to reverse proxy and static server react builds, Socket io for chat, CCBill for payment processing, hosting services through Amazon AWS EC2 instances, S3 to store media files, Amazon Route 53, and AWS CloudWatch to monitor server resource utilization.

Further,  the  technology  allows  users  to  handle  and  manage  data.  Website settings  are  stored  on  MongoDB  which  decides  theme  and  other  options.  The technology stack includes security and privacy protection, meaning that only users with a specific role can access the data with the correct JWT token. API routes are also protected based on user roles. Uploaded content is stored on S3 with a unique id and the content is served with a signed url with CloudFront.

Additionally, the technology stack includes our dynamic watermarking feature. The  watermarking  feature  assigns  a  unique  watermark  to  each  user  address  when visiting or viewing a piece of content. That way, if content is leaked, it is leaked with the unique watermark, allowing us to identify the account associated with the link and restrict that account's access moving forward. Once identified, DMCA practices are used to enforce the Copyright and have leaked content removed from other sites.

**INTERROGATORY NO. 6:**

Describe ANY changes YOU made to security configurations of ANY server YOU used to store ANY photo or video of BARTLETT, at ANY time during such storage, INCLUDING the date of such change.

**RESPONSE TO INTERROGATORY NO. 6:**

Responding  Party objects to this Interrogatory on the grounds that it is vague, overbroad, and unduly burdensome. Responding  Party further objects to this request on the grounds that it seeks information that is not relevant to the parties' respective claims or defenses and not reasonably calculated to lead to the discovery of admissible evidence. Responding  Party further objects to this request as it seeks information that is not proportional to the needs and expediency of the case.

Notwithstanding the previously stated objections, Responding  Party responds as follows: Changes would have been made to servers on an ongoing basis. Specifically, as to the changes made to the specific servers requested, that information is currently being retrieved. Once that information is available, Responding  Party agrees to supplement this response providing any relevant, non-privileged information within the purview of this request.

**INTERROGATORY NO. 7:**

IDENTIFY ANY server YOU used to store ANY photo or video of ANY COY CREATOR.

**RESPONSE TO INTERROGATORY NO. 7:**

**CONFIDENTIAL**

Responding  Party objects to this Interrogatory on the grounds that it is vague, overbroad, and unduly burdensome. Responding  Party further objects to this request on the grounds that it seeks information that is not relevant to the parties' respective claims or defenses and not reasonably calculated to lead to the discovery of admissible evidence. Responding  Party further objects to this request as it seeks information that is not proportional to the needs and expediency of the case.

Notwithstanding the previously stated objections, Responding  Party responds as follows: Phots and Videos of Coy Creators were stored on the following:

| Website | EC2 Instance Id | Public IP | Instance Type | EC2 Region | S3 Regi |
|---------|-----------------|-----------|---------------|------------|---------|

| | | | | | on |
|---|---|---|---|---|---|
| Jessica MBartlett.com | i-0aee80fbff98f7d7f | 13.56.192.150 | t3.2xlarge | N. California | us-west-1 |
| KikiPasso.com | i-0aee80fbff98f7d7f | 13.56.192.150 | t3.2xlarge | N. California | us-west-1 |
| NataGata.com | i-0aee80fbff98f7d7f | 13.56.192.150 | t3.2xlarge | N. California | us-west-1 |
| TheAlexaCollins.com | i-0aee80fbff98f7d7f | 13.56.192.150 | t3.2xlarge | N. California | us-west-1 |
| TheAlexisClark.com | i-0aee80fbff98f7d7f | 13.56.192.150 | t3.2xlarge | N. California | us-west-1 |
| SincerelyJuju.com | i-0aee80fbff98f7d7f | 13.56.192.150 | t3.2xlarge | N. California | us-west-1 |
| SabinaKontor.com | i-0aee80fbff98f7d7f | 13.56.192.150 | t3.2xlarge | N. California | us-west-1 |
| VanessaChristineX.com | i-0bfe5b97eecfd6a35 | 54.241.198.178 | t3.xlarge | N. California | us-west-1 |
| AshayEHale.com | i-0bfe5b97eecfd6a35 | 54.241.198.178 | t3.xlarge | N. California | us-west-1 |
| MikaylaDemaiter.com | i-0bfe5b97eecfd6a35 | 54.241.198.178 | t3.xlarge | N. California | us-west-1 |
| Dasha-Mart.com | i-0bfe5b97eecfd6a35 | 54.241.198.178 | t3.xlarge | N. California | us-west-1 |
| MeghanMariie.com | i-0bfe5b97eecfd6a35 | 54.241.198.178 | t3.xlarge | N. California | us-west-1 |

