# EXHIBIT S

| Number of participants | 2 |
|---|---|
| Participants | +18058358052 Jessica Bartlett (owner)<br>+19197916441 Nick McCandless |
| Number of messages | 28 |
| First message sent date/time | February 06, 2020 09:18:46 |
| Last message sent date/time | February 06, 2020 22:37:14 |

**+19197916441 Nick McCandless**  February 06, 2020 09:18:46

Good morning Jessica, you can now sort messages by User's Last Message 👍

**+18058358052 Jessica Bartlett**  February 06, 2020 11:40:51

Awesome thank you!!

**+18058358052 Jessica Bartlett**  February 06, 2020 11:40:54

Looks great!!

**+19197916441 Nick McCandless**  February 06, 2020 11:42:12

You got it! Also, on the referral page that will likely be next week as we hit a slight snag but will have that done soon. Any updates on the photos you want to use with the new layout of your site?

**+19197916441 Nick McCandless**  February 06, 2020 11:44:11

If you want to send me your top ten photos I'll recommend which ones we should use based on how they look in these dimensions



**+19197916441 Nick McCandless**                 February 06, 2020 11:44:24

The key is that they are high resolution

**+18058358052 Jessica Bartlett**               February 06, 2020 12:10:44



CONFIDENTIAL                                                         COY003119



CONFIDENTIAL

COY003120



CONFIDENTIAL

COY003121



**+18058358052 Jessica Bartlett**                    February 06, 2020 13:28:26

Hey! I think I'm gonna hire one of my photographers I trust to run the site just to ensure I'm posting consistently and with high quality content that the photog will take plus he'll message guys back as well. I think I'm gonna do a flat rate for him, is it possible to move my dashboard to a separate site or just give him an account with more limited access?

**+19197916441 Nick McCandless**                    February 06, 2020 13:48:43

These photos are perfect, I will crop them to the dimensions used for the site and get your thoughts.

**+19197916441 Nick McCandless**                    February 06, 2020 13:49:07

So for him you are thinking an account whee his only access would be to post content and to run the chat, nothing else?

**+19197916441 Nick McCandless**          February 06, 2020 14:58:49

After going through these and cropping them, the best three in my opinion would be these and this is how they would look cropped, let me know your thoughts

**+19197916441 Nick McCandless**          February 06, 2020 14:59:08

CONFIDENTIAL                                                        COY003123

**+19197916441 Nick McCandless**                   February 06, 2020 16:32:48

Just sent you the final $4,043.58 for January 👍

**+18058358052 Jessica Bartlett**                   February 06, 2020 17:06:07

Loved "These photos are perfect, I will crop them to the dimensions used for the site and get your thoughts."

**+18058358052 Jessica Bartlett**                   February 06, 2020 17:06:09

Loved "After going through these and cropping them, the best three in my opinion would be these and this is how they would look cropped, let me know your thoughts"

**+18058358052 Jessica Bartlett**                   February 06, 2020 20:18:01

That would be great if possible in regards to the account for him!

**+18058358052 Jessica Bartlett**                   February 06, 2020 20:18:10

Pics look good to me!

**+18058358052 Jessica Bartlett**                   February 06, 2020 20:18:17

And yay thank you for sending all that over!

CONFIDENTIAL

**+18058358052 Jessica Bartlett** — February 06, 2020 20:18:39

Do we think we could do payouts biweekly so the payments are smaller and don't have to be sent separately?

**+19197916441 Nick McCandless** — February 06, 2020 20:23:48

We don't currently have that option but we will add that. Just give us a week or two to get that situated.;Great on the photos, we will use those;For the payouts we are working with our payment processing partner to make this more efficient in the future but right now payments finalize on a monthly basis. We can definitely send the payments as wires going forward though so it all goes through as one single transaction each month

**+19197916441 Nick McCandless** — February 06, 2020 20:25:48

For the person who will be managing the site for you, what email would you like to use for their login?

**+18058358052 Jessica Bartlett** — February 06, 2020 20:27:41

Liked "We don't currently have that option but we will add that. Just give us a week or two to get that situated.;Great on the photos, we will use those;For the payouts we are working with our payment processing partner to make this more efficient in the future but right now payments finalize on a monthly basis. We can definitely send the payments as wires going forward though so it all goes through as one single transaction each month "

**+18058358052 Jessica Bartlett** — February 06, 2020 20:28:22

Jaylaurentofficial@gmail.com

**+18058358052 Jessica Bartlett** — February 06, 2020 20:28:31

Sounds good!

CONFIDENTIAL

COY003125



# EXHIBIT T

| Number of participants | 2 |
|---|---|
| Participants | +18058358052 Jessica Bartlett (owner) <br> +19197916441 Nick McCandless |
| Number of messages | 23 |
| First message sent date/time | February 20, 2020 12:40:42 |
| Last message sent date/time | February 20, 2020 13:03:38 |



**+18058358052 Jessica Bartlett**          February 20, 2020 12:40:42

Hey nick! Is the revenue for the month accurate now or is it still skewed from resubscribers?

**+19197916441 Nick McCandless**          February 20, 2020 12:49:31

It's now accurate. We fixed that and your monthly earnings are now accurate. There was a drop off in subscribers, but content unlock purchases are still very strong and doing well which his wh y you will notice your revenue goes up substantially on days you send out a mass message with l ocked content. Also, if you start doing custom requests, that will provide a huge boost as well

**+18058358052 Jessica Bartlett**          February 20, 2020 12:50:01

Great thanks!

**+19197916441 Nick McCandless**          February 20, 2020 12:50:15

Also, we are wrapping up a much more detailed reporting so you can see total users, total active subscribers, as well as see a graph of the subscribers and content unlocks for each day so its a litt le more clear

**+18058358052 Jessica Bartlett**          February 20, 2020 12:50:26

I probably won't be doing custom content any time soon but thanks for the advice!

CONFIDENTIAL

COY003142



**+18058358052 Jessica Bartlett**                    February 20, 2020 12:50:30

Loved "Also, we are wrapping up a much more detailed reporting so you can see total users, total active subscribers, as well as see a graph of the subscribers and content unlocks for each day so its a little more clear"

**+18058358052 Jessica Bartlett**                    February 20, 2020 12:50:35

Awesome!

**+19197916441 Nick McCandless**                    February 20, 2020 12:51:00

Will have an update for you on that soon 👍

**+19197916441 Nick McCandless**                    February 20, 2020 12:51:23

Was your photographer able to log in and get access?

**+18058358052 Jessica Bartlett**                    February 20, 2020 12:51:35

Oh did you send an email to him??

