# EXHIBIT AA

1  Gerard P. Fox (SBN 151649)
   gfox@gerardfoxlaw.com
2  David T. Ching (SBN 325674)
   dching@gerardfoxlaw.com
3  GERARD FOX LAW, P.C.
   1880 Century Park East, Suite 1410
4  Los Angeles, CA 90067
   Telephone: (310) 441-0500
5  Facsimile: (310) 441-4447

6  Attorneys for Plaintiff/
   Counterclaimants McCandless
7  Group LLC and Nicholas
   McCandless

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10 McCandless Group, LLC,              | Case No. 2:21-cv-02069

11          Plaintiff,                 | Hon. David O. Carter
                                       | Courtroom 9D
12 v.

13 The Coy Collective, Inc., *et. al.*, | **MCCANDLESS GROUP LLC AND**
                                        | **NICHOLAS MCCANDLESS'**
14          Defendants.                 | **REQUEST FOR PRODUCTION OF**
                                        | **DOCUMENTS TO DEFENDANT THE**
15                                      | **COY COLLECTIVE, INC., SET TWO**

16 The Coy Collective, Inc., *et. al.*,

17          Counter-claimants,

18 v.

19 McCandless Group LLC and Nicholas
   McCandless,
20
            Counter-defendants.
21

22 **PROPOUNDING PARTY:**    Plaintiff and Counter-defendants, MCCANDLESS

23                           GROUP LLC AND NICHOLAS MCCANDLESS

24 **RESPONDING PARTY:**     Defendant, THE COY COLLECTIVE, INC.,

25 **SET NO.:**              Two (2)

26

27

28
                                      1
   PLAINTIFF/COUNTERDEFENDANTS MCCANDLESS GROUP, LLC AND NICHOLAS MCCANDLESS'
        REQUEST FOR PRODUCTION TO THE COY COLLECTIVE, SET TWO

1    Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff/Counter-
2   defendants McCandless Group, LLC and Nicholas McCandless ("Propounding
3   Party") propounds by and through its counsel, Gerard Fox Law P.C., the following
4   First Set of Requests for the Production of Documents (the "Requests" and each a
5   "Request") to Defendants/Counter-claimants The Coy Collective, Inc. ("Responding
6   Party").  Defendants/Counterclaimants are directed to respond in writing to these
7   Requests for Production within 30 days of service and is also encouraged to confer
8   with Propounding Party about any issue concerning the scope of, or compliance with,
9   these Requests as soon as possible.

10                                **INSTRUCTIONS**

11    The rules of construction and definitions set forth in Rules 26 and 34 of the
12   Federal Rules of Civil Procedure are incorporated as if set forth fully herein.  In
13   addition, the following definitions and instructions shall apply:

14    1.    YOU are instructed to produce all DOCUMENTS that are responsive to
15   these requests that are in YOUR possession, custody, or control. A DOCUMENT is in
16   YOUR "possession, custody, or control" if it is in YOUR physical possession or if, as
17   a practical matter, YOU have the ability, upon request, to obtain possession of the
18   DOCUMENT or a copy thereof from another PERSON or entity that has physical
19   possession of the DOCUMENT including, but not limited to, YOUR attorneys,
20   AGENTS, representatives, or employees, regardless of their location.

21    2.    If any DOCUMENT or category of DOCUMENTS is not produced in
22   full, please state with particularity the reason or reasons it is being withheld in full and
23   describe, to the best of YOUR knowledge, information and belief, and with as much
24   particularity as possible, the DOCUMENT or portions of the DOCUMENT that are
25   not being produced.

26    3.    Each DOCUMENT is to be produced as it is kept in the usual course of
27   business including, but not limited to, all file folders, binders, notebooks, and other

28

2

PLAINTIFF/COUNTERDEFENDANTS MCCANDLESS GROUP, LLC AND NICHOLAS MCCANDLESS'
REQUEST FOR PRODUCTION TO THE COY COLLECTIVE, SET TWO

**Page 332**

devices by which such DOCUMENTS may be organized or separated.

4. ALL DOCUMENTS requested must be produced (along with any draft(s) thereof) in their entirety, without abbreviation, expurgation, or redaction.

5. If a DOCUMENT has been prepared in several copies that are not identical, or if additional copies have been made that are no longer identical, or if original identical copies are no longer identical by reason of subsequent notation or other modification of any kind whatsoever including, but not limited to, notations on the front or back of pages thereto, each non-identical copy is a separate DOCUMENT and must be produced.

6. When any part of a DOCUMENT is responsive to any individual request, YOU must produce the DOCUMENT in its entirety including, but not limited to, attachments, cover memoranda, exhibits, and appendices.

7. If YOU withhold any DOCUMENT, or portion of a DOCUMENT, on grounds that it is protected from discovery by the attorney-client privilege, work-product doctrine, or other privilege or immunity from discovery, please set forth in a privilege log for each DOCUMENT or portion of a DOCUMENT withheld:

    a. The place, approximate date, and manner of recording, creating or otherwise preparing the DOCUMENT;

    b. The names and organization position, if any, of each author, sender, and recipient of the DOCUMENT;

    c. A general description of the subject matter of the DOCUMENT;

    d. The basis of any claim of privilege; and

    e. If work-product is asserted, the proceeding, if any, for which the DOCUMENT was created.

8. For any DOCUMENT or category of DOCUMENTS that was, but no longer is, in YOUR possession, custody or control, please describe each such DOCUMENT as completely as possible and provide the following information:

a. The reason the DOCUMENT is no longer in YOUR possession, custody or control;

b. The PERSON or entity, if any, who has possession, custody of control or, if unknown, so state; and

9. If the DOCUMENT was destroyed or otherwise disposed of, state:

a. The manner of disposal (i.e., destruction, loss, discarding or other means of disposal);

b. The date of disposal;

c. The reason for disposal;

d. The PERSON authorizing disposal;

e. The PERSON disposing of the DOCUMENT; and

f. The name and address of the most recent custodian of the DOCUMENT.

10. An attachment to a DOCUMENT must be entitled to privilege in its own right. If an attachment is responsive and not privileged in its own right, it must be produced. YOU shall provide all non-privileged portions of any responsive DOCUMENT for which a claim of privilege is asserted, noting where redactions in the DOCUMENT have been made.

11. If YOU have redacted any portion of the DOCUMENT, stamp the word "redacted" on each page of the DOCUMENT. Privileged redactions must be included in the privilege log.

12. The terms "AND" and "OR" shall be construed either conjunctively or disjunctively as necessary to bring within the scope of the Request all responses that might otherwise be construed to be outside of its scope.

13. Unless otherwise agreed, all responsive DOCUMENTS shall be produced at the offices of Gerard Fox Law, P.C., 1880 Century Park East, Suite 1410, Los Angeles, CA 90067. Such DOCUMENTS shall be produced on a rolling basis, and all responsive DOCUMENTS in existence at this time shall be produced no later

4
PLAINTIFF/COUNTERDEFENDANTS MCCANDLESS GROUP, LLC AND NICHOLAS MCCANDLESS'
REQUEST FOR PRODUCTION TO THE COY COLLECTIVE, SET TWO

Page 334

than 30 days following service of these Requests, unless otherwise agreed. (*See* Instruction No. 17 concerning supplemental production).

14. When a Request seeks production of "ALL DOCUMENTS" of a particular type, YOU must produce each and every responsive DOCUMENTS, including any copies of DOCUMENTS that may exist.

15. If there are no DOCUMENTS responsive to a Request, YOU must expressly state that fact.

16. In lieu of producing original DOCUMENTS, YOU may produce a legible copy of each DOCUMENT requested. Any such copy must be identical to the original. Black and white copies may be made of color DOCUMENTS if doing so will not impair the readability or legibility of such DOCUMENT, and subject to later production of the color version if requested.

17. These Requests are continuing. If after responding to any of the following Requests YOU discover or acquire any additional responsive DOCUMENTS, PLAINTIFF/COUNTERDEFENDANTS request that YOU produce any additional responsive DOCUMENTS for inspection and copying.

18. Unless otherwise specified, each Request refers to all non-privileged responsive DOCUMENTS or COMMUNICATIONS created between 2013 through the present (the "Relevant Period").

## **DEFINITIONS**

1. The universal quantifier "ALL" means all, each, any, and every, and shall be construed so as to bring within the scope of the discovery request all responses that might otherwise be construed to be outside its scope.

2. The term "COMMUNICATION(S)" means any and all exchanges of information between two or more PERSONS by any medium, including but not limited to meetings, telephone conversations, correspondence, memoranda, contracts, agreement, computer, radio, verbal actions intending to or actually conveying

PLAINTIFF/COUNTERDEFENDANTS MCCANDLESS GROUP, LLC AND NICHOLAS MCCANDLESS'
REQUEST FOR PRODUCTION TO THE COY COLLECTIVE, SET TWO

**Page 335**

information, inquiries, discussions, conversations, verbal conversations, digital COMMUNICATIONS, emails, text messages, WhatsApp messages, instant messages negotiations, agreements, understandings, meetings, conferences, records of telephone conversations, interviews, cards, letters, notes, correspondence, telegrams, telexes, cables, or other forms of interpersonal discourse, whether oral, written or electronic, however transmitted, including all forms of correspondence, reports, notes, memoranda, lists, agendas, and any and all other reports of communication.

3. "COMPLAINT" means Plaintiff McCandless Group's Third Amended Complaint in the above-captioned action filed March 16, 2022.

4. "ANSWER" means Defendants' Answer to Third Amended Complaint in the above-captioned action filed April 20, 2022.

5. The term "DOCUMENT(S)" shall have the broadest possible meaning permitted by Federal Rules of Civil Procedure 26 and 34 and the relevant case law, and shall include any tangible thing upon which any expression, communication, or representation has been recorded, as well as all "writings," "recordings," and "photographs," as defined by Federal Rule of Evidence 1001. "DOCUMENT" shall include materials stored electronically or electromagnetically (such as electronic mail, social media messages, text messages, instant messages, or any other electronic files, including but not limited to those stored on any computer, mobile phone, storage drive, cloud-based storage system, or otherwise) and all drafts or non-final versions, alterations, modifications, and amendments to any of the foregoing. A "DOCUMENT" also shall include all attachments and enclosures, all drafts or copies that differ in any respect from the original, and all handwritten notations or notes attached on the front or back via adhesive or the like. This term also includes the complete original document (or a copy thereof if the original is not available), all English translation(s) (if the original is not in English), all drafts, whether or not they resulted in a final document and all copies that differ in any respect from the original,

6

PLAINTIFF/COUNTERDEFENDANTS MCCANDLESS GROUP, LLC AND NICHOLAS MCCANDLESS'
REQUEST FOR PRODUCTION TO THE COY COLLECTIVE, SET TWO

**Page 336**

including any notation, underlining, marking, or information not on the original.

6.     The term "INCLUDING" means "including, without limitation" or "including but not limited to."

7.     "PERSON(S)" includes a natural person, and any non-natural person including, but not limited to, any firm, association, organization, partnership, business, trust, limited liability company, corporation, company, public entity, public enterprise and/or public fund.

8.     The terms "REFER or RELATE TO" or "REFERRING" or "RELATED TO" or "RELATING TO" means having any relationship to, stating, constituting, containing, describing, explaining, reflecting, identifying, analyzing, dealing with, or in any way pertaining to, the subject matter of the Request.

9.     The term "CONCERNING" means relating to, referring to, describing, evidencing, reflecting, or constituting.  In this regard, a document or communication "concerning" a given subject matter means any document or communication which relates to, refers to, describes, evidences, constitutes, is incidental to, contains, embodies, comprises, reflects, identifies, states, deals with, comments on, responds to, analyzes, supports, contains information concerning, or is in any way pertinent to that subject, including, without limitation, DOCUMENTS concerning the preparation or presentation of other DOCUMENTS.

10.     "DEFENDANTS" or "YOU" or "YOUR" shall mean Defendants/Counterclaimants The Coy Collective, Inc., Jessica Bartlett, Corey Lewis, Robert Hankins, and Thomas Drew.

11.     The term "FINANCIAL RECORDS" shall include any accounting related documents, taxes, accounting software (including electronic records with metadata), ledgers, profit and loss statements, balance sheets, and similar records.

12.     The term "CONFIDENTIAL INFORMAITON" shall mean any information obtained from McCandless Group.

13.     Unless otherwise specified, each Request refers to all non-privileged responsive DOCUMENTS or COMMUNICATIONS created between January 1, 2019 through the present (the "Relevant Period").

## DOCUMENT REQUESTS

**REQUEST NO. 33:**

Please produce all DOCUMENTS RELATED TO YOUR FINANCIAL RECORDS.

**REQUEST NO. 34:**

Please produce all DOCUMENTS RELATED TO any amounts earned by YOUR website as alleged in the Complaint in paragraph 49-50.

**REQUEST NO. 35:**

Please produce all DOCUMENTS RELATED TO any amounts earned by YOUR use of Propounding Party's CONFIDENTIAL INFORMATION.

**REQUEST NO. 36:**

Please produce all FINANCIAL RECORDS RELATED TO any amounts earned by YOUR website.


Dated:   July 13, 2023                    GERARD FOX LAW P.C.


By: _____
    GERARD P. FOX
    DAVID T. CHING
    Attorneys for Plaintiff and
    Counterdefendants McCandless
    Group LLC and Nicholas McCandless

PLAINTIFF/COUNTERDEFENDANTS MCCANDLESS GROUP, LLC AND NICHOLAS MCCANDLESS'
REQUEST FOR PRODUCTION TO THE COY COLLECTIVE, SET TWO

## **PROOF OF SERVICE**

I, Cecilia Quiroz Garcia, am employed in the County of Los Angeles, in the State of California.  I am over the age of 18 and not a party to the above-mentioned matter.  My business address is: Gerard Fox Law P.C., 1880 Century Park East, Suite 1410, Los Angeles, CA 90067.

On **July 13, 2023**, I served the following documents, described as **PLAINTIFF/COUNTER-DEFENDANTS MCCANDLESS GROUP, LLC AND NICHOLAS MCCANDLESS' REQUEST FOR PRODUCTION TO THE COY COLLECTIVE, SET TWO** on the person(s) listed in the attached Service List.  The document was served by the following means:

| | |
|---|---|
| ☐ | **By United States mail**.  I enclosed the document in a sealed envelope or package addressed to the persons listed in the attached Service List and placed the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
| ☒ | **By electronic service**:  Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed in the attached Services List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: July 13, 2023

_____

Cecilia Quiroz Garcia

PLAINTIFF/COUNTERDEFENDANTS MCCANDLESS GROUP, LLC AND NICHOLAS MCCANDLESS' REQUEST FOR PRODUCTION TO THE COY COLLECTIVE, SET TWO

## SERVICE LIST

1

2

3

4

5

6

| COLIN H. ROLFS (SBN 280654)<br>crolfs@millerbarondess.com<br>MILLER BARONDESS, LLP<br>1999 Avenue of the Stars, Suite 1000<br>Los Angeles, California 90067<br>Telephone: (310) 552-4400<br>Facsimile: (310) 552-8400 | Attorneys for Defendants and Counterclaimants<br>THE COY COLLECTIVE, INC,<br>JESSICA BARTLETT, COREY LEWIS,<br>ROBERT HANKINS, and THOMAS DREW |
|---|---|

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10

PLAINTIFF/COUNTERDEFENDANTS MCCANDLESS GROUP, LLC AND NICHOLAS MCCANDLESS' REQUEST FOR PRODUCTION TO THE COY COLLECTIVE, SET TWO

Page 340

# EXHIBIT BB

{Blog} See what's new with MongoDB 7.0 — and why you'll want to upgrade today. Learn more >

 **MongoDB.**

# How to Use MERN Stack: A Complete Guide

You will need access to the MongoDB Atlas database for this tutorial. If you don't have an account you can sign up free to follow along.

> Get Started Free

This tutorial will show you how to build a full-stack MERN application–in this case, an employee database–with the most current tools available. Before you begin, make sure that you are familiar with Node.js and React.js basics and have Node and Create React App installed. You will also need access to the MongoDB Atlas database for this tutorial. The full code is available on this GitHub repo.

*Disclaimer: This tutorial works with versions until MongoDB Node.js version 4.16.0.*

**Table Of Contents**

- What Is the MERN Stack?
- Setting Up the Project
- Connecting to MongoDB Atlas
- Setting Up the React Application
- Setting Up The React Router
- Connecting the Front End to the Back End

# What is the MERN Stack?

The MERN stack is a web development framework made up of the stack of MongoDB, Express.js, React.js, and Nodejs. It is one of the several variants of the MEAN stack.



When you use the MERN stack, you work with React to implement the presentation layer, Express and Node to make up the middle or application layer, and MongoDB to create the database layer.

In this MERN stack tutorial, we will utilize these four technologies to develop a basic application that is able to record the information of employees and then display it using a React.

## How to Get Started with the MERN Stack

To get started, you will need to do the following:

1. **Install Node**
   To install Node, go to https://nodejs.org/en/ and download either the LTS version or the current version.

2. **Have or Install a Code Editor**
   You can use any code editor of your choice for this tutorial. However, for the sake of demonstration, we will be using VS Code editor with the plugin prettier and vscode icons.

## Setting Up the Project

(Feel free to code along or to download the full code from this GitHub repo.)

MERN lets us create full-stack solutions. So, to leverage its full potential, we will be creating a MERN stack project. For this project, we will create both a back end and a front end. The front end will be implemented with React and the back end will be implemented with MongoDB, Node, and Express. We will call the front end *client* and the back end *server*.

Let's start by creating an empty directory: *mern*. This folder will hold all our files after we create a new project. Then we will create a React app–*client*–in it.

```
mkdir mern
cd mern
npx create-react-app client
```

Then, we create a folder for the back end and name it *server*.

```
mkdir server
```

We will jump into the *server* folder that we created previously and create the server. Then, we will initialize package.json using npm init.

```
cd server
npm init -y
```

We will also install the dependencies.

```
npm install mongodb express cors dotenv
```

The command above uses a couple of keywords:

- **mongodb** installs MongoDB database driver that allows your Node.js applications to connect to the database and work with data.
- **express** installs the web framework for Node.js. (It will make our life easier.)
- **cors** installs a Node.js package that allows cross origin resource sharing.
- **dotenv** installs the module that loads environment variables from a .env file into process.env file. This lets you separate configuration files from the code.

We can check out installed dependencies using the package.json file. It should list the packages along with their versions.

After we have ensured that dependencies were installed successfully, we create a file called **server.mjs** with the following code.:

**mern/server/server.mjs**

How To Use MERN Stack: A Complete Guide | MongoDB

```
import express from "express";
import cors from "cors";
import "./loadEnvironment.mjs";
import records from "./routes/record.mjs";

const PORT = process.env.PORT || 5050;
const app = express();

app.use(cors());
app.use(express.json());

app.use("/record", records);

// start the Express server
app.listen(PORT, () => {
  console.log(`Server is running on port: ${PORT}`);
});
```

Here, we are importing express and cors to be used. const port process.env.port will access the port variable from the config.env we required.


## Connecting to MongoDB Atlas

It's time to connect our server to the database. We will use MongoDB Atlas as the database. MongoDB Atlas is a cloud-based database service that provides robust data security and reliability. MongoDB Atlas provides a free tier cluster that never expires and lets you access a subset of Atlas features and functionality.

Follow the Get Started with Atlas guide to create an account, deploy your first cluster, and locate your cluster's connection string.

Now that you have the connection string, go back to the '*server*' directory and create a '*config.env*' file. There, assign the connection string to a new ATLAS_URI variable. Once done, your file should look similar to the one below. Replace `<username>` and the `<password>` with your database username and password.

**mern/server/.env**

```
ATLAS_URI=mongodb+srv://<username>:<password>@sandbox.jadwj.mongodb.net/employees?retryWr
```

You will also need a module to load this environment variable. In the root folder, create a loadEnvironment.mjs file, with the following code.

How To Use MERN Stack: A Complete Guide | MongoDB

**mern/server/loadEnvironment.mjs**

```js
import dotenv from "dotenv";
dotenv.config();
```

Create a folder under the **server** directory–*db*–and inside it, a file–*conn.mjs*. There we can add the following code to connect to our database.

**mern/server/db/conn.mjs**

```
import { MongoClient } from "mongodb";

const connectionString = process.env.ATLAS_URI || "";

const client = new MongoClient(connectionString);

let conn;
try {
  conn = await client.connect();
} catch(e) {
  console.error(e);
}

let db = conn.db("sample_training");

export default db;
```

## Server API Endpoints

Database done. Server done. Now it's time for the Server API endpoint. Let's start by creating a routes folder and adding record.mjs in it. Navigate back to your "server" directory and create the new directory and file:

```
cd ../server
mkdir routes
touch routes/record.mjs
```

The routes/record.mjs file will also have the following lines of code in it.

**mern/server/routes/record.mjs**

How To Use MERN Stack: A Complete Guide | MongoDB

```
import express from "express";
import db from "../db/conn.mjs";
import { ObjectId } from "mongodb";


const router = express.Router();


// This section will help you get a list of all the records.
router.get("/", async (req, res) => {
  let collection = await db.collection("records");
  let results = await collection.find({}).toArray();
  res.send(results).status(200);
});


// This section will help you get a single record by id
router.get("/:id", async (req, res) => {
  let collection = await db.collection("records");
  let query = {_id: new ObjectId(req.params.id)};
  let result = await collection.findOne(query);

  if (!result) res.send("Not found").status(404);
  else res.send(result).status(200);
});


// This section will help you create a new record.
router.post("/", async (req, res) => {
  let newDocument = {
    name: req.body.name,
    position: req.body.position,
    level: req.body.level,
  };
  let collection = await db.collection("records");
  let result = await collection.insertOne(newDocument);
  res.send(result).status(204);
});


// This section will help you update a record by id.
router.patch("/:id", async (req, res) => {
  const query = { _id: new ObjectId(req.params.id) };
  const updates =  {
    $set: {
      name: req.body.name,
      position: req.body.position,
      level: req.body.level
    }
  };
```

**Page 347**

How To Use MERN Stack: A Complete Guide | MongoDB

```
  let collection = await db.collection("records");
  let result = await collection.updateOne(query, updates);

  res.send(result).status(200);
});

// This section will help you delete a record
router.delete("/:id", async (req, res) => {
  const query = { _id: new ObjectId(req.params.id) };

  const collection = db.collection("records");
  let result = await collection.deleteOne(query);

  res.send(result).status(200);
});

export default router;
```

If you run the application at this point, you will get the following message in your terminal as the connection establishes.

```
> node server.mjs

Server is running on port: 5050
Successfully connected to MongoDB.
```

That's it for the back end. Now, we will start working on the front end.

## Setting Up the React Application

As we have already set up our React application using the create-react-app command, we can navigate to the client folder and check our React application code.



Let's flesh out the application, but before we do, we need to install two additional dependencies that will be used in our project. Open a new terminal emulator, navigate to the "client" directory, and install `bootstrap` and `react-router-dom`.

```
npm install bootstrap react-router-dom
```

`bootstrap` lets you quickly deploy a template and components for your new web application without having to do everything from scratch. And, the `react-router-dom` installs React router components for web applications. Make sure your server application is still running!

## Setting Up the React Router

Let's start by emptying the *src* folder and adding two new files in it: **index.js** and **App.js**.

```
rm src/**/*
touch src/index.js src/App.js
```

Inside **src/index.js,** we add the following code:

**mern/client/src/index.js**

```
import React from "react";
import ReactDOM from "react-dom";
```

How To Use MERN Stack: A Complete Guide | MongoDB

```
import App from "./App";
import { BrowserRouter } from "react-router-dom";


ReactDOM.render(
    <React.StrictMode>
      <BrowserRouter>
        <App />
      </BrowserRouter>
    </React.StrictMode>,
    document.getElementById("root")
);
```

We have used `BrowserRouter` to keep our UI in sync with the URL. BrowserRouter helps with seamless transitions while switching between components. Basically, it will only reload/refresh the component that needs to be changed instead of refreshing/reloading the entire page. Though BrowserRouter is not a necessity, it is a must if you want your app to be responsive.


## Creating Components

After adding the code to index.js files, we will create a *components* folder inside *src*. For each component we create, we will add a new .js file inside the *components* folder. In this case, we will add **create.js, edit.js, navbar.js,** and **recordList.js.**

```
mkdir src/components
(cd src/components &&
touch create.js edit.js navbar.js recordList.js)
```

A snapshot of each file would look like the following.

## create.js

The following code will serve as a creating component for our records. Using this component, users can create a new record. This component will submit a create command to our server.

**mern/client/src/components/create.js**

```
import React, { useState } from "react";
import { useNavigate } from "react-router";

export default function Create() {
 const [form, setForm] = useState({
    name: "",
```

```
    position: "",
    level: "",
  });
  const navigate = useNavigate();


  // These methods will update the state properties.
  function updateForm(value) {
    return setForm((prev) => {
      return { ...prev, ...value };
    });
  }


  // This function will handle the submission.
  async function onSubmit(e) {
    e.preventDefault();

    // When a post request is sent to the create url, we'll add a new record to the databa
    const newPerson = { ...form };

    await fetch("http://localhost:5050/record", {
      method: "POST",
      headers: {
        "Content-Type": "application/json",
      },
      body: JSON.stringify(newPerson),
    })
    .catch(error => {
      window.alert(error);
      return;
    });

    setForm({ name: "", position: "", level: "" });
    navigate("/");
  }


  // This following section will display the form that takes the input from the user.
  return (
    <div>
      <h3>Create New Record</h3>
      <form onSubmit={onSubmit}>
        <div className="form-group">
          <label htmlFor="name">Name</label>
          <input
            type="text"
            className="form-control"
            id="name"
            value={form.name}
```

```
      onChange={(e) => updateForm({ name: e.target.value })}
    />
  </div>
  <div className="form-group">
    <label htmlFor="position">Position</label>
    <input
      type="text"
      className="form-control"
      id="position"
      value={form.position}
      onChange={(e) => updateForm({ position: e.target.value })}
    />
  </div>
  <div className="form-group">
    <div className="form-check form-check-inline">
      <input
        className="form-check-input"
        type="radio"
        name="positionOptions"
        id="positionIntern"
        value="Intern"
        checked={form.level === "Intern"}
        onChange={(e) => updateForm({ level: e.target.value })}
      />
      <label htmlFor="positionIntern" className="form-check-label">Intern</label>
    </div>
    <div className="form-check form-check-inline">
      <input
        className="form-check-input"
        type="radio"
        name="positionOptions"
        id="positionJunior"
        value="Junior"
        checked={form.level === "Junior"}
        onChange={(e) => updateForm({ level: e.target.value })}
      />
      <label htmlFor="positionJunior" className="form-check-label">Junior</label>
    </div>
    <div className="form-check form-check-inline">
      <input
        className="form-check-input"
        type="radio"
        name="positionOptions"
        id="positionSenior"
        value="Senior"
        checked={form.level === "Senior"}
        onChange={(e) => updateForm({ level: e.target.value })}
```

How To Use MERN Stack: A Complete Guide | MongoDB

```
            />
            <label htmlFor="positionSenior" className="form-check-label">Senior</label>
          </div>
        </div>
        <div className="form-group">
          <input
            type="submit"
            value="Create person"
            className="btn btn-primary"
          />
        </div>
      </form>
    </div>
  );
}
```

# edit.js

The following code will serve as an editing component for our records. It will use a similar layout to the create component and will eventually submit an update command to our server.

**mern/client/src/components/edit.js**

```
import React, { useState, useEffect } from "react";
import { useParams, useNavigate } from "react-router";

export default function Edit() {
 const [form, setForm] = useState({
   name: "",
   position: "",
   level: "",
   records: [],
 });
 const params = useParams();
 const navigate = useNavigate();

 useEffect(() => {
   async function fetchData() {
     const id = params.id.toString();
     const response = await fetch(`http://localhost:5050/record/${params.id.toString()}`);

     if (!response.ok) {
       const message = `An error has occurred: ${response.statusText}`;
       window.alert(message);
       return;
```

```
    }

    const record = await response.json();
    if (!record) {
      window.alert(`Record with id ${id} not found`);
      navigate("/");
      return;
    }

    setForm(record);
  }

  fetchData();

  return;
}, [params.id, navigate]);

// These methods will update the state properties.
function updateForm(value) {
  return setForm((prev) => {
    return { ...prev, ...value };
  });
}

async function onSubmit(e) {
  e.preventDefault();
  const editedPerson = {
    name: form.name,
    position: form.position,
    level: form.level,
  };

  // This will send a post request to update the data in the database.
  await fetch(`http://localhost:5050/record/${params.id}`, {
    method: "PATCH",
    body: JSON.stringify(editedPerson),
    headers: {
      'Content-Type': 'application/json'
    },
  });

  navigate("/");
}

// This following section will display the form that takes input from the user to update
return (
  <div>
```

```
<h3>Update Record</h3>
<form onSubmit={onSubmit}>
  <div className="form-group">
    <label htmlFor="name">Name: </label>
    <input
      type="text"
      className="form-control"
      id="name"
      value={form.name}
      onChange={(e) => updateForm({ name: e.target.value })}
    />
  </div>
  <div className="form-group">
    <label htmlFor="position">Position: </label>
    <input
      type="text"
      className="form-control"
      id="position"
      value={form.position}
      onChange={(e) => updateForm({ position: e.target.value })}
    />
  </div>
  <div className="form-group">
    <div className="form-check form-check-inline">
      <input
        className="form-check-input"
        type="radio"
        name="positionOptions"
        id="positionIntern"
        value="Intern"
        checked={form.level === "Intern"}
        onChange={(e) => updateForm({ level: e.target.value })}
      />
      <label htmlFor="positionIntern" className="form-check-label">Intern</label>
    </div>
    <div className="form-check form-check-inline">
      <input
        className="form-check-input"
        type="radio"
        name="positionOptions"
        id="positionJunior"
        value="Junior"
        checked={form.level === "Junior"}
        onChange={(e) => updateForm({ level: e.target.value })}
      />
      <label htmlFor="positionJunior" className="form-check-label">Junior</label>
    </div>
```

```
        <div className="form-check form-check-inline">
          <input
            className="form-check-input"
            type="radio"
            name="positionOptions"
            id="positionSenior"
            value="Senior"
            checked={form.level === "Senior"}
            onChange={(e) => updateForm({ level: e.target.value })}
          />
          <label htmlFor="positionSenior" className="form-check-label">Senior</label>
        </div>
        </div>
        <br />

        <div className="form-group">
          <input
            type="submit"
            value="Update Record"
            className="btn btn-primary"
          />
        </div>
      </form>
    </div>
  );
}
```

## recordList.js

The following code will serve as a viewing component for our records. It will fetch all the records in our
database through a GET method.

mern/client/src/components/recordList.js

```
import React, { useEffect, useState } from "react";
import { Link } from "react-router-dom";

const Record = (props) => (
 <tr>
    <td>{props.record.name}</td>
    <td>{props.record.position}</td>
    <td>{props.record.level}</td>
    <td>
      <Link className="btn btn-link" to={`/edit/${props.record._id}`}>Edit</Link> |
      <button className="btn btn-link"
```

```
      onClick={() => {
        props.deleteRecord(props.record._id);
      }}
    >
      Delete
    </button>
  </td>
 </tr>
);


export default function RecordList() {
 const [records, setRecords] = useState([]);

 // This method fetches the records from the database.
 useEffect(() => {
   async function getRecords() {
     const response = await fetch(`http://localhost:5050/record/`);

     if (!response.ok) {
       const message = `An error occurred: ${response.statusText}`;
       window.alert(message);
       return;
     }

     const records = await response.json();
     setRecords(records);
   }

   getRecords();

   return;
 }, [records.length]);

 // This method will delete a record
 async function deleteRecord(id) {
   await fetch(`http://localhost:5050/record/${id}`, {
     method: "DELETE"
   });

   const newRecords = records.filter((el) => el._id !== id);
   setRecords(newRecords);
 }

 // This method will map out the records on the table
 function recordList() {
   return records.map((record) => {
     return (
```

```
        <Record
          record={record}
          deleteRecord={() => deleteRecord(record._id)}
          key={record._id}
        />
      );
    });
  }

  // This following section will display the table with the records of individuals.
  return (
    <div>
      <h3>Record List</h3>
      <table className="table table-striped" style={{ marginTop: 20 }}>
        <thead>
          <tr>
            <th>Name</th>
            <th>Position</th>
            <th>Level</th>
            <th>Action</th>
          </tr>
        </thead>
        <tbody>{recordList()}</tbody>
      </table>
    </div>
  );
}
```

# navbar.js

In the navbar.js component, we will create a navigation bar that will link us to the required components
using the following code.

**mern/client/src/components/navbar.js**

```
import React from "react";

// We import bootstrap to make our application look better.
import "bootstrap/dist/css/bootstrap.css";

// We import NavLink to utilize the react router.
import { NavLink } from "react-router-dom";

// Here, we display our Navbar
export default function Navbar() {
```

How To Use MERN Stack: A Complete Guide | MongoDB

```
    return (
      <div>
        <nav className="navbar navbar-expand-lg navbar-light bg-light">
          <NavLink className="navbar-brand" to="/">
          <img style={{"width" : 25 + '%'}} src="https://d3cy9zhslanhfa.cloudfront.net/media
          </NavLink>
          <button
            className="navbar-toggler"
            type="button"
            data-toggle="collapse"
            data-target="#navbarSupportedContent"
            aria-controls="navbarSupportedContent"
            aria-expanded="false"
            aria-label="Toggle navigation"
          >
            <span className="navbar-toggler-icon"></span>
          </button>

          <div className="collapse navbar-collapse" id="navbarSupportedContent">
            <ul className="navbar-nav ml-auto">
              <li className="nav-item">
                <NavLink className="nav-link" to="/create">
                  Create Record
                </NavLink>
              </li>
            </ul>
          </div>
        </nav>
      </div>
    );
  }
```

Now, we add the following to the src/App.js file we created earlier.

**mern/client/src/App.js**

```
import React from "react";

// We use Route in order to define the different routes of our application
import { Route, Routes } from "react-router-dom";

// We import all the components we need in our app
import Navbar from "./components/navbar";
import RecordList from "./components/recordList";
import Edit from "./components/edit";
```

```
import Create from "./components/create";


const App = () => {
  return (
    <div>
      <Navbar />
      <Routes>
        <Route exact path="/" element={<RecordList />} />
        <Route path="/edit/:id" element={<Edit />} />
        <Route path="/create" element={<Create />} />
      </Routes>
    </div>
  );
};


export default App;
```

## Connecting the Front End to the Back End

We have completed creating components. We also connected our React app to the back end using `fetch`.
fetch provides cleaner and easier ways to handle http requests. fetch is used in create.js, edit.js, and
recordList.js as they handle http requests. In create.js, we appended the following code to the onSubmit(e)
block. When a POST request is sent to the create URL, fetch will add a new record to the database.

```
// This function will handle the submission.
async function onSubmit(e) {
  e.preventDefault();

  // When a post request is sent to the create url, we'll add a new record to the databa
  const newPerson = { ...form };

  await fetch("http://localhost:5050/record", {
    method: "POST",
    headers: {
      "Content-Type": "application/json",
    },
    body: JSON.stringify(newPerson),
  })
  .catch(error => {
    window.alert(error);
    return;
  });
```

```
  setForm({ name: "", position: "", level: "" });
  navigate("/");
}
```

Similarly, in **edit.js,** we appended the following code to the onSubmit(e) block.

```
async function onSubmit(e) {
  e.preventDefault();
  const editedPerson = {
    name: form.name,
    position: form.position,
    level: form.level,
  };

  // This will send a post request to update the data in the database.
  await fetch(`http://localhost:5050/record/${params.id}`, {
    method: "PATCH",
    body: JSON.stringify(editedPerson),
    headers: {
      'Content-Type': 'application/json'
    },
  });

  navigate("/");
}
```

We also placed the following block of code to **edit.js** beneath the constructor block.

```
useEffect(() => {
  async function fetchData() {
    const id = params.id.toString();
    const response = await fetch(`http://localhost:5050/record/${params.id.toString()}`)

    if (!response.ok) {
      const message = `An error has occurred: ${response.statusText}`;
      window.alert(message);
      return;
    }

    const record = await response.json();
    if (!record) {
      window.alert(`Record with id ${id} not found`);
      navigate("/");
```

```
            return;
        }

        setForm(record);
    }

    fetchData();

    return;
}, [params.id, navigate]);
```

Lastly, we have **recordList.js. recordList.js** fetches the records from the database, so we will be using fetch's get method to retrieve records from the database. To achieve this, we added the following lines of code above the recordList() function in **recordList.js.**

```
useEffect(() => {
    async function getRecords() {
        const response = await fetch(`http://localhost:5050/record/`);

        if (!response.ok) {
            const message = `An error occurred: ${response.statusText}`;
            window.alert(message);
            return;
        }

        const records = await response.json();
        setRecords(records);
    }

    getRecords();

    return;
}, [records.length]);

// This method will delete a record
async function deleteRecord(id) {
    await fetch(`http://localhost:5050/record/${id}`, {
        method: "DELETE"
    });

    const newRecords = records.filter((el) => el._id !== id);
    setRecords(newRecords);
}
```

After closing everything, to start the app, follow these steps.

- Ensure that the server app is still running. If it's not, start by executing the following command in the server/ directory:

```
node server.mjs
```

- Go back to the client directory and run the command:

```
npm start
```

This is what the landing page of the record component will look like after we added two records for "Richard" and "Billy" via the "Create Record" button.



This is what the screen that lets you add an employee will look like.



How To Use MERN Stack: A Complete Guide | MongoDB

Congratulations on building your first MERN application. For more ideas and advanced concepts, visit our Developer Hub or follow this MERN workshop to take a basic MERN To-Do app through to a fully managed, auto-scaling application.

Get started free        Learn more

English

## About

Careers

Investor Relations

Legal Notices

Privacy Notices

Security Information

Trust Center

## Support

Contact Us

Customer Portal

Atlas Status

Customer Support

Manage Cookies

## Social

GitHub

Stack Overflow

LinkedIn                                  YouTube

Twitter                                   Twitch

Facebook

© 2023 MongoDB, Inc.

# EXHIBIT CC

   Introduction    Getting Started

# Getting Started with React Redux

React Redux is the official React UI bindings layer for Redux. It lets your React components read data from a Redux store, and dispatch actions to the store to update state.

## Installation

React Redux 8.x requires **React 16.8.3 or later / React Native 0.59 or later**, in order to make use of React Hooks.

### Create a React Redux App

The recommended way to start new apps with React and Redux is by using our official Redux+TS template for Vite, or by creating a new Next.js project using Next's `with-redux` template.

Both of these already have Redux Toolkit and React-Redux configured appropriately for that build tool, and come with a small example app that demonstrates how to use several of Redux Toolkit's features.

```
# Vite with our Redux+TS template
# (using the `degit` tool to clone and extract the template)
npx degit reduxjs/redux-templates/packages/vite-template-redux my-app


# Next.js using the `with-redux` template
npx create-next-app --example with-redux my-app
```

We do not currently have official React Native templates, but recommend these templates for standard React Native and for Expo:

- https://github.com/rahsheen/react-native-template-redux-typescript
- https://github.com/rahsheen/expo-template-redux-typescript

### An Existing React App

To use React Redux with your React app, install it as a dependency:

```
# If you use npm:
npm install react-redux

# Or if you use Yarn:
yarn add react-redux
```

You'll also need to install Redux and set up a Redux store in your app.

React-Redux v8 is written in TypeScript, so all types are automatically included.

# API Overview

## `Provider`

React Redux includes a `<Provider />` component, which makes the Redux store available to the rest of your app:

```
import React from 'react'
import ReactDOM from 'react-dom/client'

import { Provider } from 'react-redux'
import store from './store'

import App from './App'

// As of React 18
const root = ReactDOM.createRoot(document.getElementById('root'))
root.render(
  <Provider store={store}>
    <App />
  </Provider>
)
```

## Hooks

**Page 368**

React Redux provides a pair of custom React hooks that allow your React components to interact with the Redux store.

`useSelector` reads a value from the store state and subscribes to updates, while `useDispatch` returns the store's `dispatch` method to let you dispatch actions.

```javascript
import React from 'react'
import { useSelector, useDispatch } from 'react-redux'
import {
  decrement,
  increment,
  incrementByAmount,
  incrementAsync,
  selectCount,
} from './counterSlice'
import styles from './Counter.module.css'

export function Counter() {
  const count = useSelector(selectCount)
  const dispatch = useDispatch()

  return (
    <div>
      <div className={styles.row}>
        <button
          className={styles.button}
          aria-label="Increment value"
          onClick={() => dispatch(increment())}
        >
          +
        </button>
        <span className={styles.value}>{count}</span>
        <button
          className={styles.button}
          aria-label="Decrement value"
          onClick={() => dispatch(decrement())}
        >
          -
        </button>
      </div>
      {/* omit additional rendering output here */}
    </div>
```

```
      )
   }
```

# Learning React Redux

## Learn Modern Redux Livestream

Redux maintainer Mark Erikson appeared on the "Learn with Jason" show to explain how we recommend using Redux today. The show includes a live-coded example app that shows how to use Redux Toolkit and React-Redux hooks with Typescript, as well as the new RTK Query data fetching APIs.

See the "Learn Modern Redux" show notes page for a transcript and links to the example app source.

# Help and Discussion

The **#redux channel** of the **Reactiflux Discord community** is our official resource for all questions related to learning and using Redux. Reactiflux is a great place to hang out, ask questions, and learn - come join us!

Getting Started with React Redux | React Redux

You can also ask questions on Stack Overflow using the **#redux tag**.

# Docs Translations

- Portuguese

✏️ Edit this page

*Last updated on **Jun 13, 2023***

# EXHIBIT DD

# ☰ ffmpeg Documentation

# Table of Contents

- 1 Synopsis
- 2 Description
- 3 Detailed description
  - 3.1 Filtering
    - 3.1.1 Simple filtergraphs
    - 3.1.2 Complex filtergraphs
  - 3.2 Stream copy
- 4 Stream selection
  - 4.1 Description
    - 4.1.1 Automatic stream selection
    - 4.1.2 Manual stream selection
    - 4.1.3 Complex filtergraphs
    - 4.1.4 Stream handling
  - 4.2 Examples
- 5 Options
  - 5.1 Stream specifiers
  - 5.2 Generic options
  - 5.3 AVOptions
  - 5.4 Main options
  - 5.5 Video Options
  - 5.6 Advanced Video options
  - 5.7 Audio Options
  - 5.8 Advanced Audio options
  - 5.9 Subtitle options
  - 5.10 Advanced Subtitle options
  - 5.11 Advanced options
  - 5.12 Preset files
    - 5.12.1 ffpreset files
    - 5.12.2 avpreset files
  - 5.13 vstats file format
- 6 Examples
  - 6.1 Video and Audio grabbing
  - 6.2 X11 grabbing
  - 6.3 Video and Audio file format conversion
- 7 See Also
- 8 Authors

# 1 Synopsis

ffmpeg [*global_options*] {[*input_file_options*] −i input_url} ... {[*output_file_options*] output_url} ...

# 2 Description

`ffmpeg` is a universal media converter. It can read a wide variety of inputs − including live grabbing/recording devices − filter, and transcode them into a plethora of output formats.

`ffmpeg` reads from an arbitrary number of input "files" (which can be regular files, pipes, network streams, grabbing devices, etc.), specified by the `-i` option, and writes to an arbitrary number of output "files", which are specified by a plain output url. Anything found on the command line which cannot be interpreted as an option is considered to be an output url.

Each input or output url can, in principle, contain any number of streams of different types (video/audio/subtitle/attachment/data). The allowed number and/or types of streams may be limited by the container format. Selecting which streams from which inputs will go into which output is either done automatically or with the `-map` option (see the Stream selection chapter).

To refer to input files in options, you must use their indices (0−based). E.g. the first input file is `0`, the second is `1`, etc. Similarly, streams within a file are referred to by their indices. E.g. `2:3` refers to the fourth stream in the third input file. Also see the Stream specifiers chapter.

As a general rule, options are applied to the next specified file. Therefore, order is important, and you can have the same option on the command line multiple times. Each occurrence is then applied to the next input or output file. Exceptions from this rule are the global options (e.g. verbosity level), which should be specified first.

Do not mix input and output files − first specify all input files, then all output files. Also do not mix options which belong to different files. All options apply ONLY to the next input or output file and are reset between files.

Some simple examples follow.

- Convert an input media file to a different format, by re−encoding media streams:

```
ffmpeg -i input.avi output.mp4
```

- Set the video bitrate of the output file to 64 kbit/s:

```
ffmpeg -i input.avi -b:v 64k -bufsize 64k output.mp4
```

- Force the frame rate of the output file to 24 fps:

```
ffmpeg -i input.avi -r 24 output.mp4
```

- Force the frame rate of the input file (valid for raw formats only) to 1 fps and the frame rate of the output file to 24 fps:

```
ffmpeg -r 1 -i input.m2v -r 24 output.mp4
```

The format option may be needed for raw input files.

ffmpeg Documentation

# 3 Detailed description

The transcoding process in `ffmpeg` for each output can be described by the following diagram:



`ffmpeg` calls the libavformat library (containing demuxers) to read input files and get packets containing encoded data from them. When there are multiple input files, `ffmpeg` tries to keep them synchronized by tracking lowest timestamp on any active input stream.

Encoded packets are then passed to the decoder (unless streamcopy is selected for the stream, see further for a description). The decoder produces uncompressed frames (raw video/PCM audio/...) which can be processed further by filtering (see next section). After filtering, the frames are passed to the encoder, which encodes them and outputs encoded packets. Finally those are passed to the muxer, which writes the encoded packets to the output file.

## 3.1 Filtering

Before encoding, `ffmpeg` can process raw audio and video frames using filters from the libavfilter library. Several chained filters form a filter graph. `ffmpeg` distinguishes between two types of filtergraphs: simple and complex.

### 3.1.1 Simple filtergraphs

Simple filtergraphs are those that have exactly one input and output, both of the same type. In the above diagram they can be represented by simply inserting an additional step between decoding and encoding:

```
 _____                      _____
|         |                    |              |
| decoded |                    | encoded data |
| frames  |\                _  | packets      |
|_____| \             /||_____|
             \  _____   /
   simple     _\||        | /   encoder
   filtergraph  | filtered |/
                | frames   |
                |_____|
```

Simple filtergraphs are configured with the per-stream -filter option (with -vf and -af aliases for video and audio respectively). A simple filtergraph for video can look for example like this:

```
 _____        _____        _____        _____
|       |      |           |      |       |      |        |
| input | ---> | deinterlace | ---> | scale | ---> | output |
|_____|      |_____|      |_____|      |_____|
```

Note that some filters change frame properties but not frame contents. E.g. the `fps` filter in the example above changes number of frames, but does not touch the frame contents. Another example is the `setpts` filter, which only sets timestamps and otherwise passes the frames unchanged.

## 3.1.2 Complex filtergraphs

Complex filtergraphs are those which cannot be described as simply a linear processing chain applied to one stream. This is the case, for example, when the graph has more than one input and/or output, or when output stream type is different from input. They can be represented with the following diagram:

```
 _____
|         |
| input 0 |\                    _____
|_____| \                  |          |
             \   _____     /| output 0 |
              \ |         |    / |_____|
 _____     \| complex | /
|         |     |         |/
| input 1 |---->| filter  |\
|_____|     |         | \   _____
              /| graph   |  \ |          |
 _____   / |_____|   \| output 1 |
|         | /                 |_____|
| input 2 |/
|_____|
```

Complex filtergraphs are configured with the `-filter_complex` option. Note that this option is global, since a complex filtergraph, by its nature, cannot be unambiguously associated with a single stream or file.

The `-lavfi` option is equivalent to `-filter_complex`.

A trivial example of a complex filtergraph is the `overlay` filter, which has two video inputs and one video output, containing one video overlaid on top of the other. Its audio counterpart is the `amix` filter.

## 3.2 Stream copy

Stream copy is a mode selected by supplying the `copy` parameter to the `-codec` option. It makes `ffmpeg` omit the decoding and encoding step for the specified stream, so it does only demuxing and muxing. It is useful for changing the container format or modifying container-level metadata. The diagram above will, in this case, simplify to this:



Since there is no decoding or encoding, it is very fast and there is no quality loss. However, it might not work in some cases because of many factors. Applying filters is obviously also impossible, since filters work on uncompressed data.

# 4 Stream selection

`ffmpeg` provides the `-map` option for manual control of stream selection in each output file. Users can skip `-map` and let ffmpeg perform automatic stream selection as described below. The `-vn` / `-an` / `-sn` / `-dn` options can be used to skip inclusion of video, audio, subtitle and data streams respectively, whether manually mapped or automatically selected, except for those streams which are outputs of complex filtergraphs.

## 4.1 Description

The sub-sections that follow describe the various rules that are involved in stream selection. The examples that follow next show how these rules are applied in practice.

While every effort is made to accurately reflect the behavior of the program, FFmpeg is under continuous development and the code may have changed since the time of this writing.

### 4.1.1 Automatic stream selection

ffmpeg Documentation

In the absence of any map options for a particular output file, ffmpeg inspects the output format to check which type of streams can be included in it, viz. video, audio and/or subtitles. For each acceptable stream type, ffmpeg will pick one stream, when available, from among all the inputs.

It will select that stream based upon the following criteria:

- for video, it is the stream with the highest resolution,
- for audio, it is the stream with the most channels,
- for subtitles, it is the first subtitle stream found but there's a caveat. The output format's default subtitle encoder can be either text-based or image-based, and only a subtitle stream of the same type will be chosen.

In the case where several streams of the same type rate equally, the stream with the lowest index is chosen.

Data or attachment streams are not automatically selected and can only be included using `-map`.

## 4.1.2 Manual stream selection

When `-map` is used, only user-mapped streams are included in that output file, with one possible exception for filtergraph outputs described below.

## 4.1.3 Complex filtergraphs

If there are any complex filtergraph output streams with unlabeled pads, they will be added to the first output file. This will lead to a fatal error if the stream type is not supported by the output format. In the absence of the map option, the inclusion of these streams leads to the automatic stream selection of their types being skipped. If map options are present, these filtergraph streams are included in addition to the mapped streams.

Complex filtergraph output streams with labeled pads must be mapped once and exactly once.

## 4.1.4 Stream handling

Stream handling is independent of stream selection, with an exception for subtitles described below. Stream handling is set via the `-codec` option addressed to streams within a specific *output* file. In particular, codec options are applied by ffmpeg after the stream selection process and thus do not influence the latter. If no `-codec` option is specified for a stream type, ffmpeg will select the default encoder registered by the output file muxer.

An exception exists for subtitles. If a subtitle encoder is specified for an output file, the first subtitle stream found of any type, text or image, will be included. ffmpeg does not validate if the specified encoder can convert the selected stream or if the converted stream is acceptable within the output format. This applies generally as well: when the user sets an encoder manually, the stream selection process cannot check if the encoded stream can be muxed into the output file. If it cannot, ffmpeg will abort and *all* output files will fail to be processed.

# 4.2 Examples

The following examples illustrate the behavior, quirks and limitations of ffmpeg's stream selection methods.

They assume the following three input files.

```
input file 'A.avi'
        stream 0: video 640x360
        stream 1: audio 2 channels

input file 'B.mp4'
        stream 0: video 1920x1080
        stream 1: audio 2 channels
        stream 2: subtitles (text)
        stream 3: audio 5.1 channels
        stream 4: subtitles (text)

input file 'C.mkv'
        stream 0: video 1280x720
        stream 1: audio 2 channels
        stream 2: subtitles (image)
```

## Example: automatic stream selection

```
ffmpeg -i A.avi -i B.mp4 out1.mkv out2.wav -map 1:a -c:a copy out3.mov
```

There are three output files specified, and for the first two, no `-map` options are set, so ffmpeg will select streams for these two files automatically.

`out1.mkv` is a Matroska container file and accepts video, audio and subtitle streams, so ffmpeg will try to select one of each type.
For video, it will select `stream 0` from `B.mp4`, which has the highest resolution among all the input video streams.
For audio, it will select `stream 3` from `B.mp4`, since it has the greatest number of channels.
For subtitles, it will select `stream 2` from `B.mp4`, which is the first subtitle stream from among `A.avi` and `B.mp4`.

`out2.wav` accepts only audio streams, so only `stream 3` from `B.mp4` is selected.

For `out3.mov`, since a `-map` option is set, no automatic stream selection will occur. The `-map 1:a` option will select all audio streams from the second input `B.mp4`. No other streams will be included in this output file.

For the first two outputs, all included streams will be transcoded. The encoders chosen will be the default ones registered by each output format, which may not match the codec of the selected input streams.

ffmpeg Documentation

For the third output, codec option for audio streams has been set to `copy`, so no decoding–filtering–encoding operations will occur, or *can* occur. Packets of selected streams shall be conveyed from the input file and muxed within the output file.

## Example: automatic subtitles selection

```
ffmpeg -i C.mkv out1.mkv -c:s dvdsub -an out2.mkv
```

Although `out1.mkv` is a Matroska container file which accepts subtitle streams, only a video and audio stream shall be selected. The subtitle stream of `C.mkv` is image-based and the default subtitle encoder of the Matroska muxer is text-based, so a transcode operation for the subtitles is expected to fail and hence the stream isn't selected. However, in `out2.mkv`, a subtitle encoder is specified in the command and so, the subtitle stream is selected, in addition to the video stream. The presence of `-an` disables audio stream selection for `out2.mkv`.

## Example: unlabeled filtergraph outputs

```
ffmpeg -i A.avi -i C.mkv -i B.mp4 -filter_complex "overlay" out1.mp4 out2.srt
```

A filtergraph is setup here using the `-filter_complex` option and consists of a single video filter. The `overlay` filter requires exactly two video inputs, but none are specified, so the first two available video streams are used, those of `A.avi` and `C.mkv`. The output pad of the filter has no label and so is sent to the first output file `out1.mp4`. Due to this, automatic selection of the video stream is skipped, which would have selected the stream in `B.mp4`. The audio stream with most channels viz. `stream 3` in `B.mp4`, is chosen automatically. No subtitle stream is chosen however, since the MP4 format has no default subtitle encoder registered, and the user hasn't specified a subtitle encoder.

The 2nd output file, `out2.srt`, only accepts text-based subtitle streams. So, even though the first subtitle stream available belongs to `C.mkv`, it is image-based and hence skipped. The selected stream, `stream 2` in `B.mp4`, is the first text-based subtitle stream.

## Example: labeled filtergraph outputs

```
ffmpeg -i A.avi -i B.mp4 -i C.mkv -filter_complex "[1:v]hue=s=0[outv];overlay;aresample" \
        -map '[outv]' -an        out1.mp4 \
                                  out2.mkv \
        -map '[outv]' -map 1:a:0 out3.mkv
```

The above command will fail, as the output pad labelled `[outv]` has been mapped twice. None of the output files shall be processed.

ffmpeg Documentation

```
ffmpeg -i A.avi -i B.mp4 -i C.mkv -filter_complex "[1:v]hue=s=0[outv];overlay;aresample" \
       -an             out1.mp4 \
                       out2.mkv \
       -map 1:a:0 out3.mkv
```

This command above will also fail as the hue filter output has a label, `[outv]`, and hasn't been mapped anywhere.

The command should be modified as follows,

```
ffmpeg -i A.avi -i B.mp4 -i C.mkv -filter_complex "[1:v]hue=s=0,split=2[outv1][outv2];overlay;ares
       -map '[outv1]' -an         out1.mp4 \
                                  out2.mkv \
       -map '[outv2]' -map 1:a:0 out3.mkv
```

The video stream from `B.mp4` is sent to the hue filter, whose output is cloned once using the split filter, and both outputs labelled. Then a copy each is mapped to the first and third output files.

The overlay filter, requiring two video inputs, uses the first two unused video streams. Those are the streams from `A.avi` and `C.mkv`. The overlay output isn't labelled, so it is sent to the first output file `out1.mp4`, regardless of the presence of the `-map` option.

The aresample filter is sent the first unused audio stream, that of `A.avi`. Since this filter output is also unlabelled, it too is mapped to the first output file. The presence of `-an` only suppresses automatic or manual stream selection of audio streams, not outputs sent from filtergraphs. Both these mapped streams shall be ordered before the mapped stream in `out1.mp4`.

The video, audio and subtitle streams mapped to `out2.mkv` are entirely determined by automatic stream selection.

`out3.mkv` consists of the cloned video output from the hue filter and the first audio stream from `B.mp4`.

# 5 Options

All the numerical options, if not specified otherwise, accept a string representing a number as input, which may be followed by one of the SI unit prefixes, for example: 'K', 'M', or 'G'.

If 'i' is appended to the SI unit prefix, the complete prefix will be interpreted as a unit prefix for binary multiples, which are based on powers of 1024 instead of powers of 1000. Appending 'B' to the SI unit prefix multiplies the value by 8. This allows using, for example: 'KB', 'MiB', 'G' and 'B' as number suffixes.

Options which do not take arguments are boolean options, and set the corresponding value to true. They can be set to false by prefixing the option name with "no". For example using "-nofoo" will set the boolean option with name "foo" to false.

# 5.1 Stream specifiers

Some options are applied per-stream, e.g. bitrate or codec. Stream specifiers are used to precisely specify which stream(s) a given option belongs to.

A stream specifier is a string generally appended to the option name and separated from it by a colon. E.g. `-codec:a:1 ac3` contains the `a:1` stream specifier, which matches the second audio stream. Therefore, it would select the ac3 codec for the second audio stream.

A stream specifier can match several streams, so that the option is applied to all of them. E.g. the stream specifier in `-b:a 128k` matches all audio streams.

An empty stream specifier matches all streams. For example, `-codec copy` or `-codec: copy` would copy all the streams without reencoding.

Possible forms of stream specifiers are:

*stream_index*
> Matches the stream with this index. E.g. `-threads:1 4` would set the thread count for the second stream to 4. If *stream_index* is used as an additional stream specifier (see below), then it selects stream number *stream_index* from the matching streams. Stream numbering is based on the order of the streams as detected by libavformat except when a program ID is also specified. In this case it is based on the ordering of the streams in the program.

*stream_type*[:*additional_stream_specifier*]
> *stream_type* is one of following: 'v' or 'V' for video, 'a' for audio, 's' for subtitle, 'd' for data, and 't' for attachments. 'v' matches all video streams, 'V' only matches video streams which are not attached pictures, video thumbnails or cover arts. If *additional_stream_specifier* is used, then it matches streams which both have this type and match the *additional_stream_specifier*. Otherwise, it matches all streams of the specified type.

p:*program_id*[:*additional_stream_specifier*]
> Matches streams which are in the program with the id *program_id*. If *additional_stream_specifier* is used, then it matches streams which both are part of the program and match the *additional_stream_specifier*.

#*stream_id* or i:*stream_id*
> Match the stream by stream id (e.g. PID in MPEG-TS container).

m:*key*[:*value*]
> Matches streams with the metadata tag *key* having the specified value. If *value* is not given, matches streams that contain the given tag with any value.

u
> Matches streams with usable configuration, the codec must be defined and the essential information such as video dimension or audio sample rate must be present.

> Note that in `ffmpeg`, matching by metadata will only work properly for input files.

# 5.2 Generic options

These options are shared amongst the ff* tools.

`-L`
  Show license.

`-h, -?, -help, --help [`*arg*`]`
  Show help. An optional parameter may be specified to print help about a specific item. If no argument is specified, only basic (non advanced) tool options are shown.

  Possible values of *arg* are:

  `long`
    Print advanced tool options in addition to the basic tool options.

  `full`
    Print complete list of options, including shared and private options for encoders, decoders, demuxers, muxers, filters, etc.

  `decoder=`*decoder_name*
    Print detailed information about the decoder named *decoder_name*. Use the `-decoders` option to get a list of all decoders.

  `encoder=`*encoder_name*
    Print detailed information about the encoder named *encoder_name*. Use the `-encoders` option to get a list of all encoders.

  `demuxer=`*demuxer_name*
    Print detailed information about the demuxer named *demuxer_name*. Use the `-formats` option to get a list of all demuxers and muxers.

  `muxer=`*muxer_name*
    Print detailed information about the muxer named *muxer_name*. Use the `-formats` option to get a list of all muxers and demuxers.

  `filter=`*filter_name*
    Print detailed information about the filter named *filter_name*. Use the `-filters` option to get a list of all filters.

  `bsf=`*bitstream_filter_name*
    Print detailed information about the bitstream filter named *bitstream_filter_name*. Use the `-bsfs` option to get a list of all bitstream filters.

  `protocol=`*protocol_name*
    Print detailed information about the protocol named *protocol_name*. Use the `-protocols` option to get a list of all protocols.

`-version`
  Show version.

`-buildconf`
  Show the build configuration, one option per line.

**-formats**
> Show available formats (including devices).

**-demuxers**
> Show available demuxers.

**-muxers**
> Show available muxers.

**-devices**
> Show available devices.

**-codecs**
> Show all codecs known to libavcodec.
>
> Note that the term 'codec' is used throughout this documentation as a shortcut for what is more correctly called a media bitstream format.

**-decoders**
> Show available decoders.

**-encoders**
> Show all available encoders.

**-bsfs**
> Show available bitstream filters.

**-protocols**
> Show available protocols.

**-filters**
> Show available libavfilter filters.

**-pix_fmts**
> Show available pixel formats.

**-sample_fmts**
> Show available sample formats.

**-layouts**
> Show channel names and standard channel layouts.

**-dispositions**
> Show stream dispositions.

**-colors**
> Show recognized color names.

**-sources** *device*[*,opt1=val1*[*,opt2=val2*]*...*]
> Show autodetected sources of the input device. Some devices may provide system-dependent source names that cannot be autodetected. The returned list cannot be assumed to be always complete.

```
ffmpeg -sources pulse,server=192.168.0.4
```

**-sinks** *device*[*,opt1=val1*[*,opt2=val2*]*...*]
> Show autodetected sinks of the output device. Some devices may provide system-dependent sink names that cannot be autodetected. The returned list cannot be assumed to be always complete.

```
ffmpeg -sinks pulse,server=192.168.0.4
```

**-loglevel [*flags+*]*loglevel* | -v [*flags+*]*loglevel***

  Set logging level and flags used by the library.

  The optional *flags* prefix can consist of the following values:

  **'repeat'**

    Indicates that repeated log output should not be compressed to the first line and the "Last
    message repeated n times" line will be omitted.

  **'level'**

    Indicates that log output should add a `[level]` prefix to each message line. This can be used as
    an alternative to log coloring, e.g. when dumping the log to file.

  Flags can also be used alone by adding a '+'/'−' prefix to set/reset a single flag without affecting
  other *flags* or changing *loglevel*. When setting both *flags* and *loglevel*, a '+' separator is expected
  between the last *flags* value and before *loglevel*.

  *loglevel* is a string or a number containing one of the following values:

  **'quiet, -8'**

    Show nothing at all; be silent.

  **'panic, 0'**

    Only show fatal errors which could lead the process to crash, such as an assertion failure. This is
    not currently used for anything.

  **'fatal, 8'**

    Only show fatal errors. These are errors after which the process absolutely cannot continue.

  **'error, 16'**

    Show all errors, including ones which can be recovered from.

  **'warning, 24'**

    Show all warnings and errors. Any message related to possibly incorrect or unexpected events will
    be shown.

  **'info, 32'**

    Show informative messages during processing. This is in addition to warnings and errors. This is
    the default value.

  **'verbose, 40'**

    Same as `info` , except more verbose.

  **'debug, 48'**

    Show everything, including debugging information.

  **'trace, 56'**

  For example to enable repeated log output, add the `level` prefix, and set *loglevel* to `verbose` :

```
ffmpeg -loglevel repeat+level+verbose -i input output
```

ffmpeg Documentation

Another example that enables repeated log output without affecting current state of `level` prefix flag or *loglevel*:

```
ffmpeg [...] -loglevel +repeat
```

By default the program logs to stderr. If coloring is supported by the terminal, colors are used to mark errors and warnings. Log coloring can be disabled setting the environment variable `AV_LOG_FORCE_NOCOLOR`, or can be forced setting the environment variable `AV_LOG_FORCE_COLOR`.

**-report**

Dump full command line and log output to a file named *program-YYYYMMDD-HHMMSS*.log in the current directory. This file can be useful for bug reports. It also implies `-loglevel debug`.

Setting the environment variable `FFREPORT` to any value has the same effect. If the value is a ':'–separated key=value sequence, these options will affect the report; option values must be escaped if they contain special characters or the options delimiter ':' (see the "Quoting and escaping" section in the ffmpeg–utils manual).

The following options are recognized:

**file**

set the file name to use for the report; `%p` is expanded to the name of the program, `%t` is expanded to a timestamp, `%%` is expanded to a plain `%`

**level**

set the log verbosity level using a numerical value (see `-loglevel`).

For example, to output a report to a file named `ffreport.log` using a log level of `32` (alias for log level `info`):

```
FFREPORT=file=ffreport.log:level=32 ffmpeg -i input output
```

Errors in parsing the environment variable are not fatal, and will not appear in the report.

**-hide_banner**

Suppress printing banner.

All FFmpeg tools will normally show a copyright notice, build options and library versions. This option can be used to suppress printing this information.

**-cpuflags flags (*global*)**

Allows setting and clearing cpu flags. This option is intended for testing. Do not use it unless you know what you're doing.

```
ffmpeg -cpuflags -sse+mmx ...
ffmpeg -cpuflags mmx ...
ffmpeg -cpuflags 0 ...
```

Possible flags for this option are:

**'x86'**

    **'mmx'**

    **'mmxext'**

**'sse'**

**'sse2'**

**'sse2slow'**

**'sse3'**

**'sse3slow'**

**'ssse3'**

**'atom'**

**'sse4.1'**

**'sse4.2'**

**'avx'**

**'avx2'**

**'xop'**

**'fma3'**

**'fma4'**

**'3dnow'**

**'3dnowext'**

**'bmi1'**

**'bmi2'**

**'cmov'**

**'ARM'**

**'armv5te'**

**'armv6'**

**'armv6t2'**

**'vfp'**

**'vfpv3'**

**'neon'**

**'setend'**


**'AArch64'**

**'armv8'**

**'vfp'**

**'neon'**


**'PowerPC'**

**'altivec'**


**'Specific Processors'**

**'pentium2'**

**'pentium3'**

**'pentium4'**

**'k6'**

**'k62'**

**'athlon'**

**'athlonxp'**

**'k8'**

**-cpucount** *count* (*global*)

Override detection of CPU count. This option is intended for testing. Do not use it unless you know what you're doing.

```
ffmpeg -cpucount 2
```

**-max_alloc** *bytes*
  Set the maximum size limit for allocating a block on the heap by ffmpeg's family of malloc functions. Exercise **extreme caution** when using this option. Don't use if you do not understand the full consequence of doing so. Default is INT_MAX.

# 5.3 AVOptions

These options are provided directly by the libavformat, libavdevice and libavcodec libraries. To see the list of available AVOptions, use the `-help` option. They are separated into two categories:

**generic**
  These options can be set for any container, codec or device. Generic options are listed under AVFormatContext options for containers/devices and under AVCodecContext options for codecs.

**private**
  These options are specific to the given container, device or codec. Private options are listed under their corresponding containers/devices/codecs.

For example to write an ID3v2.3 header instead of a default ID3v2.4 to an MP3 file, use the `id3v2_version` private option of the MP3 muxer:

```
ffmpeg -i input.flac -id3v2_version 3 out.mp3
```

All codec AVOptions are per-stream, and thus a stream specifier should be attached to them:

```
ffmpeg -i multichannel.mxf -map 0:v:0 -map 0:a:0 -map 0:a:0 -c:a:0 ac3 -b:a:0 640k -ac:a:1 2 -c:a:
```

In the above example, a multichannel audio stream is mapped twice for output. The first instance is encoded with codec ac3 and bitrate 640k. The second instance is downmixed to 2 channels and encoded with codec aac. A bitrate of 128k is specified for it using absolute index of the output stream.

Note: the -nooption syntax cannot be used for boolean AVOptions, use -option 0/-option 1.

Note: the old undocumented way of specifying per-stream AVOptions by prepending v/a/s to the options name is now obsolete and will be removed soon.

# 5.4 Main options

**-f** *fmt* (*input/output*)
  Force input or output file format. The format is normally auto detected for input files and guessed from the file extension for output files, so this option is not needed in most cases.

**-i** *url* (*input*)
  input file url

**-y** (*global*)

ffmpeg Documentation

Overwrite output files without asking.

**-n** *(global)*

Do not overwrite output files, and exit immediately if a specified output file already exists.

**-stream_loop** *number* *(input)*

Set number of times input stream shall be looped. Loop 0 means no loop, loop -1 means infinite
loop.

**-recast_media** *(global)*

Allow forcing a decoder of a different media type than the one detected or designated by the
demuxer. Useful for decoding media data muxed as data streams.

**-c[:***stream_specifier***]** *codec* *(input/output,per-stream)*
**-codec[:***stream_specifier***]** *codec* *(input/output,per-stream)*

Select an encoder (when used before an output file) or a decoder (when used before an input file) for
one or more streams. *codec* is the name of a decoder/encoder or a special value `copy` (output only)
to indicate that the stream is not to be re-encoded.

For example

```
ffmpeg -i INPUT -map 0 -c:v libx264 -c:a copy OUTPUT
```

encodes all video streams with libx264 and copies all audio streams.

For each stream, the last matching `c` option is applied, so

```
ffmpeg -i INPUT -map 0 -c copy -c:v:1 libx264 -c:a:137 libvorbis OUTPUT
```

will copy all the streams except the second video, which will be encoded with libx264, and the 138th
audio, which will be encoded with libvorbis.

**-t** *duration* *(input/output)*

When used as an input option (before `-i`), limit the *duration* of data read from the input file.

When used as an output option (before an output url), stop writing the output after its duration
reaches *duration*.

*duration* must be a time duration specification, see (ffmpeg-utils)the Time duration section in the
ffmpeg-utils(1) manual (ffmpeg-utils.html#time-duration-syntax).

-to and -t are mutually exclusive and -t has priority.

**-to** *position* *(input/output)*

Stop writing the output or reading the input at *position*. *position* must be a time duration
specification, see (ffmpeg-utils)the Time duration section in the ffmpeg-utils(1) manual (ffmpeg-
utils.html#time-duration-syntax).

-to and -t are mutually exclusive and -t has priority.

**-fs** *limit_size* *(output)*

Set the file size limit, expressed in bytes. No further chunk of bytes is written after the limit is
exceeded. The size of the output file is slightly more than the requested file size.

**-ss** *position* *(input/output)*

ffmpeg Documentation

When used as an input option (before `-i`), seeks in this input file to *position*. Note that in most formats it is not possible to seek exactly, so `ffmpeg` will seek to the closest seek point before *position*. When transcoding and `-accurate_seek` is enabled (the default), this extra segment between the seek point and *position* will be decoded and discarded. When doing stream copy or when `-noaccurate_seek` is used, it will be preserved.

When used as an output option (before an output url), decodes but discards input until the timestamps reach *position*.

*position* must be a time duration specification, see (ffmpeg-utils)the Time duration section in the ffmpeg-utils(1) manual (ffmpeg-utils.html#time-duration-syntax).

**-sseof *position* (*input*)**
Like the `-ss` option but relative to the "end of file". That is negative values are earlier in the file, 0 is at EOF.

**-isync *input_index* (*input*)**
Assign an input as a sync source.

This will take the difference between the start times of the target and reference inputs and offset the timestamps of the target file by that difference. The source timestamps of the two inputs should derive from the same clock source for expected results. If `copyts` is set then `start_at_zero` must also be set. If either of the inputs has no starting timestamp then no sync adjustment is made.

Acceptable values are those that refer to a valid ffmpeg input index. If the sync reference is the target index itself or *-1*, then no adjustment is made to target timestamps. A sync reference may not itself be synced to any other input.

Default value is *-1*.

**-itsoffset *offset* (*input*)**
Set the input time offset.

*offset* must be a time duration specification, see (ffmpeg-utils)the Time duration section in the ffmpeg-utils(1) manual (ffmpeg-utils.html#time-duration-syntax).

The offset is added to the timestamps of the input files. Specifying a positive offset means that the corresponding streams are delayed by the time duration specified in *offset*.

**-itsscale *scale* (*input,per-stream*)**
Rescale input timestamps. *scale* should be a floating point number.

**-timestamp *date* (*output*)**
Set the recording timestamp in the container.

*date* must be a date specification, see (ffmpeg-utils)the Date section in the ffmpeg-utils(1) manual (ffmpeg-utils.html#date-syntax).

**-metadata[:metadata_specifier] *key=value* (*output,per-metadata*)**
Set a metadata key/value pair.

An optional *metadata_specifier* may be given to set metadata on streams, chapters or programs. See `-map_metadata` documentation for details.

This option overrides metadata set with `-map_metadata`. It is also possible to delete metadata by using an empty value.

ffmpeg Documentation

For example, for setting the title in the output file:

```
ffmpeg -i in.avi -metadata title="my title" out.flv
```

To set the language of the first audio stream:

```
ffmpeg -i INPUT -metadata:s:a:0 language=eng OUTPUT
```

**-disposition[:stream_specifier]** *value* (*output,per-stream*)

Sets the disposition for a stream.

By default, the disposition is copied from the input stream, unless the output stream this option applies to is fed by a complex filtergraph – in that case the disposition is unset by default.

*value* is a sequence of items separated by '+' or '−'. The first item may also be prefixed with '+' or '−', in which case this option modifies the default value. Otherwise (the first item is not prefixed) this options overrides the default value. A '+' prefix adds the given disposition, '−' removes it. It is also possible to clear the disposition by setting it to 0.

If no `-disposition` options were specified for an output file, ffmpeg will automatically set the 'default' disposition on the first stream of each type, when there are multiple streams of this type in the output file and no stream of that type is already marked as default.

The `-dispositions` option lists the known dispositions.

For example, to make the second audio stream the default stream:

```
ffmpeg -i in.mkv -c copy -disposition:a:1 default out.mkv
```

To make the second subtitle stream the default stream and remove the default disposition from the first subtitle stream:

```
ffmpeg -i in.mkv -c copy -disposition:s:0 0 -disposition:s:1 default out.mkv
```

To add an embedded cover/thumbnail:

```
ffmpeg -i in.mp4 -i IMAGE -map 0 -map 1 -c copy -c:v:1 png -disposition:v:1 attached_pic out.mp
```

Not all muxers support embedded thumbnails, and those who do, only support a few formats, like JPEG or PNG.

**-program [title=***title***:][program_num=***program_num***:]st=***stream***[:st=***stream***...]** (*output*)

Creates a program with the specified *title*, *program_num* and adds the specified *stream*(s) to it.

**-target** *type* (*output*)

Specify target file type (`vcd`, `svcd`, `dvd`, `dv`, `dv50`). *type* may be prefixed with `pal-`, `ntsc-` or `film-` to use the corresponding standard. All the format options (bitrate, codecs, buffer sizes) are then set automatically. You can just type:

```
ffmpeg -i myfile.avi -target vcd /tmp/vcd.mpg
```

ffmpeg Documentation

Nevertheless you can specify additional options as long as you know they do not conflict with the standard, as in:

```
ffmpeg -i myfile.avi -target vcd -bf 2 /tmp/vcd.mpg
```

The parameters set for each target are as follows.

### VCD

```
pal:
-f vcd -muxrate 1411200 -muxpreload 0.44 -packetsize 2324
-s 352x288 -r 25
-codec:v mpeg1video -g 15 -b:v 1150k -maxrate:v 1150k -minrate:v 1150k -bufsize:v 327680
-ar 44100 -ac 2
-codec:a mp2 -b:a 224k

ntsc:
-f vcd -muxrate 1411200 -muxpreload 0.44 -packetsize 2324
-s 352x240 -r 30000/1001
-codec:v mpeg1video -g 18 -b:v 1150k -maxrate:v 1150k -minrate:v 1150k -bufsize:v 327680
-ar 44100 -ac 2
-codec:a mp2 -b:a 224k

film:
-f vcd -muxrate 1411200 -muxpreload 0.44 -packetsize 2324
-s 352x240 -r 24000/1001
-codec:v mpeg1video -g 18 -b:v 1150k -maxrate:v 1150k -minrate:v 1150k -bufsize:v 327680
-ar 44100 -ac 2
-codec:a mp2 -b:a 224k
```

### SVCD

```
pal:
-f svcd -packetsize 2324
-s 480x576 -pix_fmt yuv420p -r 25
-codec:v mpeg2video -g 15 -b:v 2040k -maxrate:v 2516k -minrate:v 0 -bufsize:v 1835008 -scan_off
-ar 44100
-codec:a mp2 -b:a 224k

ntsc:
-f svcd -packetsize 2324
-s 480x480 -pix_fmt yuv420p -r 30000/1001
-codec:v mpeg2video -g 18 -b:v 2040k -maxrate:v 2516k -minrate:v 0 -bufsize:v 1835008 -scan_off
-ar 44100
-codec:a mp2 -b:a 224k

film:
-f svcd -packetsize 2324
-s 480x480 -pix_fmt yuv420p -r 24000/1001
-codec:v mpeg2video -g 18 -b:v 2040k -maxrate:v 2516k -minrate:v 0 -bufsize:v 1835008 -scan_off
-ar 44100
-codec:a mp2 -b:a 224k
```

**DVD**

```
pal:
-f dvd -muxrate 10080k -packetsize 2048
-s 720x576 -pix_fmt yuv420p -r 25
-codec:v mpeg2video -g 15 -b:v 6000k -maxrate:v 9000k -minrate:v 0 -bufsize:v 1835008
-ar 48000
-codec:a ac3 -b:a 448k

ntsc:
-f dvd -muxrate 10080k -packetsize 2048
-s 720x480 -pix_fmt yuv420p -r 30000/1001
-codec:v mpeg2video -g 18 -b:v 6000k -maxrate:v 9000k -minrate:v 0 -bufsize:v 1835008
-ar 48000
-codec:a ac3 -b:a 448k

film:
-f dvd -muxrate 10080k -packetsize 2048
-s 720x480 -pix_fmt yuv420p -r 24000/1001
-codec:v mpeg2video -g 18 -b:v 6000k -maxrate:v 9000k -minrate:v 0 -bufsize:v 1835008
-ar 48000
-codec:a ac3 -b:a 448k
```

**DV**

```
pal:
-f dv
-s 720x576 -pix_fmt yuv420p -r 25
-ar 48000 -ac 2

ntsc:
-f dv
-s 720x480 -pix_fmt yuv411p -r 30000/1001
-ar 48000 -ac 2

film:
-f dv
-s 720x480 -pix_fmt yuv411p -r 24000/1001
-ar 48000 -ac 2
```

The `dv50` target is identical to the `dv` target except that the pixel format set is `yuv422p` for all three standards.

Any user-set value for a parameter above will override the target preset value. In that case, the output may not comply with the target standard.

**-dn (`input/output`)**

As an input option, blocks all data streams of a file from being filtered or being automatically selected or mapped for any output. See `-discard` option to disable streams individually.

As an output option, disables data recording i.e. automatic selection or mapping of any data stream. For full manual control see the `-map` option.

**-dframes `number` (`output`)**

Set the number of data frames to output. This is an obsolete alias for `-frames:d`, which you should use instead.

**-frames[:`stream_specifier`] `framecount` (`output,per-stream`)**

Stop writing to the stream after `framecount` frames.

**-q[:`stream_specifier`] `q` (`output,per-stream`)**
**-qscale[:`stream_specifier`] `q` (`output,per-stream`)**

Use fixed quality scale (VBR). The meaning of *q/qscale* is codec-dependent. If *qscale* is used without a *stream_specifier* then it applies only to the video stream, this is to maintain compatibility with previous behavior and as specifying the same codec specific value to 2 different codecs that is audio and video generally is not what is intended when no stream_specifier is used.

**-filter[:`stream_specifier`] `filtergraph` (`output,per-stream`)**

Create the filtergraph specified by *filtergraph* and use it to filter the stream.

*filtergraph* is a description of the filtergraph to apply to the stream, and must have a single input and a single output of the same type of the stream. In the filtergraph, the input is associated to the label `in`, and the output to the label `out`. See the ffmpeg-filters manual for more information about the filtergraph syntax.

See the -filter_complex option if you want to create filtergraphs with multiple inputs and/or outputs.

**-filter_script[:`stream_specifier`] `filename` (`output,per-stream`)**

This option is similar to `-filter`, the only difference is that its argument is the name of the file from which a filtergraph description is to be read.

**-reinit_filter[:*stream_specifier*] *integer* (*input,per-stream*)**

This boolean option determines if the filtergraph(s) to which this stream is fed gets reinitialized when input frame parameters change mid–stream. This option is enabled by default as most video and all audio filters cannot handle deviation in input frame properties. Upon reinitialization, existing filter state is lost, like e.g. the frame count `n` reference available in some filters. Any frames buffered at time of reinitialization are lost. The properties where a change triggers reinitialization are, for video, frame resolution or pixel format; for audio, sample format, sample rate, channel count or channel layout.

**-filter_threads *nb_threads* (*global*)**

Defines how many threads are used to process a filter pipeline. Each pipeline will produce a thread pool with this many threads available for parallel processing. The default is the number of available CPUs.

**-pre[:*stream_specifier*] *preset_name* (*output,per-stream*)**

Specify the preset for matching stream(s).

**-stats (*global*)**

Print encoding progress/statistics. It is on by default, to explicitly disable it you need to specify `-nostats`.

**-stats_period *time* (*global*)**

Set period at which encoding progress/statistics are updated. Default is 0.5 seconds.

**-progress *url* (*global*)**

Send program–friendly progress information to *url*.

Progress information is written periodically and at the end of the encoding process. It is made of "*key=value*" lines. *key* consists of only alphanumeric characters. The last key of a sequence of progress information is always "progress".

The update period is set using `-stats_period`.

**-stdin**

Enable interaction on standard input. On by default unless standard input is used as an input. To explicitly disable interaction you need to specify `-nostdin`.

Disabling interaction on standard input is useful, for example, if ffmpeg is in the background process group. Roughly the same result can be achieved with `ffmpeg ... < /dev/null` but it requires a shell.

**-debug_ts (*global*)**

Print timestamp information. It is off by default. This option is mostly useful for testing and debugging purposes, and the output format may change from one version to another, so it should not be employed by portable scripts.

See also the option `-fdebug ts`.

**-attach *filename* (*output*)**

Add an attachment to the output file. This is supported by a few formats like Matroska for e.g. fonts used in rendering subtitles. Attachments are implemented as a specific type of stream, so this option will add a new stream to the file. It is then possible to use per-stream options on this stream in the usual way. Attachment streams created with this option will be created after all the other streams (i.e. those created with `-map` or automatic mappings).

Note that for Matroska you also have to set the mimetype metadata tag:

```
ffmpeg -i INPUT -attach DejaVuSans.ttf -metadata:s:2 mimetype=application/x-truetype-font out.m
```

(assuming that the attachment stream will be third in the output file).

**-dump_attachment[:*stream_specifier*] *filename* (*input,per-stream*)**
Extract the matching attachment stream into a file named *filename*. If *filename* is empty, then the value of the `filename` metadata tag will be used.

E.g. to extract the first attachment to a file named 'out.ttf':

```
ffmpeg -dump_attachment:t:0 out.ttf -i INPUT
```

To extract all attachments to files determined by the `filename` tag:

```
ffmpeg -dump_attachment:t "" -i INPUT
```

Technical note – attachments are implemented as codec extradata, so this option can actually be used to extract extradata from any stream, not just attachments.

# 5.5 Video Options

**-vframes *number* (*output*)**
Set the number of video frames to output. This is an obsolete alias for `-frames:v`, which you should use instead.

**-r[:*stream_specifier*] *fps* (*input/output,per-stream*)**
Set frame rate (Hz value, fraction or abbreviation).

As an input option, ignore any timestamps stored in the file and instead generate timestamps assuming constant frame rate *fps*. This is not the same as the `-framerate` option used for some input formats like image2 or v4l2 (it used to be the same in older versions of FFmpeg). If in doubt use `-framerate` instead of the input option `-r`.

As an output option:

**video encoding**
Duplicate or drop frames right before encoding them to achieve constant output frame rate *fps*.

**video streamcopy**
Indicate to the muxer that *fps* is the stream frame rate. No data is dropped or duplicated in this case. This may produce invalid files if *fps* does not match the actual stream frame rate as determined by packet timestamps. See also the `setts` bitstream filter.

**-fpsmax[:*stream_specifier*] *fps* (*output,per-stream*)**
Set maximum frame rate (Hz value, fraction or abbreviation).

Clamps output frame rate when output framerate is auto-set and is higher than this value. Useful in batch processing or when input framerate is wrongly detected as very high. It cannot be set together with `-r`. It is ignored during streamcopy.

**-s[:*stream_specifier*] *size* (*input/output,per-stream*)**
Set frame size.

As an input option, this is a shortcut for the `video_size` private option, recognized by some demuxers for which the frame size is either not stored in the file or is configurable – e.g. raw video or video grabbers.

As an output option, this inserts the `scale` video filter to the *end* of the corresponding filtergraph. Please use the `scale` filter directly to insert it at the beginning or some other place.

The format is 'wxh' (default – same as source).

**-aspect[:*stream_specifier*] *aspect* (*output,per-stream*)**
Set the video display aspect ratio specified by *aspect*.

*aspect* can be a floating point number string, or a string of the form *num*:*den*, where *num* and *den* are the numerator and denominator of the aspect ratio. For example "4:3", "16:9", "1.3333", and "1.7777" are valid argument values.

If used together with -vcodec copy, it will affect the aspect ratio stored at container level, but not the aspect ratio stored in encoded frames, if it exists.

**-display_rotation[:*stream_specifier*] *rotation* (*input,per-stream*)**
Set video rotation metadata.

*rotation* is a decimal number specifying the amount in degree by which the video should be rotated counter-clockwise before being displayed.

This option overrides the rotation/display transform metadata stored in the file, if any. When the video is being transcoded (rather than copied) and `-autorotate` is enabled, the video will be rotated at the filtering stage. Otherwise, the metadata will be written into the output file if the muxer supports it.

If the `-display_hflip` and/or `-display_vflip` options are given, they are applied after the rotation specified by this option.

**-display_hflip[:*stream_specifier*] (*input,per-stream*)**
Set whether on display the image should be horizontally flipped.

See the `-display_rotation` option for more details.

**-display_vflip[:*stream_specifier*] (*input,per-stream*)**
Set whether on display the image should be vertically flipped.

See the `-display_rotation` option for more details.

**-vn (*input/output*)**
As an input option, blocks all video streams of a file from being filtered or being automatically selected or mapped for any output. See `-discard` option to disable streams individually.

As an output option, disables video recording i.e. automatic selection or mapping of any video stream. For full manual control see the `-map` option.

**-vcodec** *codec* (*output*)

Set the video codec. This is an alias for `-codec:v`.

**-pass[:** *stream_specifier***]** *n* (*output,per-stream*)

Select the pass number (1 or 2). It is used to do two-pass video encoding. The statistics of the video are recorded in the first pass into a log file (see also the option –passlogfile), and in the second pass that log file is used to generate the video at the exact requested bitrate. On pass 1, you may just deactivate audio and set output to null, examples for Windows and Unix:

```
ffmpeg -i foo.mov -c:v libxvid -pass 1 -an -f rawvideo -y NUL
ffmpeg -i foo.mov -c:v libxvid -pass 1 -an -f rawvideo -y /dev/null
```

**-passlogfile[:** *stream_specifier***]** *prefix* (*output,per-stream*)

Set two-pass log file name prefix to *prefix*, the default file name prefix is "ffmpeg2pass". The complete file name will be `PREFIX-N.log`, where N is a number specific to the output stream

**-vf** *filtergraph* (*output*)

Create the filtergraph specified by *filtergraph* and use it to filter the stream.

This is an alias for `-filter:v`, see the –filter option.

**-autorotate**

Automatically rotate the video according to file metadata. Enabled by default, use `-noautorotate` to disable it.

**-autoscale**

Automatically scale the video according to the resolution of first frame. Enabled by default, use `-noautoscale` to disable it. When autoscale is disabled, all output frames of filter graph might not be in the same resolution and may be inadequate for some encoder/muxer. Therefore, it is not recommended to disable it unless you really know what you are doing. Disable autoscale at your own risk.

# 5.6 Advanced Video options

**-pix_fmt[:** *stream_specifier***]** *format* (*input/output,per-stream*)

Set pixel format. Use `-pix_fmts` to show all the supported pixel formats. If the selected pixel format can not be selected, ffmpeg will print a warning and select the best pixel format supported by the encoder. If *pix_fmt* is prefixed by a `+`, ffmpeg will exit with an error if the requested pixel format can not be selected, and automatic conversions inside filtergraphs are disabled. If *pix_fmt* is a single `+`, ffmpeg selects the same pixel format as the input (or graph output) and automatic conversions are disabled.

**-sws_flags** *flags* (*input/output*)

Set default flags for the libswscale library. These flags are used by automatically inserted `scale` filters and those within simple filtergraphs, if not overridden within the filtergraph definition.

See the (ffmpeg-scaler)ffmpeg-scaler manual (ffmpeg-scaler.html#scaler_005foptions) for a list of scaler options.

**-rc_override[:*stream_specifier*] *override* (*output,per-stream*)**

> Rate control override for specific intervals, formatted as "int,int,int" list separated with slashes. Two first values are the beginning and end frame numbers, last one is quantizer to use if positive, or quality factor if negative.

**-psnr**

> Calculate PSNR of compressed frames. This option is deprecated, pass the PSNR flag to the encoder instead, using `-flags +psnr` .

**-vstats**

> Dump video coding statistics to `vstats_HHMMSS.log`. See the vstats file format section for the format description.

**-vstats_file *file***

> Dump video coding statistics to *file*. See the vstats file format section for the format description.

**-vstats_version *file***

> Specify which version of the vstats format to use. Default is `2` . See the vstats file format section for the format description.

**-top[:*stream_specifier*] *n* (*output,per-stream*)**

> top=1/bottom=0/auto=-1 field first

**-vtag *fourcc/tag* (*output*)**

> Force video tag/fourcc. This is an alias for `-tag:v` .

**-vbsf *bitstream_filter***

> Deprecated see -bsf

**-force_key_frames[:*stream_specifier*] *time*[,*time*...] (*output,per-stream*)**
**-force_key_frames[:*stream_specifier*] expr:*expr* (*output,per-stream*)**
**-force_key_frames[:*stream_specifier*] source (*output,per-stream*)**
**-force_key_frames[:*stream_specifier*] source_no_drop (*output,per-stream*)**

> *force_key_frames* can take arguments of the following form:

> **time[,*time*...]**
>
> > If the argument consists of timestamps, ffmpeg will round the specified times to the nearest output timestamp as per the encoder time base and force a keyframe at the first frame having timestamp equal or greater than the computed timestamp. Note that if the encoder time base is too coarse, then the keyframes may be forced on frames with timestamps lower than the specified time. The default encoder time base is the inverse of the output framerate but may be set otherwise via `-enc_time_base` .
>
> > If one of the times is " `chapters` [*delta*]", it is expanded into the time of the beginning of all chapters in the file, shifted by *delta*, expressed as a time in seconds. This option can be useful to ensure that a seek point is present at a chapter mark or any other designated place in the output file.
>
> > For example, to insert a key frame at 5 minutes, plus key frames 0.1 second before the beginning of every chapter:
>
> > ```
> > -force_key_frames 0:05:00,chapters-0.1
> > ```

> **expr:*expr***

ffmpeg Documentation

If the argument is prefixed with `expr:`, the string *expr* is interpreted like an expression and is evaluated for each frame. A key frame is forced in case the evaluation is non-zero.

The expression in *expr* can contain the following constants:

**n**
: the number of current processed frame, starting from 0

**n_forced**
: the number of forced frames

**prev_forced_n**
: the number of the previous forced frame, it is `NAN` when no keyframe was forced yet

**prev_forced_t**
: the time of the previous forced frame, it is `NAN` when no keyframe was forced yet

**t**
: the time of the current processed frame

For example to force a key frame every 5 seconds, you can specify:

```
-force_key_frames expr:gte(t,n_forced*5)
```

To force a key frame 5 seconds after the time of the last forced one, starting from second 13:

```
-force_key_frames expr:if(isnan(prev_forced_t),gte(t,13),gte(t,prev_forced_t+5))
```

**source**
: If the argument is `source`, ffmpeg will force a key frame if the current frame being encoded is marked as a key frame in its source.

**source_no_drop**
: If the argument is `source_no_drop`, ffmpeg will force a key frame if the current frame being encoded is marked as a key frame in its source. In cases where this particular source frame has to be dropped, enforce the next available frame to become a key frame instead.

Note that forcing too many keyframes is very harmful for the lookahead algorithms of certain encoders: using fixed-GOP options or similar would be more efficient.

**-copyinkf[:*stream_specifier*] (*output,per-stream*)**
When doing stream copy, copy also non-key frames found at the beginning.

**-init_hw_device *type*[=*name*][:*device*[,*key=value...*]]**
Initialise a new hardware device of type *type* called *name*, using the given device parameters. If no name is specified it will receive a default name of the form "*type*%d".

The meaning of *device* and the following arguments depends on the device type:

**cuda**
: *device* is the number of the CUDA device.

The following options are recognized:

**primary_ctx**

If set to 1, uses the primary device context instead of creating a new one.

Examples:

**−init_hw_device cuda:1**
   Choose the second device on the system.

**−init_hw_device cuda:0,primary_ctx=1**
   Choose the first device and use the primary device context.

**dxva2**
   *device* is the number of the Direct3D 9 display adapter.

**d3d11va**
   *device* is the number of the Direct3D 11 display adapter.

**vaapi**
   *device* is either an X11 display name, a DRM render node or a DirectX adapter index. If not specified, it will attempt to open the default X11 display ($DISPLAY) and then the first DRM render node (/dev/dri/renderD128), or the default DirectX adapter on Windows.

**vdpau**
   *device* is an X11 display name. If not specified, it will attempt to open the default X11 display ($DISPLAY).

**qsv**
   *device* selects a value in 'MFX_IMPL_*'. Allowed values are:

   **auto**
   **sw**
   **hw**
   **auto_any**
   **hw_any**
   **hw2**
   **hw3**
   **hw4**

   If not specified, 'auto_any' is used. (Note that it may be easier to achieve the desired result for QSV by creating the platform−appropriate subdevice ('dxva2' or 'd3d11va' or 'vaapi') and then deriving a QSV device from that.)

   Alternatively, 'child_device_type' helps to choose platform−appropriate subdevice type. On Windows 'd3d11va' is used as default subdevice type.

   Examples:

   **−init_hw_device qsv:hw,child_device_type=d3d11va**
      Choose the GPU subdevice with type 'd3d11va' and create QSV device with 'MFX_IMPL_HARDWARE'.

   **−init_hw_device qsv:hw,child_device_type=dxva2**
      Choose the GPU subdevice with type 'dxva2' and create QSV device with 'MFX_IMPL_HARDWARE'.

**opencl**
   *device* selects the platform and device as *platform_index.device_index*.

The set of devices can also be filtered using the key-value pairs to find only devices matching particular platform or device strings.

The strings usable as filters are:

```
platform_profile
platform_version
platform_name
platform_vendor
platform_extensions
device_name
device_vendor
driver_version
device_version
device_profile
device_extensions
device_type
```

The indices and filters must together uniquely select a device.

Examples:

**-init_hw_device opencl:0.1**
   Choose the second device on the first platform.

**-init_hw_device opencl:,device_name=Foo9000**
   Choose the device with a name containing the string *Foo9000*.

**-init_hw_device opencl:1,device_type=gpu,device_extensions=cl_khr_fp16**
   Choose the GPU device on the second platform supporting the *cl_khr_fp16* extension.

**vulkan**
   If *device* is an integer, it selects the device by its index in a system-dependent list of devices. If *device* is any other string, it selects the first device with a name containing that string as a substring.

   The following options are recognized:

   **debug**
      If set to 1, enables the validation layer, if installed.

   **linear_images**
      If set to 1, images allocated by the hwcontext will be linear and locally mappable.

   **instance_extensions**
      A plus separated list of additional instance extensions to enable.

   **device_extensions**
      A plus separated list of additional device extensions to enable.

   Examples:

   **-init_hw_device vulkan:1**
      Choose the second device on the system.

   **-init_hw_device vulkan:RADV**

ffmpeg Documentation

Choose the first device with a name containing the string *RADV*.

**–init_hw_device vulkan:0,instance_extensions=VK_KHR_wayland_surface+VK_KHR_xcb_surface**
Choose the first device and enable the Wayland and XCB instance extensions.

**-init_hw_device** *type*[=*name*]*@source*
Initialise a new hardware device of type *type* called *name*, deriving it from the existing device with the name *source*.

**-init_hw_device list**
List all hardware device types supported in this build of ffmpeg.

**-filter_hw_device** *name*
Pass the hardware device called *name* to all filters in any filter graph. This can be used to set the device to upload to with the `hwupload` filter, or the device to map to with the `hwmap` filter. Other filters may also make use of this parameter when they require a hardware device. Note that this is typically only required when the input is not already in hardware frames – when it is, filters will derive the device they require from the context of the frames they receive as input.

This is a global setting, so all filters will receive the same device.

**-hwaccel[:***stream_specifier***]** *hwaccel* (*input,per-stream*)
Use hardware acceleration to decode the matching stream(s). The allowed values of *hwaccel* are:

**none**
Do not use any hardware acceleration (the default).

**auto**
Automatically select the hardware acceleration method.

**vdpau**
Use VDPAU (Video Decode and Presentation API for Unix) hardware acceleration.

**dxva2**
Use DXVA2 (DirectX Video Acceleration) hardware acceleration.

**d3d11va**
Use D3D11VA (DirectX Video Acceleration) hardware acceleration.

**vaapi**
Use VAAPI (Video Acceleration API) hardware acceleration.

**qsv**
Use the Intel QuickSync Video acceleration for video transcoding.

Unlike most other values, this option does not enable accelerated decoding (that is used automatically whenever a qsv decoder is selected), but accelerated transcoding, without copying the frames into the system memory.

For it to work, both the decoder and the encoder must support QSV acceleration and no filters must be used.

This option has no effect if the selected hwaccel is not available or not supported by the chosen decoder.

Note that most acceleration methods are intended for playback and will not be faster than software decoding on modern CPUs. Additionally, `ffmpeg` will usually need to copy the decoded frames from the GPU memory into the system memory, resulting in further performance loss. This option is thus mainly useful for testing.

**-hwaccel_device[:*stream_specifier*] *hwaccel_device* (*input,per-stream*)**

Select a device to use for hardware acceleration.

This option only makes sense when the `-hwaccel` option is also specified. It can either refer to an existing device created with `-init_hw_device` by name, or it can create a new device as if '-init_hw_device' *type*:*hwaccel_device* were called immediately before.

**-hwaccels**

List all hardware acceleration components enabled in this build of ffmpeg. Actual runtime availability depends on the hardware and its suitable driver being installed.

**-fix_sub_duration_heartbeat[:*stream_specifier*]**

Set a specific output video stream as the heartbeat stream according to which to split and push through currently in-progress subtitle upon receipt of a random access packet.

This lowers the latency of subtitles for which the end packet or the following subtitle has not yet been received. As a drawback, this will most likely lead to duplication of subtitle events in order to cover the full duration, so when dealing with use cases where latency of when the subtitle event is passed on to output is not relevant this option should not be utilized.

Requires `-fix_sub_duration` to be set for the relevant input subtitle stream for this to have any effect, as well as for the input subtitle stream having to be directly mapped to the same output in which the heartbeat stream resides.

# 5.7 Audio Options

**-aframes *number* (*output*)**

Set the number of audio frames to output. This is an obsolete alias for `-frames:a` , which you should use instead.

**-ar[:*stream_specifier*] *freq* (*input/output,per-stream*)**

Set the audio sampling frequency. For output streams it is set by default to the frequency of the corresponding input stream. For input streams this option only makes sense for audio grabbing devices and raw demuxers and is mapped to the corresponding demuxer options.

**-aq *q* (*output*)**

Set the audio quality (codec-specific, VBR). This is an alias for -q:a.

**-ac[:*stream_specifier*] *channels* (*input/output,per-stream*)**

Set the number of audio channels. For output streams it is set by default to the number of input audio channels. For input streams this option only makes sense for audio grabbing devices and raw demuxers and is mapped to the corresponding demuxer options.

**-an (*input/output*)**

As an input option, blocks all audio streams of a file from being filtered or being automatically selected or mapped for any output. See `-discard` option to disable streams individually.

As an output option, disables audio recording i.e. automatic selection or mapping of any audio stream. For full manual control see the `-map` option.

**-acodec** *codec* **(input/output)**

Set the audio codec. This is an alias for `-codec:a`.

**-sample_fmt[:**_stream_specifier_**]** _sample_fmt_ **(output,per-stream)**

Set the audio sample format. Use `-sample_fmts` to get a list of supported sample formats.

**-af** *filtergraph* **(output)**

Create the filtergraph specified by *filtergraph* and use it to filter the stream.

This is an alias for `-filter:a`, see the –filter option.

## 5.8 Advanced Audio options

**-atag** *fourcc/tag* **(output)**

Force audio tag/fourcc. This is an alias for `-tag:a`.

**-absf** *bitstream_filter*

Deprecated, see –bsf

**-guess_layout_max** *channels* **(input,per-stream)**

If some input channel layout is not known, try to guess only if it corresponds to at most the specified number of channels. For example, 2 tells to `ffmpeg` to recognize 1 channel as mono and 2 channels as stereo but not 6 channels as 5.1. The default is to always try to guess. Use 0 to disable all guessing.

## 5.9 Subtitle options

**-scodec** *codec* **(input/output)**

Set the subtitle codec. This is an alias for `-codec:s`.

**-sn** **(input/output)**

As an input option, blocks all subtitle streams of a file from being filtered or being automatically selected or mapped for any output. See `-discard` option to disable streams individually.

As an output option, disables subtitle recording i.e. automatic selection or mapping of any subtitle stream. For full manual control see the `-map` option.

**-sbsf** *bitstream_filter*

Deprecated, see –bsf

## 5.10 Advanced Subtitle options

**-fix_sub_duration**

ffmpeg Documentation

Fix subtitles durations. For each subtitle, wait for the next packet in the same stream and adjust the duration of the first to avoid overlap. This is necessary with some subtitles codecs, especially DVB subtitles, because the duration in the original packet is only a rough estimate and the end is actually marked by an empty subtitle frame. Failing to use this option when necessary can result in exaggerated durations or muxing failures due to non-monotonic timestamps.

Note that this option will delay the output of all data until the next subtitle packet is decoded: it may increase memory consumption and latency a lot.

`-canvas_size` *size*
    Set the size of the canvas used to render subtitles.

# 5.11 Advanced options

`-map [-]`*input_file_id[:stream_specifier][?]* | *[linklabel]* (*output*)
    Create one or more streams in the output file. This option has two forms for specifying the data source(s): the first selects one or more streams from some input file (specified with `-i`), the second takes an output from some complex filtergraph (specified with `-filter_complex` or `-filter_complex_script`).

In the first form, an output stream is created for every stream from the input file with the index *input_file_id*. If *stream_specifier* is given, only those streams that match the specifier are used (see the Stream specifiers section for the *stream_specifier* syntax).

A `-` character before the stream identifier creates a "negative" mapping. It disables matching streams from already created mappings.

A trailing `?` after the stream index will allow the map to be optional: if the map matches no streams the map will be ignored instead of failing. Note the map will still fail if an invalid input file index is used; such as if the map refers to a non-existent input.

An alternative *[linklabel]* form will map outputs from complex filter graphs (see the `-filter_complex` option) to the output file. *linklabel* must correspond to a defined output link label in the graph.

This option may be specified multiple times, each adding more streams to the output file. Any given input stream may also be mapped any number of times as a source for different output streams, e.g. in order to use different encoding options and/or filters. The streams are created in the output in the same order in which the `-map` options are given on the commandline.

Using this option disables the default mappings for this output file.

Examples:

*map everything*
    To map ALL streams from the first input file to output

```
ffmpeg -i INPUT -map 0 output
```

*select specific stream*
    If you have two audio streams in the first input file, these streams are identified by *0:0* and *0:1*. You can use `-map` to select which streams to place in an output file. For example:

```
ffmpeg -i INPUT -map 0:1 out.wav
```

will map the second input stream in `INPUT` to the (single) output stream in `out.wav`.

**create multiple streams**

To select the stream with index 2 from input file a.mov (specified by the identifier *0:2*), and stream with index 6 from input b.mov (specified by the identifier *1:6*), and copy them to the output file out.mov:

```
ffmpeg -i a.mov -i b.mov -c copy -map 0:2 -map 1:6 out.mov
```

**create multiple streams 2**

To select all video and the third audio stream from an input file:

```
ffmpeg -i INPUT -map 0:v -map 0:a:2 OUTPUT
```

**negative map**

To map all the streams except the second audio, use negative mappings

```
ffmpeg -i INPUT -map 0 -map -0:a:1 OUTPUT
```

**optional map**

To map the video and audio streams from the first input, and using the trailing `?`, ignore the audio mapping if no audio streams exist in the first input:

```
ffmpeg -i INPUT -map 0:v -map 0:a? OUTPUT
```

**map by language**

To pick the English audio stream:

```
ffmpeg -i INPUT -map 0:m:language:eng OUTPUT
```

**-ignore_unknown**

Ignore input streams with unknown type instead of failing if copying such streams is attempted.

**-copy_unknown**

Allow input streams with unknown type to be copied instead of failing if copying such streams is attempted.

**-map_channel** **[*input_file_id.stream_specifier.channel_id*|-1][?]**
**[:*output_file_id.stream_specifier*]**

This option is deprecated and will be removed. It can be replaced by the *pan* filter. In some cases it may be easier to use some combination of the *channelsplit*, *channelmap*, or *amerge* filters.

Map an audio channel from a given input to an output. If *output_file_id.stream_specifier* is not set, the audio channel will be mapped on all the audio streams.

Using "-1" instead of *input_file_id.stream_specifier.channel_id* will map a muted channel.

A trailing `?` will allow the map_channel to be optional: if the map_channel matches no channel the map_channel will be ignored instead of failing.

For example, assuming *INPUT* is a stereo audio file, you can switch the two audio channels with the following command:

```
ffmpeg -i INPUT -map_channel 0.0.1 -map_channel 0.0.0 OUTPUT
```

If you want to mute the first channel and keep the second:

```
ffmpeg -i INPUT -map_channel -1 -map_channel 0.0.1 OUTPUT
```

The order of the "-map_channel" option specifies the order of the channels in the output stream. The output channel layout is guessed from the number of channels mapped (mono if one "-map_channel", stereo if two, etc.). Using "-ac" in combination of "-map_channel" makes the channel gain levels to be updated if input and output channel layouts don't match (for instance two "-map_channel" options and "-ac 6").

You can also extract each channel of an input to specific outputs; the following command extracts two channels of the *INPUT* audio stream (file 0, stream 0) to the respective *OUTPUT_CH0* and *OUTPUT_CH1* outputs:

```
ffmpeg -i INPUT -map_channel 0.0.0 OUTPUT_CH0 -map_channel 0.0.1 OUTPUT_CH1
```

The following example splits the channels of a stereo input into two separate streams, which are put into the same output file:

```
ffmpeg -i stereo.wav -map 0:0 -map 0:0 -map_channel 0.0.0:0.0 -map_channel 0.0.1:0.1 -y out.ogg
```

Note that currently each output stream can only contain channels from a single input stream; you can't for example use "-map_channel" to pick multiple input audio channels contained in different streams (from the same or different files) and merge them into a single output stream. It is therefore not currently possible, for example, to turn two separate mono streams into a single stereo stream. However splitting a stereo stream into two single channel mono streams is possible.

If you need this feature, a possible workaround is to use the *amerge* filter. For example, if you need to merge a media (here `input.mkv`) with 2 mono audio streams into one single stereo channel audio stream (and keep the video stream), you can use the following command:

```
ffmpeg -i input.mkv -filter_complex "[0:1] [0:2] amerge" -c:a pcm_s16le -c:v copy output.mkv
```

To map the first two audio channels from the first input, and using the trailing `?`, ignore the audio channel mapping if the first input is mono instead of stereo:

```
ffmpeg -i INPUT -map_channel 0.0.0 -map_channel 0.0.1? OUTPUT
```

**-map_metadata[:*metadata_spec_out*]** *infile*[:*metadata_spec_in*] **(*output,per-metadata*)**
Set metadata information of the next output file from *infile*. Note that those are file indices (zero-based), not filenames. Optional *metadata_spec_in/out* parameters specify, which metadata to copy. A metadata specifier can have the following forms:

*g*
     global metadata, i.e. metadata that applies to the whole file

ffmpeg Documentation

**s[:*stream_spec*]**

   per-stream metadata. *stream_spec* is a stream specifier as described in the Stream specifiers chapter. In an input metadata specifier, the first matching stream is copied from. In an output metadata specifier, all matching streams are copied to.

**c:*chapter_index***

   per-chapter metadata. *chapter_index* is the zero-based chapter index.

**p:*program_index***

   per-program metadata. *program_index* is the zero-based program index.

If metadata specifier is omitted, it defaults to global.

By default, global metadata is copied from the first input file, per-stream and per-chapter metadata is copied along with streams/chapters. These default mappings are disabled by creating any mapping of the relevant type. A negative file index can be used to create a dummy mapping that just disables automatic copying.

For example to copy metadata from the first stream of the input file to global metadata of the output file:

```
ffmpeg -i in.ogg -map_metadata 0:s:0 out.mp3
```

To do the reverse, i.e. copy global metadata to all audio streams:

```
ffmpeg -i in.mkv -map_metadata:s:a 0:g out.mkv
```

Note that simple `0` would work as well in this example, since global metadata is assumed by default.

**-map_chapters *input_file_index* (*output*)**

   Copy chapters from input file with index *input_file_index* to the next output file. If no chapter mapping is specified, then chapters are copied from the first input file with at least one chapter. Use a negative file index to disable any chapter copying.

**-benchmark (*global*)**

   Show benchmarking information at the end of an encode. Shows real, system and user time used and maximum memory consumption. Maximum memory consumption is not supported on all systems, it will usually display as 0 if not supported.

**-benchmark_all (*global*)**

   Show benchmarking information during the encode. Shows real, system and user time used in various steps (audio/video encode/decode).

**-timelimit *duration* (*global*)**

   Exit after ffmpeg has been running for *duration* seconds in CPU user time.

**-dump (*global*)**

   Dump each input packet to stderr.

**-hex (*global*)**

   When dumping packets, also dump the payload.

**-readrate *speed* (*input*)**

   Limit input read speed.

ffmpeg Documentation

Its value is a floating-point positive number which represents the maximum duration of media, in seconds, that should be ingested in one second of wallclock time. Default value is zero and represents no imposed limitation on speed of ingestion. Value `1` represents real-time speed and is equivalent to `-re`.

Mainly used to simulate a capture device or live input stream (e.g. when reading from a file). Should not be used with a low value when input is an actual capture device or live stream as it may cause packet loss.

It is useful for when flow speed of output packets is important, such as live streaming.

**-re (*input*)**
Read input at native frame rate. This is equivalent to setting `-readrate 1`.

**-readrate_initial_burst *seconds***
Set an initial read burst time, in seconds, after which `-re`/`-readrate` will be enforced.

**-vsync *parameter* (*global*)**
**-fps_mode[:*stream_specifier*] *parameter* (*output,per-stream*)**
Set video sync method / framerate mode. vsync is applied to all output video streams but can be overridden for a stream by setting fps_mode. vsync is deprecated and will be removed in the future.

For compatibility reasons some of the values for vsync can be specified as numbers (shown in parentheses in the following table).

**passthrough (0)**
Each frame is passed with its timestamp from the demuxer to the muxer.

**cfr (1)**
Frames will be duplicated and dropped to achieve exactly the requested constant frame rate.

**vfr (2)**
Frames are passed through with their timestamp or dropped so as to prevent 2 frames from having the same timestamp.

**drop**
As passthrough but destroys all timestamps, making the muxer generate fresh timestamps based on frame-rate.

**auto (-1)**
Chooses between cfr and vfr depending on muxer capabilities. This is the default method.

Note that the timestamps may be further modified by the muxer, after this. For example, in the case that the format option `avoid_negative_ts` is enabled.

With `-map` you can select from which stream the timestamps should be taken. You can leave either video or audio unchanged and sync the remaining stream(s) to the unchanged one.

**-frame_drop_threshold *parameter***
Frame drop threshold, which specifies how much behind video frames can be before they are dropped. In frame rate units, so 1.0 is one frame. The default is -1.1. One possible usecase is to avoid framedrops in case of noisy timestamps or to increase frame drop precision in case of exact timestamps.

**-apad *parameters* (*output,per-stream*)**

ffmpeg Documentation

Pad the output audio stream(s). This is the same as applying `-af apad`. Argument is a string of filter parameters composed the same as with the `apad` filter. `-shortest` must be set for this output for the option to take effect.

**-copyts**

Do not process input timestamps, but keep their values without trying to sanitize them. In particular, do not remove the initial start time offset value.

Note that, depending on the `vsync` option or on specific muxer processing (e.g. in case the format option `avoid_negative_ts` is enabled) the output timestamps may mismatch with the input timestamps even when this option is selected.

**-start_at_zero**

When used with `copyts`, shift input timestamps so they start at zero.

This means that using e.g. `-ss 50` will make output timestamps start at 50 seconds, regardless of what timestamp the input file started at.

**-copytb *mode***

Specify how to set the encoder timebase when stream copying. *mode* is an integer numeric value, and can assume one of the following values:

**1**

Use the demuxer timebase.

The time base is copied to the output encoder from the corresponding input demuxer. This is sometimes required to avoid non monotonically increasing timestamps when copying video streams with variable frame rate.

**0**

Use the decoder timebase.

The time base is copied to the output encoder from the corresponding input decoder.

**-1**

Try to make the choice automatically, in order to generate a sane output.

Default value is -1.

**-enc_time_base[:*stream_specifier*] *timebase* (*output,per-stream*)**

Set the encoder timebase. *timebase* can assume one of the following values:

**0**

Assign a default value according to the media type.

For video – use 1/framerate, for audio – use 1/samplerate.

**demux**

Use the timebase from the demuxer.

**filter**

Use the timebase from the filtergraph.

**a positive number**

Use the provided number as the timebase.

This field can be provided as a ratio of two integers (e.g. 1:24, 1:48000) or as a decimal number (e.g. 0.04166, 2.0833e-5)

Default value is 0.

**-bitexact (*input/output*)**
   Enable bitexact mode for (de)muxer and (de/en)coder

**-shortest (*output*)**
   Finish encoding when the shortest output stream ends.

   Note that this option may require buffering frames, which introduces extra latency. The maximum amount of this latency may be controlled with the `-shortest_buf_duration` option.

**-shortest_buf_duration *duration* (*output*)**
   The `-shortest` option may require buffering potentially large amounts of data when at least one of the streams is "sparse" (i.e. has large gaps between frames – this is typically the case for subtitles).

   This option controls the maximum duration of buffered frames in seconds. Larger values may allow the `-shortest` option to produce more accurate results, but increase memory use and latency.

   The default value is 10 seconds.

**-dts_delta_threshold *threshold***
   Timestamp discontinuity delta threshold, expressed as a decimal number of seconds.

   The timestamp discontinuity correction enabled by this option is only applied to input formats accepting timestamp discontinuity (for which the `AV_FMT_DISCONT` flag is enabled), e.g. MPEG-TS and HLS, and is automatically disabled when employing the `-copy_ts` option (unless wrapping is detected).

   If a timestamp discontinuity is detected whose absolute value is greater than *threshold*, ffmpeg will remove the discontinuity by decreasing/increasing the current DTS and PTS by the corresponding delta value.

   The default value is 10.

**-dts_error_threshold *threshold***
   Timestamp error delta threshold, expressed as a decimal number of seconds.

   The timestamp correction enabled by this option is only applied to input formats not accepting timestamp discontinuity (for which the `AV_FMT_DISCONT` flag is not enabled).

   If a timestamp discontinuity is detected whose absolute value is greater than *threshold*, ffmpeg will drop the PTS/DTS timestamp value.

   The default value is `3600*30` (30 hours), which is arbitrarily picked and quite conservative.

**-muxdelay *seconds* (*output*)**
   Set the maximum demux-decode delay.

**-muxpreload *seconds* (*output*)**
   Set the initial demux-decode delay.

**-streamid *output-stream-index*:*new-value* (*output*)**

Assign a new stream-id value to an output stream. This option should be specified prior to the
output filename to which it applies. For the situation where multiple output files exist, a streamid
may be reassigned to a different value.

For example, to set the stream 0 PID to 33 and the stream 1 PID to 36 for an output mpegts file:

```
ffmpeg -i inurl -streamid 0:33 -streamid 1:36 out.ts
```

**-bsf[:*stream_specifier*] *bitstream_filters* (*output,per-stream*)**

Set bitstream filters for matching streams. *bitstream_filters* is a comma-separated list of bitstream
filters. Use the `-bsfs` option to get the list of bitstream filters.

```
ffmpeg -i h264.mp4 -c:v copy -bsf:v h264_mp4toannexb -an out.h264
```

```
ffmpeg -i file.mov -an -vn -bsf:s mov2textsub -c:s copy -f rawvideo sub.txt
```

**-tag[:*stream_specifier*] *codec_tag* (*input/output,per-stream*)**

Force a tag/fourcc for matching streams.

**-timecode *hh:mm:ss*SEP*ff***

Specify Timecode for writing. *SEP* is ':' for non drop timecode and ';' (or '.') for drop.

```
ffmpeg -i input.mpg -timecode 01:02:03.04 -r 30000/1001 -s ntsc output.mpg
```

**-filter_complex *filtergraph* (*global*)**

Define a complex filtergraph, i.e. one with arbitrary number of inputs and/or outputs. For simple
graphs – those with one input and one output of the same type – see the `-filter` options. *filtergraph*
is a description of the filtergraph, as described in the "Filtergraph syntax" section of the ffmpeg-
filters manual.

Input link labels must refer to input streams using the `[file_index:stream_specifier]` syntax (i.e. the
same as `-map` uses). If *stream_specifier* matches multiple streams, the first one will be used. An
unlabeled input will be connected to the first unused input stream of the matching type.

Output link labels are referred to with `-map`. Unlabeled outputs are added to the first output file.

Note that with this option it is possible to use only lavfi sources without normal input files.

For example, to overlay an image over video

```
ffmpeg -i video.mkv -i image.png -filter_complex '[0:v][1:v]overlay[out]' -map
'[out]' out.mkv
```

Here `[0:v]` refers to the first video stream in the first input file, which is linked to the first (main)
input of the overlay filter. Similarly the first video stream in the second input is linked to the second
(overlay) input of overlay.

Assuming there is only one video stream in each input file, we can omit input labels, so the above is
equivalent to

```
ffmpeg -i video.mkv -i image.png -filter_complex 'overlay[out]' -map
'[out]' out.mkv
```

Furthermore we can omit the output label and the single output from the filter graph will be added to the output file automatically, so we can simply write

```
ffmpeg -i video.mkv -i image.png -filter_complex 'overlay' out.mkv
```

As a special exception, you can use a bitmap subtitle stream as input: it will be converted into a video with the same size as the largest video in the file, or 720x576 if no video is present. Note that this is an experimental and temporary solution. It will be removed once libavfilter has proper support for subtitles.

For example, to hardcode subtitles on top of a DVB-T recording stored in MPEG-TS format, delaying the subtitles by 1 second:

```
ffmpeg -i input.ts -filter_complex \
  '[#0x2ef] setpts=PTS+1/TB [sub] ; [#0x2d0] [sub] overlay' \
  -sn -map '#0x2dc' output.mkv
```

(0x2d0, 0x2dc and 0x2ef are the MPEG-TS PIDs of respectively the video, audio and subtitles streams; 0:0, 0:3 and 0:7 would have worked too)

To generate 5 seconds of pure red video using lavfi `color` source:

```
ffmpeg -filter_complex 'color=c=red' -t 5 out.mkv
```

**-filter_complex_threads** *nb_threads* (*global*)
  Defines how many threads are used to process a filter_complex graph. Similar to filter_threads but used for `-filter_complex` graphs only. The default is the number of available CPUs.

**-lavfi** *filtergraph* (*global*)
  Define a complex filtergraph, i.e. one with arbitrary number of inputs and/or outputs. Equivalent to -filter_complex.

**-filter_complex_script** *filename* (*global*)
  This option is similar to -filter_complex, the only difference is that its argument is the name of the file from which a complex filtergraph description is to be read.

**-accurate_seek** (*input*)
  This option enables or disables accurate seeking in input files with the `-ss` option. It is enabled by default, so seeking is accurate when transcoding. Use `-noaccurate_seek` to disable it, which may be useful e.g. when copying some streams and transcoding the others.

**-seek_timestamp** (*input*)
  This option enables or disables seeking by timestamp in input files with the `-ss` option. It is disabled by default. If enabled, the argument to the `-ss` option is considered an actual timestamp, and is not offset by the start time of the file. This matters only for files which do not start from timestamp 0, such as transport streams.

**-thread_queue_size** *size* (*input/output*)

For input, this option sets the maximum number of queued packets when reading from the file or device. With low latency / high rate live streams, packets may be discarded if they are not read in a timely manner; setting this value can force ffmpeg to use a separate input thread and read packets as soon as they arrive. By default ffmpeg only does this if multiple inputs are specified.

For output, this option specified the maximum number of packets that may be queued to each muxing thread.

**-sdp_file** *file* (*global*)
Print sdp information for an output stream to *file*. This allows dumping sdp information when at least one output isn't an rtp stream. (Requires at least one of the output formats to be rtp).

**-discard** (*input*)
Allows discarding specific streams or frames from streams. Any input stream can be fully discarded, using value `all` whereas selective discarding of frames from a stream occurs at the demuxer and is not supported by all demuxers.

**none**
  Discard no frame.

**default**
  Default, which discards no frames.

**noref**
  Discard all non-reference frames.

**bidir**
  Discard all bidirectional frames.

**nokey**
  Discard all frames excepts keyframes.

**all**
  Discard all frames.

**-abort_on** *flags* (*global*)
Stop and abort on various conditions. The following flags are available:

**empty_output**
  No packets were passed to the muxer, the output is empty.

**empty_output_stream**
  No packets were passed to the muxer in some of the output streams.

**-max_error_rate** (*global*)
Set fraction of decoding frame failures across all inputs which when crossed ffmpeg will return exit code 69. Crossing this threshold does not terminate processing. Range is a floating-point number between 0 to 1. Default is 2/3.

**-xerror** (*global*)
Stop and exit on error

**-max_muxing_queue_size** *packets* (*output,per-stream*)

ffmpeg Documentation

When transcoding audio and/or video streams, ffmpeg will not begin writing into the output until it has one packet for each such stream. While waiting for that to happen, packets for other streams are buffered. This option sets the size of this buffer, in packets, for the matching output stream.

The default value of this option should be high enough for most uses, so only touch this option if you are sure that you need it.

**-muxing_queue_data_threshold** *bytes* (*output,per-stream*)
This is a minimum threshold until which the muxing queue size is not taken into account. Defaults to 50 megabytes per stream, and is based on the overall size of packets passed to the muxer.

**-auto_conversion_filters** (*global*)
Enable automatically inserting format conversion filters in all filter graphs, including those defined by `-vf`, `-af`, `-filter_complex` and `-lavfi`. If filter format negotiation requires a conversion, the initialization of the filters will fail. Conversions can still be performed by inserting the relevant conversion filter (scale, aresample) in the graph. On by default, to explicitly disable it you need to specify `-noauto_conversion_filters`.

**-bits_per_raw_sample[:** *stream_specifier*] *value* (*output,per-stream*)
Declare the number of bits per raw sample in the given output stream to be *value*. Note that this option sets the information provided to the encoder/muxer, it does not change the stream to conform to this value. Setting values that do not match the stream properties may result in encoding failures or invalid output files.

**-stats_enc_pre[:** *stream_specifier*] *path* (*output,per-stream*)
**-stats_enc_post[:** *stream_specifier*] *path* (*output,per-stream*)
**-stats_mux_pre[:** *stream_specifier*] *path* (*output,per-stream*)
Write per-frame encoding information about the matching streams into the file given by *path*.

`-stats_enc_pre` writes information about raw video or audio frames right before they are sent for encoding, while `-stats_enc_post` writes information about encoded packets as they are received from the encoder. `-stats_mux_pre` writes information about packets just as they are about to be sent to the muxer. Every frame or packet produces one line in the specified file. The format of this line is controlled by -stats_enc_pre_fmt / -stats_enc_post_fmt / -stats_mux_pre_fmt.

When stats for multiple streams are written into a single file, the lines corresponding to different streams will be interleaved. The precise order of this interleaving is not specified and not guaranteed to remain stable between different invocations of the program, even with the same options.

**-stats_enc_pre_fmt[:** *stream_specifier*] *format_spec* (*output,per-stream*)
**-stats_enc_post_fmt[:** *stream_specifier*] *format_spec* (*output,per-stream*)
**-stats_mux_pre_fmt[:** *stream_specifier*] *format_spec* (*output,per-stream*)
Specify the format for the lines written with -stats_enc_pre / -stats_enc_post / -stats_mux_pre.

*format_spec* is a string that may contain directives of the form *{fmt}*. *format_spec* is backslash-escaped — use \{, \}, and \\ to write a literal {, }, or \, respectively, into the output.

The directives given with *fmt* may be one of the following:

**fidx**
Index of the output file.

**sidx**
Index of the output stream in the file.

**n**

Frame number. Pre-encoding: number of frames sent to the encoder so far. Post-encoding: number of packets received from the encoder so far. Muxing: number of packets submitted to the muxer for this stream so far.

**ni**

Input frame number. Index of the input frame (i.e. output by a decoder) that corresponds to this output frame or packet. -1 if unavailable.

**tb**

Timebase in which this frame/packet's timestamps are expressed, as a rational number *num/den*. Note that encoder and muxer may use different timebases.

**tbi**

Timebase for *ptsi*, as a rational number *num/den*. Available when *ptsi* is available, *0/1* otherwise.

**pts**

Presentation timestamp of the frame or packet, as an integer. Should be multiplied by the timebase to compute presentation time.

**ptsi**

Presentation timestamp of the input frame (see *ni*), as an integer. Should be multiplied by *tbi* to compute presentation time. Printed as (2^63 - 1 = 9223372036854775807) when not available.

**t**

Presentation time of the frame or packet, as a decimal number. Equal to *pts* multiplied by *tb*.

**ti**

Presentation time of the input frame (see *ni*), as a decimal number. Equal to *ptsi* multiplied by *tbi*. Printed as inf when not available.

**dts (packet)**

Decoding timestamp of the packet, as an integer. Should be multiplied by the timebase to compute presentation time.

**dt (packet)**

Decoding time of the frame or packet, as a decimal number. Equal to *dts* multiplied by *tb*.

**sn (frame,audio)**

Number of audio samples sent to the encoder so far.

**samp (frame,audio)**

Number of audio samples in the frame.

**size (packet)**

Size of the encoded packet in bytes.

**br (packet)**

Current bitrate in bits per second. Post-encoding only.

**abr (packet)**

Average bitrate for the whole stream so far, in bits per second, -1 if it cannot be determined at this point. Post-encoding only.

Directives tagged with *packet* may only be used with -stats_enc_post_fmt and -stats_mux_pre_fmt.

Directives tagged with *frame* may only be used with `-stats_enc_pre_fmt`.

Directives tagged with *audio* may only be used with audio streams.

The default format strings are:

**pre-encoding**
> {fidx} {sidx} {n} {t}

**post-encoding**
> {fidx} {sidx} {n} {t}

In the future, new items may be added to the end of the default formatting strings. Users who depend on the format staying exactly the same, should prescribe it manually.

Note that stats for different streams written into the same file may have different formats.

# 5.12 Preset files

A preset file contains a sequence of *option=value* pairs, one for each line, specifying a sequence of options which would be awkward to specify on the command line. Lines starting with the hash ('#') character are ignored and are used to provide comments. Check the `presets` directory in the FFmpeg source tree for examples.

There are two types of preset files: ffpreset and avpreset files.

## 5.12.1 ffpreset files

ffpreset files are specified with the `vpre`, `apre`, `spre`, and `fpre` options. The `fpre` option takes the filename of the preset instead of a preset name as input and can be used for any kind of codec. For the `vpre`, `apre`, and `spre` options, the options specified in a preset file are applied to the currently selected codec of the same type as the preset option.

The argument passed to the `vpre`, `apre`, and `spre` preset options identifies the preset file to use according to the following rules:

First ffmpeg searches for a file named *arg*.ffpreset in the directories `$FFMPEG_DATADIR` (if set), and `$HOME/.ffmpeg`, and in the datadir defined at configuration time (usually PREFIX/share/ffmpeg) or in a `ffpresets` folder along the executable on win32, in that order. For example, if the argument is `libvpx-1080p`, it will search for the file `libvpx-1080p.ffpreset`.

If no such file is found, then ffmpeg will search for a file named *codec_name-arg*.ffpreset in the above-mentioned directories, where *codec_name* is the name of the codec to which the preset file options will be applied. For example, if you select the video codec with `-vcodec libvpx` and use `-vpre 1080p`, then it will search for the file `libvpx-1080p.ffpreset`.

## 5.12.2 avpreset files

avpreset files are specified with the `pre` option. They work similar to ffpreset files, but they only allow encoder- specific options. Therefore, an *option=value* pair specifying an encoder cannot be used.

When the `pre` option is specified, ffmpeg will look for files with the suffix .avpreset in the directories `$AVCONV_DATADIR` (if set), and `$HOME/.avconv`, and in the datadir defined at configuration time (usually `PREFIX/share/ffmpeg`), in that order.

First ffmpeg searches for a file named *codec_name-arg*.avpreset in the above-mentioned directories, where *codec_name* is the name of the codec to which the preset file options will be applied. For example, if you select the video codec with `-vcodec libvpx` and use `-pre 1080p`, then it will search for the file `libvpx-1080p.avpreset`.

If no such file is found, then ffmpeg will search for a file named *arg*.avpreset in the same directories.

# 5.13 vstats file format

The `-vstats` and `-vstats_file` options enable generation of a file containing statistics about the generated video outputs.

The `-vstats_version` option controls the format version of the generated file.

With version `1` the format is:

```
frame= FRAME q= FRAME_QUALITY PSNR= PSNR f_size= FRAME_SIZE s_size= STREAM_SIZEkB time= TIMESTAMP
```

With version `2` the format is:

```
out= OUT_FILE_INDEX st= OUT_FILE_STREAM_INDEX frame= FRAME_NUMBER q= FRAME_QUALITYf PSNR= PSNR f_s
```

The value corresponding to each key is described below:

**avg_br**
    average bitrate expressed in Kbits/s

**br**
    bitrate expressed in Kbits/s

**frame**
    number of encoded frame

**out**
    out file index

**PSNR**
    Peak Signal to Noise Ratio

**q**
    quality of the frame

**f_size**
    encoded packet size expressed as number of bytes

**s_size**

    stream size expressed in KiB

**st**

    out file stream index

**time**

    time of the packet

**type**

    picture type

See also the -stats_enc options for an alternative way to show encoding statistics.

# 6 Examples

## 6.1 Video and Audio grabbing

If you specify the input format and device then ffmpeg can grab video and audio directly.

```
ffmpeg -f oss -i /dev/dsp -f video4linux2 -i /dev/video0 /tmp/out.mpg
```

Or with an ALSA audio source (mono input, card id 1) instead of OSS:

```
ffmpeg -f alsa -ac 1 -i hw:1 -f video4linux2 -i /dev/video0 /tmp/out.mpg
```

Note that you must activate the right video source and channel before launching ffmpeg with any TV viewer such as xawtv (http://linux.bytesex.org/xawtv/) by Gerd Knorr. You also have to set the audio recording levels correctly with a standard mixer.

## 6.2 X11 grabbing

Grab the X11 display with ffmpeg via

```
ffmpeg -f x11grab -video_size cif -framerate 25 -i :0.0 /tmp/out.mpg
```

0.0 is display.screen number of your X11 server, same as the DISPLAY environment variable.

```
ffmpeg -f x11grab -video_size cif -framerate 25 -i :0.0+10,20 /tmp/out.mpg
```

0.0 is display.screen number of your X11 server, same as the DISPLAY environment variable. 10 is the x-offset and 20 the y-offset for the grabbing.

ffmpeg Documentation

# 6.3 Video and Audio file format conversion

Any supported file format and protocol can serve as input to ffmpeg:

Examples:

- You can use YUV files as input:

```
ffmpeg -i /tmp/test%d.Y /tmp/out.mpg
```

  It will use the files:

```
/tmp/test0.Y, /tmp/test0.U, /tmp/test0.V,
/tmp/test1.Y, /tmp/test1.U, /tmp/test1.V, etc...
```

  The Y files use twice the resolution of the U and V files. They are raw files, without header. They can be generated by all decent video decoders. You must specify the size of the image with the -s option if ffmpeg cannot guess it.

- You can input from a raw YUV420P file:

```
ffmpeg -i /tmp/test.yuv /tmp/out.avi
```

  test.yuv is a file containing raw YUV planar data. Each frame is composed of the Y plane followed by the U and V planes at half vertical and horizontal resolution.

- You can output to a raw YUV420P file:

```
ffmpeg -i mydivx.avi hugefile.yuv
```

- You can set several input files and output files:

```
ffmpeg -i /tmp/a.wav -s 640x480 -i /tmp/a.yuv /tmp/a.mpg
```

  Converts the audio file a.wav and the raw YUV video file a.yuv to MPEG file a.mpg.

- You can also do audio and video conversions at the same time:

```
ffmpeg -i /tmp/a.wav -ar 22050 /tmp/a.mp2
```

  Converts a.wav to MPEG audio at 22050 Hz sample rate.

- You can encode to several formats at the same time and define a mapping from input stream to output streams:

```
ffmpeg -i /tmp/a.wav -map 0:a -b:a 64k /tmp/a.mp2 -map 0:a -b:a 128k /tmp/b.mp2
```

  Converts a.wav to a.mp2 at 64 kbits and to b.mp2 at 128 kbits. '–map file:index' specifies which input stream is used for each output stream, in the order of the definition of output streams.

- You can transcode decrypted VOBs:

```
ffmpeg -i snatch_1.vob -f avi -c:v mpeg4 -b:v 800k -g 300 -bf 2 -c:a libmp3lame -b:a 128k sna
```

This is a typical DVD ripping example; the input is a VOB file, the output an AVI file with MPEG–4 video and MP3 audio. Note that in this command we use B–frames so the MPEG–4 stream is DivX5 compatible, and GOP size is 300 which means one intra frame every 10 seconds for 29.97fps input video. Furthermore, the audio stream is MP3–encoded so you need to enable LAME support by passing `--enable-libmp31ame` to configure. The mapping is particularly useful for DVD transcoding to get the desired audio language.

NOTE: To see the supported input formats, use `ffmpeg -demuxers` .

- You can extract images from a video, or create a video from many images:
  For extracting images from a video:

```
ffmpeg -i foo.avi -r 1 -s WxH -f image2 foo-%03d.jpeg
```

This will extract one video frame per second from the video and will output them in files named `foo-001.jpeg`, `foo-002.jpeg`, etc. Images will be rescaled to fit the new WxH values.

If you want to extract just a limited number of frames, you can use the above command in combination with the `-frames:v` or `-t` option, or in combination with `-ss` to start extracting from a certain point in time.

For creating a video from many images:

```
ffmpeg -f image2 -framerate 12 -i foo-%03d.jpeg -s WxH foo.avi
```

The syntax `foo-%03d.jpeg` specifies to use a decimal number composed of three digits padded with zeroes to express the sequence number. It is the same syntax supported by the C printf function, but only formats accepting a normal integer are suitable.

When importing an image sequence, -i also supports expanding shell–like wildcard patterns (globbing) internally, by selecting the image2–specific `-pattern_type glob` option.

For example, for creating a video from filenames matching the glob pattern `foo-*.jpeg` :

```
ffmpeg -f image2 -pattern_type glob -framerate 12 -i 'foo-*.jpeg' -s WxH foo.avi
```

- You can put many streams of the same type in the output:

```
ffmpeg -i test1.avi -i test2.avi -map 1:1 -map 1:0 -map 0:1 -map 0:0 -c copy -y test12.nut
```

The resulting output file test12.nut will contain the first four streams from the input files in reverse order.

- To force CBR video output:

```
ffmpeg -i myfile.avi -b 4000k -minrate 4000k -maxrate 4000k -bufsize 1835k out.m2v
```

- The four options lmin, lmax, mblmin and mblmax use 'lambda' units, but you may use the QP2LAMBDA constant to easily convert from 'q' units:

```
ffmpeg -i src.ext -lmax 21*QP2LAMBDA dst.ext
```

# 7 See Also

ffmpeg-all (ffmpeg-all.html), ffplay (ffplay.html), ffprobe (ffprobe.html), ffmpeg-utils (ffmpeg-utils.html), ffmpeg-scaler (ffmpeg-scaler.html), ffmpeg-resampler (ffmpeg-resampler.html), ffmpeg-codecs (ffmpeg-codecs.html), ffmpeg-bitstream-filters (ffmpeg-bitstream-filters.html), ffmpeg-formats (ffmpeg-formats.html), ffmpeg-devices (ffmpeg-devices.html), ffmpeg-protocols (ffmpeg-protocols.html), ffmpeg-filters (ffmpeg-filters.html)

# 8 Authors

The FFmpeg developers.

For details about the authorship, see the Git history of the project (https://git.ffmpeg.org/ffmpeg), e.g. by typing the command `git log` in the FFmpeg source directory, or browsing the online repository at https://git.ffmpeg.org/ffmpeg (https://git.ffmpeg.org/ffmpeg).

Maintainers for the specific components are listed in the file `MAINTAINERS` in the source code tree.

This document was generated on *August 31, 2023* using *makeinfo* (http://www.gnu.org/software/texinfo/).

Hosting provided by telepoint.bg (https://telepoint.bg)

# EXHIBIT EE

TinyPNG – Compress WebP, PNG and JPEG images intelligently

WEB      CDN      PHOTOSHOP      DEVELOPER API      THIRD-PARTY      ANALYZER      LOGIN

New API feature: Convert your images to other formats, like WebP, JPG or PNG. For more information read here.

# Smart **WebP**, **PNG** and **JPEG** compression

## More than 1 billion WebP, PNG and JPEG images optimized and still counting!

### What does TinyPNG do?

TinyPNG uses smart lossy compression techniques to **reduce the file size** of your WEBP, JPEG and PNG files. By selectively decreasing the number of colors in the image, fewer bytes are required to store the data. The effect is nearly invisible but it makes a very large difference in file size!

### Why should I use TinyPNG?

PNG is useful because it's the only widely supported format that can store partially **transparent images**. The format uses compression, but the files can still be large. Use TinyPNG to shrink images for your apps and sites. It will use less bandwidth and **load faster**.

## Can anyone tell the difference?

**Panda says:** Excellent question! Let me give you a side by side comparison. Below are two photos of my cousin. The left image is saved as 24-bit PNG directly from Adobe Photoshop. On the right is the same image processed by TinyPNG. **Spot any difference?**

Need a hand?

8/31/23, 3:23 PM                    TinyPNG – Compress WebP, PNG and JPEG images intelligently

    **VS**    

**Original transparent PNG**          **Shrunk transparent PNG**
**File size 57 KB**                    **File size 15 KB**

## How does it work?

**Panda says:** Excellent question! When you upload a PNG (Portable Network Graphics) file, similar colors in your image are combined. This technique is called "quantization". By reducing the number of colors, 24-bit PNG files can be converted to much smaller 8-bit indexed color images. All unnecessary metadata is stripped too. The result better PNG files with **100% support for transparency**. Have your cake and eat it too!

In the above image the file size is reduced by **more than 70%**. I have excellent eyesight but can't spot the difference either! Use the optimized image to save bandwidth and loading time and your website visitors will thank you.

## Is it supported everywhere?

**Panda says:** Excellent question! The files produced by TinyPNG are displayed perfectly on all modern browsers **including mobile devices**. Still need to support Internet Explorer 6? It normally ignores PNG transparency and displays a solid background color. With TinyPNG the background becomes transparent again. Binary transparency without any workarounds!

## Is it safe to use animated PNG?

**Panda says:** Excellent question! **Chrome, Firefox, Safari** and now **Microsoft Edge** all support APNG. Only Internet Explorer does not support the format yet.

Apple added animated stickers to iMessage with the release of iOS 10. If you want to create and compress stickers under 500 KB take a look at the iMessage Panda sticker example on Github.

## What about Photoshop?

TinyPNG – Compress WebP, PNG and JPEG images intelligently

**Panda says:** Excellent question! Only Photoshop CC 2015 or newer can save images as indexed PNG files with alpha transparency. With other versions it is impossible and Photoshop CS5 cannot even display them properly.

You can use *Save for Web* to export your images as 24-bit transparent PNG files and upload them to TinyPNG. We'll convert them to tiny indexed PNG files. You can also install the TinyPNG Photoshop plugin. It allows you to scale, preview and save compressed PNG and JPEG images straight from Photoshop.

## Why did you create TinyPNG?

**Panda says:** Excellent question! We frequently use PNG images, but were frustrated with the load times. We created TinyPNG in our quest to make our own websites faster and more fun to use with the best compression. In 2014 we added intelligent compression for JPEG images and in 2016 we added support for animated PNG. Compressing images with the website is free for everyone and we like to keep it that way! If you like TinyPNG please contribute by making a donation.

## Trusted by thousands of companies around the world

| | | | |
|---|---|---|---|
| Ask | Samsung | Amazon | Walmart |
| Drinks | Electronic Arts | Bank of America | Peta |
| Airbnb | NBC Universal | Sony | Printing.com |
| Flok | Hertz | Grability | Samsung |
| | Savings.com | Burton | |

# EXHIBIT FF

8/31/23, 3:50 PM                                        Cloud Object Storage – Amazon S3 – Amazon Web Services

🔍   ☰

<div style="border:1px solid">Get Started for Free</div>   <div style="border:1px solid">Contact Us</div>

**Amazon S3** ⌄

   Overview

   Features ▾

   Storage classes ▾

   Pricing

   Security

   Resources ▾

   FAQs

**Restore data faster |** Amazon S3 Glacier Flexible Retrieval improves data restore time by up to 85%  Learn more »

« Storage

# Amazon S3

## Object storage built to retrieve any amount of data from anywhere

<div style="border:1px solid">Create an AWS Account</div>   <div style="border:1px solid">Connect with an Amazon S3 specialist</div>

Cloud Object Storage – Amazon S3 – Amazon Web Services

<table>
<tr><td>Get Started for Free</td><td>Contact Us</td></tr>
</table>

Scale storage resources to meet fluctuating needs with 99.999999999% (11 9s) of data durability.

›

Store data across Amazon S3 storage classes to reduce costs without upfront investment or hardware refresh cycles.

›

Protect your data with unmatched security, compliance, and audit capabilities.

›

Easily manage data at any scale with robust access controls, flexible replication tools, and
organization-wide visibility.

›

# How it works

Amazon Simple Storage Service (Amazon S3) is an object storage service offering industry-leading scalability, data availability, security, and performance. Customers of all sizes and industries can store and protect any amount of data for virtually any use case, such as data lakes, cloud-native applications, and mobile apps. With cost-effective storage classes and easy-

| Get Started for Free | Contact Us |
|---|---|



🔍 Enlarge and read image description.

# Use cases

## Build a data lake

Run big data analytics, artificial intelligence (AI), machine learning (ML), and high performance computing (HPC) applications to unlock data insights.

Learn more about building a data lake on Amazon S3 »

## Back up and restore critical data

Meet Recovery Time Objectives (RTO), Recovery Point Objectives (RPO), and compliance requirements with S3's robust replication features.

Learn more about backup and restore »

## Archive data at the lowest cost

🔍 ☰

**Get Started for Free**    **Contact Us**

# Run cloud-native applications

Build fast, powerful mobile and web-based cloud-native apps that scale automatically in a highly available configuration.

Learn more about cloud-native applications »

# Customers



**NASCAR modernizes multi-PB media archive at speed with Amazon S3 »**



🔍 ☰

| Get Started for Free | Contact Us |
| --- | --- |



**[Shutterstock transforms IT and saves 60% on storage costs with Amazon S3 »](#)**



**[Runtastic saves €300,000, stays on track for growth using Amazon S3 »](#)**

# How to get started

## Find out how Amazon S3 works

Learn more about analytics, data management, query in place, storage classes, security, and more.

**[Explore Amazon S3 features »](#)**

## Sign up for a free account



| Get Started for Free | Contact Us |
|---|---|

## Connect with an expert

From development to enterprise-level programs, get the right support at the right time.

**Explore support options »**

---

## Explore more of AWS

**AWS Business Support**

Optimize security and costs for your workloads with AWS Support tools



**AWS Free Tier**

Gain free, hands-on experience with AWS for 12 months



**AWS Training & Certification**

Free self-paced, online training wherever, whenever you want. Boost your career with 600+ digital courses built by AWS Experts »



Cloud Object Storage – Amazon S3 – Amazon Web Services



**Get Started for Free**     **Contact Us**

What Is AWS?                    AWS Solutions Library         .NET on AWS

What Is Cloud Computing?        Architecture Center           Python on AWS

AWS Inclusion, Diversity & Equity   Product and Technical FAQs   Java on AWS

What Is DevOps?                 Analyst Reports               PHP on AWS

What Is a Container?            AWS Partners                 JavaScript on AWS

What Is a Data Lake?

AWS Cloud Security

What's New

Blogs

Press Releases


## Help

Contact Us

Get Expert Help

File a Support Ticket

AWS re:Post

Knowledge Center

AWS Support Overview

Legal

AWS Careers


**Create an AWS Account**

     

Amazon is an Equal Opportunity Employer: *Minority / Women / Disability / Veteran / Gender Identity / Sexual Orientation / Age.*


**Language**

عربي |

Cloud Object Storage – Amazon S3 – Amazon Web Services

| Get Started for Free | Contact Us |

Italiano |
Português |
Tiếng Việt |
Türkçe |
Русский |
ไทย |
日本語 |
한국어 |
中文 (简体) |
中文 (繁體)

Privacy
|
Site Terms
|
Cookie Preferences
|

© 2023, Amazon Web Services, Inc. or its affiliates. All rights reserved.

# EXHIBIT GG

Get Started for Free

Contact Us

**Amazon CloudFront** ∨

Overview

Features

Pricing

Getting Started

Resources ▼

Media

Customers

Partners

**Free AWS Training** | Focus on the cloud skills most relevant to you—choose from 600+ digital courses across 30+ AWS solutions »

« Network and Content Delivery

# Amazon CloudFront

Securely deliver content with low latency and high transfer speeds

Create an AWS Account

**Page 438**

**Get Started for Free**                    **Contact Us**

Reduce latency by delivering data through 450+ globally dispersed Points of Presence (PoPs) with automated network mapping and intelligent routing.

Improve security with traffic encryption and access controls, and use AWS Shield Standard to defend against DDoS attacks at no additional charge.

Cut costs with consolidated requests, customizable pricing options, and zero fees for data transfer out from AWS origins.

Customize the code you run at the AWS content delivery network (CDN) edge using serverless compute features to balance cost, performance, and security.

## How it works

Amazon CloudFront is a content delivery network (CDN) service built for high performance, security, and developer convenience.

**Page 439**

<div style="text-align:center">Get Started for Free          Contact Us</div>



🔍 Click to enlarge

# Use cases

## Deliver fast, secure websites

Reach viewers across the globe in milliseconds with built-in data compression, edge compute capabilities, and field-level encryption.

## Accelerate dynamic content delivery and APIs

Optimize dynamic web content delivery with the purpose-built and feature-rich AWS global network infrastructure supporting edge termination and WebSockets.

## Stream live and on-demand video

Start streams quickly, play them with consistency, and deliver high-quality video to any

Low-Latency Content Delivery Network (CDN) - Amazon CloudFront - Amazon Web Services

| Get Started for Free | Contact Us |

## Distribute patches and updates

Scale automatically to deliver software, game patches, and IoT over-the-air (OTA) updates at scale with high transfer rates.

## Customers



**[Zalando handles 100k transactions/second using Amazon CloudFront »](#)**



**[SuperCell delivers dynamic, low-latency games to 250 million monthly users using AWS Edge Services »](#)**



**[Honda migrates CDN to CloudFront, optimizing costs and performance »](#)**

Low-Latency Content Delivery Network (CDN) - Amazon CloudFront - Amazon Web Services

**Get Started for Free**   Contact Us

**NBCUniversal facilitates the most live streamed Super Bowl using CloudFront »**

# How to get started

## Find out how Amazon CloudFront works

Read our getting-started guide to see how CloudFront can work for you.

**Read the Guide »**

## Get started with a hands-on tutorial

Learn how to deliver content and decrease end-user latency of your web application with Amazon CloudFront.

**Start a tutorial now »**

## Try CloudFront for free

Start building on AWS today with 1 TB of free data transfer.

**Sign up for an account »**

## Explore more of AWS

Low-Latency Content Delivery Network (CDN) - Amazon CloudFront - Amazon Web Services



| Get Started for Free | Contact Us |
| --- | --- |

### AWS Free Tier

Gain free, hands-on experience with AWS for 12 months



### AWS Training & Certification

Free self-paced, online training wherever, whenever you want. Boost your career with 600+ digital courses built by AWS Experts »



**Sign In to the Console**

## Learn About AWS

What Is AWS?

What Is Cloud Computing?

AWS Inclusion, Diversity & Equity

What Is DevOps?

What Is a Container?

What Is a Data Lake?

AWS Cloud Security

What's New

Blogs

Press Releases

## Help

Contact Us

## Resources for AWS

Getting Started

Training and Certification

AWS Solutions Library

Architecture Center

Product and Technical FAQs

Analyst Reports

AWS Partners

## Developers on AWS

Developer Center

SDKs & Tools

.NET on AWS

Python on AWS

Java on AWS

PHP on AWS

JavaScript on AWS



| Get Started for Free | Contact Us |
|---|---|

AWS Support Overview

Legal

AWS Careers

| Create an AWS Account |
|---|

     

Amazon is an Equal Opportunity Employer: *Minority / Women / Disability / Veteran / Gender Identity / Sexual Orientation / Age.*

**Language**

عربي |

Bahasa Indonesia |

Deutsch |

English |

Español |

Français |

Italiano |

Português |

Tiếng Việt |

Türkçe |

Русский |

ไทย |

日本語 |

한국어 |

中文 (简体) |

中文 (繁體)

Privacy

|

Site Terms

|

Cookie Preferences

|

Low-Latency Content Delivery Network (CDN) - Amazon CloudFront - Amazon Web Services

**Get Started for Free**                          **Contact Us**

# EXHIBIT HH

8/31/23, 4:04 PM                                    Beginner's Guide

Join the **NGINXCommunity Slack** to ask and answer questions, discuss NGINX, and share useful advice and resources.

# Beginner's Guide



[Starting, Stopping, and Reloading Configuration](#)
[Configuration File's Structure](#)
[Serving Static Content](#)
[Setting Up a Simple Proxy Server](#)
[Setting Up FastCGI Proxying](#)

english
[русский](#)

[news](#)
[about](#)
[download](#)
[security](#)
[documentation](#)
[faq](#)
[books](#)
[support](#)

[trac](#)
[twitter](#)
[blog](#)

[unit](#)
[njs](#)

This guide gives a basic introduction to nginx and describes some simple tasks that can be done with it. It is supposed that nginx is already installed on the reader's machine. If it is not, see the [Installing nginx](#) page. This guide describes how to start and stop nginx, and reload its configuration, explains the structure of the configuration file and describes how to set up nginx to serve out static content, how to configure nginx as a proxy server, and how to connect it with a FastCGI application.

nginx has one master process and several worker processes. The main purpose of the master process is to read and evaluate configuration, and maintain worker processes. Worker processes do actual processing of requests. nginx employs event-based model and OS-dependent mechanisms to efficiently distribute requests among worker processes. The number of worker processes is defined in the configuration file and may be fixed for a given configuration or automatically adjusted to the number of available CPU cores (see [worker_processes](#)).

The way nginx and its modules work is determined in the configuration file. By default, the configuration file is named `nginx.conf` and placed in the directory `/usr/local/nginx/conf`, `/etc/nginx`, or `/usr/local/etc/nginx`.

### Starting, Stopping, and Reloading Configuration

To start nginx, run the executable file. Once nginx is started, it can be controlled by invoking the executable with the `-s` parameter. Use the following syntax:

```
nginx -s signal
```

Where *signal* may be one of the following:

- `stop` — fast shutdown
- `quit` — graceful shutdown
- `reload` — reloading the configuration file
- `reopen` — reopening the log files

For example, to stop nginx processes with waiting for the worker processes to finish serving current requests, the following command can be executed:

```
nginx -s quit
```

> This command should be executed under the same user that started nginx.

Changes made in the configuration file will not be applied until the command to reload configuration is sent to nginx or it is restarted. To reload configuration, execute:

```
nginx -s reload
```

Once the master process receives the signal to reload configuration, it checks the syntax validity of the new configuration file and tries to apply the configuration provided in it. If this is a success, the master process starts new worker processes and sends messages to old worker processes, requesting them to shut down. Otherwise, the master process rolls back the changes and continues to work with the old configuration. Old worker processes, receiving a command to shut down, stop accepting new connections and continue to service current requests until all such requests are serviced. After that, the old worker processes exit.

A signal may also be sent to nginx processes with the help of Unix tools such as the `kill` utility. In this case a signal is sent directly to a process with a given process ID. The process ID of the nginx master process is written, by default, to the `nginx.pid` in the directory `/usr/local/nginx/logs` or `/var/run`. For example, if the master process ID is 1628, to send the QUIT signal resulting in nginx's graceful shutdown, execute:

```
kill -s QUIT 1628
```

For getting the list of all running nginx processes, the `ps` utility may be used, for example, in the following way:

Beginner's Guide

```
ps -ax | grep nginx
```

For more information on sending signals to nginx, see Controlling nginx.

## Configuration File's Structure

nginx consists of modules which are controlled by directives specified in the configuration file. Directives are divided into simple directives and block directives. A simple directive consists of the name and parameters separated by spaces and ends with a semicolon (;). A block directive has the same structure as a simple directive, but instead of the semicolon it ends with a set of additional instructions surrounded by braces ({ and }). If a block directive can have other directives inside braces, it is called a context (examples: events, http, server, and location).

Directives placed in the configuration file outside of any contexts are considered to be in the main context. The events and http directives reside in the main context, server in http, and location in server.

The rest of a line after the # sign is considered a comment.

## Serving Static Content

An important web server task is serving out files (such as images or static HTML pages). You will implement an example where, depending on the request, files will be served from different local directories: /data/www (which may contain HTML files) and /data/images (containing images). This will require editing of the configuration file and setting up of a server block inside the http block with two location blocks.

First, create the /data/www directory and put an index.html file with any text content into it and create the /data/images directory and place some images in it.

Next, open the configuration file. The default configuration file already includes several examples of the server block, mostly commented out. For now comment out all such blocks and start a new server block:

```
http {
    server {
    }
}
```

**Page 449**

Generally, the configuration file may include several `server` blocks [distinguished](#) by ports on which they [listen](#) to and by [server names](#). Once nginx decides which `server` processes a request, it tests the URI specified in the request's header against the parameters of the `location` directives defined inside the `server` block.

Add the following `location` block to the `server` block:

```
location / {
    root /data/www;
}
```

This `location` block specifies the "`/`" prefix compared with the URI from the request. For matching requests, the URI will be added to the path specified in the [root](#) directive, that is, to `/data/www`, to form the path to the requested file on the local file system. If there are several matching `location` blocks nginx selects the one with the longest prefix. The `location` block above provides the shortest prefix, of length one, and so only if all other `location` blocks fail to provide a match, this block will be used.

Next, add the second `location` block:

```
location /images/ {
    root /data;
}
```

It will be a match for requests starting with `/images/` (`location /` also matches such requests, but has shorter prefix).

The resulting configuration of the `server` block should look like this:

```
server {
    location / {
        root /data/www;
    }

    location /images/ {
        root /data;
    }
}
```

This is already a working configuration of a server that listens on the standard port 80 and is accessible on the local machine at `http://localhost/`. In response to requests with URIs starting with `/images/`, the server will send files from the `/data/images` directory. For example, in response to the `http://localhost/images/example.png`

request nginx will send the `/data/images/example.png` file. If such file does not exist, nginx will send a response indicating the 404 error. Requests with URIs not starting with `/images/` will be mapped onto the `/data/www` directory. For example, in response to the `http://localhost/some/example.html` request nginx will send the `/data/www/some/example.html` file.

To apply the new configuration, start nginx if it is not yet started or send the `reload` signal to the nginx's master process, by executing:

```
nginx -s reload
```

> In case something does not work as expected, you may try to find out the reason in `access.log` and `error.log` files in the directory `/usr/local/nginx/logs` or `/var/log/nginx`.

### Setting Up a Simple Proxy Server

One of the frequent uses of nginx is setting it up as a proxy server, which means a server that receives requests, passes them to the proxied servers, retrieves responses from them, and sends them to the clients.

We will configure a basic proxy server, which serves requests of images with files from the local directory and sends all other requests to a proxied server. In this example, both servers will be defined on a single nginx instance.

First, define the proxied server by adding one more `server` block to the nginx's configuration file with the following contents:

```
server {
    listen 8080;
    root /data/up1;

    location / {
    }
}
```

This will be a simple server that listens on the port 8080 (previously, the `listen` directive has not been specified since the standard port 80 was used) and maps all requests to the `/data/up1` directory on the local file system. Create this directory and put the `index.html` file into it. Note that the `root` directive is placed in the `server` context. Such

`root` directive is used when the `location` block selected for serving a request does not include its own `root` directive.

Next, use the server configuration from the previous section and modify it to make it a proxy server configuration. In the first `location` block, put the [proxy_pass](#) directive with the protocol, name and port of the proxied server specified in the parameter (in our case, it is `http://localhost:8080`):

```
server {
    location / {
        proxy_pass http://localhost:8080;
    }

    location /images/ {
        root /data;
    }
}
```

We will modify the second `location` block, which currently maps requests with the `/images/` prefix to the files under the `/data/images` directory, to make it match the requests of images with typical file extensions. The modified `location` block looks like this:

```
location ~ \.(gif|jpg|png)$ {
    root /data/images;
}
```

The parameter is a regular expression matching all URIs ending with `.gif`, `.jpg`, or `.png`. A regular expression should be preceded with `~`. The corresponding requests will be mapped to the `/data/images` directory.

When nginx selects a `location` block to serve a request it first checks [location](#) directives that specify prefixes, remembering `location` with the longest prefix, and then checks regular expressions. If there is a match with a regular expression, nginx picks this `location` or, otherwise, it picks the one remembered earlier.

The resulting configuration of a proxy server will look like this:

```
server {
    location / {
        proxy_pass http://localhost:8080/;
    }

    location ~ \.(gif|jpg|png)$ {
        root /data/images;
```

**Page 452**

```
            }
    }
```

This server will filter requests ending with `.gif`, `.jpg`, or `.png` and map them to the `/data/images` directory (by adding URI to the `root` directive's parameter) and pass all other requests to the proxied server configured above.

To apply new configuration, send the `reload` signal to nginx as described in the previous sections.

There are many more directives that may be used to further configure a proxy connection.

### Setting Up FastCGI Proxying

nginx can be used to route requests to FastCGI servers which run applications built with various frameworks and programming languages such as PHP.

The most basic nginx configuration to work with a FastCGI server includes using the fastcgi_pass directive instead of the `proxy_pass` directive, and fastcgi_param directives to set parameters passed to a FastCGI server. Suppose the FastCGI server is accessible on `localhost:9000`. Taking the proxy configuration from the previous section as a basis, replace the `proxy_pass` directive with the `fastcgi_pass` directive and change the parameter to `localhost:9000`. In PHP, the `SCRIPT_FILENAME` parameter is used for determining the script name, and the `QUERY_STRING` parameter is used to pass request parameters. The resulting configuration would be:

```
server {
    location / {
        fastcgi_pass  localhost:9000;
        fastcgi_param SCRIPT_FILENAME $document_root$fastcgi_script_name;
        fastcgi_param QUERY_STRING    $query_string;
    }

    location ~ \.(gif|jpg|png)$ {
        root /data/images;
    }
}
```

This will set up a server that will route all requests except for requests for static images to the proxied server operating on `localhost:9000` through the FastCGI protocol.

# EXHIBIT II

Get started | Socket.IO

# Get started

In this guide we'll create a basic chat application. It requires almost no basic prior knowledge of Node.JS or Socket.IO, so it's ideal for users of all knowledge levels.

## Introduction

Writing a chat application with popular web applications stacks like LAMP (PHP) has normally been very hard. It involves polling the server for changes, keeping track of timestamps, and it's a lot slower than it should be.

Sockets have traditionally been the solution around which most real-time chat systems are architected, providing a bi-directional communication channel between a client and a server.

This means that the server can *push* messages to clients. Whenever you write a chat message, the idea is that the server will get it and push it to all other connected clients.

## The web framework

The first goal is to set up a simple HTML webpage that serves out a form and a list of messages. We're going to use the Node.JS web framework `express` to this end. Make sure Node.JS is installed.

First let's create a `package.json` manifest file that describes our project. I recommend you place it in a dedicated empty directory (I'll call mine `chat-example`).

```json
{
  "name": "socket-chat-example",
  "version": "0.0.1",
  "description": "my first socket.io app",
  "dependencies": {}
}
```

> ⚠️ **CAUTION**
>
> The "name" property must be unique, you cannot use a value like "socket.io" or "express", because npm will complain when installing the dependency.

Now, in order to easily populate the `dependencies` property with the things we need, we'll use `npm install`:

```
npm install express@4
```

Once it's installed we can create an `index.js` file that will set up our application.

```
const express = require('express');
const app = express();
const http = require('http');
const server = http.createServer(app);

app.get('/', (req, res) => {
  res.send('<h1>Hello world</h1>');
});

server.listen(3000, () => {
  console.log('listening on *:3000');
});
```

This means that:

- Express initializes `app` to be a function handler that you can supply to an HTTP server (as seen in line 4).
- We define a route handler `/` that gets called when we hit our website home.
- We make the http server listen on port 3000.

If you run `node index.js` you should see the following:

8/31/23, 4:10 PM                                            Get started | Socket.IO



And if you point your browser to `http://localhost:3000`:



## Serving HTML

So far in `index.js` we're calling `res.send` and passing it a string of HTML. Our code would look very confusing if we just placed our entire application's HTML there, so instead we're going to create

a `index.html` file and serve that instead.

Let's refactor our route handler to use `sendFile` instead.

```
app.get('/', (req, res) => {
  res.sendFile(__dirname + '/index.html');
});
```

Put the following in your `index.html` file:

```html
<!DOCTYPE html>
<html>
  <head>
    <title>Socket.IO chat</title>
    <style>
      body { margin: 0; padding-bottom: 3rem; font-family: -apple-system,
BlinkMacSystemFont, "Segoe UI", Roboto, Helvetica, Arial, sans-serif; }

      #form { background: rgba(0, 0, 0, 0.15); padding: 0.25rem; position:
fixed; bottom: 0; left: 0; right: 0; display: flex; height: 3rem; box-sizing:
border-box; backdrop-filter: blur(10px); }
      #input { border: none; padding: 0 1rem; flex-grow: 1; border-radius: 2rem;
margin: 0.25rem; }
      #input:focus { outline: none; }
      #form > button { background: #333; border: none; padding: 0 1rem; margin:
0.25rem; border-radius: 3px; outline: none; color: #fff; }

      #messages { list-style-type: none; margin: 0; padding: 0; }
      #messages > li { padding: 0.5rem 1rem; }
      #messages > li:nth-child(odd) { background: #efefef; }
    </style>
  </head>
  <body>
    <ul id="messages"></ul>
    <form id="form" action="">
      <input id="input" autocomplete="off" /><button>Send</button>
    </form>
  </body>
</html>
```

Get started | Socket.IO

If you restart the process (by hitting Control+C and running `node index.js` again) and refresh the page it should look like this:



## Integrating Socket.IO

Socket.IO is composed of two parts:

- A server that integrates with (or mounts on) the Node.JS HTTP Server socket.io
- A client library that loads on the browser side socket.io-client

During development, `socket.io` serves the client automatically for us, as we'll see, so for now we only have to install one module:

```
npm install socket.io
```

That will install the module and add the dependency to `package.json`. Now let's edit `index.js` to add it:

5/11

**Page 459**

```js
const express = require('express');
const app = express();
const http = require('http');
const server = http.createServer(app);
const { Server } = require("socket.io");
const io = new Server(server);

app.get('/', (req, res) => {
  res.sendFile(__dirname + '/index.html');
});

io.on('connection', (socket) => {
  console.log('a user connected');
});

server.listen(3000, () => {
  console.log('listening on *:3000');
});
```

Notice that I initialize a new instance of `socket.io` by passing the `server` (the HTTP server) object. Then I listen on the `connection` event for incoming sockets and log it to the console.

Now in index.html add the following snippet before the `</body>` (end body tag):

```html
<script src="/socket.io/socket.io.js"></script>
<script>
  var socket = io();
</script>
```

That's all it takes to load the `socket.io-client`, which exposes an `io` global (and the endpoint `GET /socket.io/socket.io.js`), and then connect.

If you would like to use the local version of the client-side JS file, you can find it at `node_modules/socket.io/client-dist/socket.io.js`.

> 💡 **TIP**
>
> You can also use a CDN instead of the local files (e.g. `<script src="https://cdn.socket.io/4.5.4/socket.io.min.js"></script>`).

**Page 460**

Notice that I'm not specifying any URL when I call `io()`, since it defaults to trying to connect to the host that serves the page.

> ⓘ **NOTE**
>
> If you're behind a reverse proxy such as apache or nginx please take a look at the documentation for it.
>
> If you're hosting your app in a folder that is *not* the root of your website (e.g., `https://example.com/chatapp`) then you also need to specify the `path` in both the server and the client.

If you now restart the process (by hitting Control+C and running `node index.js` again) and then refresh the webpage you should see the console print "a user connected".

Try opening several tabs, and you'll see several messages.

Each socket also fires a special `disconnect` event:

```
io.on('connection', (socket) => {
  console.log('a user connected');
  socket.on('disconnect', () => {
    console.log('user disconnected');
```

Get started | Socket.IO

```
  });
});
```

Then if you refresh a tab several times you can see it in action.



## Emitting events

The main idea behind Socket.IO is that you can send and receive any events you want, with any data you want. Any objects that can be encoded as JSON will do, and binary data is supported too.

Let's make it so that when the user types in a message, the server gets it as a `chat message` event. The `script` section in `index.html` should now look as follows:

```
<script src="/socket.io/socket.io.js"></script>
<script>
  var socket = io();

  var form = document.getElementById('form');
  var input = document.getElementById('input');

  form.addEventListener('submit', function(e) {
    e.preventDefault();
    if (input.value) {
      socket.emit('chat message', input.value);
      input.value = '';
```

8/31/23, 4:10 PM                                          Get started | Socket.IO

```
      }
    });
</script>
```

And in `index.js` we print out the `chat message` event:

```
io.on('connection', (socket) => {
  socket.on('chat message', (msg) => {
    console.log('message: ' + msg);
  });
});
```

The result should be like the following video:

## Broadcasting

The next goal is for us to emit the event from the server to the rest of the users.

In order to send an event to everyone, Socket.IO gives us the `io.emit()` method.

```
io.emit('some event', { someProperty: 'some value', otherProperty: 'other value'
}); // This will emit the event to all connected sockets
```

If you want to send a message to everyone except for a certain emitting socket, we have the `broadcast` flag for emitting from that socket:

```javascript
io.on('connection', (socket) => {
  socket.broadcast.emit('hi');
});
```

In this case, for the sake of simplicity we'll send the message to everyone, including the sender.

```javascript
io.on('connection', (socket) => {
  socket.on('chat message', (msg) => {
    io.emit('chat message', msg);
  });
});
```

And on the client side when we capture a `chat message` event we'll include it in the page. The *total* client-side JavaScript code now amounts to:

```html
<script src="/socket.io/socket.io.js"></script>
<script>
  var socket = io();

  var messages = document.getElementById('messages');
  var form = document.getElementById('form');
  var input = document.getElementById('input');

  form.addEventListener('submit', function(e) {
    e.preventDefault();
    if (input.value) {
      socket.emit('chat message', input.value);
      input.value = '';
    }
  });

  socket.on('chat message', function(msg) {
    var item = document.createElement('li');
    item.textContent = msg;
    messages.appendChild(item);
    window.scrollTo(0, document.body.scrollHeight);
  });
</script>
```

8/31/23, 4:10 PM                                        Get started | Socket.IO

And that completes our chat application, in about 20 lines of code! This is what it looks like:



## Homework

Here are some ideas to improve the application:

- Broadcast a message to connected users when someone connects or disconnects.
- Add support for nicknames.
- Don't send the same message to the user that sent it. Instead, append the message directly as soon as they press enter.
- Add "{user} is typing" functionality.
- Show who's online.
- Add private messaging.
- Share your improvements!

## Getting this example

You can find it on GitHub here.

```
git clone https://github.com/socketio/chat-example.git
```

# EXHIBIT JJ

CCBill Pay Account Features - CCBill Doc



---

CCBill Pay Account Features

---

| TOPICS | ▶ |
|--------|---|

# CCBill Pay Account Features



| ☰ **Contents** | › |
|---|---|

## What is CCBill Pay?

**Easy, Safe & Convenient!**

CCBill Pay is a CCBill Consumer tool that allows consumers the option of storing payment methods. Consumers can create an online CCBill Pay account and store up to 25 payment methods. This makes for a quicker, easier, and safer payment option, as consumers just need to log in to their CCBill Pay account and confirm the purchase.

With CCBill Pay you can be confident that the risk of transactions not going through is lower than ever. CCBill brings together risk processing, debit/credit card, and **ACH transaction processing** so Merchants can use only one payment platform to support their business.

> **Note:** CCBill Pay is only available with FlexForms. CCBill Pay is NOT compatible with Legacy forms



ow does it Work?

CCBill Pay Account Features - CCBill Doc

CCBill Pay is offered just like any other payment option. Customers can opt to create a CCBill Pay account anytime they are making a purchase via CCBill's FlexForms. Note that CCBill Pay will NOT be displayed as a payment option if the customer selects a language other than English on the FlexForm.

- When consumers decide to create an account, the credit card or bank account information they enter in a FlexForm is stored on their CCBill Pay account as their default payment method. When a card is used and the transaction is not approved the information will not be stored.
- The consumer's email address serves as their **CCBill Pay Username**.
- Consumers activate their account by following the instructions provided in an email from CCBill.
- Users may log in and add up to 25 payment methods, select default currency and payment method, and manage their subscriptions. The maximum of three (3) ACH accounts can be added as a payment method.

# Requirements

The only requirement for merchants to offer CCBill Pay as a payment method is using FlexForms**.** CCBill Pay does NOT work with Legacy forms.

Currently, CCBill Pay offers support for **English** language FlexForms only. The CCBill Pay option will be hidden if a consumer selects any other language. Users can select debit/credit cards or ACH Online Checks on FlexForms.

Future releases of CCBill Pay will support additional languages and payment methods.

**USERS WHO HAVEN'T STARTED USING FLEXFORMS YET:** Merchants need to use FlexForms in order to enable CCBill Pay. For more information on creating and utilizing FlexForms, refer to the FlexForms Quick Start Guide.

# Features

## Fully Compatible

CCBill Pay is fully optimized for a wide range of devices. Besides desktop and notebook computers, consumers will fully enjoy the benefits of their CCBill Pay accounts and easily make payments on their mobile devices.

CCBill Pay Account Features - CCBill Doc

Consumers can use CCBill Pay to make online payments in any country in the world.

## Fully Integrated with FlexForms

CCBill Pay is a fully integrated feature. Every FlexForm on your site offers CCBill Pay as an available payment option. Merchants who currently use FlexForms don't need to do anything additional to start processing payments with CCBill Pay.

Preview a FlexForm in Sandbox mode in order to check the position of the CCBill Pay payment option.

How to preview a FlexForm?

# Supported Payment Methods

CCBill Pay supports Payment Cards and ACH Online Checks. Additional payment methods will be added in future versions of CCBill Pay.

## ACH Online Checks with Validated Bank Accounts

The latest version CCBill Pay includes ACH Online Checks as an additional payment method. Consumers are now able to select Bank Account in the payment options on FlexForms and save the bank account information in their CCBill Pay account. We added **account validation for every bank account that consumers add** within CCBill Pay admin. This allows us to confirm that this person has the ownership of the account.

The constant growth in volume of online transactions shows there is a significant market share for ACH Online Checks. For this reason, we decided to add ACH as a payment option for CCBill Pay to automate and facilitate online purchases. This provides a greater value to consumers who are using CCBill Pay. Instead of going through the same process of filling out the bank account and contact information for every purchase using ACH, users can save the bank account details and complete their next purchase with a few clicks.

By asking consumers to verify their bank account information for future purchases, we support Merchants in their efforts to reduce fraud. ACH transactions completed using a verified bank account added in CCBill Pay are of a higher quality. Merchants who provide

**Page 469**

this service are no longer in the high-risk territory. Account validation allows merchants to reduce the number of chargebacks and failure rates for ACH transactions.

# Suitable for Multiple Currencies

Every currency available with FlexForms is available with CCBill Pay. Furthermore, consumers can set their default currency for CCBill Pay transactions.

**Available Currencies**

| | |
|---|---|
| USD | EUR |
| GBP | CAD |
| AUD | JPY |

# Stats

CCBill Pay transactions are not currently identifiable in merchant reports, but we are planning to add this feature in a future version.

# Enhanced Customer Experience

Basically, nothing has changed with CCBill Pay except customer experience, which has been greatly improved.

- Opening a CCBill Pay account and processing payments via CCBill Pay will NOT generate any additional fees for consumers or merchants.
- Every feature merchants had before the release of CCBill Pay is still at their disposal.
- Consumers are NOT required to create a CCBill Pay account or make transactions via CCBill Pay. CCBill Pay is offered to consumers along with every other payment method when using FlexForms.
- Merchants will still have full control over payment forms. CCBill will adjust existing custom FlexForms so that they accommodate the CCBill Pay option.

# Experience CCBill Pay for Yourself in a Test Environment

When utilizing FlexForms, you are able to preview your forms and see all the visual changes you have made. This is the so called **Sandbox mode**, a test environment in which merchants create, preview, and perfect their FlexForms. It is while previewing your FlexForm that you can inspect the user interface and interact with the CCBill Pay option. The preview will simulate the environment that users experience.

However, there are NO dummy accounts for the initial release of CCBill Pay, so merchants need to create their own account in order to interact with CCBill Pay.

After you have created an account, you will be able to log in through the **Preview Payment Form** feature in the **Forms Library**. Test the FlexForm environment and try to make a transaction using CCBill Pay (you will need test credit card numbers). You will receive a transaction declined/approved email just like a consumer normally would. Don't worry, transactions in **Preview mode** run through a fake processor.

# User Account Features

CCBill Pay features a central console which offers consumers full control over their payment methods and insight into their transactions and website subscriptions.



- Consumers log in to their CCBill Pay accounts by browsing to https://pay.ccbill.com.
- Consumers need to enter their **username** (registered email address) and **password** in order to log in.

## All Transactions

The **All Transactions** page serves as the landing page for CCBill Pay. It displays the consumer's transaction history. Users can refine their results with three (3) filters:

8/31/23, 4:14 PM                                      CCBill Pay Account Features - CCBill Doc

1. **Date Range**. Users may use predefined time periods or create a custom date range.
2. **Sites**. Filter results by site.
3. **Subscriptions**. Filter results by subscription

The transactions themselves are further explained in details:

- **Date of purchase**.
- **Billing Descriptor**.
- **Site**. The site with which a purchase is tied to.
- **Type**. Transaction or trial.
- **Amount**.

Consumers click on a transaction to open a details window on the far right of the screen. Further details, such as the exact time of transaction and payment method used, are displayed.

## Payment Methods

A list of the consumer's payment methods.



Possible actions include:

- **Make Default**. Users can select their default payment method.
- **Remove**. Users may remove payment methods.
- **Edit**. Users can edit their existing payment methods.
- **Add a New Payment Method**. Add new payment method to your account.

Alternatively, consumers can add a new payment method or edit an existing one directly on a FlexForm before making a purchase, as long as they are logged in to their CCBill Pay account.

## Subscriptions

On this page, consumers view and manage subscriptions purchased with CCBill Pay. Consumers can click on a subscription to open a details bar with additional information, such as:

- **CCBill Pay Option**. Consumers can click the **Change** link in order to change the payment method for that particular subscription.
- **Subscription Status**. Active; Canceled; Canceled/Expired; Failed Rebill; Cancelled (due to Chargeback/Refund).
- **Original Purchase Terms**. What amount and for how long.
- **Next Billing Amount and Date**.

**Action Items**

- **Change Payment Method**
- **Cancel Subscription**
- **View Historical Transactions**. View transactions associated to a subscription.

# Settings

- Users can set their own **time zone**. This determines how CCBill displays the transaction date/time to the consumer. This will NOT impact merchant settings. In your merchant report the date/time of the transaction will be according to your time zone.
- Users may also set their **default currency**. The default currency will be pre-selected on payment forms, but users can always choose to change the currency when making a transaction.



# More Features Coming Soon

More functionalities coming soon with the release of an update for CCBill Pay.

1. **My Address**

2. **Device Listing**
3. **Support for Multi-Language Forms**
4. **Support for a Wider Range of Payment Options**

# Support

CCBill offers full support to CCBill Pay consumers. CCBill Support is ready to assist 24 hours a day, 7 days a week. When CCBill Pay consumers are in need of assistance, they can contact our Support Team members in the manner most convenient to them:

- Live Chat
- Calling from the United States or Canada, please dial **1.888.596.9279**
- Calling from outside the United States, please visit our list of international numbers
- Email us at consumersupport@ccbill.com
- Fill out a customer contact form on CCBill's support page.

Merchants are more than welcome to provide CCBill Support contact details on their websites and they are **not** responsible to provide support for CCBill Pay inquiries or concerns.

# Email Notifications

Consumers will receive email notifications from CCBill in case of:

| User Action | User Action |
| --- | --- |
| Transaction Approved / Declined | Payment Method Added / Deleted / Modified |
| Account Activation | Welcome / Activation Confirmation |
| Bank Account Validation for ACH Transactions | Default Payment Method Changed |
| Password Reset or Updated | Subscription Payment Method Changed |
| Subscription Canceled | Account Closed |
| Overridable Decline / Web Verify | Forced Validation / Requires Validation / Web Validate |

CCBill Pay consumers will receive emails with the **updated CCBill Pay email template** instead of the existing CCBill template. **Subscription Canceled** emails are the only exception.

This will NOT impact Merchant configured emails and settings.

# Security

Many security measures are already in place for both consumers and merchants, and CCBill Pay utilizes those same technologies. Consumers' personal information is safely stored on secure servers and encrypted using 128-bit secure socket layer (SSL) technology. If CCBill identifies that somebody is abusing a CCBill Pay account, that account will be closed immediately. CCBill will share only legally required information with merchants.

# CCBill Pay - Overall Rules

Considering CCBill Pay is a completely new service in offer, there are some overall rules and guidelines which consumers and merchants need to be aware of.

- CCBill Pay is only available with FlexForms.
- Consumers need to opt for a payment card or ACH Online Check as their payment method and English as the language on a FlexForm. If any other language is selected, the CCBill Pay option will be hidden.
- Consumers MUST activate their CCBill Pay account. Account activation is defined as a successful password selection.
- Merchants cannot opt-out of CCBill Pay. It will be presented to their customers along with every other payment option when using FlexForms.
- Consumers are not required to make a CCBill Pay account or to process transactions through CCBill Pay.
- For the initial release, CCBill Pay accounts can only be created during a transaction on a FlexForm. Regardless of the transaction outcome, a CCBill Pay account will be created.
- No more than one CCBill Pay account is allowed per one unique email address.
- An email address already used by a merchant, affiliate, or consumer (or some combination of multiple types) can be used for your CCBill Pay account.
- The same payment method may be added to multiple CCBill Pay accounts.

CCBill Pay Account Features - CCBill Doc

**MERCHANTS**

Payment Processing

Billing Solutions

Omnichannel

Smart Checkout

Marketing & Traffic Tools

Lifecycle Support

Pricing

**INDUSTRIES**

Subscription Processing

Subscription Retail

Ecommerce

Dating

High Risk Business

Adult Business

Live Cams

Streaming Media

Billing & Invoicing

**HELP**

Docs

CCBill Pay Account Features - CCBill Doc

APIs

Knowledge Base

FAQs

Privacy Center

Do not sell or share my personal information

## CONSUMERS

Consumer Support

Get billing support, manage your subscription or update your password

Email Us

## COMPANY

About

Blog

Careers

Contact Us

Legal

Complaints

DMCA

AUP

GDPR

© 2022 CCBill, LLC. All rights reserved.

# EXHIBIT KK

{Blog} See what's new with MongoDB 7.0 — and why you'll want to upgrade today. Learn more >


MongoDB.

# Building a REST API with Express, Node, and MongoDB

Follow along with this tutorial to add MongoDB Atlas as the data store for your applications, by creating NodeJS and Express Web REST API.

Get started with Atlas          Sign in

JavaScript is the top web development language today, running in millions of applications and websites. Modern JavaScript applications use REST APIs built with Node.js and a user interface built with a JavaScript framework such as React or Angular.

The most popular framework for building restful APIs is Express. It provides support for http requests out of the box and has an intuitive syntax for the standard http methods used in the REST principles.

For all your data storage concerns, you can easily integrate MongoDB with the native driver available to you. Using this stack, you can leverage MongoDB's document model with the REST API standard payload, which uses the JSON format.

This article will provide a step-by-step tutorial on how to use Express with MongoDB Atlas, our database-as-a-service platform, to expose restful API endpoints for our client-side application.

### Table of contents

- The project architecture

- Setting up the project

- Setting up the front end

- Testing the application

8/31/23, 4:38 PM                                    Express.js And MongoDB REST API Tutorial | MongoDB

- Summary

# The project architecture

You can explore the complete project in the following:

main branch - finished project

stub branch - starting point for following this tutorial

Our application will follow the standard REST architectural style. You will have client and server components. The application will send client requests to our server. The server will then fetch the data from the MongoDB Atlas database and return it to the client.

Finally, our front-end application will be written in React to use the REST API endpoints hosted on the Express.js server. The application is a blogging platform that uses the sample_training database, containing a posts collection.

Our back-end application will use the more modern Ecmascript module (ES Modules) syntax.



The application used for this tutorial will be a blogging platform.

8/31/23, 4:38 PM                         Express.js And MongoDB REST API Tutorial | MongoDB



## Project Tree

Here are the main files in the project:



```
.
├── app
│   └── src
│       ├── App.tsx
│       ├── components
│       │   └── PostSummary.js
│       └── pages
│           ├── Archive.js
│           ├── Create.js
│           ├── Home.js
│           └── Post.js
└── server
    ├── .env
    ├── db
    │   └── conn.mjs
    ├── index.mjs
    ├── loadEnvironment.mjs
    └── routes
        └── posts.mjs
```

The "server" directory hosts the Express.js server application and its dependencies. The main files here are:

- `.env`: Configuration file holding Atlas connection string details.

- `db/conn.mjs`: Exposes a global connection to the Atlas database.

- `index.mjs`: The main entry point for the Express server.

- `loadEnvironment.mjs`: Loads up the environment variables.

- `routes/posts.mjs`: Exposes the REST API endpoints and performs their business logic.

The "app" directory is where the front-end React application code resides. The main files here are:

- `App.tsx`: Front-end React code that manages the different routes of the front end.

- `/components`: A folder with the reusable components you will use.

- `/pages`: All application pages have their matching file in this folder.

## Setting Up the Project

First, you will need to deploy an Atlas cluster. You can follow the Getting Started with Atlas guide to learn how to create a free Atlas account, create your first cluster, and get your connection string to the database. Be sure to also load the sample dataset.

```
git clone -b stub
git@github.com:mongodb-developer/mongodb-express-rest-api-example.git
```

Let's go to the "server" directory of the project and install the needed packages:

```
cd mongodb-express-rest-api-example/server
npm install
```

You can start the server right away. It will automatically reload every time you save one of the files in the project.

```
npm run dev
```

Now, we are ready to connect our Express server to the MongoDB Atlas Cluster.

## Set up the environment variables

Edit the `.env` file to assign the ATLAS_URI variable the value of your connection string. Replace the credentials with your database username and password.

```
ATLAS_URI=mongodb+srv://<username>:<password>@sandbox.jadwj.mongodb.net/myFirstDatabase?r
PORT=5050
```

Our application uses the dotenv package to load this `.env` file to add these values to the environment variables usable by the code.

You will need the following code in the `loadEnvironment.mjs` file to load these environment variables.

```
import dotenv from "dotenv";

dotenv.config();
```

The entry point script can then import this file, which will be executed immediately. In `index.mjs`, add the following line at the top.

```
// Load environment variables
import "./loadEnvironment.mjs";
```

The Atlas connection string will now be available to our other modules.

## Create the database module

Next, open `server/db/conn.mjs` and replace the content with the following code. This code will create a global database object that the other server components can reuse.

```
import { MongoClient } from "mongodb";

const connectionString = process.env.ATLAS_URI || "";

const client = new MongoClient(connectionString);
```

Express.js And MongoDB REST API Tutorial | MongoDB

```
let conn;
try {
  conn = await client.connect();
} catch(e) {
  console.error(e);
}

let db = conn.db("sample_training");

export default db;
```

This code uses the connection string provided in the `.env` file and creates a new client. Once the client is defined, it tries to create a new connection to the database. The `sample_training` database is then exported if the connection is successful. This gives us a uniform interface that can be reused in all modules.

## Handling the HTTP requests

The core of this tutorial is to expose REST API routes to perform Create, Read, Update, and Delete (CRUD) operations for our restful web service.

In this sample application, all the routes for our server are located in the file `server/routes/posts.mjs`. We then tell our server to use this module for all the incoming requests to routes that start with `/posts`. This is done in the `index.mjs` file in the following line.

```
// Load the /posts routes
app.use("/posts", posts);
```

The code is already there, so you don't need to add that. We will now focus on the logic for all of the API requests.



There will be six routes, each performing one of the CRUD operations.

## Read route

The Read route will be returning 50 of the articles when there is a get request on the `/posts` route. In `server/routes/posts.mjs`, find the GET route and replace the code with the following.

```
// Get a list of 50 posts
router.get("/", async (req, res) => {
  let collection = await db.collection("posts");
  let results = await collection.find({})
    .limit(50)
    .toArray();

  res.send(results).status(200);
});
```

Here, we start by defining our collection object, then do a `.find` operation. We limit the results and convert the response data to an array. We can then send data to the client using `res.send`. We can also specify the status code with the `status` method. Code 200 stands for "OK, " meaning that the operation was successful.

## Read route (advanced)

You can also create a more complex route using aggregation pipelines to return a result. For example, we can add a route that will return the three most recent articles in the collection.

```
// Fetches the latest posts
router.get("/latest", async (req, res) => {
  let collection = await db.collection("posts");
  let results = await collection.aggregate([
    {"$project": {"author": 1, "title": 1, "tags": 1, "date": 1}},
    {"$sort": {"date": -1}},
    {"$limit": 3}
  ]).toArray();
  res.send(results).status(200);
});
```

As you can see here, the code is similar. This endpoint will catch all the get requests to `/post/latest`. We then use an aggregation pipeline to sort the collection in descending order of date and limit the results to three. This leverages the database to do the heavy lifting with our data.

## Read single result

You can also use parametrized routes to return filtered results or, in this case, a single object. Notice in the following code snippet that the route takes an `:id` parameter. You can then access the value of that parameter with `req.params.id`.

```
// Get a single post
router.get("/:id", async (req, res) => {
  let collection = await db.collection("posts");
  let query = {_id: ObjectId(req.params.id)};
  let result = await collection.findOne(query);

  if (!result) res.send("Not found").status(404);
  else res.send(result).status(200);
});
```

In this get request, the id is converted into an `ObjectId` using the method provided by the MongoDB native driver. It is a query filter to retrieve a single document with this unique id.

If no results are found, we can send a different response – a 404 error message, in this case.

**Page 486**

Express.js And MongoDB REST API Tutorial | MongoDB

# Create route

The Create route will add a new post to our collection. To catch a post request, you will use the `router.post` method from Express to define this route. Based on the REST conventions, adding new items should be done with a POST method.

```
// Add a new document to the collection
router.post("/", async (req, res) => {
  let collection = await db.collection("posts");
  let newDocument = req.body;
  newDocument.date = new Date();
  let result = await collection.insertOne(newDocument);
  res.send(result).status(204);
});
```

In this sample, we take the request body, append the current date and time, and save it in the collection direction with the collection.insertOne() method.

You can also use *InsertMany* to insert multiple documents at once.

# Update route

The Update route adds a new comment to our blog post. Best practices in REST API design state that we should use a PATCH request for updates. Sometimes, a PUT request might also be used.

You might wonder why this is considered an update and not a create. This is because we are leveraging the MongoDB document model. Since we are not restricted to a flat structure like a relational database, we store all the comments as an array inside the post object.



To add a comment, we will update this array with a push operator with the request body as the new comment.

```
// Update the post with a new comment
router.patch("/comment/:id", async (req, res) => {
  const query = { _id: ObjectId(req.params.id) };
  const updates = {
    $push: { comments: req.body }
  };

  let collection = await db.collection("posts");
  let result = await collection.updateOne(query, updates);

  res.send(result).status(200);
});
```

Express.js And MongoDB REST API Tutorial | MongoDB

The route uses the collection.updateOne() method with the unique id specified as an ObjectId, and the operator as the second argument.

## Delete route

And last but not least, we need to handle the delete request. The users will have the ability to delete an article from our blog.

```
// Delete an entry
router.delete("/:id", async (req, res) => {
  const query = { _id: ObjectId(req.params.id) };

  const collection = db.collection("posts");
  let result = await collection.deleteOne(query);

  res.send(result).status(200);
});
```

Here, we are using a parametrized route to get the id of the object to delete. The post is then deleted with the collection.deleteOne() method.

Your server is now ready to be used. You can already test it with tools such as Postman or curl. For example, you could run the following command to get the latest articles.

```
curl localhost:5050/posts/latest
```

Now, any third-party applications can connect to this server, but let's see how we can get our React application to connect.

## Setting up the front end

Plenty of tutorials provide a lot more detail on how to query a public API and manage responses from a client request. Understanding the basics of React applications is out of the scope of this article, but you can see examples of how to access the API you just created in the /app/src folder.

In the /app/src/pages/Home.js file, we retrieve the latest three entries from the blog. This is done through a request to the /posts/latest route of the server. In this application, we are using the browser's native fetch object.

Express.js And MongoDB REST API Tutorial | MongoDB

```
const loadPosts = async () => {
  let results = await fetch(`${baseUrl}/posts/latest`).then(resp => resp.json());
  setPosts(results);
}
```

This `loadPosts` function uses `fetch` and passes the URL to the API. We could use the response in several data formats, but we are explicitly converting it to JSON, as it's the easiest way to manipulate data in JavaScript. The `setPosts` function updates the application's state and forces the user interface to re-render.

All requests to read from the API follow the same pattern. We use the following to fetch all the articles in the `app/src/pages/Archive.js` page.

```
let results = await fetch(`${baseUrl}/posts/`).then(resp => resp.json());
```

The only difference here is the route. The same goes for fetching a single document in `app/src/pages/Post.js`.

```
let results = await fetch(`${baseUrl}/posts/${params.id}`).then(resp => resp.json());
```

We still use the `fetch` object to create a new entry, but you will need to specify the HTTP method, an additional http header, and the request body. The code to create, update, or delete entries can be found in `/app/src/pages/Create.js`.

```
await fetch(`${baseUrl}/posts`, {
  method: "POST",
  headers: {
    "content-type": "application/json"
  },
  body: JSON.stringify({
    author, title, tags: tags.split(","), body
  })
}).then(resp => resp.json());
```

Doing an update follows the same patterns but with a different method.

Express.js And MongoDB REST API Tutorial | MongoDB

```
await fetch(`${baseUrl}/posts/comment/${params.id}`, {
  method: "PATCH",
  headers: {
    "content-type": "application/json"
  },
  body: JSON.stringify({
    author, body
  })
});
```

And the same is true for a delete request.

```
await fetch(`${baseUrl}/posts/${params.id}`, {
  method: "DELETE"
});
```

If you want to test the application, open a new terminal and run the following.

```
cd ../app
npm install
npm start
```

# Testing the application

Once all components are up and running, we can open the `http://localhost:3000` URL, and you should see the sample blog. From there, you can create new blog posts, read an existing entry, add a comment, or delete that entry.

Express.js And MongoDB REST API Tutorial | MongoDB



Express.js And MongoDB REST API Tutorial | MongoDB



No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

Amendment VI

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and dist...                                               ...previously ascertained by law, and to b...                                               ...witnesses against him; to have compuls...                                               ...ounsel for his defence.

Amendm...

In Suits a...                                               ...ght of trial by jury shall be preserve...                                               ...United States, than according to the ru...

Amendm...

Excessiv...                                               ...unishments inflicted.

Amendm...

The enur...                                               ...isparage others retained by the people.

Amendm...

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."

**Add Comment**

**Name**

Enter your name

**Comment**

Comment

Cancel    Save Comment

Add Comment    Delete Post

Comments ⌃



You now have a fully functional application that uses the REST principles. It has a back end that answers the necessary requests, and the client can request data from those endpoints.

## Atlas App Services HTTPS endpoints as Express replacement

Atlas App Services, MongoDB's development cloud services, offer a robust and scalable replacement to the self-hosted Express Server.

Using Custom HTTPS Endpoints, you can convert this application into a serverless RESTful API. Using serverless technology will make your application much more scalable.

## Summary

Using Express as a back-end framework is a popular MongoDB stack design. Express is lightweight and approachable for JSON and REST API operations. MongoDB Atlas is a scalable and flexible document database as a service and makes a perfect companion to Express in many stacks like MERN, MEAN, and MEVN.

Atlas App Services and custom HTTPS endpoints are a robust replacement for the Express tier, removing the need to manage an Express server and its dependencies on-prem.

## FAQ

### How do I use MongoDB with Express JS?                                              +

### How do I create a REST API using node Express and Mongo?                           +

## Want to learn more about MongoDB and Express?

Visit the following links:

- MEAN Stack
- MERN Stack
- MERN Stack - The Complete Tutorial

⌖ English

About

Careers

Investor Relations

Legal Notices

Privacy Notices

Security Information

Trust Center

## Support

Contact Us

Customer Portal

Atlas Status

Customer Support

Manage Cookies

## Social

GitHub

Stack Overflow

LinkedIn

YouTube

Twitter

Twitch

Facebook

© 2023 MongoDB, Inc.

# EXHIBIT LL

8/31/23, 4:41 PM                                  Getting Started with Amazon EC2

🔍    ☰

| Get Started for Free | Contact Us |

**Amazon EC2** ⌄

Overview

Features

Pricing

Instance Types ⌄

FAQs

Getting Started

Resources ⌄

Products / Compute / Amazon EC2

# Getting Started with Amazon EC2

Amazon Elastic Compute Cloud (Amazon EC2) is a web service that provides secure, resizable compute capacity in the cloud. Amazon EC2 offers many options that help you build and run virtually any application. With these possibilities, getting started with EC2 is quick and easy to do. This page provides you with the resources to get you started with EC2 instances.

Getting Started with Amazon EC2

Get Started for Free

Contact Us

Getting more out of Amazon EC2 (30:59)

# Familiarize yourself with EC2 instances

### 1

## Log in to your AWS account

Log in to the AWS Management Console and set up your root account. If you don't already have an account, you will be prompted to create one.

With the AWS Free Tier, you can get 750 hours/month of select EC2 instances for free.

### 2

## Launch your instance

Identify which instance type is best for your workload. For your first instance, we recommend a low-cost, general-purpose instance type—t2.micro—and Amazon Machine Image (AMI)—

Getting Started with Amazon EC2

🔍 ☰

| Get Started for Free | Contact Us |
|---|---|



## Configure your instance

Here are some guidelines when setting up your first instance:

- Security group: Create your own firewall rules or select the default VPC security group.

- Storage: EC2 offers both magnetic disk and SSD storage. We recommend starting with Amazon EBS gp2 volumes.

- Choose "Launch Instances" to complete the setup.

*\* Note: We will use the key pair file (.pem) later.*



## Connect to your instance

After launching your instance, you can connect to it and use it the way you'd use a computer sitting in front of you. There are several ways to connect to the console depending on the operating system. We recommend using EC2 Instance Connect, an easy-to-use browser-based client.

- Select the EC2 instance that you created and choose "Connect."

- Select "EC2 Instance Connect."

- Choose "Connect." A window opens, and you are connected to your instance.

Getting Started with Amazon EC2

Get Started for Free                    Contact Us

## Terminate your instance

Amazon EC2 is free to start (learn more), but it is important that you terminate your instances to prevent additional charges. The EC2 instance and the data associated will be deleted.

Select the EC2 instance, choose "Actions," select "Instance State," and then select "Terminate."

# Tutorials

Get hands-on experience with these 10-minute tutorials and technical documents.

**Amazon EC2**

## Install a LAMP web server on Amazon Linux

Learn how to install the Apache web server with PHP and MySQL support on your Amazon Linux instance (sometimes called a LAMP web server or LAMP stack) with this step-by-step tutorial. You can use this server to host a static website or deploy a dynamic PHP application that reads and writes information to a database.

**Amazon EC2**

8/31/23, 4:41 PM                                     Getting Started with Amazon EC2

🔍    ☰

| **Get Started for Free** | **Contact Us** |

**Amazon EC2**

## Explore more 10-minute tutorials

Learn how to remotely run commands on an EC2 instance, train a deep learning model, and more. These step-by-step tutorials teach you different ways to innovate with EC2.

# Amazon Lightsail



Getting Started with Amazon EC2

🔍   ☰

| **Get Started for Free** | **Contact Us** |

or EC2 is for you, take a look at this side-by-side comparison of the cloud solutions.

# Enhance your productivity with EC2

Using EC2 is just the beginning of making cloud computing easier for you. Tailor your EC2 experience with services that will extend your productivity through high-performing block storage, tools that allow your application to scale based on demand, and fault-tolerant workloads for up to 90% off.

## Amazon Elastic Block Store

Amazon EBS is an easy-to-use high-performance block storage service designed for use with EC2 for both throughput and transaction-intensive workloads at any scale.

## Amazon EC2 Auto Scaling

EC2 Auto Scaling helps you maintain application availability and allows you to automatically add or remove EC2 instances according to conditions that you define.

Getting Started with Amazon EC2

🔍   ☰

Get Started for Free

Contact Us

## Amazon EC2 Spot

EC2 Spot Instances offer spare compute capacity on AWS at steep discounts compared to On-Demand Instances.

# User guides and resources

The flexibility of AWS allows you to design your application architectures the way you like, whether you want to host a website or analyze your data. Here are a few resources for you to get started quickly:

- Learn more about the AWS Free Tier

- Getting Started on AWS with SDKs

- Getting Started with AWS Webinar

- Launch a Windows Instance

- Launch a Linux Instance

- Migration to Amazon EC2

- AWS Quick Start Reference Deployments: AWS Quick Start reference deployments help you rapidly deploy fully functional enterprise software on the AWS cloud, following AWS best practices for security and availability.

8/31/23, 4:41 PM                                          Getting Started with Amazon EC2



[  Get Started for Free  ]          [  Contact Us  ]

Did you find what you were looking for? Please submit your feedback for this page.

## Additional resources

STAY CONNECTED WITH AWS          DOCUMENTATION & DOWNLOADS

- **AWS News Blog**                 - **Documentation**

- **AWS Compute Blog**              - **FAQs**

ADDITIONAL RESOURCES

- **AWS Cloud Economics Center**

- **AWS Pricing Calculator**

- **AWS Trusted Advisor**

- **AWS Support Plans**



## Discover product resources

Explore resources and learn how to build with Amazon EC2.

**Learn more »**



8/31/23, 4:41 PM
Getting Started with Amazon EC2





## Start building in the console

Get started building with Amazon EC2 in the AWS Management Console.

**Sign in »**

---

**Reimagine Your Studio**

Transform the way you work with virtual workstations on AWS



---

**Optimize process manufacturing at scale**

Converging OT and IT: Uncover predictive insights from time-series data



---

**AWS Training & Certification**

Free self-paced, online training wherever, whenever you want. Boost your career with 600+ digital courses built by AWS Experts »



---

**Sign In to the Console**

### Resources for AWS

Getting Started

Training and Certification

AWS Solutions Library

Architecture Center

### Developers on AWS

Developer Center

SDKs & Tools

.NET on AWS

Python on AWS

### Learn About AWS

What Is AWS?

https://aws.amazon.com/ec2/getting-started/



<div>

**Get Started for Free**        **Contact Us**

What Is a Data Lake?

AWS Cloud Security

What's New

Blogs

Press Releases

## Help

Contact Us

Get Expert Help

File a Support Ticket

AWS re:Post

Knowledge Center

AWS Support Overview

Legal

AWS Careers

**Create an AWS Account**

    

Amazon is an Equal Opportunity Employer: *Minority / Women / Disability / Veteran / Gender Identity / Sexual Orientation / Age.*

**Language**

عربي |

Bahasa Indonesia |

Deutsch |

English |

Español |

Français |

Italiano |

Português |

</div>

8/31/23, 4:41 PM                                 Getting Started with Amazon EC2

**Get Started for Free**                          **Contact Us**

한국어 |

中文 (简体) |

中文 (繁體)

Privacy

|

Site Terms

|

Cookie Preferences

|

© 2023, Amazon Web Services, Inc. or its affiliates. All rights reserved.

# EXHIBIT MM

Using S3 to Store Media Files | AWS News Blog

**AWS News Blog**

# Using S3 to Store Media Files

by Jeff Barr | on 07 APR 2006 | in Developer Tools | Permalink | ↱ Share

**Update November 9, 2021 – This post has been updated to remove broken links.**

Adrian Holovaty is now using Amazon's S3 to store files for his Chicago Crime site. In his recent blog post, "How I'm using Amazon's S3 to store media files", he describes the entire process of moving his files over. Adrian notes that it took him less than one hour to move his files over and to modify his code.

One of the commenters to the blog was surprised to find out that the objects in S3 are URL-addressable. This is absolutely the case, and is one of the very cool aspects of S3.

In fact, the image at right is stored within S3; I put it there using the S3 Perl / Curl sample.

You can verify this by right-clicking on the  image and  inspecting its properties. The image's URL is "**http://s3.amazonaws.com/aws_blog/images/chicago_crime.png"** . In this case, **aws_blog** identifies the S3 bucket, and **images/chicago_crime.png** identifies the object (the image) within the bucket.

When I stored the image into S3 I set the content-type to "image/png" so that the browser would know that it was in fact an image. When S3 processes the HTTP GET from the browser, it returns the content type (along with any other S3 metadata attached to the object) using HTTP headers. Here's what it returned for the image:

```
HTTP/1.1 200 OK
x-amz-id-2: 0K7SmOorLULRBZUjPRDyQruOsnGkOYwcwIMz5nezKFjMVWsDgi099lZvY4qUCOsG
x-amz-request-id: 52F4A02FC0C51299
Date: Fri, 07 Apr 2006 18:12:23 GMT
Last-Modified: Fri, 07 Apr 2006 18:05:29 GMT
ETag: "4f81c616c6e0e65dc6c957681941a3f4"
Content-Type: image/png
Content-Length: 75860
Connection: keep-alive
Server: AmazonS3
```

As you can see, it would be easy to use S3's metadata facility to store exta information about each object. Once information is stored in S3, you can get it back without retrieving the entire object using a simple and efficient HTTP HEAD request.

**Page 510**

Using S3 to Store Media Files | AWS News Blog

— Jeff;

Modified 3/12/2021 – In an effort to ensure a great experience, expired links in this post have been updated or removed from the original post.

# EXHIBIT NN

Get Started for Free

Contact Us

**Amazon Route 53** ⌄

Overview

Features ▾

Pricing

Resources

FAQs

Products / Networking & Content Delivery / Route 53

# Amazon Route 53 FAQs

## Getting Started

**Q. What is a Domain Name System (DNS) Service?**

DNS is a globally distributed service that translates human readable names like www.example.com into the numeric IP addresses like 192.0.2.1 that computers use to connect to each other. The Internet's DNS system works much like a phone book by managing the mapping between names and numbers. For DNS, the names are domain names (www.example.com) that are easy for people to remember and the numbers are IP addresses (192.0.2.1) that specify the location of computers on the Internet. DNS servers translate requests for names into IP addresses, controlling which server an end user will reach when they type a domain name into their web browser. These requests are called "queries."

**Q. What is Amazon Route 53?**

🔍   ☰

| Get Started for Free | Contact Us |
|----------------------|------------|

health checking services to route traffic to healthy endpoints or to independently monitor and/or alarm on endpoints. You can also purchase and manage domain names such as example.com and automatically configure DNS settings for your domains. Route 53 effectively connects user requests to infrastructure running in AWS – such as Amazon EC2 instances, Elastic Load Balancing load balancers, or Amazon S3 buckets – and can also be used to route users to infrastructure outside of AWS.

## Q. What can I do with Amazon Route 53?

With Amazon Route 53, you can create and manage your public DNS records. Like a phone book, Route 53 lets you manage the IP addresses listed for your domain names in the Internet's DNS phone book. Route 53 also answers requests to translate specific domain names like into their corresponding IP addresses like 192.0.2.1. You can use Route 53 to create DNS records for a new domain or transfer DNS records for an existing domain. The simple, standards-based REST API for Route 53 allows you to easily create, update and manage DNS records. Route 53 additionally offers health checks to monitor the health and performance of your application as well as your web servers and other resources. You can also register new domain names or transfer in existing domain names to be managed by Route 53.

## Q. How do I get started with Amazon Route 53?

Amazon Route 53 has a simple web service interface that lets you get started in minutes. Your DNS records are organized into "hosted zones" that you configure with the AWS Management Console or Route 53's API. To use Route 53, you simply:

- Subscribe to the service by clicking on the sign-up button on the service page.
- If you already have a domain name:
  - Use the AWS Management Console or the CreateHostedZone API to create a hosted zone that can store DNS records for your domain. Upon creating the hosted zone, you receive four Route 53 name servers across four different Top-Level Domains (TLDs) to help ensure a high level of availability.
  - Additionally, you can transfer your domain name to Route 53's management via either the AWS Management Console or the API.
- If you don't already have a domain name:
  - Use the AWS Management Console or the API to register your new domain name.
  - Route 53 automatically creates a hosted zone that stores DNS records for your domain. You also receive four Route 53 name servers across four different Top-Level Domains (TLDs) to help ensure a high level of availability.
- Your hosted zone will be initially populated with a basic set of DNS records, including four virtual name servers that will answer queries for your domain. You can add, delete or change records in this set by using

8/31/23, 4:46 PM                                    Amazon Route 53 FAQs - Amazon Web Services

🔍   ☰

| Get Started for Free | Contact Us |

hosted zone. If your domain name is managed by Route 53 already, your domain name will be automatically associated with the name servers hosting your zone.

**Q. How does Amazon Route 53 provide high availability and low latency?**

Route 53 is built using AWS's highly available and reliable infrastructure. The globally distributed nature of our DNS servers helps ensure a consistent ability to route your end users to your application by circumventing any internet or network related issues. Route 53 is designed to provide the level of dependability required by important applications. Using a global anycast network of DNS servers around the world, Route 53 is designed to automatically answer queries from the optimal location depending on network conditions. As a result, the service offers low query latency for your end users.

**Q. What are the DNS server names for the Amazon Route 53 service?**

To provide you with a highly available service, each Amazon Route 53 hosted zone is served by its own set of virtual DNS servers. The DNS server names for each hosted zone are thus assigned by the system when that hosted zone is created.

**Q. What is the difference between a Domain and a Hosted Zone?**

A domain is a general DNS concept. Domain names are easily recognizable names for numerically addressed Internet resources. For example, amazon.com is a domain. A hosted zone is an Amazon Route 53 concept. A hosted zone is analogous to a traditional DNS zone file; it represents a collection of records that can be managed together, belonging to a single parent domain name. All resource record sets within a hosted zone must have the hosted zone's domain name as a suffix. For example, the amazon.com hosted zone may contain records named www.amazon.com, and www.aws.amazon.com, but not a record named www.amazon.ca. You can use the Route 53 Management Console or API to create, inspect, modify, and delete hosted zones. You can also use the Management Console or API to register new domain names and transfer existing domain names into Route 53's management.

**Q. What is the price of Amazon Route 53?**

Amazon Route 53 charges are based on actual usage of the service for Hosted Zones, Queries, Health Checks, and Domain Names. For full details, see the Amazon Route 53 pricing page.

You pay only for what you use. There are no minimum fees, no minimum usage commitments, and no overage charges. You can estimate your monthly bill using the AWS Pricing Calculator.

**Q. What types of access controls can I set for the management of my Domains on Amazon Route 53?**

Amazon Route 53 FAQs - Amazon Web Services

<div style="text-align: right;">🔍 ☰</div>

| Get Started for Free | Contact Us |
|:---:|:---:|

**Q. I have subscribed for Amazon Route 53 but when I try to use the service it says "The AWS Access Key ID needs a subscription for the service."**

When you sign up for a new AWS service, it can take up to 24 hours in some cases to complete activation, during which time you cannot sign up for the service again. If you've been waiting longer than 24 hours without receiving an email confirming activation, this could indicate a problem with your account or the authorization of your payment details. Please contact AWS Customer Service for help.

**Q. When is my hosted zone charged?**

Hosted zones are billed once when they are created and then on the first day of each month.

**Q. Why do I see two charges for the same hosted zone in the same month?**

Hosted zones have a grace period of 12 hours--if you delete a hosted zone within 12 hours after you create it, we don't charge you for the hosted zone. After the grace period ends, we immediately charge the standard monthly fee for a hosted zone. If you create a hosted zone on the last day of the month (for example, January 31st), the charge for January might appear on the February invoice, along with the charge for February.

**Q. Does Amazon Route 53 provide query logging capability?**

You can configure Amazon Route 53 to log information about the queries that Amazon Route 53 receives including date-time stamp, domain name, query type, location etc.  When you configure query logging, Amazon Route 53 starts to send logs to CloudWatch Logs. You use CloudWatch Logs tools to access the query logs. For more information please see our documentation.

**Q. Does Amazon Route 53 offer a Service Level Agreement (SLA)?**

Yes. Both the Amazon Route 53 authoritative service and the Amazon Route 53 Resolver Endpoints service provide for a service credit if a customer's monthly uptime percentage is below our service commitment in any billing cycle. More information can be found at Amazon Route 53 Service Level Agreement and Amazon Route 53 Resolver Endpoints Service Level Agreement.

# Domain Name Systems (DNS)

**Q. Does Amazon Route 53 use an anycast network?**

8/31/23, 4:46 PM                                  Amazon Route 53 FAQs - Amazon Web Services



Each Amazon Route 53 account is limited to a maximum of 500 hosted zones and 10,000 resource record sets per hosted zone. Complete our request for a higher limit and we will respond to your request within two business days.

### Q. How can I import a zone into Route 53?

Route 53 supports importing standard DNS zone files which can be exported from many DNS providers as well as standard DNS server software such as BIND. For newly-created hosted zones, as well as existing hosted zones that are empty except for the default NS and SOA records, you can paste your zone file directly into the Route 53 console, and Route 53 automatically creates the records in your hosted zone. To get started with zone file import, read our walkthrough in the Amazon Route 53 Developer Guide.

### Q. Can I create multiple hosted zones for the same domain name?

Yes. Creating multiple hosted zones allows you to verify your DNS setting in a "test" environment, and then replicate those settings on a "production" hosted zone. For example, hosted zone Z1234 might be your test version of example.com, hosted on name servers ns-1, ns-2, ns-3, and ns-4. Similarly, hosted zone Z5678 might be your production version of example.com, hosted on ns-5, ns-6, ns-7, and ns-8. Since each hosted zone has a virtual set of name servers associated with that zone, Route 53 will answer DNS queries for example.com differently depending on which name server you send the DNS query to.

### Q. Does Amazon Route 53 also provide website hosting?

No. Amazon Route 53 is an authoritative DNS service and does not provide website hosting. However, you can use Amazon Simple Storage Service (Amazon S3) to host a static website. To host a dynamic website or other web applications, you can use Amazon Elastic Compute Cloud (Amazon EC2), which provides flexibility, control, and significant cost savings over traditional web hosting solutions. Learn more about Amazon EC2 here. For both static and dynamic websites, you can provide low latency delivery to your global end users with Amazon CloudFront. Learn more about Amazon CloudFront here.

### Q. Which DNS record types does Amazon Route 53 support?

Amazon Route 53 currently supports the following DNS record types:

- A (address record)

- AAAA (IPv6 address record)

- CNAME (canonical name record)

Get Started for Free                                Contact Us

- NS (name server record)

- PTR (pointer record)

- SOA (start of authority record)

- SPF (sender policy framework)

- SRV (service locator)

- TXT (text record)

- Amazon Route 53 also offers alias records, which are an Amazon Route 53-specific extension to DNS. You can create alias records to route traffic to selected AWS resources, including Amazon Elastic Load Balancing load balancers, Amazon CloudFront distributions, AWS Elastic Beanstalk environments, API Gateways, VPC interface endpoints, and Amazon S3 buckets that are configured as websites. Alias record typically have a type of A or AAAA, but they work like a CNAME record. Using an alias record, you can map your record name (example.com) to the DNS name for an AWS resource (elb1234.elb.amazonaws.com). Resolvers see the A or AAAA record and the IP address of the AWS resource.

We anticipate adding additional record types in the future.

**Q. Does Amazon Route 53 support wildcard entries? If so, what record types support them?**

Yes. To make it even easier for you to configure DNS settings for your domain, Amazon Route 53 supports wildcard entries for all record types, except NS records. A wildcard entry is a record in a DNS zone that will match requests for any domain name based on the configuration you set. For example, a wildcard DNS record such as *.example.com will match queries for www.example.com and subdomain.example.com.

**Q. What is the default TTL for the various record types and can I change these values?**

The time for which a DNS resolver caches a response is set by a value called the time to live (TTL) associated with every record. Amazon Route 53 does not have a default TTL for any record type. You must always specify a TTL for each record so that caching DNS resolvers can cache your DNS records to the length of time specified through the TTL.

**Q. Can I use 'Alias' records with my sub-domains?**

Yes. You can also use Alias records to map your sub-domains (www.example.com, pictures.example.com, etc.) to your ELB load balancers, CloudFront distributions, or S3 website buckets.

**Q. Are changes to resource record sets transactional?**

Yes. A transactional change helps ensure that the change is consistent, reliable, and independent of other changes. Amazon Route 53 has been designed so that changes complete entirely on any individual DNS server, or

**Page 518**

<table>
<tr><td>Get Started for Free</td><td>Contact Us</td></tr>
</table>

**Q. Can I associate multiple IP addresses with a single record?**

Yes. Associating multiple IP addresses with a single record is often used for balancing the load of geographically-distributed web servers. Amazon Route 53 allows you to list multiple IP addresses for an A record and responds to DNS requests with the list of all configured IP addresses.

**Q. How quickly will changes I make to my DNS settings on Amazon Route 53 propagate globally?**

Amazon Route 53 is designed to propagate updates you make to your DNS records to its world-wide network of authoritative DNS servers within 60 seconds under normal conditions. A change is successfully propagated world-wide when the API call returns an INSYNC status listing.

Note that caching DNS resolvers are outside the control of the Amazon Route 53 service and will cache your resource record sets according to their time to live (TTL). The INSYNC or PENDING status of a change refers only to the state of Route 53's authoritative DNS servers.

**Q. Can I see a history of my changes and other operations on my Route 53 resources?**

Yes, via AWS CloudTrail you can record and log the API call history for Route 53. Please reference the CloudTrail product page to get started.

**Q. Can I use AWS CloudTrail logs to roll back changes to my hosted zones?**

No. We recommend that you do not use CloudTrail logs to roll back changes to your hosted zones, because reconstruction of your zone change history using your CloudTrail logs may be incomplete.

Your AWS CloudTrail logs can be used for the purposes of security analysis, resource change tracking, and compliance auditing.

**Q. Does Amazon Route 53 support DNSSEC?**

Yes. You can enable DNSSEC signing for existing and new public hosted zones, as well as DNSSEC validation for Amazon Route 53 Resolver. Additionally, Amazon Route 53 allows DNSSEC on domain registration.

**Q. Does Amazon Route 53 support IPv6?**

Yes. Amazon Route 53 supports both forward (AAAA) and reverse (PTR) IPv6 records. The Amazon Route 53 service itself is also available over IPv6. Recursive DNS resolvers on IPv6 networks can use either IPv4 or IPv6 transport in order to submit DNS queries to Amazon Route 53. Amazon Route 53 health checks also support monitoring of endpoints using the IPv6 protocol.

**Q. Can I point my zone apex (example.com versus www.example.com) at my Elastic Load Balancer?**

| Get Started for Free | Contact Us |
|---|---|

one or more IP addresses for the load balancer. Route 53 supports alias records for three types of load balancers. Application Load Balancers, Network Load Balancers, and Classic Load Balancers. There is no additional charge for queries to Alias records that are mapped to AWS ELB load balancers. These queries are listed as "Intra-AWS-DNS-Queries" on the Amazon Route 53 usage report.

**Q. Can I point my zone apex (example.com versus www.example.com) at my website hosted on Amazon S3?**

Yes. Amazon Route 53 offers a special type of record called an 'Alias' record that lets you map your zone apex (example.com) DNS name to your Amazon S3 website bucket (i.e. example.com.s3-website-us-west-2.amazonaws.com). IP addresses associated with Amazon S3 website endpoints can change at any time due to scaling up, scaling down, or software updates. Route 53 responds to each request for an Alias record with one IP address for the bucket. Route 53 doesn't charge for queries to Alias records that are mapped to an S3 bucket that is configured as a website. These queries are listed as "Intra-AWS-DNS-Queries" on the Amazon Route 53 usage report.

**Q. Can I point my zone apex (example.com versus www.example.com) at my Amazon CloudFront distribution?**

Yes. Amazon Route 53 offers a special type of record called an 'Alias' record that lets you map your zone apex (example.com) DNS name to your Amazon CloudFront distribution (for example, d123.cloudfront.net). IP addresses associated with Amazon CloudFront endpoints vary based on your end user's location (in order to direct the end user to the nearest CloudFront edge location) and can change at any time due to scaling up, scaling down, or software updates. Route 53 responds to each request for an Alias record with the IP address(es) for the distribution. Route 53 doesn't charge for queries to Alias records that are mapped to a CloudFront distribution. These queries are listed as "Intra-AWS-DNS-Queries" on the Amazon Route 53 usage report.

**Q. Can I point my zone apex (example.com versus www.example.com) at my AWS Elastic Beanstalk environment?**

Yes. Amazon Route 53 offers a special type of record called an 'Alias' record that lets you map your zone apex (example.com) DNS name to your AWS Elastic Beanstalk DNS name (i.e. example.elasticbeanstalk.com). IP addresses associated with AWS Elastic Beanstalk environments can change at any time due to scaling up, scaling down, or software updates. Route 53 responds to each request for an Alias record with one or more IP addresses for the environment. Queries to Alias records that are mapped to AWS Elastic Beanstalk environments are free. These queries are listed as "Intra-AWS-DNS-Queries" on the Amazon Route 53 usage report.

**Q. Can I point my zone apex (example.com versus www.example.com) at my Amazon API Gateway?**

Yes. Amazon Route 53 offers a special type of record called an 'Alias' record that lets you map your zone apex (example.com) DNS name to your Amazon API Gateway DNS name (i.e. api-id.execute-api.region.amazonaws.com/stage). IP addresses associated with Amazon API Gateway can change at any time due

**Page 520**

Amazon Route 53 FAQs - Amazon Web Services

Get Started for Free        Contact Us

**Q. Can I point my zone apex (example.com versus www.example.com) at my Amazon VPC endpoint?**

Yes. Amazon Route 53 offers a special type of record called an 'Alias' record that lets you map your zone apex (example.com) DNS name to your Amazon VPC Endpoint DNS name (i.e. vpce-svc-03d5ebb7d9579a2b3.us-east-1.vpce.amazonaws.com). IP addresses associated with Amazon VPC Endpoints can change at any time due to scaling up, scaling down, or software updates. Route 53 responds to each request for an Alias record with one or more IP addresses for the VPC endpoint. There is no additional charge for queries to Alias records that are mapped to Amazon VPC endpoints. These queries are listed as "Intra-AWS-DNS-Queries" on the Amazon Route 53 usage report.

**Q. How can I use Amazon Route 53 with Amazon Simple Storage Service (Amazon S3) and Amazon CloudFront?**

For websites delivered via Amazon CloudFront or static websites hosted on Amazon S3, you can use the Amazon Route 53 service to create an Alias record for your domain which points to the CloudFront distribution or S3 website bucket. For S3 buckets not configured to host static websites, you can create a CNAME record for your domain and the S3 bucket name. In all cases, note that you will also need to configure your S3 bucket or your CloudFront distribution respectively with the alternate domain name entry to completely establish the alias between your domain name and the AWS domain name for your bucket or distribution.

For CloudFront distributions and S3 buckets configured to host static websites, we recommend creating an 'Alias' record that maps to your CloudFront distribution or S3 website bucket, instead of using CNAMEs. Alias records have two advantages: first, unlike CNAMEs, you can create an Alias record for your zone apex (e.g. example.com, instead of www.example.com), and second, queries to Alias records are free of charge.

**Q. Why does the DNS Query Test Tool return a response different than the dig or nslookup commands?**

When resource record sets are changed in Amazon Route 53, the service propagates updates you make to your DNS records to its world-wide network of authoritative DNS servers. If you test the record before propagation is complete, you may see an old value when you use the dig or nslookup utilities. Additionally, DNS resolvers on the internet are outside the control of the Amazon Route 53 service and will cache your resource record sets according to their time to live (TTL), which means a dig/nslookup command might return a cached value. You should also make sure that your domain name registrar is using the name servers in your Amazon Route 53 hosted zone. If not, Amazon Route 53 will not be authoritative for queries to your domain.

# DNS Routing Policies

**Q. Does Amazon Route 53 support Weighted Round Robin (WRR)?**

8/31/23, 4:46 PM                                    Amazon Route 53 FAQs - Amazon Web Services



| Get Started for Free | Contact Us |

Route 53 will return the record set with weight 3 and 25% of the time Route 53 will return the record set with weight 1. Weights can be any number between 0 and 255.

**Q. What is Amazon Route 53's Latency Based Routing (LBR) feature?**

LBR (Latency Based Routing) is a new feature for Amazon Route 53 that helps you improve your application's performance for a global audience. You can run applications in multiple AWS regions and Amazon Route 53, using dozens of edge locations worldwide, will route end users to the AWS region that provides the lowest latency.

**Q. How do I get started using Amazon Route 53's Latency Based Routing (LBR) feature?**

You can start using Amazon Route 53's new LBR feature quickly and easily by using either the AWS Management Console or a simple API. You simply create a record set that includes the IP addresses or ELB names of various AWS endpoints and mark that record set as an LBR-enabled Record Set, much like you mark a record set as a Weighted Record Set. Amazon Route 53 takes care of the rest - determining the best endpoint for each request and routing end users accordingly, much like Amazon CloudFront, Amazon's global content delivery service, does. You can learn more about how to use Latency Based Routing in the Amazon Route 53 Developer Guide.

**Q. What is the price for Amazon Route 53's Latency Based Routing (LBR) feature?**

Like all AWS services, there are no upfront fees or long term commitments to use Amazon Route 53 and LBR. Customers simply pay for the hosted zones and queries they actually use. Please visit the Amazon Route 53 pricing page for details on pricing for Latency Based Routing queries.

**Q. What is Amazon Route 53's Geo DNS feature?**

Route 53 Geo DNS lets you balance load by directing requests to specific endpoints based on the geographic location from which the request originates. Geo DNS makes it possible to customize localized content, such as presenting detail pages in the right language or restricting distribution of content to only the markets you have licensed. Geo DNS also lets you balance load across endpoints in a predictable, easy-to-manage way, ensuring that each end-user location is consistently routed to the same endpoint. Geo DNS provides three levels of geographic granularity: continent, country, and state, and Geo DNS also provides a global record which is served in cases where an end user's location doesn't match any of the specific Geo DNS records you have created. You can also combine Geo DNS with other routing types, such as Latency Based Routing and DNS Failover, to enable a variety of low-latency and fault-tolerant architectures. For information on how to configure various routing types, please see the Amazon Route 53 documentation.

**Q. How do I get started using Amazon Route 53's Geo DNS feature?**

**Page 522**

Amazon Route 53 FAQs - Amazon Web Services

```
Get Started for Free          Contact Us
```

In the Amazon Route 53 Developer Guide.

**Q. When using Geo DNS, do I need a "global" record? When would Route 53 return this record?**

Yes, we strongly recommend that you configure a global record, to ensure that Route 53 can provide a response to DNS queries from all possible locations—even if you have created specific records for each continent, country, or state where you expect your end users will be located. Route 53 will return the value contained in your global record in the following cases:

The DNS query comes from an IP address not recognized by Route 53's Geo IP database.

The DNS query comes from a location not included in any of the specific Geo DNS records you have created.

**Q. Can I have a Geo DNS record for a continent and different Geo DNS records for countries within that continent? Or a Geo DNS record for a country and Geo DNS records for states within that country?**

Yes, you can have Geo DNS records for overlapping geographic regions (e.g., a continent and countries within that continent, or a country and states within that country). For each end user's location, Route 53 will return the most specific Geo DNS record that includes that location. In other words, for a given end user's location, Route 53 will first return a state record; if no state record is found, Route 53 will return a country record; if no country record is found, Route 53 will return a continent record; and finally, if no continent record is found, Route 53 will return the global record.

**Q. What is the price for Route 53's Geo DNS feature?**

Like all AWS services, there are no upfront fees or long term commitments to use Amazon Route 53 and Geo DNS. Customers simply pay for the hosted zones and queries they actually use. Please visit the Amazon Route 53 pricing page for details on pricing for Geo DNS queries.

**Q. What is the difference between Latency Based Routing and Geo DNS?**

Geo DNS bases routing decisions on the geographic location of the requests. In some cases, geography is a good proxy for latency; but there are certainly situations where it is not. LatencyBased Routing utilizes latency measurements between viewer networks and AWS datacenters. These measurements are used to determine which endpoint to direct users toward.

If your goal is to minimize end-user latency, we recommend using Latency Based Routing. If you have compliance, localization requirements, or other use cases that require stable routing from a specific geography to a specific endpoint, we recommend using Geo DNS.



servers, you can create one multivalue answer record for each resource and, optionally, associate an Amazon Route 53 health check with each record. Amazon Route 53 supports up to eight healthy records in response to each DNS query.

# Traffic Flow

### Q. What is Amazon Route 53 Traffic Flow?

Amazon Route 53 Traffic Flow is an easy-to-use and cost-effective global traffic management service. With Amazon Route 53 Traffic Flow, you can improve the performance and availability of your application for your end users by running multiple endpoints around the world, using Amazon Route 53 Traffic Flow to connect your users to the best endpoint based on latency, geography, and endpoint health. Amazon Route 53 Traffic Flow makes it easy for developers to create policies that route traffic based on the constraints they care most about, including latency, endpoint health, load, geoproximity and geography. Customers can customize these templates or build policies from scratch using a simple visual policy builder in the AWS Management Console.

### Q. What is the difference between a traffic policy and a policy record?

A **traffic policy** is the set of rules that you define to route end users' requests to one of your application's endpoints. You can create a traffic policy using the visual policy builder in the Amazon Route 53 Traffic Flow section of the Amazon Route 53 console. You can also create traffic policies as JSON-formatted text files and upload these policies using the Route 53 API, the AWS CLI, or the various AWS SDKs.

By itself, a traffic policy doesn't affect how end users are routed to your application because it isn't yet associated with your application's DNS name (such as www.example.com). To start using Amazon Route 53 Traffic Flow to route traffic to your application using the traffic policy you've created, you create a **policy record** which associates the traffic policy with the appropriate DNS name within an Amazon Route 53 hosted zone that you own. For example, if you want to use a traffic policy that you've named my-first-traffic-policy to manage traffic for your application at www.example.com, you will create a policy record for www.example.com within your hosted zone example.com and choose my-first-traffic-policy as the traffic policy.

Policy records are visible in both the Amazon Route 53 Traffic Flow and Amazon Route 53 Hosted Zone sections of the Amazon Route 53 console.

### Q. Can I use the same policy to manage routing for more than one DNS name?

Amazon Route 53 FAQs - Amazon Web Services

&#x1F50D;   &#x2630;

<table>
<tr><td>Get Started for Free</td><td>Contact Us</td></tr>
</table>

you want to manage using the policy, you create a standard CNAME record pointing at the DNS name of the policy record that you created. For example, if you create a policy record for example.com, you can then create DNS records for www.example.com, blog.example.com, and www.example.net with a CNAME value of example.com for each record. Note that this method is not possible for records at the zone apex, such as example.net, example.org, or example.co.uk (without www or another subdomain in front of the domain name). For records at the zone apex, you must create a policy record using your traffic policy.

**Q. Can I create an Alias record pointing to a DNS name that is managed by a traffic policy?**

Yes, it is possible to create an Alias record pointing to a DNS name that is being managed by a traffic policy.

**Q. Is there a charge for traffic policies that don't have a policy record?**

No. We only charge for policy records; there is no charge for creating the traffic policy itself.

**Q. How am I billed for using Amazon Route 53 Traffic Flow?**

You are billed per policy record. A policy record represents the application of a Traffic Flow policy to a specific DNS name (such as www.example.com) in order to use the traffic policy to manage how requests for that DNS name are answered. Billing is monthly and is prorated for partial months. There is no charge for traffic policies that are not associated with a DNS name via a policy record. For details on pricing, see the Amazon Route 53 pricing page.

**Q. What are the advanced query types supported in Amazon Route 53 Traffic Flow?**

Traffic Flow supports all Amazon Route 53 DNS Routing policies including latency, endpoint health, multivalue; answers, weighted round robin, and geo. In addition to these, Traffic Flow also supports geoproximity based routing with traffic biasing.

**Q. How does a traffic policy using geoproximity rule route DNS traffic?**

When you create a traffic flow policy, you can specify either an AWS region (if you're using AWS resources) or the latitude and longitude for each endpoint. For example, suppose you have EC2 instances in the AWS US East (Ohio) region and in the US West (Oregon) region. When an user in Seattle visits your website, geoproximity routing will route the DNS query to the EC2 instances in the US West (Oregon) region because it's closer geographically. For more information please see the documentation on geoproximity routing.

**Q. How does the geoproximity bias value of an endpoint affect DNS traffic routing to other endpoints?**

8/31/23, 4:46 PM                                    Amazon Route 53 FAQs - Amazon Web Services

🔍   ☰

| Get Started for Free | Contact Us |
| --- | --- |

**Q. Can I use bias for other Traffic Flow rules?**

As of today, bias can only be applied to geoproximity rules.

# Private DNS

**Q. What is Private DNS?**

Private DNS is a Route 53 feature that lets you have authoritative DNS within your VPCs without exposing your DNS records (including the name of the resource and its IP address(es) to the Internet.

**Q. Can I use Amazon Route 53 to manage my organization's private IP addresses?**

Yes, you can manage private IP addresses within Virtual Private Clouds (VPCs) using Amazon Route 53's Private DNS feature. With Private DNS, you can create a private hosted zone, and Route 53 will only return these records when queried from within the VPC(s) that you have associated with your private hosted zone. For more details, see the Amazon Route 53 Documentation.

**Q. How do I set up Private DNS?**

You can set up Private DNS by creating a hosted zone in Route 53, selecting the option to make the hosted zone "private", and associating the hosted zone with one of your VPCs. After creating the hosted zone, you can associate it with additional VPCs. See the Amazon Route 53 Documentation for full details on how to configure Private DNS.

**Q. Do I need connectivity to the outside Internet in order to use Private DNS?**

You can resolve internal DNS names from resources within your VPC that do not have Internet connectivity. However, to update the configuration for your Private DNS hosted zone, you need Internet connectivity to access the Route 53 API endpoint, which is outside of VPC.

**Q. Can I still use Private DNS if I'm not using VPC?**

No. Route 53 Private DNS uses VPC to manage visibility and provide DNS resolution for private DNS hosted zones. To take advantage of Route 53 Private DNS, you must configure a VPC and migrate your resources into it.

**Q. Can I use the same private Route 53 hosted zone for multiple VPCs?**

Amazon Route 53 FAQs - Amazon Web Services

🔍 ☰

| Get Started for Free | Contact Us |
|---|---|

details here.

**Q. Will Private DNS work across AWS regions?**

Yes. DNS answers will be available within every VPC that you associate with the private hosted zone. Note that you will need to ensure that the VPCs in each region have connectivity with each other in order for resources in one region to be able to reach resources in another region. Route 53 Private DNS is supported today in the US East (Northern Virginia), US West (Northern California), US West (Oregon), Asia Pacific (Mumbai), Asia Pacific (Seoul), Asia Pacific (Singapore), Asia Pacific (Sydney), Asia Pacific (Tokyo), EU (Frankfurt), EU (Ireland), and South America (Sao Paulo) regions.

**Q. Can I configure DNS Failover for Private DNS hosted zones?**

Yes, it is possible to configure DNS Failover by associating health checks with resource record sets within a Private DNS hosted zone. If your endpoints are within a Virtual Private Cloud (VPC), you have several options to configure health checks against these endpoints. If the endpoints have public IP addresses, then you can create a standard health check against the public IP address of each endpoint. If your endpoints only have private IP addresses, then you cannot create standard health checks against these endpoints. However, you can create metric based health checks, which function like standard Amazon Route 53 health checks except that they use an existing Amazon CloudWatch metric as the source of endpoint health information instead of making requests against the endpoint from external locations.

**Q. Can I use Private DNS to block domains and DNS names that I don't want to be reached from within my VPC?**

Yes, you can block domains and specific DNS names by creating these names in one or more Private DNS hosted zones and pointing these names to your own server (or another location that you manage).

# Health Checks & DNS Failover

**Q. What is DNS Failover?**

DNS Failover consists of two components: health checks and failover. Health checks are automated requests sent over the Internet to your application to verify that your application is reachable, available, and functional. You can configure the health checks to be similar to the typical requests made by your users, such as requesting a web page from a specific URL. With DNS failover, Route 53 only returns answers for resources that are healthy and

8/31/23, 4:46 PM                                    Amazon Route 53 FAQs - Amazon Web Services

🔍   ☰

┌─────────────────────────────┐   ┌─────────────────────────────┐
│     Get Started for Free     │   │         Contact Us          │
└─────────────────────────────┘   └─────────────────────────────┘

Visit the Amazon Route 53 Developer Guide for details on getting started. You can also configure DNS Failover
from within the Route 53 Console.

**Q. Does DNS Failover support Elastic Load Balancers (ELBs) as endpoints?**

Yes, you can configure DNS Failover for Elastic Load Balancers (ELBs). To enable DNS Failover for an ELB endpoint,
create an Alias record pointing to the ELB and set the "Evaluate Target Health" parameter to true. Route 53
creates and manages the health checks for your ELB automatically. You do not need to create your own Route 53
health check of the ELB. You also do not need to associate your resource record set for the ELB with your own
health check, because Route 53 automatically associates it with the health checks that Route 53 manages on your
behalf. The ELB health check will also inherit the health of your backend instances behind that ELB. For more
details on using DNS Failover with ELB endpoints, please consult the Route 53 Developer Guide.

**Q. Can I configure a backup site to be used only when a health check fails?**

Yes, you can use DNS Failover to maintain a backup site (for example, a static site running on an Amazon S3
website bucket) and fail over to this site in the event that your primary site becomes unreachable.

**Q. What DNS record types can I associate with Route 53 health checks?**

You can associate any record type supported by Route 53 except SOA and NS records.

**Q. Can I health check an endpoint if I don't know its IP address?**

Yes. You can configure DNS Failover for Elastic Load Balancers and Amazon S3 website buckets via the Amazon
Route 53 Console without needing to create a health check of your own. For these endpoint types, Route 53
automatically creates and manages health checks on your behalf which are used when you create an Alias record
pointing to the ELB or S3 website bucket and enable the "Evaluate Target Health" parameter on the Alias record.

For all other endpoints, you can specify either the DNS name (e.g. www.example.com) or the IP address of the
endpoint when you create a health check for that endpoint.

**Q. One of my endpoints is outside AWS. Can I set up DNS Failover on this endpoint?**

Yes. Just like you can create a Route 53 resource record that points to an address outside AWS, you can set up
health checks for parts of your application running outside AWS, and you can fail over to any endpoint that you
choose, regardless of location. For example, you may have a legacy application running in a datacenter outside
AWS and a backup instance of that application running within AWS. You can set up health checks of your legacy
application running outside AWS, and if the application fails the health checks, you can fail over automatically to
the backup instance in AWS.

🔍   ☰

┌─────────────────────────┐  ┌─────────────────────────┐
│   **Get Started for Free**   │  │      **Contact Us**      │
└─────────────────────────┘  └─────────────────────────┘

endpoints, in order to handle the traffic that had been flowing to your failed endpoint.

**Q. How many consecutive health check observations does an endpoint need to fail to be considered "failed"?**

The default is a threshold of three health check observations: when an endpoint has failed three consecutive observations, Route 53 will consider it failed. However, Route 53 will continue to perform health check observations on the endpoint and will resume sending traffic to it once it passes three consecutive observations. You can change this threshold to any value between 1 and 10 observations. For more details, see the Amazon Route 53 Developer Guide.

**Q. When my failed endpoint becomes healthy again, how is the DNS failover reversed?**

After a failed endpoint passes the number of consecutive health check observations that you specify when creating the health check (the default threshold is three observations), Route 53 will restore its DNS records automatically, and traffic to that endpoint will resume with no action required on your part.

**Q. What is the interval between health check observations?**

By default, health check observations are conducted at an interval of 30 seconds. You can optionally select a fast interval of 10 seconds between observations.

By checking three times more often, fast interval health checks enable Route 53 to confirm more quickly that an endpoint has failed, shortening the time required for DNS failover to redirect traffic in response to the endpoint's failure.

Fast interval health checks also generate three times the number of requests to your endpoint, which may be a consideration if your endpoint has a limited capacity to serve web traffic. Visit the Route 53 pricing page for details on pricing for fast interval health checks and other optional health check features. For more details, see the Amazon Route 53 Developer Guide.

**Q. How much load should I expect a health check to generate on my endpoint (for example, a web server)?**

Each health check is conducted from multiple locations around the world. The number and set of locations is configurable; you can modify the number of locations from which each of your health checks is conducted using the Amazon Route 53 console or API. Each location checks the endpoint independently at the interval that you select: the default interval of 30 seconds, or an optional fast interval of 10 seconds. Based on the current default number of health checking locations, you should expect your endpoint to receive one request every 2-3 seconds on average for standard interval health checks and one or more requests per second for fast-interval health checks.

**Page 529**

| Get Started for Free | Contact Us |

request to the location that the redirect points to and never gets a response from that location. For string matching health checks, we recommend that you avoid pointing the health check at a location that returns an HTTP redirect.

## Q. What is the sequence of events when failover happens?

In simplest terms, the following events will take place if a health check fails and failover occurs:

Route 53 conducts a health check of your application. In this example, your application fails three consecutive health checks, triggering the following events.

Route 53 disables the resource records for the failed endpoint and no longer serves these records. This is the failover step, which causes traffic to begin being routed to your healthy endpoint(s) instead of your failed endpoint.

## Q. Do I need to adjust the TTL for my records in order to use DNS Failover?

The time for which a DNS resolver caches a response is set by a value called the time to live (TTL) associated with every record. We recommend a TTL of 60 seconds or less when using DNS Failover, to minimize the amount of time it takes for traffic to stop being routed to your failed endpoint. In order to configure DNS Failover for ELB and S3 Website endpoints, you need to use Alias records which have fixed TTL of 60 seconds; for these endpoint types, you do not need to adjust TTLs in order to use DNS Failover.

## Q. What happens if all of my endpoints are unhealthy?

Route 53 can only fail over to an endpoint that is healthy. If there are no healthy endpoints remaining in a resource record set, Route 53 will behave as if all health checks are passing.

## Q. Can I use DNS Failover without using Latency Based Routing (LBR)?

Yes. You can configure DNS Failover without using LBR. In particular, you can use DNS failover to configure a simple failover scenario where Route 53 monitors your primary website and fails over to a backup site in the event that your primary site is unavailable.

## Q. Can I configure a health check on a site accessible only via HTTPS?

Yes. Route 53 supports health checks over HTTPS, HTTP or TCP.

## Q. Do HTTPS health checks validate the endpoint's SSL certificate?



Yes, HTTPS health checks support SNI.

**Q. How can I use health checks to verify that my web server is returning the correct content?**

You can use Route 53 health checks to check for the presence of a designated string in a server response by selecting the "Enable String Matching" option. This option can be used to check a web server to verify that the HTML it serves contains an expected string. Or, you can create a dedicated status page and use it to check the health of the server from an internal or operational perspective. For more details, see the Amazon Route 53 Developer Guide.

**Q. How do I see the status of a health check that I've created?**

You can view the current status of a health check, as well as details on why it has failed, in the Amazon Route 53 console and via the Route 53 API.

Additionally, each health check's results are published as Amazon CloudWatch metrics showing the endpoint's health and, optionally, the latency of the endpoint's response. You can view a graph of the Amazon CloudWatch metric in the health checks tab of the Amazon Route 53 console to see the current and historical status of the health check. You can also create Amazon CloudWatch alarms on the metric in order to send notifications if the status of the health check changes.

The Amazon CloudWatch metrics for all of your Amazon Route 53 health checks are also visible in the Amazon CloudWatch console. Each Amazon CloudWatch metric contains the Health Check ID (for example, 01beb6a3-e1c2-4a2b-a0b7-7031e9060a6a) which you can use to identify which health check the metric is tracking.

**Q. How can I measure the performance of my application's endpoints using Amazon Route 53?**

Amazon Route 53 health checks include an optional latency measurement feature which provides data on how long it takes your endpoint to respond to a request. When you enable the latency measurement feature, the Amazon Route 53 health check will generate additional Amazon CloudWatch metrics showing the time required for Amazon Route 53's health checkers to establish a connection and to begin receiving data. Amazon Route 53 provides a separate set of latency metrics for each AWS region where Amazon Route 53 health checks are conducted.

**Q. How can I be notified if one of my endpoints starts failing its health check?**

Because each Route 53 health check publishes its results as a CloudWatch metric, you can configure the full range of CloudWatch notifications and automated actions which can be triggered when the health check value changes

<div style="display:flex">

🔍　　≡

</div>

|                          |              |
| ------------------------ | ------------ |
| Get Started for Free     | Contact Us   |

**topic. How can I re-send this email?**

Confirmation emails can be re-sent from the SNS console. To find the name of the SNS topic associated with the alarm, click the alarm name within the Route 53 console and looking in the box labeled "Send notification to."

Within the SNS console, expand the list of topics, and select the topic from your alarm. Open the "Create Subscription" box and select Email for protocol and enter the desired email address. Clicking "Subscribe" will re-send the confirmation email.

**Q. I'm using DNS Failover with Elastic Load Balancers (ELBs) as endpoints. How can I see the status of these endpoints?**

The recommended method for setting up DNS Failover with ELB endpoints is to use Alias records with the "Evaluate Target Health" option. Because you don't create your own health checks for ELB endpoints when using this option, there are no specific CloudWatch metrics generated by Route 53 for these endpoints.

You can get metrics on the health of your load balancer in two ways. First, Elastic Load Balancing publishes metrics that indicate the health of the load balancer and the number of healthy instances behind it. For details on configuring CloudWatch metrics for ELB, consult the ELB developer guide. Second, you can create your own health check against the CNAME provided by the ELB, e.g. elb-example-123456678.us-west-2.elb.amazonaws.com. You won't use this health check for DNS Failover itself (because the "Evaluate Target Health" option provides DNS Failover for you), but you can view the CloudWatch metrics for this health check and create alarms to be notified if the health check fails.

For complete details on using DNS Failover with ELB endpoints, please consult the Route 53 Developer Guide.

**Q. For Alias records pointing to Amazon S3 Website buckets, what is being health checked when I set Evaluate Target Health to "true"?**

Amazon Route 53 performs health checks of the Amazon S3 service itself in each AWS region. When you enable Evaluate Target Health on an Alias record pointing to an Amazon S3 Website bucket, Amazon Route 53 will take into account the health of the Amazon S3 service in the AWS region where your bucket is located. Amazon Route 53 does not check whether a specific bucket exists or contains valid website content; Amazon Route 53 will only fail over to another location if the Amazon S3 service itself is unavailable in the AWS region where your bucket is located.

**Q. What is the cost to use CloudWatch metrics for my Route 53 health checks?**

CloudWatch metrics for Route 53 health checks are available free of charge.

Amazon Route 53 FAQs - Amazon Web Services

🔍   ☰

<table>
<tr><td>Get Started for Free</td><td>Contact Us</td></tr>
</table>

unhealthy whenever its associated Amazon CloudWatch metric enters an alarm state.

Metric based health checks are useful to enable DNS failover for endpoints that cannot be reached by a standard Amazon Route 53 health check, such as instances within a Virtual Private Cloud (VPC) that only have private IP addresses. Using Amazon Route 53's calculated health check feature, you can also accomplish more sophisticated failover scenarios by combining the results of metric based health checks with the results of standard Amazon Route 53 health checks, which make requests against an endpoint from a network of checkers around the world. For example, you can create a configuration which fails away from an endpoint if either its public-facing web page is unavailable, or if internal metrics such as CPU load, network in/out, or disk reads show that the server itself is unhealthy.

**Q. My web server is receiving requests from a Route 53 health check that I did not create. How can I stop these requests?**

Occasionally, Amazon Route 53 customers create health checks that specify an IP address or domain name that does not belong to them. If your web server is getting unwanted HTTP(s) requests that you have traced to Amazon Route 53 health checks, please provide information on the unwanted health check using this form, and we will work with our customer to fix the problem.

**Q. If I specify a domain name as my health check target, will Amazon Route 53 check over IPv4 or IPv6?**

If you specify a domain name as the endpoint of an Amazon Route 53 health check, Amazon Route 53 will look up the IPv4 address of that domain name and will connect to the endpoint using IPv4. Amazon Route 53 will not attempt to look up the IPv6 address for an endpoint that is specified by domain name. If you want to perform a health check over IPv6 instead of IPv4, select "IP address" instead of "domain name" as your endpoint type, and enter the IPv6 address in the "IP address" field.

**Q. Where can I find the IPv6 address ranges for Amazon Route 53's DNS servers and health checkers?**

AWS now publishes its current IP address ranges in JSON format. To view the current ranges, download the .json file using the following link. If you access this file programmatically, ensure that the application downloads the file only after successfully verifying the TLS certificate that is returned by the AWS server.

Download: ip-ranges.json

To find IP ranges for Route 53 servers, search for the following values in the "service" field:

Route 53 DNS servers: Search for "ROUTE53"

Amazon Route 53 FAQs - Amazon Web Services

🔍   ☰

┌─────────────────────────────────┐   ┌─────────────────────────────────┐
│     **Get Started for Free**        │   │         **Contact Us**              │
└─────────────────────────────────┘   └─────────────────────────────────┘

53 health checkers are as follows:

2600:1f1c:7ff:f800::/53

2a05:d018:fff:f800::/53

2600:1f1e:7ff:f800::/53

2600:1f1c:fff:f800::/53

2600:1f18:3fff:f800::/53

2600:1f14:7ff:f800::/53

2600:1f14:fff:f800::/53

2406:da14:7ff:f800::/53

2406:da14:fff:f800::/53

2406:da18:7ff:f800::/53

2406:da1c:7ff:f800::/53

2406:da1c:fff:f800::/53

2406:da18:fff:f800::/53

2600:1f18:7fff:f800::/53

2a05:d018:7ff:f800::/53

2600:1f1e:fff:f800::/53

2620:107:300f::36b7:ff80/122

2a01:578:3::36e4:1000/122

2804:800:ff00::36e8:2840/122

2620:107:300f::36f1:2040/122

2406:da00:ff00::36f3:1fc0/122

2620:108:700f::36f4:34c0/122

2620:108:700f::36f5:a800/122

2400:6700:ff00::36f8:dc00/122

2400:6700:ff00::36fa:fdc0/122

2400:6500:ff00::36fb:1f80/122

2403:b300:ff00::36fc:4f80/122

2403:b300:ff00::36fc:fec0/122

2400:6500:ff00::36ff:fec0/122

2406:da00:ff00::6b17:ff00/122

2a01:578:3::b022:9fc0/122

2804:800:ff00::b147:cf80/122

# Domain Name Registration

Amazon Route 53 FAQs - Amazon Web Services

🔍   ☰

<div style="border">Get Started for Free</div>   <div>Contact Us</div>

**Q. What Top Level Domains ("TLDs") do you offer?**

Route 53 offers a wide selection of both generic Top Level Domains ("gTLDs": for example, .com and .net) and country-code Top Level Domains ("ccTLDs": for example, .de and .fr). For the complete list, please see the Route 53 Domain Registration Price List.

**Q. How can I register a domain name with Route 53?**

To get started, log into your account and click on "Domains". Then, click the big blue "Register Domain" button and complete the registration process.

**Q. How long does it take to register a domain name?**

Depending on the TLD you've selected, registration can take from a few minutes to several hours. Once the domain is successfully registered, it will show up in your account.

**Q. How long is my domain name registered for?**

The initial registration period is typically one year, although the registries for some top-level domains (TLDs) have longer registration periods. When you register a domain with Amazon Route 53 or you transfer domain registration to Amazon Route 53, we configure the domain to renew automatically. For more information, see Renewing Registration for a Domain in the Amazon Route 53 Developer Guide.

**Q. What information do I need to provide to register a domain name?**

In order to register a domain name, you need to provide contact information for the registrant of the domain, including name, address, phone number, and email address. If the administrative and technical contacts are different, you need to provide that contact information, too.

**Q. Why do I need to provide personal information to register a domain?**

ICANN, the governing body for domain registration, requires that registrars provide contact information, including name, address, and phone number, for every domain name registration, and that registrars make this information publicly available via a Whois database. For domain names that you register as an individual (i.e., not as a company or organization), Route 53 provides privacy protection, which hides your personal phone number, email address, and physical address, free of charge. Instead, the Whois contains the registrar's name and mailing address, along with a registrar-generated forwarding email address that third parties may use if they wish to contact you.

Amazon Route 53 FAQs - Amazon Web Services



Get Started for Free          Contact Us

mailing address in place of your physical address, and the registrar's name in place of your name (if allowed). Your email address will be a registrar-generated forwarding email address that third parties may use if they wish to contact you. Domain names registered by companies or organizations are eligible for privacy protection if the TLD registry and registrar allow it.

### Q. Where can I find the requirements for specific TLDs?

For a list of TLDs please see the price list and for the specific registration requirements for each, please see the Amazon Route 53 Developer Guide and our Domain Name Registration Agreement.

### Q. What name servers are used to register my domain name?

When your domain name is created we automatically associate your domain with four unique Route 53 name servers, known as a delegation set. You can view the delegation set for your domain in the Amazon Route 53 console. They're listed in the hosted zone that we create for you automatically when you register a domain.

By default, Route 53 will assign a new, unique delegation set for each hosted zone you create. However, you can also use the Route 53 API to create a "reusable delegation set", which you can then apply to multiple hosted zones that you create. For customers with large numbers of domain names, reusable delegation sets make migration to Route 53 simple, because you can instruct your domain name registrar to use the same delegation set for all your domains managed by Route 53. This feature also makes it possible for you to create "white label" name server addresses such as ns1.example.com, ns2.example.com, etc., which you can point to your Route 53 name servers. You can then use your "white label" name server addresses as the authoritative name servers for as many of your domain names as desired. For more details, see the Amazon Route 53 documentation.

### Q. Will I be charged for my name servers?

You will be charged for the hosted zone that Route 53 creates for your domain name, as well as for the DNS queries against this hosted zone that Route 53 serves on your behalf. If you do not wish to be charged for Route 53's DNS service, you can delete your Route 53 hosted zone. Please note that some TLDs require you to have valid name servers as part of your domain name registration. For a domain name under one of these TLDs, you will need to procure DNS service from another provider and enter that provider's name server addresses before you can safely delete your Route 53 hosted zone for that domain name.

### Q. What is Amazon Registrar, Inc. and what is a registrar of record?

AWS resells domain names that are registered with ICANN-accredited registrars. Amazon Registrar, Inc. is an Amazon company that is accredited by ICANN to register domains. The registrar of record is the "Sponsoring Registrar" listed in the WHOIS record for your domain to indicate which registrar your domain is registered with.

Amazon Route 53 FAQs - Amazon Web Services



Get Started for Free

Contact Us

from being suspended. Gandi also sends out reminder notices before the domain comes up for renewal.

### Q. Which top-level domains does Amazon Route 53 register through Amazon Registrar and which ones does it register through Gandi?

See our documentation for a list of the domains that you can currently register using Amazon Route 53. This list includes information about which registrar is the current registrar of record for each TLD that we sell.

### Q. What is Whois? Why is my information shown in Whois?

Whois is a publicly available database for domain names that lists the contact information and the name servers that are associated with a domain name. Anyone can access the Whois database by using the WHOIS command, which is widely available. It's included in many operating systems, and it's also available as a web application on many websites. The Internet Corporation for Assigned Names and Numbers (ICANN) requires that all domain names have publicly available contact information in case someone needs to get in contact with the domain name holder.

### Q. How do I transfer my domain name to Route 53?

To get started, log into your account and click on "Domains". Then, click the "Transfer Domain" button at the top of the screen and complete the transfer process. Please make sure before you start the transfer process, (1) your domain name is unlocked at your current registrar, (2) you have disabled privacy protection on your domain name (if applicable), and (3) that you have obtained the valid Authorization Code, or "authcode", from your current registrar which you will need to enter as part of the transfer process.

### Q. How do I transfer my existing domain name registration to Amazon Route 53 without disrupting my existing web traffic?

First, you need to get a list of the DNS record data for your domain name, generally available in the form of a "zone file" that you can get from your existing DNS provider. With the DNS record data in hand, you can use Route 53's Management Console or simple web-services interface to create a hosted zone that can store the DNS records for your domain name and follow its transfer process, which will include such steps as updating the name servers for your domain name to the ones associated with your hosted zone. To complete the domain name transfer process, contact the registrar with whom you registered your domain name and follow its transfer process, which will include steps such as updating the name servers for your domain name to the ones associated with your hosted zone. As soon as your registrar propagates the new name server delegations, the DNS queries from your end users will start to get answered by the Route 53 DNS servers.

### Q. How do I check on the status of my transfer request?

**Page 537**

🔍 ☰

| Get Started for Free | Contact Us |
|:---:|:---:|

You will need to contact your current registrar in order to determine why your transfer failed. Once they have resolved the issue, you can resubmit your transfer request.

**Q. How do I transfer my domain name to a different registrar?**

In order to move your domain name away from Route 53, you need to initiate a transfer request with your new registrar. They will request the domain name be moved to their management.

**Q. Is there a limit to the number of domains I can manage using Amazon Route 53?**

Each new Amazon Route 53 account is limited to a maximum of 50 domains. Complete our [request form for a higher limit](#) and we will respond to your request within two business days.

**Q. Does Amazon Route 53 DNS support DNSSEC?**

Yes. You can enable DNSSEC signing for existing and new public hosted zones.

**Q. How do I transfer a domain registration that has DNSSEC enabled to Amazon Route 53?**

See our [documentation](#) for a step-by-step guide on transferring your DNSSEC-enabled domain to Amazon Route 53.

# Route 53 Resolver

**Q. What is Amazon Route 53 Resolver?**

Route 53 Resolver is a regional DNS service that provides recursive DNS lookups for names hosted in EC2 as well as public names on the internet. This functionality is available by default in every Amazon Virtual Private Cloud (VPC). For hybrid cloud scenarios you can configure conditional forwarding rules and DNS endpoints to enable DNS resolution across AWS Direct Connect and AWS Managed VPN.

**Q. What is recursive DNS?**

Amazon Route 53 is both an Authoritative DNS service and Recursive DNS service. Authoritative DNS contains the final answer to a DNS query, generally an IP address. Clients (such as mobile devices, applications running in the cloud, or servers in your datacenter) don't actually talk directly to authoritative DNS services, except in very rare cases. Instead, clients talk to recursive DNS services (also known as DNS resolvers) which find the correct authoritative answer for any DNS query. Route 53 Resolver is a recursive DNS service.

$\boxed{Q}$   $\equiv$

| Get Started for Free | Contact Us |
|---|---|

more quickly in the future.

**Q. What are conditional forwarding rules?**

Conditional forwarding rules allow Resolver to forward queries for specified domains to the target IP address of your choice, typically an on-premises DNS resolver. Rules are applied at the VPC level and can be managed from one account and shared across multiple accounts.

**Q. What are DNS endpoints?**

A DNS endpoint includes one or more elastic network interfaces (ENI) that attach to your Amazon Virtual Private Cloud (VPC). Each ENI is assigned an IP address from the subnet space of the VPC where it is located. This IP address can then serve as a forwarding target for on-premises DNS servers to forward queries. Endpoints are required both for DNS query traffic that you're forwarding from VPCs to your network and from your network to your VPCs over AWS Direct Connect and Managed VPN.

**Q. How do I share rules across accounts?**

Route 53 Resolver is integrated with AWS Resource Access Manager (RAM) which provides customers with a simple way to share their resources across AWS accounts or within their AWS Organization. Rules can be created in one primary account and then shared across multiple accounts using RAM. Once shared, the rules still need to be applied to VPCs in those accounts before they can take effect. For more information, see the AWS RAM documentation.

**Q. What happens if I decide to stop sharing rules with other accounts?**

Those rules will no longer be usable by the accounts you previously shared them with. This means that if those rules were associated to VPCs in those accounts, they will be disassociated from those VPCs.

**Q. What regions are available for Route 53 Resolver?**

Visit our AWS Region Table to see which regions Route 53 Resolver has launched in.

**Q. Does regional support for Route 53 Resolver mean that all of Amazon Route 53 is now regional?**

No. Amazon Route 53 public and private DNS, traffic flow, health checks, and domain name registration are all global services.

**Q. How can I use Route 53 Resolver on Outposts?**

🔍   ☰

| Get Started for Free | Contact Us |

serving DNS responses locally, Route 53 Resolver on Outposts also enables low-latency DNS resolution, improving the performance of your on-premises applications.

In addition, you can connect the Route 53 Resolvers on Outposts racks with DNS servers in your on-premises data centers through Route 53 Resolver endpoints. This enables resolution of DNS queries between the Outposts racks and your other on-premises resources.

**Q. How do I get started with Route 53 Resolver?**

Visit the Amazon Route 53 developer guide for details on getting started. You can also configure Resolver from within the Amazon Route 53 console.

# Route 53 Resolver DNS Firewall

**Q: What is Amazon Route 53 Resolver DNS Firewall?**

A: Amazon Route 53 Resolver DNS Firewall is a feature that allows you to quickly deploy DNS protections across all of your Amazon Virtual Private Clouds (VPCs). The Route 53 Resolver DNS Firewall allows you to block queries made for known malicious domains (i.e. create "denylists") and to allow queries for trusted domains (create "allowlists") when using the Route 53 Resolver for recursive DNS Resolution. You can also quickly get started with protections against common DNS threats by using AWS Managed Domain Lists. Amazon Route 53 Resolver DNS Firewall works together with AWS Firewall Manager so you can build policies based on DNS Firewall rules, and then centrally apply those policies across your VPCs and accounts.

**Q: When should I use Route 53 Resolver DNS Firewall?**

A: If you want to be able to filter the domain names that can be queried over DNS from within your VPCs, then DNS Firewall is for you. It gives you flexibility in choosing the configuration that works best for your organization's security posture in two ways: (1) If you have strict DNS exfiltration requirements and want to deny all outbound DNS queries for domains that aren't on your lists of approved domains, you can create such rules for a "walled-garden" approach to DNS security. (2) If your organization prefers to allow all outbound DNS lookups within your accounts by default and only requires the ability to block DNS requests for known malicious domains, you can use DNS Firewall to create denylists, which include all the malicious domain names your organization is aware of. DNS Firewall also comes with AWS Managed Domain Lists that help you protect against suspicious domains and Command-and-Control (C&C) bots.

**Q: How does Amazon Route 53 Resolver DNS Firewall differ from other firewall offerings on AWS and the AWS Marketplace?**



| Get Started for Free | Contact Us |
| --- | --- |

Marketplace appliances.

**Q: Can Amazon Route 53 Resolver DNS Firewall manage security across multiple AWS accounts?**

A: Yes. Route 53 Resolver DNS Firewall is a regional feature and secures Route 53 Resolver DNS network traffic at an organization and account level. For maintaining policy and governance across multiple accounts, you should use AWS Firewall Manager.

**Q: How much does Amazon Route 53 Resolver DNS Firewall cost?**

Pricing is based on the number of domain names stored within your firewall and the number of DNS queries inspected. Please visit Amazon Route 53 Pricing for more information.

**Q: Which AWS tools can I use to log and monitor my Amazon Route 53 Resolver DNS Firewall activity?**

A: You can log your DNS Firewall activity to an Amazon S3 bucket or Amazon CloudWatch log groups for further analysis and investigation. You can also use Amazon Kinesis Firehose to send your logs to a third-party provider.

**Q: How do Amazon Route 53 Resolver 53 DNS Firewall and AWS Network Firewall differ in protection against malicious DNS query threats?**

A: Amazon Route 53 Resolver DNS Firewall and AWS Network Firewall both offer protection against outbound DNS query threats but for different deployment models. Amazon Route 53 Resolver DNS Firewall is designed to deliver granular control to block DNS requests to malicious or compromised domains if you are using Amazon Route 53 Resolver for DNS resolution. AWS Network Firewall offers similar capabilities to filter/block outbound DNS queries to known malicious domains if you are using an external DNS service to resolve DNS requests.



## Learn more about Amazon Route 53 pricing

Simple pricing to only pay for what you need.

**Learn more »**



## Sign up for a free account

Instantly get access to the AWS Free Tier.

**Sign up »**



**Get Started for Free**          **Contact Us**

## Start building in the console

Get started with Amazon Route 53 in the AWS Console.

**Sign in** »

**Get Started with AWS**

Learn how to start using AWS in minutes



**AWS Free Tier**

Gain free, hands-on experience with AWS for 12 months



**AWS Training & Certification**

Free self-paced, online training wherever, whenever you want. Boost your career with 600+ digital courses built by AWS Experts »



**Sign In to the Console**

## Resources for AWS

Getting Started

Training and Certification

AWS Solutions Library

Architecture Center

## Developers on AWS

Developer Center

SDKs & Tools

.NET on AWS

Python on AWS

## Learn About AWS

What Is AWS?

What Is Cloud Computing?

Amazon Route 53 FAQs - Amazon Web Services



┌─────────────────────────────┐   ┌─────────────────────────────┐
│   **Get Started for Free**   │   │       **Contact Us**        │
└─────────────────────────────┘   └─────────────────────────────┘

AWS Cloud Security

What's New

Blogs

Press Releases

## Help

Contact Us

Get Expert Help

File a Support Ticket

AWS re:Post

Knowledge Center

AWS Support Overview

Legal

AWS Careers

┌──────────────────────────────────────────────────────────────┐
│                   **Create an AWS Account**                   │
└──────────────────────────────────────────────────────────────┘

    

Amazon is an Equal Opportunity Employer: *Minority / Women / Disability / Veteran / Gender Identity / Sexual Orientation / Age.*

**Language**

عربي |

Bahasa Indonesia |

Deutsch |

English |

Español |

Français |

Italiano |

Português |

Tiếng Việt |

Türkçe |

8/31/23, 4:46 PM                                    Amazon Route 53 FAQs - Amazon Web Services

<table>
<tr><td>Get Started for Free</td><td>Contact Us</td></tr>
</table>

中文 (繁體)

Privacy

|

Site Terms

|

Cookie Preferences

|

© 2023, Amazon Web Services, Inc. or its affiliates. All rights reserved.

# EXHIBIT OO

Amazon CloudWatch FAQs - Amazon Web Services (AWS)

Get Started for Free

Contact Us

**Amazon CloudWatch** ⌄

Overview

Features

Pricing

Getting Started

FAQs

Customers

Products  /  Management Tools  /  Amazon CloudWatch

# Amazon CloudWatch FAQs

## General

### Q: What is Amazon CloudWatch?

Amazon CloudWatch is an AWS monitoring service for cloud resources and the applications that you run on AWS. You can use Amazon CloudWatch to collect and track metrics, collect and monitor log files, and set alarms. Amazon CloudWatch can monitor AWS resources, such as Amazon EC2 instances, Amazon DynamoDB tables, and Amazon RDS DB instances, in addition to custom metrics generated by your applications and services, and any log files that your applications generate, hosted on premises, hybrid, or on other clouds. You can use Amazon CloudWatch to gain system-wide visibility into resource utilization, application performance, and operational health. You can use these insights to react and keep your application running smoothly.



<table>
<tr><td>Get Started for Free</td><td>Contact Us</td></tr>
</table>

**Q: What can I use to access CloudWatch?**

Amazon CloudWatch can be accessed via API, command-line interface, AWS SDKs, and the AWS Management Console.

**Q: Which operating systems does Amazon CloudWatch support?**

Amazon CloudWatch receives and provides metrics for all Amazon EC2 instances and should work with any operating system currently supported by the Amazon EC2 service.

**Q: What access management policies can I implement for CloudWatch?**

Amazon CloudWatch integrates with AWS Identity and Access Management (IAM) so that you can specify which CloudWatch actions a user in your AWS Account can perform. For example, you could create an IAM policy that gives only certain users in your organization permission to use GetMetricStatistics. They could then use the action to retrieve data about your cloud resources.

You can't use IAM to control access to CloudWatch data for specific resources. For example, you can't give a user access to CloudWatch data for only a specific set of instances or a specific LoadBalancer. Permissions granted using IAM cover all the cloud resources you use with CloudWatch. In addition, you can't use IAM roles with the Amazon CloudWatch command line tools.

**Q: What is Amazon CloudWatch Logs?**

Amazon CloudWatch Logs lets you monitor and troubleshoot your systems and applications using your existing system, application and custom log files.

With CloudWatch Logs, you can monitor your logs, in near real time, for specific phrases, values or patterns. For example, you could set an alarm on the number of errors that occur in your system logs or view graphs of latency of web requests from your application logs. You can then view the original log data to see the source of the problem. Log data can be stored and accessed indefinitely in highly durable, low-cost storage so you don't have to worry about filling up hard drives.

**Q: What kinds of things can I do with CloudWatch Logs?**

| Get Started for Free | Contact Us |

applications and systems using log data. For example, CloudWatch Logs can track the number of errors that occur in your application logs and send you a notification whenever the rate of errors exceeds a threshold you specify. CloudWatch Logs uses your log data for monitoring, so no code changes are required.

**Long-term log retention:** You can use CloudWatch Logs to store your log data indefinitely in highly durable and cost effective storage without worrying about hard drives running out of space. The CloudWatch Logs Agent makes it easy to quickly move both rotated and non-rotated log files off of a host and into the log service. You can then access the raw log event data when you need it.

### Q: What platforms does the CloudWatch Logs Agent support?

The CloudWatch Logs Agent is supported on Amazon Linux, Ubuntu, CentOS, Red Hat Enterprise Linux, and Windows. This agent will support the ability to monitor individual log files on the host.

### Q: Does the CloudWatch Logs Agent support IAM roles?

Yes. The CloudWatch Logs Agent is integrated with Identity and Access Management (IAM) and includes support for both access keys and IAM roles.

### Q: What is Amazon CloudWatch Logs Insights?

Amazon CloudWatch Logs Insights is an interactive, pay-as-you-go, and integrated log analytics capability for CloudWatch Logs. It helps developers, operators, and systems engineers understand, improve, and debug their applications, by allowing them to search and visualize their logs. Logs Insights is fully integrated with CloudWatch, enabling you to manage, explore, and analyze your logs. You can also leverage CloudWatch Metrics, Alarms and Dashboards with Logs to get full operational visibility into your applications. This empowers you to understand your applications, make improvements, and find and fix problems quickly, so that you can continue to innovate rapidly. You can write queries with aggregations, filters, and regular expressions to derive actionable insights from your logs. You can also visualize timeseries data, drill down into individual log events, and export your query results to CloudWatch Dashboards.

### Q: How can I get started with CloudWatch Logs Insights?





### Q: What is Amazon CloudWatch Anomaly Detection?

Amazon CloudWatch Anomaly Detection applies machine-learning algorithms to continuously analyze single time series of systems and applications, determine a normal baseline, and surface anomalies with minimal user intervention. It allows you to create alarms that auto-adjust thresholds based on natural metric patterns, such as time of day, day of week, seasonality, or changing trends. You can also visualize metrics with anomaly detection bands on dashboards, monitoring, isolating, and troubleshooting unexpected changes in your metrics.

### Q: How can I get started with Amazon CloudWatch Anomaly Detection?

It is easy to get started with Anomaly Detection. In the CloudWatch console, go to **Alarms** in the navigation pane to create an alarm, or start with **Metrics** to overlay the metric's expected values onto the graph as a band. You can also enable Anomaly Detection using the AWS CLI, AWS SDKs, or AWS CloudFormation templates. To learn more, please visit the CloudWatch [Anomaly Detection documentation](#) and [pricing](#) pages.

### Q: What is Amazon CloudWatch Contributor Insights?

Amazon CloudWatch now includes Contributor Insights, which analyzes time-series data to provide a view of the top contributors influencing system performance. Once set up, Contributor Insights runs continuously without needing additional user intervention. This helps developers and operators more quickly isolate, diagnose, and remediate issues during an operational event.

### Q: How can I get started with CloudWatch Contributor Insights?

In the CloudWatch console, go to Contributor Insights in the navigation pane to create a Contributor Insights rule. You can also enable Contributor Insights using the AWS CLI, AWS SDKs, or AWS CloudFormation templates. Contributor Insights is available in all commercial AWS Regions. To learn more, please visit the documentation on CloudWatch Contributor Insights.

### Q: What is Amazon CloudWatch ServiceLens?

Amazon CloudWatch ServiceLens is a feature that enables you to visualize and analyze the health, performance, and availability of your applications in a single place. CloudWatch ServiceLens ties

Infrastructure monitoring (using metrics and logs to understand the resources supporting your applications), transaction monitoring (using traces to understand dependencies between your resources), and end user monitoring (using canaries to monitor your endpoints and notify you when your end user experience has degraded).

### Q: How can I get started with CloudWatch ServiceLens?

If you already use AWS X-Ray, you can access CloudWatch ServiceLens on the CloudWatch console by default. If you do not yet use AWS X-Ray, you can get started by enabling AWS X-Ray on your applications using the X-Ray SDK. Amazon CloudWatch ServiceLens is available in all public AWS Regions where AWS-X-Ray is available. To learn more, visit the documentation on Amazon CloudWatch ServiceLens.

### Q: What is Amazon CloudWatch Synthetics?

Amazon CloudWatch Synthetics allows you to monitor application endpoints more easily. It runs tests on your endpoints every minute, 24x7, and alerts you as soon as your application endpoints don't behave as expected. These tests can be customized to check for availability, latency, transactions, broken or dead links, step by step task completions, page load errors, load latencies for UI assets, complex wizard flows, or checkout flows in your applications. You can also use CloudWatch Synthetics to isolate alarming application endpoints and map them back to underlying infrastructure issues to reduce mean time to resolution.

### Q: How can I get started with CloudWatch Synthetics?

It's easy to get started with CloudWatch Synthetics. You can write your first passing canary in minutes. To learn more, visit the documentation on Amazon CloudWatch Synthetics.

# Pricing

### Q: How much does Amazon CloudWatch cost?

Please see our pricing page for the latest information.

Amazon CloudWatch FAQs - Amazon Web Services (AWS)

| Get Started for Free | Contact Us |
|---|---|

CloudWatch at no cost. If you enable EC2 Detailed Monitoring, you will be charged for custom metrics based on the number of metrics sent to CloudWatch for the instance. The number of metrics sent for an instance is dependent on the instance type - see available CloudWatch Metrics for Your Instances for details.

**Q: Do your prices include taxes?**

Except as otherwise noted, our prices are exclusive of applicable taxes and duties, including VAT and applicable sales tax. Learn more.

**Q: Why does my AWS monthly bill for CloudWatch appear different between July 2017 and previous months?**

Prior to July 2017, charges for CloudWatch were split under two different sections in your AWS bill and Cost and Usage Reports. For historical reasons, charges for CloudWatch Alarms, CloudWatch Metrics, and CloudWatch API usage were reported under the "Elastic Compute Cloud" (EC2) detail section of your bill, while charges for CloudWatch Logs and CloudWatch Dashboards are reported under the "CloudWatch" detail section. To help consolidate and simplify your monthly AWS CloudWatch usage and billing, we moved the charges for your CloudWatch Metrics, Alarms, and API usage from the "EC2" section of your bill to the "CloudWatch" section, effectively bringing together all of your CloudWatch monitoring charges under the "CloudWatch" section. Note that this has no impact to your total AWS bill amount. Your bill and Cost and Usage Reports will now simply display charges for CloudWatch under a single section.

Additionally, there is a Billing Metric in CloudWatch named "Estimated Charges" that can be viewed as Total Estimated Charge or broken down By Service. The "Total Estimated Charge" metric will not change. However, the "EstimatedCharges" metric broken down by Service will change for dimension ServiceName equal to "AmazonEC2" and dimension ServiceName equal to "AmazonCloudWatch". Due to the billing consolidation, you may see that your AmazonEC2 billing metric decrease and AmazonCloudWatch billing metric increase as usage and billing charges get moved out of EC2 and into CloudWatch.

**Q: How is CloudWatch Logs Insights priced?**

**Page 551**

Amazon CloudWatch FAQs - Amazon Web Services (AWS)



Get Started for Free                    Contact Us

Yes, if you cancel a query manually, you are charged for the amount of ingested log data scanned up to the point at which you cancelled the query.

**Q: Does CloudWatch Logs Insights charge me for failed queries?**

No, you are not charged for failed queries.

# Cross-account observability

**Q: What is cross-account observability in CloudWatch?**

Cross-account observability in CloudWatch lets you monitor and troubleshoot applications that span across multiple accounts within a Region. Using cross-account observability, you can seamlessly search, visualize, and analyze your metrics, logs, and traces, without having to worry about account boundaries. You can start with an aggregated cross-account view of your application to visually identify the resources exhibiting errors and dive deep into correlated traces, metrics, and logs to root cause the issue. The seamless cross-account data access and navigation enabled by cross-account monitoring helps you reduce the manual effort required to troubleshoot issues and save valuable time in resolution. Cross-account observability is an addition to CloudWatch's unified observability capability.

**Q: How do I get started with cross-account observability?**

Cross-account observability introduces two new account concepts. "Monitoring account" is a central AWS account that can view and interact with observability data generated across other accounts. A "source account" is an individual AWS account that generates observability data for the resources that reside in it. Once you identify your monitoring and source accounts, you complete your cross-account monitoring configuration by selecting which telemetry data to share with your monitoring account. Within minutes, you can easily setup central monitoring accounts from which you have a complete view of the health and performance of your applications deployed across many related accounts or an entire AWS organization. With cross-account observability in CloudWatch, you can get a birds-eye view of your cross-application dependencies that can impact

🔍 ☰

| Get Started for Free | Contact Us |
|---|---|

Using cross-account observability, you can search for log groups stored across multiple accounts from a central view, run cross-account Logs Insights queries, Live Tail analytics, and create Contributor Insights rules across accounts to identify top-N contributors generating log entries. You can use metrics search to visualize metrics from many accounts in a consolidated view, create alarms that evaluate metrics from other accounts to be notified of anomalies and trending issues, and visualize them on centralized dashboards. You can also use this capability to set up a single, cross-account metric stream to include metrics that span multiple AWS accounts in an AWS Region. With cross-account observability, you can also view an interactive map of your cross-account applications using ServiceLens with one-step drill downs to relevant metrics, logs, and traces.

**Q: Can I still use CloudWatch cross-account, cross-Region features on my console?**

Both cross-account monitoring in CloudWatch and the cross-account, cross-Region features will be available on the CloudWatch console. The cross-account, cross-Region drop-down menus will be removed from the console when you set up cross-account observability in CloudWatch. Note that the cross-account observability experience in CloudWatch is available in one Region at a time. The cross-account, cross-Region feature allows access to organization-wide telemetry through IAM roles. Cross-account observability in CloudWatch uses the Observability Access Manager API to define access policies. Learn more in our documentation.

# AWS resource & custom metrics monitoring

### Q: What can I measure with Amazon CloudWatch Metrics?

Amazon CloudWatch allows you to monitor AWS cloud resources and the applications you run on AWS. Metrics are provided automatically for a number of AWS products and services, including Amazon EC2 instances, EBS volumes, Elastic Load Balancers, Auto Scaling groups, EMR job flows, RDS DB instances, DynamoDB tables, ElastiCache clusters, RedShift clusters, OpsWorks stacks, Route 53 health checks, SNS topics, SQS queues, SWF workflows, and Storage Gateways. You can also monitor custom metrics generated by your own applications and services.

### Q: What is the retention period of all metrics?

**Page 553**

Amazon CloudWatch FAQs - Amazon Web Services (AWS)

🔍  ☰

<div style="border">Get Started for Free</div>   <div style="border">Contact Us</div>

- Data points with a period of less than 60 seconds are available for 3 hours. These data points are high-resolution custom metrics.

- Data points with a period of 60 seconds (1 minute) are available for 15 days

- Data points with a period of 300 seconds (5 minute) are available for 63 days

- Data points with a period of 3600 seconds (1 hour) are available for 455 days (15 months)

Data points that are initially published with a shorter period are aggregated together for long-term storage. For example, if you collect data using a period of 1 minute, the data remains available for 15 days with 1-minute resolution. After 15 days this data is still available, but is aggregated and is retrievable only with a resolution of 5 minutes. After 63 days, the data is further aggregated and is available with a resolution of 1 hour. If you need availability of metrics longer than these periods, you can use the GetMetricStatistics API to retrieve the datapoints for offline or different storage.

The feature is currently available in US East (N. Virginia), US West (Oregon), US West (N. California), EU (Ireland), EU (Frankfurt), S. America (São Paulo), Asia Pacific (Singapore), Asia Pacific (Tokyo), Asia Pacific (Seoul), Asia Pacific (Mumbai), Asia Pacific (Sydney), EU (London), Canada (Central), US East (Ohio), and China (Beijing).

**Q: What is the minimum resolution for the data that Amazon CloudWatch receives and aggregates?**

The minimum resolution supported by CloudWatch is one-second data points, which is a high-resolution metric, or you can store metrics at one-minute granularity. Sometimes metrics are received by Cloudwatch at varying intervals, such as three-minute or five-minute intervals. If you do not specify that a metric is high resolution, by setting the StorageResolution field in the PutMetricData API request, then by default CloudWatch will aggregate and store the metrics at one-minute resolution.

Depending on the age of data requested, metrics will be available at the resolutions defined in the retention schedules above. For example, if you request for one-minute data for a day from 10 days ago, you will receive the 1440 data points. However, if you request for one-minute data from five months back, the UI will automatically change the granularity to one-hour and the GetMetricStatistics API will not return any output.

Get Started for Free

Contact Us

**Q: Will I lose the metrics data if I disable monitoring for an Amazon EC2 instance?**

No. You can always retrieve metrics data for any Amazon EC2 instance based on the retention schedules described above. However, the CloudWatch console limits the search of metrics to two weeks after a metric is last ingested to ensure that the most up-to-date instances are shown in your namespace.

**Q: Can I access the metrics data for a terminated Amazon EC2 instance or a deleted Elastic Load Balancer?**

Yes. Amazon CloudWatch stores metrics for terminated Amazon EC2 instances or deleted Elastic Load Balancers for 15 months.

**Q: Why does the graphing of the same time window look different when I view the metrics in five-minute and one-minute periods?**

If you view the same time window in a 5 minute period versus a 1 minute period, you may see that data points are displayed in different places on the graph. For the period you specify in your graph, Amazon CloudWatch will find all the available data points and calculates a single, aggregate point to represent the entire period. In the case of a 5 minute period, the single data point is placed at the beginning of the 5 minute time window. In the case of a 1 minute period, the single data point is placed at the 1 minute mark. We recommend using a one minute period for troubleshooting and other activities that require the most precise graphing of time periods.

**Q: What is a Custom Metric?**

You can use Amazon CloudWatch to monitor data produced by your own applications, scripts, and services. A custom metric is any metric you provide to Amazon CloudWatch. For example, you can use custom metrics as a way to monitor the time to load a web page, request error rates, number of processes or threads on your instance, or amount of work performed by your application. You can get started with custom metrics by using the PutMetricData API, our sample monitoring scripts for Windows and Linux, CloudWatch collectd plugin, as well as a number of applications and tools offered by AWS partners.

**Q: What resolution can I get from a Custom Metric?**

Amazon CloudWatch FAQs - Amazon Web Services (AWS)

Get Started for Free                                 **Contact Us**

By default, metrics are stored at one-minute resolution in CloudWatch. You can define a metric as high-resolution by setting the StorageResolution parameter to one in the PutMetricData API request. If you do not set the optional StorageResolution parameter, then CloudWatch will default to storing the metrics at one-minute resolution.

When you publish a high-resolution metric, CloudWatch stores it with a resolution of one second, and you can read and retrieve it with a period of one second, five seconds, 10 seconds, 30 seconds, or any multiple of 60 seconds.

Custom metrics follow the same retention schedule listed above.

### Q: What metrics are available at high resolution?

Currently, only custom metrics that you publish to CloudWatch are available at high resolution. High-resolution custom metrics are stored in CloudWatch at one-second resolution. High resolution is defined by the StorageResolution parameter in the PutMetricData API request, with a value of one, and is not a required field. If you do not specify a value for the optional StorageResolution field, then CloudWatch will store the custom metric at one-minute resolution by default.

### Q: Are high-resolution custom metrics priced differently than regular custom metrics?

No, high-resolution custom metrics are priced in the same manner as standard one-minute custom metrics.

### Q: When would I use a Custom Metric over having my program emit a log to CloudWatch Logs?

You can monitor your own data using custom metrics, CloudWatch Logs, or both. You may want to use custom metrics if your data is not already produced in log format, for example operating system processes or performance measurements. Or, you may want to write your own application or script, or one provided by an AWS partner. If you want to store and save individual measurements along with additional detail, you may want to use CloudWatch Logs.

### Q: What statistics can I view and graph in CloudWatch?

<div align="center">

🔍   ☰

</div>

|  Get Started for Free  |  Contact Us  |
| --- | --- |

**Q: What is CloudWatch Application Insights for .NET and SQL Server?**

Amazon CloudWatch Application Insights for .NET and SQL Server is a capability that you can use to easily monitor your .NET and SQL Server applications. It helps identify and set up key metrics and logs across your application resources and technology stack, i.e. database, web (IIS) and application servers, OS, load balancers, queues, etc. It constantly monitors these telemetry data to detect and correlate anomalies and errors, to notify you of any problems in your application. To aid in troubleshooting, it creates automatic dashboards to visualize problems it detects which includes correlated metric anomalies and log errors, along with additional insights to point you to their potential root cause.

**Q: What are the benefits of using CloudWatch Application Insights for .NET and SQL Server?**

- **Automatically recognize application metrics and logs**: It scans your application resources, provides a list of recommended metrics and logs to monitor, and sets them up automatically, making it easier to set up monitoring for your applications.

- **Intelligent problem detection**: It uses built-in rules and machine learning algorithms to dynamically monitor and analyze symptoms of a problem across your application stack and detect application problems. It helps you reduce the overhead of dealing with individual metric spikes, or events, or log exceptions, and instead get notified on real problems, along with contextual information these problems.

- **Faster troubleshooting**: It assesses the detected problems to give you insights on them, such as the possible root cause of the detected problem and list of metrics and logs impacted because of the problem. You can provide feedback on generated insights to make the problem detection engine specific to your use case.

**Q: How do I get started with monitoring using CloudWatch Application Insights for .NET and SQL Server?**

**On-board application**: Specify the application you want to monitor by choosing the AWS Resource Group associated with it.

**Identify application components**: It analyzes your application resources to identify application components (standalone resources, or groups of related resources such as auto scaling groups and

**Page 557**

| Get Started for Free | Contact Us |
|---|---|

front-end, .NET worker tier, etc. Based on your selection it provides a recommended set of metrics and logs that can be customized based on your needs. Once you save these "monitors", Application Insights for .NET and SQL Server sets up CloudWatch to collect these on your behalf.

Once onboarded, Application Insights for .NET and SQL Server uses a combination of pre-built rules and machine learning models to start identifying application problems. It creates automated dashboards on CloudWatch with the list of problems detected, and a detailed view for these problems along with related anomalies and errors.

**Q: What is CloudWatch Metric Streams?**

CloudWatch Metric Streams is a feature that enables you to continuously stream CloudWatch metrics to a destination of your choice with minimal setup and configuration. It is a fully managed solution, and doesn't require you to write any code or maintain any infrastructure. With a few clicks, you can configure a metric stream to destinations like Amazon Simple Storage Service (S3). You can also send your metrics to a selection of third-party service providers to keep your operational dashboards up to date.

**Q: Why should I use CloudWatch Metric Streams?**

Metric Streams provides an alternative way of obtaining metrics data from CloudWatch without the need to poll APIs. You can create a metric stream with just a few clicks, and your metrics data will start to flow to your destination. You can easily direct your metrics to your data lake on AWS such as on Amazon S3, and start analyzing usage or performance with tools such as Amazon Athena. Metrics Streams also makes it easier to send CloudWatch metrics to popular third-party service providers using an Amazon Kinesis Data Firehose HTTP endpoint. You can create a continuous, scalable stream including the most up-to-date CloudWatch metrics data to power dashboards, alarms, and other tools that rely on accurate and timely metric data.

**Q: How can I create and manage CloudWatch Metric Streams?**

You can create and manage Metric Streams through the CloudWatch Console or programmatically through the CloudWatch API, AWS SDK, AWS CLI, or AWS CloudFormation to provision and configure Metric Streams. You can also use AWS CloudFormation templates provided by third-party

Amazon CloudWatch FAQs - Amazon Web Services (AWS)

Get Started for Free

Contact Us

Yes. It is possible to choose to send all metrics by default, or create filter rules to include and exclude groups of metrics defined by namespace, e.g. AWS/EC2. Metric Streams automatically detects new metrics matching filter rules and includes metric updates in the stream. When resources are terminated, Metric Streams will automatically stop sending updates for the inactive metrics.

**Q: What formats does CloudWatch Metric Streams support?**

Metric Streams can output in either OpenTelemetry or JSON format. You can select the output format when creating or managing metric streams.

**Q: Can I monitor the cost and volume of data delivered by CloudWatch Metric Streams?**

Yes. You can visit the monitoring section of the Metric Streams console page. You will see automatic dashboards for the volume of metric updates over time. These metrics are also available under the AWS/CloudWatch namespace and can be used to create alarms to send notifications in the case of an unusual spike in volume.

# Log monitoring

**Q: What log monitoring does Amazon CloudWatch provide?**

CloudWatch Logs lets you monitor and troubleshoot your systems and applications using your existing system, application and custom log files.

With CloudWatch Logs, you can monitor your logs, in near real time, for specific phrases, values or patterns. For example, you could set an alarm on the number of errors that occur in your system logs or view graphs of latency of web requests from your application logs. You can then view the original log data to see the source of the problem. Log data can be stored and accessed for up to as long as you need in highly durable, low-cost storage so you don't have to worry about filling up hard drives.

**Q: What are Amazon CloudWatch Vended Logs?**

🔍  ☰

| Get Started for Free | Contact Us |
|---|---|

**Q: Is CloudWatch Logs available in all regions?**

Please refer to Regional Products and Services for details of CloudWatch Logs service availability by region.

**Q: How much does CloudWatch Logs cost?**

Please see our pricing page for the latest information.

**Q: What kinds of things can I do with my logs and Amazon CloudWatch?**

CloudWatch Logs is capable of monitoring and storing your logs to help you better understand and operate your systems and applications. When you use CloudWatch Logs with your logs, your existing log data is used for monitoring, so no code change are required. Here are two examples of what you can do with Amazon CloudWatch and your logs:

**Real time Application and System Monitoring:** You can use CloudWatch Logs to monitor applications and systems using log data in near real time. For example, CloudWatch Logs can track the number of errors that occur in your application logs and send you a notification whenever the rate of errors exceeds a threshold you specify. Amazon CloudWatch uses your log data for monitoring and consequently it doesn't involve any code changes from you.

**Long Term Log Retention:** You can use CloudWatch Logs to store your log data for as long as you need in highly durable and cost-effective storage without worrying about hard drives running out of space. The CloudWatch Logs Agent makes it easy to quickly move both rotated and non-rotated log files off of a host and into the log service. You can then access the raw log event data when you need it.

**Q: What types of data can I send to Amazon CloudWatch Logs from my EC2 instances running Microsoft SQL Server and Microsoft Windows Server?**

You can configure the EC2Config service to send a variety of data and log files to CloudWatch including: custom text logs, Event (Application, Custom, Security, System) logs, Event Tracing (ETW) logs, and Performance Counter (PCW) data. Learn more about the EC2Config service here.

**Q: How frequently does the CloudWatch Logs Agent send data?**

**Page 560**



CloudWatch Logs can ingest, aggregate and monitor any text based common log data or JSON-formatted logs.

**Q: What if I configure the CloudWatch Logs Agent to send non-text log data?**

The CloudWatch Logs Agent will record an error in the event it has been configured to report non text log data. This error is recorded in the /var/logs/awslogs.log.

**Q: How do I start monitoring my logs with CloudWatch Logs?**

You can monitor log events as they are sent to CloudWatch Logs by creating Metric Filters. Metric Filters turn log data into Amazon CloudWatch Metrics for graphing or alarming. Metric Filters can be created in the Console or the CLI. Metric Filters search for and match terms, phrases or values in your log events. When a Metric Filter finds one of the terms, phrases or values in your log events, it counts it in an Amazon CloudWatch Metric that you choose. For example, you can create a Metric Filter to search for and count the occurrence of the word "Error" in your log events. Metric Filters can also extract values from space delimited log events, such as the latency of web requests. You can also use conditional operators and wildcards to create exact matches. The Amazon CloudWatch Console can help you test your patterns before creating Metric Filters.

**Q: What is the syntax of Metric Filter patterns?**

A Metric Filter pattern can contain search terms or a specification of your common log or JSON event format.

For example, if you want to search for the term Error, the pattern for the metric filter would just be the term Error. Multiple search terms can be included to search for multiple terms. For example, if you wanted to count events which contained the terms Error and Exception you would use the pattern Error Exception. If you wanted to match the term Error Exception exactly, you would put double quotes around the search term, "Error Exception". You can specify as many search terms as you like.

CloudWatch Logs can also be used to extract values from a log event in common log or JSON format. For example, you could track the bytes transferred from your Apache access logs. You can also use conditional operators and wildcards to match and extract the data you are interested in.

Amazon CloudWatch FAQs - Amazon Web Services (AWS)

<table>
<tr><td>Get Started for Free</td><td>Contact Us</td></tr>
</table>

### Q: How do I know that a Metric Filter pattern I specified will match my log events?

CloudWatch Logs lets you test the Metric Filter patterns you want before you create a Metric Filter. You can test your patterns against your own log data that is already in CloudWatch Logs or you can supply your own log events to test. Testing your pattern will show you which log events matched the Metric Filter pattern and, if extracting values, what the extracted value is in the test data. Metric Filter testing is available for use in the console and the CLI.

### Q: Can I use regular expressions with my log data?

Amazon CloudWatch Metric Filters does not support regular expressions. To process your log data with regular expressions, consider using Amazon Kinesis and connect the stream with a regular expression processing engine.

## Log management

### Q: How do I retrieve my log data?

You can retrieve any of your log data using the CloudWatch Logs console or through the CloudWatch Logs CLI. Log events are retrieved based on the Log Group, Log Stream and time with which they are associated. The CloudWatch Logs API for retrieving log events is GetLogEvents.

### Q: How do I search my logs?

You can use the CLI to retrieve your log events and search through them using command line grep or similar search functions.

### Q: How long does CloudWatch Logs store my log data?

You can store your log data in CloudWatch Logs for as long as you want. By default, CloudWatch Logs will store your log data indefinitely. You can change the retention for each Log Group at any time.

Amazon CloudWatch FAQs - Amazon Web Services (AWS)



| Get Started for Free | Contact Us |
|---|---|

To access Logs Insights, your IAM policy must include permissions for logs:DescribeLogGroups and logs:FilterLogEvents.

**Q: What logs can I query with CloudWatch Logs Insights?**

You can use Logs Insights to query all logs being sent to CloudWatch. Logs Insights automatically discovers the logs fields from logs from AWS services such as Lambda, CloudTrail, Route53, and VPC Flow Logs; and any application log that generates log events in JSON format. Additionally, for all log types, it generates 3 system fields @message, @logStream, and @timestamp for all logs sent to CloudWatch. @message contains the raw unparsed log event, @logStream contains the name of the source that generated the log event, and @timestamp contains the time at which the log event was added to CloudWatch.

**Q: Which query language does CloudWatch Logs Insights support?**

Logs Insights introduces a new purpose-built query language for log processing. The query language supports a few simple, but powerful query commands. You can write commands to retrieve one or more log fields, find log events that match one or more search criteria, aggregate your log data, and extract ephemeral fields from your text-based logs. The query language is easy to learn, and Logs Insights offers in-product help in the form of sample queries, command descriptions, and query auto-completion to help you get started. You can find additional details about the query language here.

**Q: What are the service limits for CloudWatch Logs Insights?**

The service limits are documented here.

**Q: What regions is CloudWatch Logs Insights available in?**

Logs Insights is available in US West (Oregon), US West (N. California), US East (Ohio), US East (N. Virginia), Asia Pacific (Mumbai), Asia Pacific (Seoul), Asia Pacific (Singapore), Asia Pacific (Sydney), Asia Pacific (Tokyo), Canada (Central), EU (Frankfurt), EU (Ireland), EU (London), EU (Paris), South America (São Paulo).

**Q: What type of queries does CloudWatch Logs Insights support?**

Amazon CloudWatch FAQs - Amazon Web Services (AWS)

Get Started for Free

Contact Us

among others. You can also use boolean and logical expressions, and aggregate functions such as min, max, sum, average, and percentile, among others. You can find additional details about the query language and supported functions here.

## Q: What query commands and functions can I use with CloudWatch Logs Insights?

You can find a list of query commands here. You can find a list of supported functions here.

## Q: What data visualizations can I use with CloudWatch Logs Insights?

You can use visualizations to identify trends and patterns that occur over time within your logs. Logs Insights supports visualizing data using line charts and stacked area charts. It generates visualizations for all queries containing one or more aggregate functions, where data is grouped over a time interval specified using the bin() function. You can find additional details about visualizing timeseries data here.

## Q: Can I use regular expressions with CloudWatch Logs Insights?

You can use Java-style regular expressions with Logs Insights. Regular expressions can be used in the filter command. You can find examples of queries with regular expressions using the in-product help or here.

## Q: How do I escape special characters with CloudWatch Logs Insights queries?

You can use backticks to escape special characters. Log field names that contain characters other than alphanumeric characters, @, and . require escaping with backticks.

## Q: Why do certain log fields have a "@" sign and others don't?

System fields generated by Logs Insights begin with @. Logs Insights currently generates 3 system fields @message which contains the raw, unparsed log event as sent to CloudWatch, @logStream which contains the name of the source that generated the log event, and @timestamp which contains the time when the log event was added to CloudWatch.

## Q: Can I query historical logs with CloudWatch Logs Insights?

Amazon CloudWatch FAQs - Amazon Web Services (AWS)

🔍   ☰

| Get Started for Free | Contact Us |
|---|---|

You can search for log events from a specific log stream by adding the query command filter @logStream = "log_stream_name" to your log query.

**Q: Today I use an AWS Partner ISV solution to analyze my logs from CloudWatch. What does CloudWatch Logs Insights change for me?**

CloudWatch Logs already supports integration options with other AWS Services such as Amazon Kinesis, Amazon Kinesis Data Firehose, Amazon Elasticsearch and AWS Partner ISV solutions such as Splunk, Sumo Logic, and DataDog, among others, to provide you with choice and flexibility across all environments, for your custom log processing, enrichment, analytics, and visualization needs. In addition, the query capabilities of CloudWatch Logs Insights are available for programmatic access through the AWS SDK, to facilitate AWS ISV Partners to build deeper integrations, advanced analytics, and additional value on top of CloudWatch Logs Insights.

**Q: How will I benefit from having access to query capabilities of CloudWatch Logs Insights through an AWS ISV Partner solution?**

ISV Partner integrations with CloudWatch Logs Insights enable you to bring in your log data into one place and have the ability to analyze using the tools and frameworks of your choice in a high performance, cost-effective way, without having to move large amounts of data. It also provides you with faster access to your logs by removing the associated data transfer latencies and eliminates the operational complexities of configuring and maintaining certain data transfers.

# Logs Live Tail

### Q: What is Amazon CloudWatch Logs Live Tail?

Amazon CloudWatch Logs Live Tail is a new interactive analytics capability that provides you a real-time view of your incoming logs. Using Live Tail you can quickly troubleshoot issues: Developers can leverage a streaming view of their logs to debug their code, and IT engineers can reliably monitor the status of their deployments. Live Tail delivers to a real-time interactive view of logs in the context of related events to help reduce mean time to detection and in turn mean time to resolution.

Amazon CloudWatch FAQs - Amazon Web Services (AWS)

🔍   ☰

| Get Started for Free | Contact Us |
|---|---|

DevOps teams to gain deep visibility into your critical application logs and debug code from within your development environment without having to switch between multiple tools. Using Live Tail to monitor the status and health of deployments, IT engineers, operations support, and central security teams can efficiently monitor their services and applications to expedite root-cause analysis and reduce mean time to resolution.

## Q: How does Live tail integrate or interact with other AWS or third-party services?

In addition to providing Live Tail capabilities on custom application logs, Live Tail also helps customers gain deep insights on logs by AWS Services including Amazon Virtual Private Cloud, Amazon Route53, AWS Lambda, Amazon Elastic Kubernetes Service, Amazon Elastic Container Service, and more. Using the Live Tail widget, AWS services can embed the same interactive live tailing experience into your consoles. Additionally, direct integration can also be implemented by other services (such as Amazon Managed Grafana, AWS Thinkbox) to provide the same deep-dive analytics capabilities to you from within your own console and any application log that generates log events.

## Q: What permissions do I need to access Live Tail?

For this feature to work as intended, the following operations should be allowed for users. When starting a Live Tail session, if you are not part of the Admin Role or have a policy including logs:*, please ensure to add the below actions to your policy statement: logs:StartLiveTail and logs:StopLiveTail.

## Q: What are the service limits for Live Tail?

Learn more about Live Tail service limits.

## Q: What AWS Regions is Live Tail available in?

Live Tail is available in the US East (Ohio), US East (N. Virginia), US West (N. California), US West (Oregon), Asia Pacific (Mumbai), Asia Pacific (Seoul), Asia Pacific (Singapore), Asia Pacific (Sydney), Asia Pacific (Tokyo), Canada (Central), EU (Frankfurt), EU (Ireland), EU (London), EU (Paris), and South America (São Paulo) Regions.

## Q: What type of filtering does CloudWatch Logs Live Tail support?

<table>
<tr><td>Get Started for Free</td><td>Contact Us</td></tr>
</table>

fault) can be entered to further narrow the focus of the search. You can type in the keywords or copy and paste from the samples provided in the Info panel. Learn more about filter patterns.

**Q: Can I view historical logs with Live Tail?**

No, Live Tail provides real-time view of the logs data collected by CloudWatch. For historical logs, refer to Logs Insights and Log Groups features.

# Log data protection

**Q: What is data protection in Amazon CloudWatch Logs?**

Data protection is a feature in CloudWatch Logs that allows you to define your own rules and policies to automatically detect and mask sensitive data within logs that are collected from your systems and applications. This is done using machine learning (ML) and pattern matching. Data can be viewed unmasked with elevated Identity and Access Management (IAM) privileges.

**Q: Why should I use data protection in CloudWatch Logs?**

To prevent logging sensitive data, customers sometimes rely on manual investigation or by configuring short log retention policies to delete logs, which runs the risk of losing valuable operational logs. CloudWatch Logs data protection automatically identifies and masks sensitive information in your logs using pattern matching and ML without requiring that anybody access them. This feature is useful for industries under strict regulations that need to make sure that no personal information gets stored. Also, customers building payment or authentication services where a lot of personal and sensitive information is required can use this new feature to reduce the probability of unneeded information getting stored in their logs.

**Q: What kind of sensitive data can I protect in CloudWatch Logs?**

When you create the data protection policy in CloudWatch Logs, you can specify the data you want to protect. There are many data identifiers for you to choose from, such as email addresses, driver's licenses from many countries, credit card numbers, addresses, and more. The variety of targeted data identifiers provides the flexibility to choose what sensitive data is used by your applications

**Page 567**

🔍  ☰

Get Started for Free

Contact Us

# Alarms

**Q: What types of CloudWatch Alarms can be created?**

You can create an alarm to monitor any Amazon CloudWatch metric in your account. For example, you can create alarms on an Amazon EC2 instance CPU utilization, Amazon ELB request latency, Amazon DynamoDB table throughput, Amazon SQS queue length, or even the charges on your AWS bill.

You can also create an alarm on custom metrics that are specific to your custom applications or infrastructure. If the custom metric is a high-resolution metric, you have the option of creating high-resolution alarms that alert as soon as 10-second or 30-second periods.

With composite alarms, you can combine multiple alarms into alarm hierarchies. This reduces alarm noise by triggering just once when multiple alarms fire at the same time. You can provide an overall state for a grouping of resources like an application, AWS Region, or Availability Zone.

Please reference the [CloudWatch pricing page](https://aws.amazon.com/cloudwatch/pricing) to learn more.

**Q: What actions can I take from a CloudWatch Alarm?**

When you create an alarm, you can configure it to perform one or more automated actions when the metric you chose to monitor exceeds a threshold you define. For example, you can set an alarm that sends you an email, publishes to an SQS queue, stops or terminates an Amazon EC2 instance, or executes an Auto Scaling policy. Since Amazon CloudWatch alarms are integrated with Amazon Simple Notification Service, you can also use any notification type supported by SNS. You can use the AWS Systems Manager OpsCenter action to automatically create an OpsItem when an alarm enters the ALARM state. This helps you to quickly diagnose and remediate issues with AWS resources from a single console.

**Q: What thresholds can I set to trigger a CloudWatch Alarm?**

When you create an alarm, you first choose the Amazon CloudWatch metric you want it to monitor. Next, you choose the evaluation period (e.g., five minutes or one hour) and a statistical value to

Amazon CloudWatch FAQs - Amazon Web Services (AWS)

$\quad$ Search $\quad$ ☰

| Get Started for Free | Contact Us |
|:---:|:---:|

**Q: My CloudWatch Alarm is constantly in the Alarm state, what did I do wrong?**

Alarms continue to evaluate metrics against your chosen threshold, even after they have already triggered. This allows you to view its current up-to-date state at any time. You may notice that one of your alarms stays in the ALARM state for a long time. If your metric value is still in breach of your threshold, the alarm will remain in the ALARM state until it no longer breaches the threshold. This is normal behavior. If you want your alarm to treat this new level as OK, you can adjust the alarm threshold accordingly.

**Q: How long can I view my Alarm history?**

Alarm history is available for 14 days. To view your alarm history, log in to CloudWatch in the AWS Management Console, choose Alarms from the menu at left, select your alarm, and click the History tab in the lower panel. There you will find a history of any state changes to the alarm as well as any modifications to the alarm configuration.

# Dashboards

### Q: What is CloudWatch Dashboards?

Amazon CloudWatch Dashboards allow you to create, customize, interact with, and save graphs of AWS resources and custom metrics.

### Q: How do I get started with CloudWatch Dashboards?

To get started, visit the Amazon CloudWatch Console and select "Dashboards". Click the "Create Dashboard" button. You can also copy the desired view from Automatic Dashboards by clicking on Options -> "Add to Dashboard".

### Q: What are the advantages of Automatic Dashboards?

Automatic Dashboards are pre-built with AWS service recommended best practices, remain resource aware, and dynamically update to reflect the latest state of important performance metrics. You can now filter and troubleshoot to a specific view without adding additional code to

**Page 569**

Amazon CloudWatch FAQs - Amazon Web Services (AWS)

🔍   ☰

| Get Started for Free | Contact Us |
|---|---|

Yes. Dashboards will auto refresh while you have them open.

**Q: Can I share my dashboard?**

Yes, a dashboard is available to anyone with the correct permissions for the account with the dashboard.

# Events

**Q: What is CloudWatch Events?**

Amazon CloudWatch Events (CWE) is a stream of system events describing changes in your AWS resources. The events stream augments the existing CloudWatch Metrics and Logs streams to provide a more complete picture of the health and state of your applications. You write declarative rules to associate events of interest with automated actions to be taken.

**Q: What services emit CloudWatch Events?**

Currently, Amazon EC2, Auto Scaling, and AWS CloudTrail are supported. Via AWS CloudTrail, mutating API calls (i.e., all calls except Describe*, List*, and Get*) across all services are visible in CloudWatch Events.

**Q: What can I do once an event is received?**

When an event matches a rule you've created in the system, you can automatically invoke an AWS Lambda function, relay the event to an Amazon Kinesis stream, notify an Amazon SNS topic, or invoke a built-in workflow.

**Q: Can I generate my own events?**

Yes. Your applications can emit custom events by using the PutEvents API, with a payload uniquely suited to your needs.

**Q: Can I do things on a fixed schedule?**



CloudWatch Events is a near real time stream of system events that describe changes to your AWS resources. With CloudWatch Events, you can define rules to monitor for specific events and perform actions in an automated manner. AWS CloudTrail is a service that records API calls for your AWS account and delivers log files containing API calls to your Amazon S3 bucket or a CloudWatch Logs log group. With AWS CloudTrail, you can look up API activity history related to creation, deletion and modification of AWS resources and troubleshoot operational or security issues.

**Q: What is the difference between CloudWatch Events and AWS Config?**

AWS Config is a fully managed service that provides you with an AWS resource inventory, configuration history, and configuration change notifications to enable security and governance. Config rules help you determine whether configuration changes are compliant. CloudWatch Events is for reacting in near real time to resource state changes. It doesn't render a verdict on whether the changes comply with policy or give detailed history like Config/Config Rules do. It is a general purpose event stream.

# Container Monitoring

### Q: What is CloudWatch Container Insights?

CloudWatch Container Insights is a feature for monitoring, troubleshooting, and alarming on your containerized applications and microservices. Container Insights simplifies the isolation and analysis of performance issues impacting your container environment. DevOps and systems engineers have access to automatic dashboards in the CloudWatch console, giving them end-to-end operational visibility of metrics, logs, and distributed traces summarizing the performance and health of their Amazon Elastic Container Service for Kubernetes (EKS), Amazon Elastic Container Service (ECS), AWS Fargate, and Kubernetes clusters by pods/tasks, containers, and services.

### Q: How can I get started with CloudWatch Container Insights?

You can get started collecting detailed performance metrics, logs, and metadata from your containers and clusters in just a few clicks by following these steps in the CloudWatch Container Insights documentation.

Amazon CloudWatch FAQs - Amazon Web Services (AWS)

🔍  ☰

| Get Started for Free | Contact Us |

on the CloudWatch pricing page.

## Q: What is Prometheus and why do I want to collect Prometheus metrics in CloudWatch?

Prometheus is a popular open source monitoring project, part of the Cloud Native Compute Foundation (CNCF). The open source community has built over 150 plugins and defined a framework that DevOps teams can use to expose custom metrics to be collected using a pull-based approach from their applications. With this new feature, DevOps teams can automatically discover services for containerized workloads such as AWS App Mesh, NGINX, and Java/JMX. They can then expose custom metrics on those services, and ingest the metrics in CloudWatch. By curating the collection and aggregation of Prometheus metrics, CloudWatch users can monitor, troubleshoot, and alarm on application performance degradation and failures faster while reducing the number of monitoring tools required.

## Q: How does pricing work when ingesting Prometheus metrics from my container environments?

You will be charged for what you use for the following: (1) CloudWatch Logs ingested by the Gigabyte (GB), (2) CloudWatch Logs stored, and (3) CloudWatch custom metrics. Please refer to the CloudWatch pricing page for pricing details in your AWS Region.

## Q: Is the storage retention configurable for Prometheus metrics high cardinality events ingested as CloudWatch Logs?

Yes. Each Kubernetes (k8s) cluster has its own log group for the events (e.g., /aws/containerinsights/<cluster-name>/prometheus) with their own configurable retention period. For more details, please refer to the documentation on log group retention.

## Q: How does metric storage retention work for Prometheus metrics?

Prometheus metrics are automatically ingested as CloudWatch custom metrics. The retention period is 15 months per metric data point with automatic roll up (<60secs available for 3 hours, one min available for 15 days, 5 min available for 63 days, one hour available for 15 months). To learn more, see the documentation on CloudWatch metrics retention.

## Q: Are all Prometheus metrics types supported for the Public Beta?

Amazon CloudWatch FAQs - Amazon Web Services (AWS)



No. All metrics are ingested as CloudWatch Logs events and can be queried using CloudWatch Logs Insights queries. For more information, see the documentation on CloudWatch Logs Insights search language syntax.

# Internet Monitoring

### Q. What is Amazon CloudWatch Internet Monitor?

Amazon CloudWatch Internet Monitor helps you to continually monitor internet availability and performance metrics between your AWS-hosted applications and application end users. With Internet Monitor, you can quickly visualize the impact of issues, pinpoint locations and providers that are affected, and then take action to improve your end users' network experience. You can see a global view of traffic patterns and health events and drill down into information about events at different geographical granularities. If an issue is caused by the AWS network, you'll receive an AWS Health Dashboard notification that tells you the steps that AWS is taking to mitigate the problem. Internet Monitor also provides insights and recommendations that can help you improve your users' experience by using other AWS services.

### Q: How can I get started with Internet Monitor?

To use Internet Monitor, you create a monitor and associate your application's resources with it, Amazon Virtual Private Clouds (VPCs), CloudFront distributions, or WorkSpaces directories, to enable Internet Monitor to know where your application's internet traffic is. Internet Monitor then provides internet measurements from AWS that are specific to the locations and networks that communicate with your application.

Then you can use the CloudWatch dashboard to learn about health events, view performance and availability scores, explore your application's historical data at different geographic granularities, and get insights into how to configure your application to improve performance for your end users.

Internet Monitor publishes internet measurements to CloudWatch Logs and CloudWatch Metrics, so you can easily use CloudWatch tools to better understand application health in geographies and

**Page 573**

Amazon CloudWatch FAQs - Amazon Web Services (AWS)

<div>

🔍    ☰

</div>

| Get Started for Free | Contact Us |

As you explore Internet Monitor, it helps to be familiar with the components and concepts you'll see referenced in the service. Internet Monitor uses or references the following: Monitor, CloudWatch logs, CloudWatch metrics, city-networks, health events, Autonomous System Numbers (ASNs), monitored resource, internet measurements, round-trip time, bytes transferred, and performance and availability scores.

Read a quick description of these components in the documentation.

**Q: How much does Internet Monitor cost?**

Internet Monitor pricing has the following components: A fee per monitored resource, a fee per city-networks, and charges for the diagnostic logs published to CloudWatch Logs. For more information, see the Amazon CloudWatch Internet Monitor pricing page.

**Q: Which AWS Regions is Internet Monitor available in?**

For Internet Monitor, Regional support depends on the types of resources that you add to your monitor. For Amazon CloudFront distributions and Amazon WorkSpaces directories, Internet Monitor is available in all supported Regions. For Amazon Virtual Private Clouds (VPCs), VPCs from an opt-in Region can be added only to a monitor created in the same Region. For a complete list of supported AWS Regions, see Amazon CloudWatch Internet Monitor endpoints.

# Lambda Monitoring

### Q: What is CloudWatch Lambda Insights?

CloudWatch Lambda Insights is a feature for monitoring, troubleshooting, and optimizing the performance and cost of your Lambda functions. Lambda Insights simplifies the isolation and analysis of performance issues impacting your Lambda environments. DevOps and systems engineers have access to automatic dashboards in the CloudWatch console, giving them end-to-end operational visibility of metrics, logs, and traces summarizing the performance and health of



| Get Started for Free | Contact Us |
| --- | --- |

You can get started collecting detailed performance metrics, logs, and metadata from your Lambda functions by following these steps in the CloudWatch Lambda Insights documentation.

**Q: How is CloudWatch Lambda Insights priced?**

CloudWatch Lambda Insights automatically collects custom metrics from performance events ingested as CloudWatch logs from your Lambda functions. More details on pricing is available on the CloudWatch pricing page.

# Digital Experience Monitoring

### Q: What is Amazon CloudWatch Digital Experience Monitoring (DEM)?

Amazon CloudWatch DEM lets you monitor how your end users experience your applications (including performance, availability, and usability).

Spot intermittent issues, get notified even when there is no user traffic, and monitor your endpoints and UI using CloudWatch Synthetic canaries. Complement synthetic monitoring with CloudWatch RUM to understand end user impact and to get better visibility of your digital experience. With CloudWatch Evidently, improve your end user's digital experience by experimenting and validating new designs and features.

### Q: What is Amazon CloudWatch RUM?

Amazon CloudWatch RUM is a real user monitoring feature that gives you visibility into an application's client-side performance to help you reduce mean time to resolution (MTTR). With CloudWatch RUM, you can collect client-side data on web application performance in real time to identify and debug issues. It complements the CloudWatch Synthetics data to give you more visibility into the end-user's digital experience. You can visualize anomalies in performance and use the relevant debugging data (such as error messages, stack traces, and user sessions) to fix performance issues (such as JavaScript errors, crashes, and latencies). You can also understand the range of end-user impacts, including number of sessions, geolocations, or browsers. CloudWatch RUM aggregates data on your users' journey through your application, which can help you determine which features to launch and bug fixes to prioritize.

　　Amazon CloudWatch FAQs - Amazon Web Services (AWS)

🔍　☰

| Get Started for Free | Contact Us |
|---|---|

different geolocations, devices, platforms, and browsers.

## Q: What is Amazon CloudWatch Evidently?

Amazon CloudWatch Evidently allows you to conduct experiments and identify unintended consequences of new features before rolling them out for general use, thereby reducing risk related to new feature roll-outs. Evidently allows you to validate new features across the full application stack before release, which makes for a safer release. When launching new features, you can expose them to a smaller user base, monitor key metrics such as page load times or conversions, and then dial up traffic. Evidently also allows developers to try out different designs, collect user data, and release the most effective design in production. It assists you in interpreting and acting on experiment results without the need for advanced statistical knowledge. You can use the insights provided by Evidently's statistical engine (such as anytime p-value and confidence intervals) to make decisions while an experiment is in progress.

## Q: How can I get started with CloudWatch Evidently?

You can use the CloudWatch RUM JavaScript code snippet to collect client-side user journeys and performance metrics. If desired, you can also add custom metrics like conversions using the Evidently API. Next, new features to be tested can be instrumented with the CloudWatch Evidently SDK, which provides the ability to control how users get exposed to new features. Now you can run launches and experiments, using either the AWS console or CLI.

## Q: What is Amazon CloudWatch Synthetics?

Amazon CloudWatch Synthetics allows you to monitor application endpoints more easily. It runs tests on your endpoints every minute, 24x7, and alerts you as soon as your application endpoints don't behave as expected. These tests can be customized to check for availability, latency, transactions, broken or dead links, step by step task completions, page load errors, load latencies for UI assets, complex wizard flows, or checkout flows in your applications. You can also use CloudWatch Synthetics to isolate alarming application endpoints and map them back to underlying infrastructure issues to reduce mean time to resolution.

## Q: How can I get started with CloudWatch Synthetics?

**Page 576**

Amazon CloudWatch FAQs - Amazon Web Services (AWS)

Q  ☰

| Get Started for Free | Contact Us |
|---|---|

The two services can be used separately, but are even better together.

AppConfig is a capability of AWS Systems Manager that you can use to create, manage, and deploy feature flags and other application configuration. When developing new features, you can use AppConfig to deploy a new feature to production, but hide it behind a flag toggle. Once you are ready to launch, you simply update your configuration to release the feature instantly or gradually.

For more advanced feature management and experimentation, you can use Evidently, which is a new capability of Amazon CloudWatch. With Evidently you can run experiments on different feature variations and compare them with a baseline, or launch a feature variation on a schedule, while monitoring business metrics like visit duration and revenue. Evidently also integrates with CloudWatch RUM, which provides client-side application performance monitoring, so RUM metrics can be used directly in Evidently.

# Metrics analytics

### Q: What is Amazon CloudWatch Metrics Insights?

CloudWatch Metrics Insights is a high-performance query engine that helps you slice and dice your operational metrics in real time and create aggregations on the fly using standard SQL queries. Metrics Insights helps you understand the status of your application health and performance by giving you the ability to analyze your metrics at scale. It is integrated with CloudWatch Dashboards, so you can save your queries into your health and performance dashboards to proactively monitor and pinpoint issues quickly.

### Q: How can I get started with CloudWatch Metrics Insights?

To get started, just click on the metrics tab on your CloudWatch console, and you will find Metrics Insights as a built-in query engine under Query tab at no additional cost. While Metrics Insights comes with standard SQL language, you can also get started with Metrics Insights by using the visual query builder. To use the query builder, you select your metrics of interest, namespaces and dimensions visually, and the console automatically constructs your SQL queries for you, based on your selections. You can use the query editor to type in your raw SQL queries anytime to dive deep

8/31/23, 4:47 PM                          Amazon CloudWatch FAQs - Amazon Web Services (AWS)



<div style="border:1px solid #f90; border-radius:25px">

**Get Started for Free**

</div>

**Contact Us**

---

# Learn more about Amazon CloudWatch Pricing

## Visit the pricing page

**Ready to build?**

## Get started with Amazon CloudWatch

**Have more questions?**

## Contact us

---

**Run Your Windows Workloads on AWS**

Lower costs while increasing agility, performance, and security »



---

**Get More Our of Your AWS Migration**

Improve resiliency and costs by migrating to AWS »



---

**AWS Training & Certification**

Free self-paced, online training wherever, whenever you want. Boost your career with 600+ digital courses built by AWS Experts »



---



**Get Started for Free**                    **Contact Us**

What Is AWS?                    AWS Solutions Library          .NET on AWS

What Is Cloud Computing?        Architecture Center            Python on AWS

AWS Inclusion, Diversity & Equity   Product and Technical FAQs   Java on AWS

What Is DevOps?                 Analyst Reports                PHP on AWS

What Is a Container?            AWS Partners                   JavaScript on AWS

What Is a Data Lake?

AWS Cloud Security

What's New

Blogs

Press Releases

## Help

Contact Us

Get Expert Help

File a Support Ticket

AWS re:Post

Knowledge Center

AWS Support Overview

Legal

AWS Careers

**Create an AWS Account**

     

Amazon is an Equal Opportunity Employer: *Minority / Women / Disability / Veteran / Gender Identity / Sexual Orientation / Age.*

**Language**

عربي |

Amazon CloudWatch FAQs - Amazon Web Services (AWS)

**Get Started for Free**         Contact Us

Italiano |
Português |
Tiếng Việt |
Türkçe |
Русский |
ไทย |
日本語 |
한국어 |
中文 (简体) |
中文 (繁體)

Privacy
|
Site Terms
|
Cookie Preferences
|

© 2023, Amazon Web Services, Inc. or its affiliates. All rights reserved.