- 9 -

MCCANDLESS GROUP LLC RESPONSE TO INTERROGATORIES FROM COUNTER-PLAINITFF JESSICA BARTLETT, SET ONE

| MacyMariano.com | i-0bfe5b97eecfd6a35 | 54.241.198.178 | t3.xlarge | N. California | us-west-1 |
|---|---|---|---|---|---|

**INTERROGATORY NO. 8:**

DESCRIBE the security configurations of ANY server YOU used to store ANY photo or video of ANY COY CREATOR, at ALL times during such storage.

**RESPONSE TO INTERROGATORY NO. 8:**

**CONFIDENTIAL**

Responding Party objects to this Interrogatory on the grounds that it is vague, overbroad, and unduly burdensome. Responding Party further objects to this request on the grounds that it seeks information that is not relevant to the parties' respective claims or defenses and not reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects to this request as it seeks information that is not proportional to the needs and expediency of the case.

Notwithstanding the previously stated objections, Responding Party responds as follows: McCandless Group's technology behind their individual websites provides security, referred to as the "technology stack." The "technology stack" consists of utilizing servers node.js with express and MongoDB Database, react with redux, FFmpeg to transcode and process videos, TinyPNG to compress images, S3 for storing data, CloudFront to serve private content securely, Nginx to reverse proxy and static server react builds, Socket io for chat, CCBill for payment processing, hosting services through Amazon AWS EC2 instances, S3 to store media files, Amazon Route 53, and AWS CloudWatch to monitor server resource utilization.

Further, the technology allows users to handle and manage data. Website settings are stored on MongoDB which decides theme and other options. The technology stack includes security and privacy protection, meaning that only users with a specific role can access the data with the correct JWT token. API routes are also protected based on user roles. Uploaded content is stored on S3 with a unique id and the content is served with a signed url with CloudFront.

Additionally, the technology stack includes our dynamic watermarking feature. The watermarking feature assigns a unique watermark to each user address when visiting or viewing a piece of content. That way, if content is leaked, it is leaked with the unique watermark, allowing us to identify the account associated with the link and restrict that account's access moving forward. Once identified, DMCA practices are used to enforce the Copyright and have leaked content removed from other sites.

**INTERROGATORY NO. 9:**

DESCRIBE ANY changes YOU made to security configurations of ANY server YOU used to store ANY photo or video of ANY COY CREATOR, at ANY time during such storage, INCLUDING the date of such change.

**RESPONSE TO INTERROGATORY NO. 9:**

Responding Party objects to this Interrogatory on the grounds that it is vague, overbroad, and unduly burdensome. Responding Party further objects to this request on the grounds that it seeks information that is not relevant to the parties' respective claims or defenses and not reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects to this request as it seeks information that is not proportional to the needs and expediency of the case.

Notwithstanding the previously stated objections, Responding Party responds as follows: Changes would have been made to servers on an ongoing basis. Specifically, as to the changes made to the specific servers requested, that information is currently being retrieved. Once that information is available, Responding Party agrees to supplement this response providing any relevant, non-privileged information within the purview of this request.

**INTERROGATORY NO. 10:**

DESCRIBE how YOU operate YOUR copyright takedown service, including but not limited to how YOU identify infringing content, how YOU request takedown of such content, and ANY third-Party services YOU use as part of such copyright takedown service.

**RESPONSE TO INTERROGATORY NO. 10:**

**CONFIDENTIAL**

Responding Party objects to this Interrogatory on the grounds that it is vague, overbroad, and unduly burdensome. Responding Party further objects to this request on the grounds that it seeks information that is not relevant to the parties' respective claims or defenses and not reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects to this request as it seeks information that is not proportional to the needs and expediency of the case.