**+18058358052 Jessica Bartlett**                    February 20, 2020 12:51:41

Liked "Will have an update for you on that soon 👍 "

**+19197916441 Nick McCandless**                    February 20, 2020 12:52:33

I didn't email him, just set up the account for him, here are the credentials again

CONFIDENTIAL                                                          COY003143

**+18058358052 Jessica Bartlett**   February 20, 2020 12:52:46

Oh I must've missed your text about that I'm sorry!

**+18058358052 Jessica Bartlett**   February 20, 2020 12:52:59

Or forgot, I've been a hot mess lately

**+18058358052 Jessica Bartlett**   February 20, 2020 12:53:00

Lol

**+19197916441 Nick McCandless**   February 20, 2020 12:53:12

jaylaurentofficial@gmail.com

**+19197916441 Nick McCandless**   February 20, 2020 12:53:14

Gj6fYYb_{*]sqYhs

**+18058358052 Jessica Bartlett**   February 20, 2020 12:53:28

Thank you!!

**+19197916441 Nick McCandless**   February 20, 2020 12:53:30

He just needs to login and then he can change his password to something he can remember much easier

CONFIDENTIAL

**+19197916441 Nick McCandless**                    February 20, 2020 12:53:48

No worries! I am here to help in any way I can so dont hesitate to reach out 👍

**+18058358052 Jessica Bartlett**                    February 20, 2020 12:55:19

Loved "He just needs to login and then he can change his password to something he can remember much easier"

**+18058358052 Jessica Bartlett**                    February 20, 2020 12:55:22

Loved "No worries! I am here to help in any way I can so dont hesitate to reach out 👍 "

**+19197916441 Nick McCandless**                    February 20, 2020 13:03:38

Also not sure if this is something you would be interested in, but we are working on a live stream feature where you could go live and it could be free to those who are paid subscribers or they would have to pay to gain access to your live event. For example could be a behind the scenes of a shoot, live Q&A, etc.;It's a big task so will take time to complete but it's in the works

CONFIDENTIAL

COY003145

# EXHIBIT U

| From: | Nick McCandless |
|---|---|
| Sent: | Thursday, February 27, 2020 6:56 PM EST |
| To: | kevin-mohr.93@gmx.de |
| Subject: | Kiki Passo Purchase |

Hey Kevin, we are partnered with Kiki Passo and noticed that you are having a hard time making purchases on her site. This is due to a decline on the payment processing side of things. Please contact our payment processing partner at https://support.ccbill.com so that you don't miss out on the amazing content!

Let me know if I can help in any way!



MCCANDLESS002645

# EXHIBIT V



# EXHIBIT W

LINDSAY BREWER

EXCLUSIVE CONTENT     PRIVATE CHAT     TIPS     LOG IN     SIGN UP

## FAQ

HOW DO I CANCEL THE SUBSCRIPTION?

If you would like to cancel your subscription from rebilling, please go to your Profile Page and press the Cancel Subscription button or you may contact CCBill's Consumer Support department - https://support.ccbill.com

WHY ARE MY PURCHASES NOT GOING THROUGH?

When you attempt to make a purchase and you receive an error, please check your email as you will receive an explanation for the denial. Most of the type this is due to your bank denying the transaction and you simply need to contact your bank and ask them to authorize these charges. For help with purchase denials, you may contact CCBill's Consumer Support department - https://support.ccbill.com

HOW DO I CHANGE MY PAYMENT METHOD?

If you would like to change your payment method, simply contact CCBill's Consumer Support department - https://support.ccbill.com

Terms of Service | Privacy Policy | DMCA | 2257 | FAQ | Contact

© Copyright ©2023 Lindsay Brewer Powered by McCandless Group

EXHIBIT
PENGAD 800-631-6989
McCandless

# EXHIBIT X



## NON-DISCLOSURE, NON-USE, NON-COMPETITION AND NON-CIRCUMVENTION AGREEMENT

This Non-Disclosure, Non-Use, Non-Competition and Non-Circumvention Agreement (the "Agreement") is entered into as of the 13th day of September 2019, by and between McCandless Group LLC, a California limited liability company (hereinafter "McCandless Group, LLC") and Rayo Innovations Private Limited, an India private incorporated company (hereinafter "Contractor").

A. "McCandless Group, LLC" is involved with current and potential projects with its clients relative to which "McCandless Group, LLC" wishes to explore the possibility of hiring the Contractor on certain aspects for the Contractor to render services including, but not limited to software development and graphic design (the "Projects").

B. "McCandless Group, LLC" wishes to disclose to Contractor certain confidential and proprietary information pertaining to the Projects to Contractor.

NOW, THEREFORE, for valuable consideration, the sufficiency of which is acknowledged, the parties agree as follows:

1.    "McCandless Group, LLC" in its sole discretion may provide to Contractor certain "Proprietary Information". For purposes hereof, "Proprietary Information" shall mean Project and customer information, including without limitation, the scope and location of the Project, client info, business practices, rates, anything related to "McCandless Group, LLC" business or clients, the strategies, campaigns and design aspects thereof, any means of access to the customer and/or any other information considered by "McCandless Group, LLC" as being confidential and/or proprietary to it. If provided, the Proprietary Information is intended solely to allow Contractor to assess the feasibility of the Project, including estimated costs and fees. The Proprietary Information will at all times remain the sole and exclusive property of "McCandless Group, LLC".

2.    Any use by Contractor of the Proprietary Information pursuant hereof shall cease immediately upon the earlier of (i) termination of Contractor's need to review same, (ii) the completion of its activities referred to herein, or (iii) upon the written demand of "McCandless Group, LLC".  At that time, Contractor shall return to "McCandless Group, LLC" all materials and Proprietary Information in its or its employees' possession.

3.    Contractor agrees not to disclose or otherwise reveal to any third party any such Proprietary Information, except with the prior written consent of "McCandless Group, LLC". Contractor also agrees that any Proprietary Information shall be disclosed only to such employees of Contractor on an absolute and direct "need to know" for purposes hereof, and who are bound by a legally valid and enforceable obligation (which shall be for the benefit of "McCandless

1

Group, LLC") not to disclose or make use of such Proprietary Information except pursuant to the terms hereof. Contractor shall make no copies of any physical embodiments of any Proprietary Information.

4.      Contractor agrees not to use the Proprietary Information in any manner other than explicitly allowed in this Agreement. Any use of the Proprietary Information shall be for the benefit of "McCandless Group, LLC".

5.      Contractor agrees not to circumvent "McCandless Group, LLC" in any transaction with any customer of "McCandless Group, LLC", whose identity "McCandless Group, LLC" revealed to Contractor, in connection with any project, sale or any other transaction involving any products or services, including, without limitation, the Project. This specifically means that Contractor is not entitled to sell products or services directly, indirectly or through a third party, to any customers of "McCandless Group, LLC" whose identity is revealed by "McCandless Group, LLC" to Contractor. Contractor shall not receive any compensation from any party other than from "McCandless Group, LLC" with respect to sales made to any "McCandless Group, LLC" customers and services provided to "McCandless Group, LLC".