Notwithstanding the previously stated objections, Responding Party responds as follows: Infringing content is identified by searching the web for content which matches the content posted by our clients on their websites. Clients additionally can notify us of any content they have found that has leaked from their website. After the infringing content is observed, a DMCA notice is promptly sent to the owner of said website hosting the infringing content, the web hosting provider, and the Google search engine. Additionally, utilizing our unique identifying watermark technology, we are able to identify the account which leaked the content, and that account is banned within our system.

**INTERROGATORY NO. 11:**

DESCRIBE how YOUR chargeback percentages are calculated.

**RESPONSE TO INTERROGATORY NO. 11:**

**CONFIDENTIAL**

Responding Party objects to this Interrogatory on the grounds that it is vague, overbroad, and unduly burdensome. Responding Party further objects to this request on the grounds that it seeks information that is not relevant to the parties' respective claims or defenses and not reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects to this request as it seeks information that is not proportional to the needs and expediency of the case.

Notwithstanding the previously stated objections, Responding Party responds as follows: The chargeback percentage is calculated by dividing the number of

MCCANDLESS GROUP LLC RESPONSE TO INTERROGATORIES FROM COUNTER-PLAINITFF JESSICA
BARTLETT, SET ONE

chargebacks by the number of transactions.

**INTERROGATORY NO. 12:**

IDENTIFY ANY COMMUNICATION between YOU and BARTLETT RELATING TO the Adult Model Release: 2257 Compliant Form.

**RESPONSE TO INTERROGATORY NO. 12:**

Responding Party objects to this Interrogatory on the grounds that it is vague, overbroad, and unduly burdensome. Responding Party further objects to this request on the grounds that it seeks information that is not relevant to the parties' respective claims or defenses and not reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects to this request as it seeks information that is not proportional to the needs and expediency of the case.

Notwithstanding the previously stated objections, Responding Party responds that the following communications are known at this time: Nick and Bartlett exchanged text messages relating to 2257 Compliant form on August 7, 2020, August 23, 2020, August 26, 2020, and October 7, 2020. Nick and Bartlett communicated via email relating to 2257 Compliant form on August 7, 2020 and October 8, 2020.

**INTERROGATORY NO. 13:**

IDENTIFY ANY COMMUNICATION between YOU and ANY PERSON RELATING TO the Adult Model Release: 2257 Compliant Form.

**RESPONSE TO INTERROGATORY NO. 13:**

Responding Party objects to this Interrogatory on the grounds that it is vague, overbroad, and unduly burdensome. Responding Party further objects to this request on the grounds that it seeks information that is not relevant to the parties' respective claims or defenses and not reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects to this request as it seeks information that is not proportional to the needs and expediency of the case.

Dated:  April 11, 2023                 GERARD FOX LAW, P.C.

By: _____

        Gerard P. Fox, Esq.
        Attorneys for Plaintiff
        MCCANDLESS GROUP, LLC AND
        NICHOLAS MCCANDLESS

## PROOF OF SERVICE

I, Lue Wahjudi, I am employed in the County of Los Angeles, in the State of California.  I am over the age of 18 and not a Party to the above referenced matter.  My business address is:  GERARD FOX LAW P.C., 1880 Century Park East, Suite 1410, Los Angeles, CA 90067.

On April 11, 2023, I served the following documents, described as: **MCCANDLESS GROUP LLC RESPONSE TO INTERROGATORIES FROM COUNTER-PLAINTIFF JESSICA BARTLETT SET ONE**, on the person(s) listed in the attached Service List.  The documents were served by the following means:

| | |
|---|---|
| ☐ | **By Personal Service**.  I personally delivered the documents to the persons at the addresses listed in the attached Service List.  For a Party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of 9 a.m. and 5 p.m.  For a Party, delivery was made to the Party or by leaving the documents at the Party's residence with some person not younger than 18 years of age. |
| ☐ | **By United States Mail**.  I enclosed the documents in a sealed envelope or package addressed to the persons listed in the attached Service List and placed the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
| ☐ | **By Overnight Delivery**.  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed in the attached Service List.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
| ☐ | **By Messenger Service**.  I served the documents by placing them in an envelope or packing addressed to the persons at the addresses listed in the attached Service List and providing them to a professional messenger service for delivery. |
| ☐ | **By Electronic Mail**:  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list. |
| ☒ | **By Electronic Service**:  Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed in the attached Services List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   April 11, 2023