6.      Contractor agrees to notify "McCandless Group, LLC" and obtain prior written consent before making contact of any kind with any customer or other third parties whose identity was introduced by "McCandless Group, LLC" to Contractor. Also, every and all communication between the Contractor(s) and the client should be copied to "McCandless Group, LLC" by email to: nick@nickmccandless.com

7.      Contractor agrees not to compete with "McCandless Group, LLC" relative to the Project, whether directly or indirectly, and whether independently or through a third party.

8.      This Agreement shall remain in effect until for a period of five years, or, in the event the parties enter into a Basic Agreement, for a term equal to the duration of the Basic Agreement plus three years upon expiration or termination of the Basic Agreement.

9.      This Agreement shall be construed and interpreted exclusively in accordance with the laws of the State of California, USA, excluding its conflicts of law's provisions.

10.     Any dispute between the parties hereunder, not settled amicably by negotiations within thirty (30) days of the request by one party for such negotiations, shall be settled by final and binding arbitration in Orange County, California in accordance with the commercial arbitration rules of the American Arbitration Association in force as of the date of the dispute. There shall be one arbitrator, who shall be a lawyer and fluent in the English language. The arbitration proceedings and all related correspondence shall be in English only. Notwithstanding the foregoing, "McCandless Group, LLC" shall have the right at all times to seek such remedies through any courts having proper jurisdiction, at law or in equity, including without injunctive relief, in order to protect the Proprietary Information, including without limitation, the enforcement of Articles 3, 4, 5, 6 and 7.

11.     In the event that any provision of this Agreement is deemed invalid, illegal or unenforceable, it shall be ineffective to the extent of such invalidity, illegality or unenforceability, without affecting in any way the remaining provisions of the Agreement. The parties shall in good faith agree upon a provision replacing such illegal or unenforceable provision which approximates as closely as possible the mutual intent expressed by the parties in the original provision.

2

12.     This Agreement constitutes the entire understanding and agreement between the parties hereto with respect to the subject matter hereof, and supersedes any prior or contemporaneous oral or written communication between the parties with respect to the subject matter hereof.  No amendment of this Agreement shall be effective unless signed by both parties.

13.     Any failure by "McCandless Group, LLC" to enforce at any time any term or condition of this Agreement shall not be considered a waiver of "McCandless Group, LLC" right thereafter to enforce each and every term and condition of this Agreement.

14.     Any notice or other communication permitted or required to be given between the parties hereto shall be made in writing and shall be deemed to have been given to the party when sent by telefax, with a confirmation via international courier service, to such party at the relevant address set forth below:

| CUSTOMER: | CONTRACTOR: |
|---|---|
| Business Name: McCandless Group, LLC | Business Name: Rayo Innovations Private Limited |
| Address: 3141 Michelson Drive, Unit 1307, Irvine, CA 92612 | Address: D/8,Tridev Park, Mahadevnagar Tekra,Vastral Road, Ahmedabad Ahmedabad - 382418 Gujarat, India |
| Telephone Number: +1 9197916441 | Telephone Number: +91 99099 18312 |
| Email Address: nick@nickmccandless.com | Email Address: yogs174@gmail.com |
| By: *Nicholas McCandless*  _____ Signature | By: Y.[] Prajapati  _____ Signature |
| Full Name: Nicholas McCandless Title: CEO/Owner/Founder | Full Name: Yogesh Prajapati Title: Director |

3

# EXHIBIT Y

# Income Statement (Profit and Loss)

**McCandless Group, LLC**
**For the year ended December 31, 2022**
**Cash Basis**

| | 2022 | 2021 | 2020 | 2019 |
|---|---|---|---|---|
| **Income** | | | | |
| California State Tax refund | 20,041.50 | - | - | - |
| Consulting Revenue | 190,205.06 | 146,336.66 | 57,565.74 | - |
| Other Revenue | 139,544.90 | 24,543.18 | | |
| Revenue | 12,762,148.12 | 21,513,601.33 | 11,947,868.74 | 220,070.26 |
| Revenue Agreement Payments | (9,582,668.42) | (16,066,957.38) | (8,361,489.17) | - |
| Savings Interest | - | | - | 23.82 |
| **Total Income** | **3,529,271.16** | **5,617,523.79** | **3,643,945.31** | **220,094.08** |
| **Cost of Goods Sold** | | | | |
| Processing Fees | 781,575.43 | 1,453,147.50 | 1,028,495.88 | - |
| Web Hosting | 80,433.27 | 90,626.39 | 29,244.32 | 3,359.44 |
| **Total Cost of Goods Sold** | **862,008.70** | **1,543,773.89** | **1,057,740.20** | **3,359.44** |
| **Gross Profit** | **2,667,262.46** | **4,073,749.90** | **2,586,205.11** | **216,734.64** |
| **Operating Expenses** | | | | |
| Accounting Expenses | 93,344.50 | 73,331.16 | - | - |
| Advertising & Marketing | 123,937.39 | 35,481.88 | 57,280.74 | 4,709.60 |
| Auto Gas/Maintenance | 3,093.72 | 1,692.63 | 545.54 | 243.04 |
| Auto Insurance | 4,350.93 | 3,034.07 | 2,576.93 | 1,594.82 |
| Auto Lease Payments | 14,082.60 | 2,855.11 | 8,117.85 | - |
| Banking Service Charges and Fees | 28,042.51 | 11,022.72 | 2,168.63 | 643.33 |
| Commission & Fees | 2,868.17 | 4,608.61 | 12,527.00 | - |
| Computer & Software Expense | 395,644.51 | 353,702.06 | 122,003.59 | - |
| Conferences & Training | - | - | - | 23.98 |
| Contractors | 150,186.46 | 138,340.92 | 80,817.32 | 114,971.08 |
| Domain Registration and Hosting | - | 301.19 | - | - |
| Dues & Subscriptions | 387.13 | 1,138.38 | 475.00 | 638.76 |
| Entertainment | 780.18 | 403.49 | 66.55 | - |
| Gas & Fuel | 184.73 | - | - | 589.63 |
| Gifts for Clients | 240.00 | - | - | - |
| Insurance - Health | - | - | 5,691.06 | 1,732.20 |
| Insurance Expense | (278.96) | - | - | - |
| Interest Expense | - | 212.03 | 45.58 | 22.35 |
| Mailing & Shipping | 22.90 | 5.87 | - | - |
| Meals | 7,413.69 | 6,363.84 | 2,211.45 | 612.26 |
| Merchant Fees | 287.26 | 1,657.05 | 854.53 | 3,921.69 |