/s/Lue Wahjudi_____
Lue Wahjudi

- 15 -

MCCANDLESS GROUP LLC AND NICHOLAS MCCANDLESS' RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS FROM DEFENDANT THE COY COLLECTIVE, INC., SET ONE

**Page 258**

**Service List**

| COLIN H. ROLFS (State Bar No. 280654) **MILLER BARONDESS, LLP** 1999 Avenue of the Stars, Suite 1000 Los Angeles, California 90067 Telephone: (310) 552-4400 Facsimile: (310) 552-8400 Email: crolfs@millerbarondess.com | *Attorney for Defendants and Counterclaimants* The Coy Collective, Inc., Jessica Bartlett, Cristina Dospassos, Corey Lewis, Robert Hankins, and Thomas Drew |
| --- | --- |
|  |  |

- 16 -
MCCANDLESS GROUP LLC AND NICHOLAS MCCANDLESS' RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS FROM DEFENDANT THE COY COLLECTIVE, INC., SET ONE

Page 259

## VERIFICATION

I, Nicholas McCandless, have read and reviewed the foregoing document titled **MCCANDLESS GROUP LLC.'S RESPONSE TO JESSICA BARTLETT'S INTERROGATORIES (SET ONE), MCCANDLESS GROUP LLC.'S SUPPLEMENTAL RESPONSES TO JESSICA BARTLETT'S INTERROGATORIES (SET ONE), AND MCCANDLESS GROUP LLC.'S SUPPLEMENTAL RESPONSES TO THE COY COLLECTIVE'S INTERROGATORIES, (SET ONE)** and know its contents.

I am an authorized representative of McCandless Group LLC., a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. Based on my knowledge, the matters stated in the foregoing document are true.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 2nd day of August 2023, in Los Angeles County, California.

*Nicholas McCandless*
Nicholas McCandless (Aug 2, 2023 17:28 EDT)
NICOLAS MCCANDLESS
MCCANDLESS GROUP, LLC

2

# McCandless v. Coy - Verifications

Final Audit Report                                                                 2023-08-02

| | |
|---|---|
| Created: | 2023-08-02 |
| By: | Cecilia Quiroz (cquiroz@gerardfoxlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAQzgxo28-8xUG4aP1LUZ5pHIk9uLUi9LI |

## "McCandless v. Coy - Verifications" History

📄 Document created by Cecilia Quiroz (cquiroz@gerardfoxlaw.com)
2023-08-02 - 4:18:55 PM GMT

📩 Document emailed to nick@nickmccandless.com for signature
2023-08-02 - 4:19:12 PM GMT

📄 Email viewed by nick@nickmccandless.com
2023-08-02 - 4:39:28 PM GMT

✐ Signer nick@nickmccandless.com entered name at signing as Nicholas McCandless
2023-08-02 - 9:28:38 PM GMT

✐ Document e-signed by Nicholas McCandless (nick@nickmccandless.com)
Signature Date: 2023-08-02 - 9:28:40 PM GMT - Time Source: server

✔ Agreement completed.
2023-08-02 - 9:28:40 PM GMT

📄 Adobe Acrobat Sign

**Page 261**

# EXHIBIT Q

| Number of participants | 2 |
|---|---|
| Participants | 919909918312@s.whatsapp.net Yogesh Prajapati<br>19197916441@s.whatsapp.net Nick McCandless (owner) |
| Number of messages | 25 |
| First message sent date/time | May 28, 2022 02:53:59 |
| Last message sent date/time | May 28, 2022 11:19:29 |

**919909918312@s.whatsapp.net Yogesh Prajapati**  May 28, 2022 02:53:59

I also tried to search but not able to find NDA with McCandless Group

**919909918312@s.whatsapp.net Yogesh Prajapati**  May 28, 2022 03:06:06

Appointment Letter.pdf
See attachment: *Documentle029861c-54ca-4181-a150-7aa1be16f72a.pdf*

**919909918312@s.whatsapp.net Yogesh Prajapati**  May 28, 2022 03:06:25

Please find Appointment letter with employees. they are sining this.