Income Statement (Profit and Loss)

| | 2022 | 2021 | 2020 | 2019 |
|---|---|---|---|---|
| Merchant Fees:Paypal Fees | - | - | - | 600.30 |
| Miscellaneous Expense | - | 58.08 | - | - |
| Moving Expense | - | 2,418.42 | - | - |
| Office Expenses | 74,431.46 | 22,971.12 | 10,826.18 | 3,517.20 |
| Officer Wages | 239,999.92 | 768,238.95 | 571,737.79 | - |
| Payroll Fees | 943.03 | 479.99 | 486.00 | 41,666.60 |
| Payroll Tax Expenses | 11,607.27 | 20,185.50 | 17,155.90 | 3,474.48 |
| Pension Expense | - | 230,000.00 | 230,000.00 | - |
| Postage & Delivery Expenses | 256.10 | 11.05 | 322.03 | 310.95 |
| Professional Services | 969,421.26 | 316,544.36 | 23,627.95 | 3,110.00 |
| Repairs & Maintenance | 2,372.81 | 1,309.06 | - | - |
| Section 179 | 25,763.00 | 17,807.12 | - | - |
| Supplies & Materials | - | - | - | 1,426.86 |
| Taxes & Licenses | 14,162.75 | 45,011.75 | 820.00 | - |
| Taxes Paid | - | - | - | 313.96 |
| Telephone & Internet | (486.73) | 1,548.10 | 1,780.82 | 1,995.17 |
| Travel | 16,024.34 | 21,940.66 | 5,696.41 | 215.23 |
| Travel Expenses- DO NOT USE | - | - | (57.36) | 5,531.43 |
| Utilities | 1,084.80 | 826.97 | - | - |
| Website Hosting | - | - | - | 3,418.02 |
| **Total Operating Expenses** | **2,180,167.73** | **2,083,502.14** | **1,157,777.49** | **195,282.94** |
| **Operating Income** | **487,094.73** | **1,990,247.76** | **1,428,427.62** | **21,451.70** |
| **Other Income / (Expense)** | | | | |
| Capital Gain Distribution | - | - | 16.59 | - |
| Credit Card Rewards | - | - | 1,136.18 | - |
| Dividend Income | - | 110.70 | 1,121.34 | - |
| Grant Income | - | - | 1,000.00 | - |
| Interest Income | 3.14 | 74.68 | 42.53 | 41.74 |
| Other Income | 942.53 | 11,180.00 | - | - |
| Portfolio Fee | - | - | (540.21) | - |
| S/T Capital Gain/Loss | - | - | 875.28 | - |
| **Total Other Income / (Expense)** | **945.67** | **11,365.38** | **3,651.71** | **41.74** |
| **Net Income** | **488,040.40** | **2,001,613.14** | **1,432,079.33** | **21,493.44** |

Income Statement (Profit and Loss) Cash Basis    McCandless Group, LLC

CONFIDENTIAL

MCCANDLESS031271

# EXHIBIT Z

GERARD P. FOX (SBN 151649)
gfox@gerardfoxlaw.com
David T. Ching (SBN 325674)
dching@gerardfoxlaw.com
GERARD FOX LAW P.C.
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
Telephone: (310) 441-0500
Facsimile:  (310) 441-4447

*Attorneys for Plaintiff/Counter-Defendants*
McCandless Group LLC & Nicholas McCandless

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCANDLESS GROUP LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE COY COLLECTIVE, et al.,<br><br>        Defendants. | Case No. CV 2:21-cv-02069<br><br>**PLAINTIFF AND COUNTER-DEFENDANT'S INTIAL EXPERT DISCLOSURE**<br><br>Hon, Davis O. Carter<br>Courtroom 9D |
| THE COY COLLECTIVE, et al.,<br><br>        Counterclaimants,<br><br>v.<br><br>MCCANDLESS GROUP LLC and NICHOLAS MCCANDLESS,<br><br>        Counter-Defendants. | |

1

Pursuant to Federal Rule of Civil Procedure § 26(a)(2), Plaintiff and Counterdefendants McCandless Group, LLC, & Nicholas McCandless (collectively, "McCandless") hereby provides to Defendants and Counterclaimants its initial disclosure and identifies the following expert witnesses who will testify as experts on behalf of McCandless in this matter.

**I.      JULI SAITZ** ("Ms. Saitz"), a retained expert within Rule 26(a)(2)(B)

Ms. Saitz will provide testimony based off of her strategic review and financial analysis of documents related to the above-captioned action to discuss topics up to and including: profit calculations, cost claims, incremental profit analysis, manufacturing and market capacity, fixed and variable cost analysis, allocation of costs, evaluation of forecasts and projects, as well as fiduciary oversight. Ms. Saitz will discuss these topics and express opinions to provide a damages analysis that is proficiently formed off of the facts and data considered. Any inadequacies alleged, that pertain to these disclosures currently and their compliance with Federal Rules of Civil Procedure §§ 26(a)(2)(B)(i) – (iii), are caused by incomplete discovery responses and disclosures from Defendants / Counterclaimants.

As a result of the parties ongoing meet and confer efforts, and Defendants/Counterclaimants' due date to provide financial information on August 14, 2023, Plaintiff/Counterdefendants' expert is unable to render an accurate report. As such, Plaintiff/Counterdefemdants will seek an ex parte application to continue trial and all related deadlines, and/or supplement this disclosure upon receiving Defendants/Counterclaimants' financial data.

A resume is attached as "Exhibit A," in compliance with Federal Rules of Civil Procedure § 26(a)(2)(B)(iv).

A list of all other cases in which, during the previous 4 years, the witness testified

2

PLAINTIFF AND COUNTER-DEFENDANT'S INITIAL EXPERT DISCLOSURE

as an expert at trial or by deposition, is included within Exhibit A, in compliance with Federal Rules of Civil Procedure § 26(a)(2)(B)(v).

An agreement is attached as "Exhibit B," in compliance with Federal Rules of Civil Procedure § 26(a)(2)(B)(vi).

## II.   YOGESH PRAJAPATI ("Mr. Prajapati"), a non-retained expert within Rule 26(a)(2)(B)

Mr. Prajapati will provide testimony based off of his strategic review and computer coding analysis of documents related to the above-captioned action to discuss topics up to and including: software development, high scale websites, website development, mobile applications, mobile application development, information security, Cloud management, Cloud application development Android development, iOS development, social network integration, framework development, technology stacks, website maintenance, client integration, as well as content management. Mr. Prajapati will discuss these topics and express opinions to provide an Information-Technology analysis that is proficiently formed off of the facts and data considered. Any inadequacies alleged, that pertain to these disclosures currently and their compliance with Federal Rules of Civil Procedure §§ 26(a)(2)(B)(i) – (iii), are caused by incomplete discovery responses and disclosures from Defendants / Counterclaimants.