**919909918312@s.whatsapp.net Yogesh Prajapati**  May 28, 2022 03:07:12

- We give them machines and they are not allowed to work on their personal machine / laptops

**919909918312@s.whatsapp.net Yogesh Prajapati**  May 28, 2022 03:08:37

- Any services like Github, Trello accounts are created with Company provided email address which we can grant an revoke at any time



EXHIBIT
2
M<sup>c</sup>Candless

CONFIDENTIAL

MCCANDLESS022159

**Page 263**

**19197916441@s.whatsapp.net Nick McCandless**

May 28, 2022 07:48:45

Ok but can you give more details like what code do they have access to, do you guys monitor their computer usage, etc. I need a lot more details

**919909918312@s.whatsapp.net Yogesh Prajapati**

May 28, 2022 07:49:51

They need full source code else they can not work on it.

**919909918312@s.whatsapp.net Yogesh Prajapati**

May 28, 2022 07:54:26

do you guys monitor their computer usage => Not sure what kind of usage ?

**919909918312@s.whatsapp.net Yogesh Prajapati**

May 28, 2022 07:54:55

Can you please explain the goal ? so I can provide more info ?

**19197916441@s.whatsapp.net Nick McCandless**

May 28, 2022 08:00:50

We have a company we are fighting and we need to detail everything we do to keep all of our stuff locked, confidential, etc.

**19197916441@s.whatsapp.net Nick McCandless**

May 28, 2022 08:00:58

So need detail on all practices that we follow

**919909918312@s.whatsapp.net Yogesh Prajapati**
May 28, 2022 08:05:02

My all staff uses company's computers, Not personal. You are fighting with the company that I didn't get it. For what you are fighting.

**19197916441@s.whatsapp.net Nick McCandless**
May 28, 2022 08:08:06

Essentially they ripped off our business and we were originally partnered with them

**19197916441@s.whatsapp.net Nick McCandless**
May 28, 2022 08:08:14

Remember the whole Coy Co issue?

**919909918312@s.whatsapp.net Yogesh Prajapati**
May 28, 2022 08:09:08

Yes, but they do not have any of platform code.

**19197916441@s.whatsapp.net Nick McCandless**
May 28, 2022 08:09:16

So my lawyers are just wanting to prove that we are very protective about everything we are doing and the only way they were able to get up and running as fast as they did was because they deceived us and lied to us about them partnering when really they wanted to steal what we were doing

**19197916441@s.whatsapp.net Nick McCandless**
May 28, 2022 08:09:20

Yes I know that

CONFIDENTIAL

MCCANDLESS022161

**19197916441@s.whatsapp.net Nick McCandless**

May 28, 2022 08:10:06

This is less related to that point. They are just wanting to know all of the details so that we can prove that we follow protocols to keep our stuff proprietary

**19197916441@s.whatsapp.net Nick McCandless**

May 28, 2022 08:10:38

So everything we do to prevent people from hacking, prevent people from publicly finding out about our code, protect code with staff, ndas and non competes, etc

**19197916441@s.whatsapp.net Nick McCandless**

May 28, 2022 08:10:47

Just need all of the details on the protocols

**919909918312@s.whatsapp.net Yogesh Prajapati**

May 28, 2022 08:11:47

ok

**919909918312@s.whatsapp.net Yogesh Prajapati**

May 28, 2022 10:26:39

https://docs.google.com/document/d/1g5rALGxEb5A7iWARsPg5Rp1pG4WYZijY9-Hiw0cIwso/edit#

**919909918312@s.whatsapp.net Yogesh Prajapati**

May 28, 2022 10:26:48

I have write some points in the doc.

CONFIDENTIAL

MCCANDLESS022162

**919909918312@s.whatsapp.net Yogesh Prajapati**

May 28, 2022 10:27:33

If you like to mention specific security protocols let us know and we would able to confirm we are following it.

**19197916441@s.whatsapp.net Nick McCandless**

May 28, 2022 11:19:29

Ok thanks!

CONFIDENTIAL

MCCANDLESS022163

# EXHIBIT R

| From: | Nick McCandless |
| Sent: | Wednesday, May 27, 2020 6:50 PM EDT |
| To: | Melissa Mugridge |
| CC: | Jeff Duncan |
| Subject: | Re: Francesca Farago Website Development Agreement |
| Attachments: | chat-locked-messages.jpeg, chat-tip.jpeg, reporting-1.jpeg, reporting-2.jpeg, reporting-3.jpeg |

Hey Jeff and Melissa,

It was great speaking with the both of you today. As requested, to check out the general experience as a subscriber, you can go to JessicaMBartlett.com and use the login below:

testsub@gmail.com
Test@123!Sub

Once you are logged in, you will see the experience as a subscriber having access to the content, chat, tips, etc. All of this can be customized/tailored, but provides you with a general sense.