A resume is attached as "Exhibit C," in compliance with Federal Rules of Civil Procedure § 26(a)(2)(B)(iv).

The witness has never testified as an expert by trial or by deposition, this disclosure is made in compliance with Federal Rules of Civil Procedure § 26(a)(2)(B)(v).

Mr. Prajapati is not being paid for his study or testimony, this disclosure is in compliance with Federal Rules of Civil Procedure § 26(a)(2)(B)(vi).

PLAINTIFF AND COUNTER-DEFENDANT'S INTIAL EXPERT DISCLOSURE

# III.   SUPPLEMENTAL DISCLOSURES & RESERVATION OF RIGHTS

Plaintiff and Counterdefendants reserve the right to supplement this disclosure "in a timely manner if the party learns that in some material respect the disclosure or response is incomplete or incorrect" according to Federal Rule of Civil Procedure §§ 26(e) & 26(a)(2)(E).

Plaintiff and Counterdefendants reserve the right to supplement or amend these expert witness disclosures after review of the expert disclosures provided by Plaintiff/Counterdefendants, or under any other circumstances that may make such supplementation or amendment necessary, desirable, and/or permissible by law.

Plaintiff/Counterdefendants reserve the right of their designated experts to augment or otherwise amend the attached expert reports as facts, circumstances, witnesses, or other matters are discovered by Plaintiff/Counterdefednants and/or their expert witnesses.

Plaintiff/Counterdefendants also reserve the right to use these experts or designate other experts to rebut testimony provided by Defendants/Counterclaimants' experts.


Dated: August 9, 2023                    GERARD FOX LAW PC

By: _____
                                         Gerard P. Fox, Esq.
                                         David T. Ching, Esq.
                                         *Attorneys for Plaintiff/Counter-Defendants*

---

4

PLAINTIFF AND COUNTER-DEFENDANT'S INTIAL EXPERT DISCLOSURE

## **PROOF OF SERVICE**

I, Reed Shankwiler, am employed in the County of Los Angeles, in the State of California.  I am over the age of 18 and not a party to the above-mentioned matter.  My business address is: Gerard Fox Law P.C., 1880 Century Park East, Suite 1410, Los Angeles, CA 90067.

On **August 9, 2023**, I served the following documents, described as **PLAINTIFF AND COUNTER-DEFENDANT'S INTIAL EXPERT DISCLOSURE** on the person(s) listed in the attached Service List.  The document was served by the following means:

| | |
|---|---|
| ☐ | **By United States mail**.  I enclosed the document in a sealed envelope or package addressed to the people listed in the attached Service List and placed the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
| ☒ | **By electronic service**:  Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed in the attached Services List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: August 9, 2023

*Reed A Shankwiler*
_____
Reed Shankwiler

PLAINTIFF AND COUNTER-DEFENDANT'S INTIAL EXPERT DISCLOSURE

## **SERVICE LIST**

| | |
|---|---|
| COLIN H. ROLFS (SBN 280654)<br>crolfs@millerbarondess.com<br>MILLER BARONDESS, LLP<br>1999 Avenue of the Stars, Suite 1000<br>Los Angeles, California 90067<br>Telephone: (310) 552-4400<br>Facsimile: (310) 552-8400 | Attorneys for Defendants and<br>Counterclaimants<br>THE COY COLLECTIVE, INC,<br>JESSICA BARTLETT, COREY LEWIS,<br>ROBERT HANKINS, and THOMAS DREW |

6

# EXHIBIT – A –

CURRICULUM VITAE
# JULI SAITZ
## PARTNER



## QUALIFICATIONS

BS, Accounting, New York University Leonard N. Stern School of Business, USA
Certified Public Accountant (CPA)
Certification in Financial Forensics (CFF), American Institute of Certified Public Accountants (AICPA)
Accredited in Business Valuation (ABV), AICPA

## MEMBERSHIPS

The Copyright Society of the USA, Former Assistant Treasurer
Member, American Bar Association
Member, AICPA
Member, New York State Society of CPAs
Member, Licensing Executives Society

## PROFILE

**Juli Saitz** is a Certified Public Accountant with 25 years of experience providing forensic accounting and financial and economic analysis to attorneys in litigation. Juli has helped to resolve commercial disputes and provided financial consulting services related to financial analysis, investigations, and damage analysis in various industries, including software, technology, entertainment, real estate, hospitality, food and beverage, consumer products, financial services, and manufacturing.

Juli often works with clients in pre-litigation settings related to business divorce matters providing financial analyses and valuation. She also works with clients providing early case assessments related to the quantum of potential damages. Juli's expertise includes strategic review, financial analysis, profit calculations, cost claims, asset tracing, licensing and royalty determinations, manufacturing and marketing capacity, fixed and variable cost analysis, allocation of costs, evaluation of forecasts and projects, and fiduciary oversight. She has supported stakeholders, senior executive teams, and boards of directors.

Juli began her career in the Big Four Accounting firms and continued on to premier consultant firms including FTI Consulting and Ankura Consulting. She has served as a damages and accounting expert in matters involving fraud, misappropriation of trade secrets, breach of contract; valuation; patent, trademark, and copyright infringement; and royalty disputes.



**EXPERT TESTIMONY LAST FOUR YEARS**

Mark Horowitz and Montauk USA, LLC v. 148 South Emerson Associates, LLC and Michael Meyer - United States District Court for the Eastern District of New York.  Trademark Infringement.  Expert Report.  Deposition Testimony.  2019

Omer Grgurev and Ferdo Grgurev v. Milan Licul and Branko Turcinovic et al – Supreme Court State of New York.  Shareholder Dispute.  Expert Report.  Special Hearing Testimony. 2020 & 2022. Deposition 2022.

Major Brands, Inc. vs. Mast Jagermeister US, Inc. et al – United States District Court for the Eastern District of Missouri.  Breach of Contract.  Expert Report.  Deposition Testimony.  2020

Compagnie Champenoise PH-CH. Piper-Heidsieck v. Paterno Imports, Ltd, D/B/A Terlato Wines International – International Court of Arbitration.  Breach of Contract.  Expert Report.  Hearing Testimony. 2022

Bankers Conseco Life Insurance and Washington National Life Insurance Company vs. KPMG - Supreme Court State of New York.  Fraudulent Inducement.  Expert Report. Deposition Testimony. 2022

Sean Hall & Nathan Butler v. Taylor Swift, Karl Martin Sandberg, Karl Johan Schuster, Sony/ATV Music Publishing, LLC, Kobalt Music Publishing America Inc., Big Machine Label Group, LLC, Universal Music Group, Inc. - United States District Court for the Central District of California.  Expert Report. Copyright Infringement.  Deposition Testimony.  2022