In terms of the backend as the Model, here are some screenshots of how things look/work, keep in mind, these can be customized as well and would be more than happy to set up a screen share call where I can walk you guys through this in realtime. Here are screenshots running on mobile as most of the models we work with visit their sites on their phones, but I can of course show you running on a computer as well.

Here you will see how the reporting is laid out, the date and info available, the earnings reporting on each user, what the chat looks like when receiving a tip or sending locked content, etc. The look and feel of all of this can of course be adjusted, but this is how it looks and operates currently.

Let me know when you are available to set up a screen share call to walk you through this.



MCCANDLESS005475



MCCANDLESS005476



MCCANDLESS005477



MCCANDLESS005478



MCCANDLESS005479





**Nick McCandless**

Owner/Founder

McCandless Group



919-791-6441

nick@nickmccandless.com

www.nickmccandless.com

On May 27, 2020, at 12:36 PM, Melissa Mugridge <mel@ingenuity.live> wrote:

Actually Nick why don't you send me your number and I can patch Jeff and I through to you.

Thanks,

Mel

On Wed, May 27, 2020 at 12:35 PM Melissa Mugridge <mel@ingenuity.live> wrote:
 604-889-3630

 Thanks,

 Mel

On Tue, May 26, 2020 at 11:51 PM Nick McCandless <nick@nickmccandless.com> wrote:
 Invite sent 👍☐ What's the best number to reach you at?

MCCANDLESS005480

On May 26, 2020, at 11:31 PM, Jeff Duncan <jeff@francescafarago.com> wrote:

Go ahead and send an invite. It works for me. If it works for Mel, great. If not, we can kick off and chat first. Cheers.

Jeff

On Tue, May 26, 2020 at 10:48 PM Nick McCandless <nick@nickmccandless.com> wrote:
 Hey Jeff,

Great to hear from you and of course! How does 2pm PST tomorrow, the 27th sound?



**Nick McCandless**
Owner/Founder
McCandless Group


919-791-6441
nick@nickmccandless.com
www.nickmccandless.com

On May 26, 2020, at 10:44 PM, Jeff Duncan <jeff@francescafarago.com> wrote:

Hi Nick... Can I set up a time to chat with you in the next day or two? Let us know your general availability. I don't think we will need Frankie for the initial discussion but I would like to have Mel there if we could. Let us know. Thanks!

Jeff
*Francesca Farago & Co.*

On Sat, May 23, 2020 at 6:45 PM Francesca Farago <francescaafarago@gmail.com> wrote:

---------- Forwarded message ---------
From: **Nicholas McCandless via DocuSign** <dse_NA3@docusign.net>
Date: Sat, May 23, 2020 at 6:42 PM
Subject: Francesca Farago Website Development Agreement
To: Francesca Rose Webb <francescaafarago@gmail.com>





**Nicholas McCandless**
nick@nickmccandless.com

Francesca Rose Webb,

Please DocuSign Francesca Farago Website Development Agreement.pdf

Thank You, Nicholas McCandless

Powered by                                                   **DocuSign**

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
4434D5839DD844C1A1CBF3916C7FF8DC3

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

MCCANDLESS005482

If you are having trouble signing the document, please visit the <u>Help with Signing</u> page on our <u>Support Center</u>.

 Download the DocuSign App

This message was sent to you by Nicholas McCandless who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

MCCANDLESS005483

MCCANDLESS005484

| | | | |
|---|---|---|---|
| May 10th, 2020, 11:06:21 pm | $206.99 | Yes | |
| May 10th, 2020, 10:56:34 pm | $9.99 | Yes | |
| May 10th, 2020, 10:28:02 pm | $68.99 | Yes | |
| May 10th, 2020, 09:49:08 pm | $9.99 | Yes | |



MCCANDLESS005485



MCCANDLESS005486



MCCANDLESS005487



MCCANDLESS005488