Trent P. Enterprises LLC and The Fisher Family Dynasty Trust v. SAS Automation, LLC; Piab USA, Inc.; and Piab AB – United States District Court for the Southern District of Ohio. Breach of Contract, Trade Secret Misappropriation. Expert Report. Deposition Testimony. 2023

Golden Unicorn Enterprises, Inc. and Big Dog Books, LLC v. Audible, Inc. - United States District Court for the Southern District of New York. Breach of Contract (class action). Expert Report. Deposition Testimony. 2023

Noble Security Inc. and Meir Avganim v. Acco Brands Corporation - United States District Court for the Southern District of New York. Patent Infringement. Expert Report. Deposition Testimony. 2023

E. Hanlin Bavely, Chapter 7 Trustee of AAA Sports, Inc. v. Panini America Inc. – United States District Court for the Eastern District of Texas. Copyright Infringement, Violations of Digital Millennium Copyright Act. Expert Report. Deposition Testimony.  2023

Hayward Industries Inc. v. Blueworks Corporation and Blueworks Innovation Corporation, and Ningbo C.F. Electronic Tech Co. Ltd. and Ningbo Yishang Import and Export Company Ltd. – United States District Court for the Western District of North Carolina.  Trademark Infringement.  Expert Report. Deposition Testimony. 2023



**CURRICULUM VITAE**
JULI SAITZ

**PAGE 2 OF 2**

# EXHIBIT – B –



**Raymond Sloane**
Partner
60 East 42nd Street, Suite 1460
New York, NY 10165
T: (347) 726-9705
RaymondSloane@hka.com

July 14, 2022

*VIA E-MAIL*: gfox@gerardfoxlaw.com
*CC*: pajmera@gerardfoxlaw.com

Gerard Fox, Esq.
Gerard Fox Law PC
1880 Century Park East, Suite 1410
Los Angeles, CA 90067

*Re: McCandless Group, LLC v. The Coy Collective, Inc., et. al.*

Dear Mr. Fox:

This letter agreement ("Agreement") confirms the retention of HKA Global, Inc., ("HKA") effective as of July 14, 2022, by Gerard Fox Law P.C. ("Counsel"), in connection with the above-captioned litigation, on behalf of McCandless Group, LLC ("Client").

## Background

HKA's professional services will be to provide a damage calculation associated with Client's allegations of misappropriation of trade secrets, breach of contract, fraud, and breach of fiduciary duty against the defendants.

## Scope of Services

HKA's professional services may include the following business and litigation consulting areas: financial damages and forensic accounting analyses, as well as preparation of an expert report and testimony related to the various claims alleged in the pleadings, and as developed as a result of its study and analysis of documents to be provided in discovery.

## Compensation

The engagement team will be led by Raymond Sloane and Juli Saitz, who will be assisted by others as appropriate. HKA will make every reasonable effort to perform the assignment in a cost-effective manner. HKA shall be compensated for professional fees for services performed at the following hourly rates:

| | |
|---|---|
| Partners | $550 - $650 |
| Directors and Associate Directors | $400 - $495 |
| Managers | $350 - $395 |
| Senior Associate Consultants | $300 - $350 |
| Associate Consultants | $265 - $300 |
| Interns | $195 - $250 |

**WE ANTICIPATE.**
**WE INVESTIGATE.**
WE RESOLVE.

These hourly rates shall be subject to adjustment once annually beginning on January 1, 2023. We shall advise you in advance regarding any rate increases. In addition, reasonable travel expenses shall be separately reimbursed at cost.

Prior to commencement of any services under this agreement, Client shall pay HKA a retainer of $15,000, which shall be held by HKA in full and applied against its final invoice.

Counsel and Client acknowledge that Counsel is authorized to act on behalf of and to bind Client with respect to this matter. HKA agrees that Client is solely responsible for payment of our invoices.

**Terms and Conditions**

The attached HKA Terms and Conditions are incorporated by reference herein, and together with this letter shall constitute the "Agreement" between the parties.

We greatly appreciate the opportunity to work with you on this matter. If you have any questions, please do not hesitate to contact me.

Please countersign in the space provided below indicating your agreement to the foregoing terms and return to me at your earliest convenience.

Very truly yours,

HKA Global, Inc. ("HKA")

By: _____
Raymond Sloane
Partner

**ACKNOWLEDGED AND AGREED BY:**

**McCandless Group, LLC**
**("Client")**

By: _Nicholas McCandless_____
Nick McCandless
Title: _Manager_____

**Gerard Fox Law PC**
**("Counsel")**

By: _____
Gerard Fox, Esq.
Founder and Partner

**WE ANTICIPATE.**
**WE INVESTIGATE.**
WE RESOLVE.

**Page 323**



**MAKING THE BEST POSSIBLE OUTCOMES A REALITY,** EVERY TIME

## HKA Terms and Conditions

1.  <u>SCOPE OF SERVICES.</u> HKA shall perform the services outlined in the attached letter dated July 14, 2022, and as further directed by Client and Counsel ("Services"). The July 14, 2022, letter and these Terms and Conditions shall collectively be referred to as the "Agreement."

2.  <u>COMPENSATION.</u>

    (a)  *Fees and Expenses.* As consideration for the Services, HKA shall be compensated for professional fees and reimbursable expenses in accordance with this Agreement. In addition to professional fees and reimbursable expenses, HKA shall charge an administration fee at the rate of four percent (4%) of invoiced professional fees to offset consumable and incidental costs.

    (b)  *Invoicing and Payment.* HKA shall invoice its fees and expenses to Client no less frequently than monthly. Any supporting documentation provided with each invoice will be in electronic format.

    i.  Any objection to an HKA invoice must be made in writing within ten (10) calendar days following receipt of the invoice. Client acknowledges that if it fails to timely object to any portion of an invoice, it shall have waived its rights to do so.

    ii.  In the absence of a good faith, reasonable objection to an invoice, Client agrees to pay each HKA invoice in full within fifteen (15) calendar days of its receipt. All undisputed portions of a disputed invoice shall be paid within the same time. Acceptance of any partial payment by HKA shall not constitute a waiver of any HKA rights or otherwise affect its ability to collect the unpaid portion of any invoice. Interest shall accrue on all overdue invoices, or portions thereof, at the lower of 1.0% per month or the maximum rate permitted under law.

    iii.  Client's payment obligation hereunder shall not be contingent on the findings or conclusions reached by HKA, or on the outcome of the underlying matter. If Client is more than one party, each party shall be jointly and severally liable for all outstanding invoices.

    (c)  *Suspension for Non-Payment; Payment Prior to Final Performance.* HKA reserves the right to suspend performance without penalty in the event Client fails to timely pay HKA in accordance with this Agreement. HKA shall not be obligated (i) to deliver any final work product, (ii) to provide any declaration, presentation, deposition, or testimony, or (iii) to resume work in the event of a suspension, until Client pays all amounts invoiced (whether or not overdue) or to be owed (for Services performed but not yet billed).

    (d)  *Cost Estimate.* For purposes of assisting Client in budgeting and planning, HKA may prepare an estimate of the cost of its Services. Client agrees that any amount estimated by HKA shall be construed only as an estimate and not as a guaranty by HKA with respect to the actual final cost for performing the Services.

    (e)  *Witness Fee.* In the event HKA is required by legal process to attend any judicial or other proceeding, or otherwise to give testimony or produce documents, regarding the underlying matter or the Services, and such testimony or document production was not intended to be within the scope of this Agreement, Client agrees that HKA shall be compensated in accordance with its fee schedule for (i) all hours expended in responding to any such request, including preparation and travel time, and (ii) related costs and expenses, including reproduction and travel expenses. The obligations of this section shall survive the expiration or termination of this Agreement.

3.  <u>TERM.</u> Unless terminated earlier, this Agreement shall be effective from the date first written above and shall continue in full force and effect until completion of the Services, when it shall expire.

4.  <u>TERMINATION.</u> Either party shall have the right to terminate this Agreement without cause or penalty upon providing reasonable written notice of such termination to the other party. Notwithstanding any such termination, Client shall remain obligated to compensate HKA for all Services in accordance with this Agreement.

5.  <u>CONFIDENTIALITY.</u> Client shall provide to HKA all documents and information necessary to perform the Services ("Client Documents"). HKA shall not disclose to any third party any Client Documents marked as confidential, except as may be required by legal process; provided, however, that HKA shall be entitled to describe the general nature of the Matter and the Services, and identify Client as its client, for sales, marketing and public relations purposes. At the end of the Agreement term, Client may direct HKA to take the following actions with respect to disposition of Client Documents: (a) return them to Client; (b) discard them; or (c) store them at Client's expense. In the absence of written direction, HKA may destroy or discard Client Documents without penalty.

6.  <u>WARRANTY OF PERFORMANCE.</u> HKA will exercise that degree of care and skill ordinarily exercised under similar circumstances by professionals performing similar services. Client acknowledges that HKA opinions and work product are dependent on the documents and information Client provides, and that HKA shall not be responsible for any claims resulting from inaccurate Client documents or information. HKA makes no guarantees regarding (i) the admissibility of its opinions, reports or testimony in any legal proceeding, or (ii) the outcome of the matter in connection with which they are provided.

7.  <u>WORK PRODUCT.</u>

    (a)  *Drafts.* Consistent with its normal business practices, and in the absence of an advance written agreement, HKA will discard all work papers on a routine basis, and will not reference such materials in its final work product. HKA work papers shall be defined as including, without limitation, preliminary conclusions, superseded drafts, comments, notations, and interim analyses.

    (b)  *Ownership and Use.* Client and Counsel acknowledge that HKA shall retain ownership of its work product until Client has paid all related invoices, that HKA shall prepare its work product solely for use by Client and Counsel in connection with this engagement, and that the work product is not intended for any other purpose or for use by any other party. Client and Counsel shall not, without the prior written consent of HKA, use or disclose any part of the work product for purposes unrelated to this engagement, or modify the work product. HKA disclaims any responsibility, liability, or duty of care to others not a party to this Agreement based upon its Services or upon any work product or advice HKA provides hereunder.

8.   INTELLECTUAL PROPERTY. Client acknowledges that in performing the Services, HKA may utilize proprietary works, including software, models, and other materials, that are developed outside of this engagement and in which HKA owns all right, title and interest ("Preexisting Materials"). To the extent HKA incorporates Preexisting Materials into its work product, and once all fees owed to HKA have been fully paid by Client, HKA shall grant Client a non-transferable, nonexclusive, royalty-free license to use the Preexisting Materials for purposes related to the Services.

9.   INDEMNIFICATION. Client shall indemnify, defend and hold harmless HKA and its employees, officers, agents, successors and assigns from and against all liability, claims, suits, losses, damages, costs and demands (collectively "Claims"), (i) on account of personal injury or property damage to the extent arising out of or resulting from Client's actions or omissions, or (ii) on account of any Claim not involving personal injury or property damage whereby a third party alleges to have been adversely impacted by the HKA Services, except to the extent a court determines that such Claim results from the gross negligence or intentional misconduct of HKA in performing the Services.

10.   LIMITATION OF LIABILITY. Notwithstanding any provision of this Agreement to the contrary, HKA's liability to Client and Counsel arising out of or related to this Agreement or the Services, whether based in contract, tort, strict liability or otherwise, shall not exceed in the aggregate the total fees paid to HKA hereunder. In no event shall either party be liable to the other under any theory for lost or diminished revenues or profits, losses by reason of delay, or any other incidental, special, punitive, exemplary, indirect or consequential damages. No deductions shall be made from HKA's compensation due to any claim by the Client or by third parties. The provisions of this Section shall survive the expiration or termination of this Agreement.

11.   INDEPENDENT CONTRACTOR. HKA shall be an independent contractor in performing the Services, maintaining full control of its employees and operations.  Neither HKA nor anyone employed by it shall be the agent, representative, employee or servant of Client.

12.   BUSINESS RELATIONSHIPS.

      (a)   HKA's evaluation of business relationships that may lead to potential conflicts is based on the information Client and Counsel provide regarding the identity of interested third parties.  Client and Counsel acknowledge that they have disclosed to HKA all third parties with an interest in the underlying matter, and agree to promptly notify HKA of any additional parties of which they become aware during the term of this Agreement.

      (b)   The performance of Services by HKA is not intended to establish a fiduciary relationship among the parties, and shall not preclude HKA or any affiliate from working on unrelated matters for any third parties that are, or may be, adverse to Client or Counsel, provided HKA complies with its confidentiality obligations hereunder.

13.   CONSULTING SERVICES.

      (a)   To the extent applicable to this engagement, HKA will perform its Services in accordance with the Standards for Consulting Services issued by the American Institute of Certified Public Accountants, and with the Statements on Standards for Forensic Services. HKA will not verify or audit any information provided, and will not provide an audit, accounting, or attest opinion or other form of assurance.

      (b)   The Services will not include legal advice of any nature. Client should consult with its attorney regarding any legal matter, including without limitation the drafting and interpretation of legal instruments and the interpretation of laws or regulations.

      (c)   HKA employees hold varying types of professional licenses (e.g., Certified Public Accountant, and Professional Engineer) in multiple jurisdictions. The use of a professional designation by an HKA employee in connection with the Services, including in reports or correspondence, is intended to apply only with respect to Services having a nexus to the jurisdiction(s) in which the employee is licensed.

14.   NO SOLICITATION.   During the term of this Agreement and for a period of one year after its expiration or termination, Client and its affiliates and agents shall not, without the prior written consent of HKA, directly or indirectly solicit, recruit, employ or otherwise engage any HKA employee or agent who provided Services hereunder.

15.   SEVERABILITY. If any provision of this Agreement is held to be unenforceable by a court of competent jurisdiction, the Agreement shall be construed as if the provision did not exist, and the enforceability of all other provisions shall not be impacted thereby.

16.   SUCCESSORS AND ASSIGNS. The covenants contained herein shall apply to and inure to the benefit of and be binding upon the parties hereto and their respective successors and assigns.

17.   ENTIRE AGREEMENT; AMENDMENT. This Agreement and its exhibits constitute the entire agreement among the parties. All previous agreements or understandings with respect to the subject matter hereof, whether written or oral, are superseded and voided. No amendment or modification of this Agreement shall be valid unless it is in writing and signed by all parties.

18.   WAIVER. The failure of any party to require performance of any provision of this Agreement shall not affect that party's right to enforce the provision nor shall the waiver by any party of any breach be construed to be a waiver of any succeeding breach or as a modification of such provision.

19.   DISPUTES.

      (a)   Governing Law. This Agreement, and all claims or causes of action based upon, arising out of or related to this Agreement, or its negotiation, execution or performance, shall be governed by, and enforced in accordance with, the substantive laws of the State of Delaware, including its statutes of limitations.

      (b)   Dispute Forum. All claims or causes of action based upon, arising out of or related to this Agreement, or its negotiation, execution or performance, shall be brought only in a court located in Philadelphia, Pennsylvania. The parties hereby irrevocably submit and consent in advance to the exclusive jurisdiction of such courts, agree that venue in such courts is proper and convenient, and expressly waive any objection or defense they may have based upon lack of personal jurisdiction or inconvenient forum.

      (c)   Waiver of Jury Trial.  To the fullest extent permitted by law, the parties hereby waive any rights they may have to a trial by jury in any suit, action or proceeding brought by one against the other(s) hereunder.

      (d)   Attorneys' Fees.  The prevailing party in any legal proceeding shall be entitled to an award of costs and reasonable attorneys' fees.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

***END OF DOCUMENT***

EXHIBIT – C –

**Yogesh Prajapati**

Email: yogs174@gmail.com
Phone: +91 9909918312
Linkedin: https://www.linkedin.com/in/yogs174
Upwork: https://www.upwork.com/fl/~016baba7b7c2aca89f

## Experience

Total Experience : 14+ Year

## Professional Skills

Swift, Objective-C, Cocoa, Javascript, PHP, Node.js, Angularjs, Smarty, Angularjs,  jQuery, Ajax, Mysql, Sqlite, Mongodb,  Html/Html5, css/css3, XML, JSON, Wordpress, laravel, iPhone/iPad application development, Performance Optimization, Web API Design and development, Mysql optimization, Regular Expression, Mac OS X, Xcode,  Ubuntu, Windows, Unity3D, Frontend developer, Photoshop, Cocos2d, Box2d, Debugging, Requirement analysis, Time estimation, Architecture level design, Research, Framework development, AWS, Microsoft Azure and GCP

## Academic chronicle

12th Science from Sheth RT New High School, Ahmedabad - 2004

Bachelor of Engineering in Information Technology (2008) from Vishwakarma Government Eng. College (Gujarat University)

## Work Experience

April 2016 - Present - Co Founder / CTO at Rayo Innovations

Full Stack Mobile / Web developer Oct 2015 - Mar 2016 at self employed

Programmer Analyst  Feb 2015 - Sep 2015 at Ishi systems Inc.

Mobile and Web Developer April 2010 - Jan 2015 at Digicor Information Systems

PHP Developer Sep 2008 - Mar 2010 at Kavishi Infotech

**Mobile Projects undertaken**

**Save Location GPS : https://apps.apple.com/app/apple-store/id1296151414**

**Weerselo App:  https://apps.apple.com/us/app/weerselo-app/id1596050530**

**Noord Deurningen: https://apps.apple.com/us/app/noord-deurningen/id6448175569**

**Accent FM:  https://apps.apple.com/us/app/accentfm/id1222927863**

**ExerciseBuddy - Visual Exercise System**
https://itunes.apple.com/us/app/exercisebuddy-visual-exercise/id1007991748?ls=1&mt=8

**Stylez**  https://itunes.apple.com/us/app/stylez/id830315151?mt=8

**Gameday Platform Applications** http://theappcompany.com/gameday-technology-platform/ :
**BNP Paribas Open:**https://itunes.apple.com/us/app/2014-bnp-paribas-open-official/id814036203?mt=8
**Cal Gameday**: https://itunes.apple.com/us/app/cal-gameday/id557210290?mt=8
**USC TROJANS**: https://itunes.apple.com/lk/app/usc-trojans-gameday-app/id459227866?mt=8
**Out of Africa**: https://itunes.apple.com/us/app/out-of-africa-park-safari/id924200193?mt=8

**4sale** : https://itunes.apple.com/kw/app/4sale/id435463622?mt=8#

**Puzzle Game For Kids**
:https://itunes.apple.com/us/app/puzzle-game-for-kids/id1131993087?ls=1&mt=8

**Kids Fun Learn** : https://itunes.apple.com/us/app/kids-fun-learn/id1122397199?mt=8

**Web Projects Undertaken**

**Do You Remember - https://doyouremember.com**
- Website development
- Maintenance and security

**Oath One - https://www.oath.law**
Platform to generate docs dynamically for estate planning and other law documentation services
- Client vision interview
- Client estate planning interview

- Will, Trusts and other documentations and services
- Automation of whole process
- Docs customization and state specific docs generation

**Captain up - https://captainup.com**
- Js widget development
- SDK development iOS, Android, Web
- Backend development
- Client integration
- Gamification engine development

**The App Company Platform - https://platform.theappcompany.com/sign-in**
- Platform to build apps with drag and drop
- Plugin support for customization
- localization
- Reward program
- Different kind of menus
- Custom links
- Content management

**Premium content Platform - https://www.themccandlessgroup.com**

Platform for social media influencers to monetize the content. It facilitates content feed, one to one chat, live streaming, payment processing, subscriptions,  promotions.

**Wordpress Website with shopping cart and calendar** : http://roweelementaryschool.org/ , http://northwesternsettlement.org

**Management subsystem**: Objective: It helps to manage infrastructure of data crawling and analytics with authentication, error management, analytics dashboard and video ad platform.

**Alert Notification system**:

Tools & Technology: node.js, Angularjs, swift, mysql, OSX , Xcode

Objective: It will work as an independent alert system which can plug into any system as a sub system.

**Crue** : Enterprise application for USC(http://www.usc.edu/ ) CMS/API/Ipad App

**Imenu360 mobile web application** : http://www.imenu360.mobi/?id=FCFF