COLIN H. ROLFS (State Bar No. 280654)
crolfs@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendants and
Counterclaimants
THE COY COLLECTIVE, INC,
JESSICA BARTLETT, COREY LEWIS,
ROBERT HANKINS, and THOMAS
DREW

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCANDLESS GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE COY COLLECTIVE, et al., <br><br> Defendants. <br> ——————————————— <br> THE COY COLLECTIVE, et al., <br><br> Counterclaimants, <br><br> v. <br><br> MCCANDLESS GROUP, LLC and NICHOLAS MCCANDLESS, <br><br> Counterdefendants. | **CASE NO. 2:21-cv-02069-DOC-KES** <br><br> **DECLARATION OF SARAH BOSTWICK IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date: Monday October 2. 2023 <br> Time: 8:30 a.m. <br> Place: Courtroom 10A <br><br> The Hon. David O. Carter <br> and Magistrate Judge Karen E. Scott <br><br> Complaint Filed: March 8, 2021 <br> Discovery Cut-Off: August 28, 2023 <br> Motion Cut-Off: October 2, 2023 <br> Trial: November 7, 2023 |

# [UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL]

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL (310) 552-4400  FAX (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

## DECLARATION OF SARAH BOSTWICK

I, Sarah Bostwick, declare as follows:

1.     I am a software engineer, and I have been retained to serve as an expert witness in the above-entitled action.  I have knowledge of the facts set forth herein from personal knowledge and my review of the information provided to me for purposes of rendering an opinion in this litigation.  If called as a witness, I could and would competently testify to the matters stated herein.  I make this declaration in support of Defendants' and Counterclaimants' Motion for Summary Judgment.

2.     I reviewed the technology stack described in the document "McCandless Group Model Platform Technology Stack" and McCandless Group, LLC's Supplemental Response to Interrogatories from The Coy Collective (Set One) to assess if the technology used in the McCandless Group technology stack is well known, common practice in web development, or if it contains information that is not readily known.

3.     I have concluded that, in my opinion, McCandless Group's technology stack as a whole is well known, common practice in web development and does not include any information that is not readily known.  Attached hereto as **Exhibit A** is a true and correct copy of a report I drafted which reflects my evaluation.  A true and correct copy of my curriculum vitae is included with my report.  I have never served as an expert witness prior to being retained in this action.

### Overview of McCandless Group Technology Architecture

4.     A website consists of 5 parts: a user interface, a backend (optional), database (optional), 3rd party services (optional), and infrastructure (hosting). These 5 parts make up what is called a technology stack.  The stack can also include what programming languages and what libraries or frameworks written in those languages are used as a starting point for the website code.

5.     The McCandless Group is using a MERN technology stack for their user interface, backend and database.  MERN is an acronym for a MongoDB

database, Express.js server framework, React.js frontend Javascript framework, and Node.js server side Javascript runtime environment.  The MERN stack was developed by Facebook in 2013 and became the most popular choice when creating web applications in the past 5 years.  When doing a search on google for 'most popular technology stack for web applications,' the top result is MERN Stack.

6.      The user interface (UI) of a website, also referred to as the frontend, only uses programming languages supported by the browsers (Chrome, Safari, Edge etc) in which users interact with websites.  Browsers are able to interpret HTML (HyperText Markup Language) for the website content, CSS (Cascading Style Sheets) for the presentation of the content, and Javascript for the user interactions with the content.

7.      The backend code, also referred to as the server side code, can be written in many different languages such as Javascript, PHP, Python, Java, .Net, etc. Data can be stored in a database hosted on the same server as the backend or one dedicated to just hosting databases.  You can store data in a relational database such as MyQSL or Postgres, or a non-relational document store such as MongoDB or DynamoDB.

8.      The MERN stack has been so popular because it uses Javascript on the frontend, the backend and the data is stored in a non-relational database which is JSON, a Javascript object.  This means that the engineers building and supporting the website don't have to switch between languages and the data does not need as much transformation when interacting with it on the frontend, backend, transporting it over HTTP, and storage in a database.

**User Interface**

9.      The McCandless Group's stack includes React with Redux for their frontend.  React is an open source project created and maintained by Facebook.  It is the most popular Javascript frontend framework for building websites and web applications.  The React framework is a group of Javascript functions, a Javascript

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DECLARATION OF SARAH BOSTWICK IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' MOTION FOR SUMMARY JUDGMENT

templating language called JSX that compiles to HTML, and a style of writing Javascript that encourages best practices for writing maintainable code.

10.     Redux is a library that is commonly used with React to maintain the application state, so when a user interacts with the application these interactions are recorded in the browser and can be used in later interactions, such as clicking a button and the UI updates in multiple places in the layout.  There are other patterns and libraries for maintaining UI state, but Redux is the most widely used in large scale React applications.

11.     In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

**Backend**

12.     The backend of a website can be written in a variety of programming languages because a browser does not need to run this code.  Browsers are limited in how they can interact with a computer's operating system to protect the computer from external attacks.  The backend is code that needs to interact with the operating system such as writing to files or a database.  Node.js is a Javascript runtime environment that enables the Javascript programming language that was designed to only work in browsers to interact with the operating system.  Node.js was created in 2009 and has gained popularity in the past 10 years.

13.     Express.js is a framework that extends Node.js and provides functions to easily run a server and create an API, or application programming interface.  An API allows the frontend to be a separate codebase that can be deployed to a server separately and then the frontend can make requests to the API to get and manipulate data it needs to display in the user interface.  This type of architecture is called microservices and allows larger teams to work on specific parts of the project more easily.  When the frontend and backend is all in one code base this is called a monolithic application.  APIs created with Node.js do not need to use Express.js but

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL. (310) 552-4400   FAX: (310) 552-8400

DECLARATION OF SARAH BOSTWICK IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' MOTION FOR SUMMARY JUDGMENT

1  it is unlikely anyone would choose to do this as it greatly reduces the amount of time

2  it takes to make an API with Node.js.

3      14.    In my opinion, this portion of the McCandless Group's technology

4  stack is well known, common practice in web development and does not include any

5  information that is not readily known.

6  **Database**

7      15.    Databases can be hosted on the same server as the website but if a

8  website needs to scale horizontally to handle a lot of concurrent traffic, meaning

9  more servers with duplicate copies of the code respond to user requests to see the

10 web pages, then the database would be hosted on its own server.  MongoDB is an

11 open source document store, or NoSQL database.  This type of database is pre-

12 sharded, meaning that you decide where the data is to be stored at design time so

13 data that would be requested together can be retrieved quickly because it is saved in

14 the same place.  This allows for great scalability from the start, where in MySQL

15 you would need to add this feature as you scale up.  For example Amazon.com uses

16 a DynamoDB database which is another type of NoSQL database similar to

17 MongoDB.

18      16.    In my opinion, this portion of the McCandless Group's technology

19 stack is well known, common practice in web development and does not include any

20 information that is not readily known.

21 **Other 3rd Party Services**

22 FFmpeg to transcode and process videos

23     17.    Videos are very large files and the way they are transported over the

24 internet is through streaming, meaning small chunks of data are sent at a steady rate

25 to the browser.  High definition screens require more information to have clean

26 videos, but older devices or mobile devices with slow internet speeds would benefit

27 from compressed videos that are smaller files.

28     18.    The most popular software for video encoding by web developers is

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DECLARATION OF SARAH BOSTWICK IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' MOTION FOR SUMMARY JUDGMENT

1  FFmpeg because it is free and easy to use.  FFmpeg would be a good choice for

2  websites that need to upload videos that would not be hosted by 3rd party service

3  providers such as YouTube or Vimeo due to privacy or budget constraints.  I have

4  used FFmpeg in projects that needed image and video editing features.

5      19.     In my opinion, this portion of the McCandless Group's technology

6  stack is well known, common practice in web development and does not include any

7  information that is not readily known.

8      TinyPNG to compress images

9      20.     Websites are optimized to make sure they load quickly so users don't

10  leave the site due to performance issues.  Images are large files and so they should

11  be compressed so they download faster in the browser.  TinyPNG is the most

12  popular tool for resizing images because it is free and does a good job of reducing

13  the size but keeping the quality of the image.  When building marketing websites for

14  movie studios I used TinyPNG on all the image assets before uploading them to the

15  server.  TinyPNG also has an API you can use to compress images dynamically as

16  users upload them to your application.

17      21.     TinyPNG is a third party resource that is widely used and common

18  knowledge for use in web development.  In my opinion, this portion of the

19  McCandless Group's technology stack is well known, common practice in web

20  development and does not include any information that is not readily known.

21      CloudFront to serve private content securely

22      22.     CloudFront is a CDN (content delivery network) which is a service that

23  saves copies of your website content around the globe so when users go to a website

24  the images and videos are requested from a server closer to them. This enables the

25  larger static files to load faster because the data does not need to travel as far.

26  CloudFront is an AWS (Amazon Cloud Services) product, so any company that

27  chose AWS to host their website would choose CloudFront as their CDN.

28      23.     CloudFront is a service that is widely known and common knowledge

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DECLARATION OF SARAH BOSTWICK IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS'
MOTION FOR SUMMARY JUDGMENT

1   for use in web development. In my opinion, this portion of the McCandless Group's

2   technology stack is well known, common practice in web development and does not

3   include any information that is not readily known.

4        Nginx to reverse proxy and static server react builds

5        24.    Nginx is a web server designed to respond to network requests such as

6   HTTP, gRPC, and websockets.  Reverse proxy is a middle layer that intercepts

7   requests from clients and servers for security and load balancing or distributing

8   requests to multiple servers.  When choosing a web server the top choices would be

9   Nginx or Apache.

10       25.    Nginx is a technology that is generally known.  In my opinion, this

11  portion of the McCandless Group's technology stack is well known, common

12  practice in web development and does not include any information that is not readily

13  known.

14       Socket.io for Chat

15       26.    Webpage content is served over HTTP (hypertext transfer protocol)

16  which is a standardized way content is transmitted over the internet.  A browser

17  makes a request and a server responds.  This type of request and response can be

18  used for real-time communication but the client would need to frequently and

19  continually check the server to see if there were any updates.

20       27.    Another solution would be to use a different protocol called

21  websockets.  Websockets are long running open connections between a client and a

22  server.  So when something happens on a server the client gets the update

23  immediately and doesn't need to ask for anything to get the update.  Socket.io is the

24  most popular library for setting up websockets.  It provides a set of Javascript

25  functions to create real-time communication, like live chat, faster and more

26  standardized.

27       28.    Socket.io is a library that is widely known.  In my opinion, this portion

28  of the McCandless Group's technology stack is well known, common practice in

Miller Baronness, LLP
Attorneys at Law
2121 Avenue of the Stars, Suite 2600   Los Angeles, California 90067
Tel. (310) 552-4400   Fax (310) 552-8400

DECLARATION OF SARAH BOSTWICK IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' MOTION FOR SUMMARY JUDGMENT

web development and does not include any information that is not readily known.

Dynamic Watermarking

29.     Dynamic watermarking describes a process for adding the digital content viewer's identity to the material in some way so it can be traced back to them if the digital asset is shown publicly on the internet when it was intended to be private, paid content.  This watermarking process is done either ahead of time, when uploading content to a website, or at viewing time, when the viewer is on a website that is displaying the material.  Choosing which method of dynamic watermarking to implement depends on the use case and how secure the media needs to be.

30.     When the content is uploaded there can be a batch process in an application that creates a unique copy of that asset for all the application's users that need access to that image or video with their identity, such as name and email address, added either to the face of the content or embedded in the code of the asset. Another option is the dynamic watermark can be implemented live when the user is on the website requesting to view the content through CSS, which is just a visual deterrent reminding users to not share the content or a complex and expensive process of streaming video with the dynamic watermark applied.

31.     DMCA (Digital Millennium Copyright Act) is a 1998 amendment to the copyright law that protects the copyright of digital material on the internet.  It can be used to enforce the removal of copyright material from unauthorized websites by contacting the internet providers of those websites.

32.     I have implemented both types of digital watermarking for applications for movie studios needing to share unreleased content with the press.  Superficially adding dynamic text to an image is pretty inexpensive and is widely known how to do with tools like ffmpeg, saving an generated image from HTML canvas, or using a 3rd party service like Cloudinary.  Adding a person's identity to the encoding of an image or video is very complex and expensive.  I hired a third party to provide this service.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

33.     The McCandless Group specified that they had a dynamic watermarking feature and could perform DMCA.  It is not clear what type of digital watermarking they implemented or if it was for photos and videos or just one or the other.  How to add a person's identity to the code of the file could be proprietary but the idea of digital watermarking is public knowledge.

34.     As there is no mention of the technology used in what the McCandless Group outlined in their stack, I would consider the idea of dynamic watermarking and DMCA common knowledge.  In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

Hosting

35.     In order to make a website available on the internet it needs to be set up to receive requests from browsers.  Technically you could serve a website from your personal computer but you would be opening up your computer to malicious attacks from bots and bad actors on the internet, so people either set up dedicated servers they own which is called on prem (premises) or choose a cloud provider such as AWS, Google Cloud Provider, or Microsoft Cloud.

36.     There are many other specialized providers which would be used to host specific types of websites, but if you are a technology company you would most likely use one of the big 3 cloud providers or own your own servers for security reasons.  Someone would choose AWS if they wanted to use a variety of services, wanted control over their infrastructure, or had a lot of different applications to host.  I have used AWS for the past 10 years as I worked on larger projects and with larger teams of engineers.  Before that I used DreamHost and GoDaddy to host small websites.

Amazon AWS EC2 instances

37.     AWS EC2 (Elastic Cloud Compute) is a service where you are renting time on a dedicated server owned by Amazon.  You can actually go onto the server

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL (310) 552-4400   FAX (310) 552-8400

DECLARATION OF SARAH BOSTWICK IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' MOTION FOR SUMMARY JUDGMENT

via SSH (Secure Shell) and interact with the server like it was your own computer. It is called elastic because you can easily purchase a larger server with more capacity and memory, called vertical scaling, or you can add horizontal scaling which adds multiple instances with the same configuration.  This would be a good choice if you had a long running process, or had predictable amounts of load (website traffic)

38.     If your application had bursts of traffic, like an ecommerce website with promotions, then AWS Lambda might be a better fit which spins up servers as needed for just the amount of time needed, so you only pay for what you use.

39.     EC2 is generally known.  In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

<u>S3 to store media files</u>

40.     AWS has another type of server called S3, Simple Storage Service, which is blob storage.  This is very inexpensive because it is limited to file storage. You can not run code from S3, it is just a very low cost place to save media and static files to be made available on the internet.  An S3 bucket can be made public or it can have security rules in place that only certain IPs can connect to it, or temporary links can be generated with secure keys value pairs so these files are only accessible to certain users with the correct permissions for a specific amount of time.

41.     S3 is common knowledge.  In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

<u>Amazon Route 53</u>

42.     Route 53 is a AWS DNS (domain name service) product that handles routing of website requests.  You register your domain (a website address such as yourcompany.com) with Route 53 by either purchasing it there or transferring it.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DECLARATION OF SARAH BOSTWICK IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' MOTION FOR SUMMARY JUDGMENT

You can manage what servers the domain name is pointing to from Route 53 and other security preferences regarding your domain name.

43.     Route 53 is common knowledge. In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

<u>AWS CloudWatch to monitor server resource utilization</u>

44.     AWS CloudWatch is a place to monitor traffic to your AWS services, such as EC2 or S3, and view application logs. You can see the amount of traffic and if you need to scale your AWS services up or down. It is also useful for application error or information logging if you have many servers running so all logs are aggregated in one place and none would be lost when scaling down resources.

45.     CloudWatch is generally known. In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

**<u>Handling and Management of Data</u>**

46.     An application can serve different content to different users based on the access level assigned to them. This process of controlling access is made of 2 parts, authentication and authorization. A user can be authenticated by entering a username and password. Once the user is authenticated the server will check if the user has the authority to interact with the data they are requesting to view or update. There are different styles of handling authorization but a standard way to manage permissions is called RBAC (Role-based Access Control). A user is assigned various roles and on each request they make via the user interface, the backend code verifies if the authenticated user has the correct permissions and either fulfills the request or denies access.

47.     The McCandless Group outlined 6 roles: guest user, registered user, active paying subscriber, content manager, model, and super admin. All these roles are typical of a web application that is public facing and has tiered access to a

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL (310) 552-4400   FAX (310) 552-8400

DECLARATION OF SARAH BOSTWICK IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS'
MOTION FOR SUMMARY JUDGMENT

subscription service.  The only custom role would be Model, but if you were making an application for models then it would be the name anyone would choose when designing the RBAC system.

48.     The McCandless Group outlines 5 bullet points on what the different roles can do in their application, such as store user settings, purchase subscriptions, live chat, and view exclusive content.  If a company needed this type of software anyone with my experience building web applications could create it.  Solutions to these types of features are well documented and readily available on forums, blogs sites, and social media such as Stack Overflow, Medium, and YouTube.  Nothing outlined in the handling and management of data would be unique to McCandless Group unless the actual code was reused.

49.     In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

**Security and Privacy of Content and Customer Data**

50.     When a user is authenticated with username and password or SSO (Single Sign-On) the backend or a 3rd party authentication service, such as Auth0 by Okta, sends a JWT token (JSON Web Token) back to the frontend that can then be used in all the requests to the server for the length of time specified in the token. A JWT is made of 3 parts: information about the token, the encrypted data, and the algorithm used for encryption.

51.     Once a user is authenticated and they have a JWT, the backend can decide to fulfill the request or not based on the user's role and what permissions that role has assigned to it.  See the previous section Handling and Management of Data for more information about role based permission strategies.  Using JWT is very popular as it is stateless and works well with backend services that scale independently as the server does not need to keep track if the user is authenticated. I have implemented JWT and RBAC on web applications and was able to learn about

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DECLARATION OF SARAH BOSTWICK IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS' MOTION FOR SUMMARY JUDGMENT

1   these technologies from free resources on the internet.

2       52.     If you are hosting your website on AWS and you want your custom

3   application to only display static content to authorized users you can use the S3

4   SDK (Software Development Kit), which is a set of functions written in Javascript

5   and other programming languages to easily interact with S3 features, to generate

6   temporary links to assets that can have different security policies such as only being

7   available to requests coming from a specific IP address.  This security process is

8   called a signed URL and it is common practice to implement it for documents that

9   need to stay private but accessible on the internet to users with valid permissions. I

10  have supported web applications that use the S3 SDK to generate signed URLs for

11  private documents.  Signed URLs is common knowledge in web development.

12      53.     In my opinion, this portion of the McCandless Group's technology

13  stack is well known, common practice in web development and does not include any

14  information that is not readily known.

15  **Scalability**

16      54.     Hosting a multi-tenant, SAS (Software as a Service) web application,

17  meaning one piece of software that provides the same experience to many users

18  where the users only see data authorized for them, on AWS EC2 in an autoscaling

19  group would be a good choice.  You could also use AWS Lambda to easily scale up

20  as needed, but since this client needed websockets that have open connections, EC2

21  would be the best choice.

22      55.     Video transcoding is a long running process, so it would make sense to

23  have a server dedicated to just this task.  This style of breaking up parts of the

24  application to scale independently is called microservices.  It is a well known

25  practice for maintaining smaller, domain specific parts of the application that can be

26  deployed and scaled independently.

27      56.     If this were my client I would compare pricing for existing 3rd party

28  services for encoding and watermarking vs rolling my own solution with ffmpeg,

M I L L E R   B A R O N D E S S, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

DECLARATION OF SARAH BOSTWICK IN SUPPORT OF DEFENDANTS' AND COUNTERCLAIMANTS'
MOTION FOR SUMMARY JUDGMENT

but if the engineers I was working with had a lot of experience in this area and it was a core part of the business then maybe it would make sense to build a custom solution.  I used ffmpeg on a web application built for marketing movies where we encoded videos users created on the website and then they could download the video and share it on social media to promote the film.  I also built an application for a movie studio to host virtual movie screenings where I used a 3rd party video encoding and streaming service that added watermarks and if the movie was shared on the internet it could be traced back to the original user given permission to watch the movie.

57.     Creating and hosting a scalable web application is a well documented process that is available for free online and through years of experience trying different techniques for different use cases.  There are many solutions for scaling, but the ones outlined by McCandless Group are industry standard and could be chosen by a senior software engineer given the same business requirements and budget.

58.     In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

**Uniqueness of McCandless Technology Stack**

59.     Based on the definitions outlined above of the stack provided by McCandless it is my opinion that the McCandless tech stack is industry standard for building web applications.  If I were to start a project for a web application that required multiple user roles, private media, and live chat I would choose React, Node.js, Express, and Socket.io and host it on AWS EC2, S3, with CloudWatch, put it behind a load balancer to easily scale it and use CloudFront CDN for static content with Route 53 as the registrar.  MongoDB is very widely used because it is an open source project and has a lot of documentation and wide adoption.  I might personally choose AWS's DynamoDB or PostgreSQL if I felt a relational database

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL. (310) 552-4400   FAX: (310) 552-8400

1   fit this use case just because I am more familiar with those databases, but the

2   McCandless Group build would be very common.

3        60.     In my opinion, the McCandless Group's technology stack as a whole is

4   well known, common practice in web development and does not include any

5   information that is not readily known.

6        I declare under penalty of perjury that the foregoing is true and correct.

7        Executed on this 31st day of August 2023, at Los Angeles, California.

8

9                          _____

10                         Sarah Bostwick

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER BARONDESS, LLP

1

## INDEX OF EXHIBITS TO THE DECLARATION OF SARAH BOSTWICK

2

3

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| A. | August 9, 2023 Evaluation Report | 17-30 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL (310) 552-4400 FAX (310) 552-8400

# EXHIBIT A

# McCandless Group Technology Stack Evaluation Report

August 9, 2023
By Sarah Bostwick, Senior Software Engineer

## Evaluation

This report evaluates the technology stack described in *McCandless Group Model Platform Technology Stack* and *McCandless Group's Supplemental Response to Interrogatories from The Coy Collective (Set One)*. The purpose of this report is to assess if the technology used in the McCandless Group technology stack is well known, common practice in web development, or if it contains information that is not readily known.

## Overview of McCandless Group Technology Architecture

A website consists of 5 parts: a user interface, a backend (optional), database (optional), 3rd party services (optional), and infrastructure (hosting).  These 5 parts make up what is called a technology stack. The stack can also include what programming languages and what libraries or frameworks written in those languages are used as a starting point for the website code.

The McCandless Group is using a MERN technology stack for their user interface, backend and database. MERN is an acronym for a MongoDB database, Express.js server framework, React.js frontend Javascript framework, and Node.js server side Javascript runtime environment. The MERN stack was developed by Facebook in 2013 and became the most popular choice when creating web applications in the past 5 years. When doing a search on google for '*most popular technology stack for web applications*' the top result is MERN Stack.



The user interface (UI) of a website, also referred to as the frontend, only uses programming languages supported by the browsers (Chrome, Safari, Edge etc) in which users interact with websites. Browsers are able to interpret HTML (HyperText Markup Language) for the website content, CSS (Cascading Style Sheets) for the presentation of the content, and Javascript for the user interactions with the content.

The backend code, also referred to as the server side code, can be written in many different languages such as Javascript, PHP, Python, Java, .Net, etc. Data can be stored in a database hosted on the same server as the backend or one dedicated to just hosting databases. You can store data in a relational database such as MyQSL or Postgres, or a non-relational document store such as MongoDB or DynamoDB.

The MERN stack has been so popular because it uses Javascript on the frontend, the backend and the data is stored in a non-relational database which is JSON, a Javascript object. This means that the engineers building and supporting the website don't have to switch between languages and the data does not need as much transformation when interacting with it on the frontend, backend, transporting it over HTTP, and storage in a database.

## User Interface

The McCandless Group's stack includes React with Redux for their frontend. React is an open source project created and maintained by Facebook. It is the most popular Javascript frontend framework for building websites and web applications. The React framework is a group of Javascript functions, a Javascript templating language called JSX that compiles to HTML, and a style of writing Javascript that encourages best practices for writing maintainable code.

Redux is a library that is commonly used with React to maintain the application state, so when a user interacts with the application these interactions are recorded in the browser and can be used in later interactions, such as clicking a button and the UI updates in multiple places in the layout. There are other patterns and libraries for maintaining UI state, but Redux is the most widely used in large scale React applications.

In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

## Backend

The backend of a website can be written in a variety of programming languages because a browser does not need to run this code. Browsers are limited in how they can interact with a computer's operating system to protect the computer from external attacks. The backend is code that needs to interact with the operating system such as writing to files or a database. Node.js is a Javascript runtime environment that enables the Javascript programming language that was designed to only work in browsers to interact with the operating system. Node.js was created in 2009 and has gained popularity in the past 10 years.

Express.js is a framework that extends Node.js and provides functions to easily run a server and create an API, or application programming interface. An API allows the frontend to be a separate codebase that can be deployed to a server separately and then the frontend can make requests to the API to get and manipulate data it needs to display in the user interface. This type of architecture is called microservices and allows larger teams to work on specific parts of the project more easily. When the frontend and backend is all in one code base this is called a monolithic application. APIs created with Node.js do not need to use Express.js but it is unlikely anyone would choose to do this as it greatly reduces the amount of time it takes to make an API with Node.js.

In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

## Database

Databases can be hosted on the same server as the website but if a website needs to scale horizontally to handle a lot of concurrent traffic, meaning more servers with duplicate copies of the code respond to user requests to see the web pages, then the database would be hosted on its own server. MongoDB is an open source document store, or NoSQL database. This type of database is pre-sharded, meaning that you decide where the data is to be stored at design time so data that would be requested together can be retrieved quickly because it is saved in the same place. This allows for great scalability from the start, where in MySQL you would need to add this feature as you scale up. For example Amazon.com uses a DynamoDB database which is another type of NoSQL database similar to MongoDB.

In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

## Other 3rd Party Services

### FFmpeg to transcode and process videos

Videos are very large files and the way they are transported over the internet is through streaming, meaning small chunks of data are sent at a steady rate to the browser. High definition screens require more information to have clean videos, but older devices or mobile devices with slow internet speeds would benefit from compressed videos that are smaller files.

The most popular software for video encoding by web developers is FFmpeg because it is free and easy to use. FFmpeg would be a good choice for websites that need to upload videos that would not be hosted by 3rd party service providers such as YouTube or Vimeo due to privacy or budget constraints. I have used FFmpeg in projects that needed image and video editing features.

In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

## TinyPNG to compress images

Websites are optimized to make sure they load quickly so users don't leave the site due to performance issues. Images are large files and so they should be compressed so they download faster in the browser. TinyPNG is the most popular tool for resizing images because it is free and does a good job of reducing the size but keeping the quality of the image. When building marketing websites for movie studios I used TinyPNG on all the image assets before uploading them to the server. TinyPNG also has an API you can use to compress images dynamically as users upload them to your application.

TinyPNG is a third party resource that is widely used and common knowledge for use in web development.  In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

## CloudFront to serve private content securely

CloudFront is a CDN (content delivery network) which is a service that saves copies of your website content around the globe so when users go to a website the images and videos are requested from a server closer to them. This enables the larger static files to load faster because the data does not need to travel as far. CloudFront is an AWS (Amazon Cloud Services) product, so any company that chose AWS to host their website would choose CloudFront as their CDN.

CloudFront is a service that is widely known and common knowledge for use in web development.  In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

## Nginx to reverse proxy and static server react builds

Nginx is a web server designed to respond to network requests such as HTTP, gRPC, and websockets. Reverse proxy is a middle layer that intercepts requests from clients and servers for security and load balancing or distributing requests to multiple servers. When choosing a web server the top choices would be Nginx or Apache.

Nginx is a technology that is generally known.  In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

## Socket.io for Chat

Webpage content is served over HTTP (hypertext transfer protocol) which is a standardized way content is transmitted over the internet. A browser makes a request and a server responds. This type of request and response can be used for real-time communication but the client would need to frequently and continually check the server to see if there were any updates.

Another solution would be to use a different protocol called websockets. Websockets are long running open connections between a client and a server. So when something happens on a

server the client gets the update immediately and doesn't need to ask for anything to get the update. Socket.io is the most popular library for setting up websockets. It provides a set of Javascript functions to create real-time communication, like live chat, faster and more standardized.

Socket.io is a library that is widely known.  In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

## Dynamic Watermarking

Dynamic watermarking describes a process for adding the digital content viewer's identity to the material in some way so it can be traced back to them if the digital asset is shown publicly on the internet when it was intended to be private, paid content. This watermarking process is done either ahead of time, when uploading content to a website, or at viewing time, when the viewer is on a website that is displaying the material. Choosing which method of dynamic watermarking to implement depends on the use case and how secure the media needs to be.

When the content is uploaded there can be a batch process in an application that creates a unique copy of that asset for all the application's users that need access to that image or video with their identity, such as name and email address, added either to the face of the content or embedded in the code of the asset. Another option is the dynamic watermark can be implemented live when the user is on the website requesting to view the content through CSS, which is just a visual deterrent reminding users to not share the content or a complex and expensive process of streaming video with the dynamic watermark applied.

DMCA (Digital Millennium Copyright Act) is a 1998 amendment to the copyright law that protects the copyright of digital material on the internet. It can be used to enforce the removal of copyright material from unauthorized websites by contacting the internet providers of those websites.

I have implemented both types of digital watermarking for applications for movie studios needing to share unreleased content with the press. Superficially adding dynamic text to an image is pretty inexpensive and is widely known how to do with tools like ffmpeg, saving an generated image from HTML canvas, or using a 3rd party service like Cloudinary. Adding a person's identity to the encoding of an image or video is very complex and expensive. I hired a third party to provide this service.

The McCandless Group specified that they had a dynamic watermarking feature and could perform DMCA. It is not clear what type of digital watermarking they implemented or if it was for photos and videos or just one or the other. How to add a person's identity to the code of the file could be proprietary but the idea of digital watermarking is public knowledge.

As there is no mention of the technology used in what the McCandless Group outlined in their stack, I would consider the idea of dynamic watermarking and DMCA common knowledge. In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

## Hosting

In order to make a website available on the internet it needs to be set up to receive requests from browsers. Technically you could serve a website from your personal computer but you would be opening up your computer to malicious attacks from bots and bad actors on the internet, so people either set up dedicated servers they own which is called on prem (premises) or choose a cloud provider such as AWS, Google Cloud Provider, or Microsoft Cloud.

There are many other specialized providers which would be used to host specific types of websites, but if you are a technology company you would most likely use one of the big 3 cloud providers or own your own servers for security reasons. Someone would choose AWS if they wanted to use a variety of services, wanted control over their infrastructure, or had a lot of different applications to host. I have used AWS for the past 10 years as I worked on larger projects and with larger teams of engineers. Before that I used DreamHost and GoDaddy to host small websites.

### Amazon AWS EC2 instances

AWS EC2 (Elastic Cloud Compute) is a service where you are renting time on a dedicated server owned by Amazon. You can actually go onto the server via SSH (Secure Shell) and interact with the server like it was your own computer. It is called elastic because you can easily purchase a larger server with more capacity and memory, called vertical scaling, or you can add horizontal scaling which adds multiple instances with the same configuration. This would be a good choice if you had a long running process, or had predictable amounts of load (website traffic)

If your application had bursts of traffic, like an ecommerce website with promotions, then AWS Lambda might be a better fit which spins up servers as needed for just the amount of time needed, so you only pay for what you use.

EC2 is generally known.  In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

### S3 to store media files

AWS has another type of server called S3, Simple Storage Service, which is blob storage. This is very inexpensive because it is limited to file storage. You can not run code from S3, it is just a very low cost place to save media and static files to be made available on the internet. An S3 bucket can be made public or it can have security rules in place that only certain IPs can connect to it, or temporary links can be generated with secure keys value pairs so these files are only accessible to certain users with the correct permissions for a specific amount of time.

S3 is common knowledge.  In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

Amazon Route 53

Route 53 is a AWS DNS (domain name service) product that handles routing of website requests. You register your domain (a website address such as yourcompany.com) with Route 53 by either purchasing it there or transferring it. You can manage what servers the domain name is pointing to from Route 53 and other security preferences regarding your domain name.

Route 53 is common knowledge.  In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

AWS CloudWatch to monitor server resource utilization

AWS CloudWatch is a place to monitor traffic to your AWS services, such as EC2 or S3, and view application logs. You can see the amount of traffic and if you need to scale your AWS services up or down. It is also useful for application error or information logging if you have many servers running so all logs are aggregated in one place and none would be lost when scaling down resources.

CloudWatch is generally known.  In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

# Handling and Management of Data

An application can serve different content to different users based on the access level assigned to them. This process of controlling access is made of 2 parts, authentication and authorization. A user can be authenticated by entering a username and password. Once the user is authenticated the server will check if the user has the authority to interact with the data they are requesting to view or update. There are different styles of handling authorization but a standard way to manage permissions is called RBAC (Role-based Access Control). A user is assigned various roles and on each request they make via the user interface, the backend code verifies if the authenticated user has the correct permissions and either fulfills the request or denies access.

The McCandless Group outlined 6 roles: guest user, registered user, active paying subscriber, content manager, model, and super admin. All these roles are typical of a web application that is public facing and has tiered access to a subscription service. The only custom role would be Model, but if you were making an application for models then it would be the name anyone would choose when designing the RBAC system.

The McCandless Group outlines 5 bullet points on what the different roles can do in their application, such as store user settings, purchase subscriptions, live chat, and view exclusive content. If a company needed this type of software anyone with my experience building web applications could create it. Solutions to these types of features are well documented and readily available on forums, blogs sites, and social media such as Stack Overflow, Medium, and YouTube. Nothing outlined in the handling and management of data would be unique to McCandless Group unless the actual code was reused.

In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

## Security and Privacy of Content and Customer Data

When a user is authenticated with username and password or SSO (Single Sign-On) the backend or a 3rd party authentication service, such as Auth0 by Okta, sends a JWT token (JSON Web Token) back to the frontend that can then be used in all the requests to the server for the length of time specified in the token. A JWT is made of 3 parts: information about the token, the encrypted data, and the algorithm used for encryption.

Once a user is authenticated and they have a JWT, the backend can decide to fulfill the request or not based on the user's role and what permissions that role has assigned to it. See the previous section *Handling and Management of Data* for more information about role based permission strategies. Using JWT is very popular as it is stateless and works well with backend services that scale independently as the server does not need to keep track if the user is authenticated. I have implemented JWT and RBAC on web applications and was able to learn about these technologies from free resources on the internet.

If you are hosting your website on AWS and you want your custom application to only display static content to authorized users you can use the S3 SDK (Software Development Kit), which is a set of functions written in Javascript and other programming languages to easily interact with S3 features, to generate temporary links to assets that can have different security policies such as only being available to requests coming from a specific IP address. This security process is called a signed URL and it is common practice to implement it for documents that need to stay private but accessible on the internet to users with valid permissions. I have supported web applications that use the S3 SDK to generate signed URLs for private documents. Signed URLs is common knowledge in web development.

In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

## Scalability

Hosting a multi-tenant, SAS (Software as a Service) web application, meaning one piece of software that provides the same experience to many users where the users only see data authorized for them, on AWS EC2 in an autoscaling group would be a good choice. You could also use AWS Lambda to easily scale up as needed, but since this client needed websockets that have open connections, EC2 would be the best choice.

Video transcoding is a long running process, so it would make sense to have a server dedicated to just this task. This style of breaking up parts of the application to scale independently is called microservices. It is a well known practice for maintaining smaller, domain specific parts of the application that can be deployed and scaled independently.

If this were my client I would compare pricing for existing 3rd party services for encoding and watermarking vs rolling my own solution with ffmpeg, but if the engineers I was working with had a lot of experience in this area and it was a core part of the business then maybe it would make sense to build a custom solution. I used ffmpeg on a web application built for marketing movies where we encoded videos users created on the website and then they could download the video and share it on social media to promote the film. I also built an application for a movie studio to host virtual movie screenings where I used a 3rd party video encoding and streaming service that added watermarks and if the movie was shared on the internet it could be traced back to the original user given permission to watch the movie.

Creating and hosting a scalable web application is a well documented process that is available for free online and through years of experience trying different techniques for different use cases. There are many solutions for scaling, but the ones outlined by McCandless Group are industry standard and could be chosen by a senior software engineer given the same business requirements and budget.

In my opinion, this portion of the McCandless Group's technology stack is well known, common practice in web development and does not include any information that is not readily known.

## Uniqueness of McCandless Technology Stack

Based on the definitions outlined above of the stack provided by McCandless it is my opinion that the McCandless tech stack is industry standard for building web applications. If I were to start a project for a web application that required multiple user roles, private media, and live chat I would choose React, Node.js, Express, and Socket.io and host it on AWS EC2, S3, with CloudWatch, put it behind a load balancer to easily scale it and use CloudFront CDN for static content with Route 53 as the registrar. MongoDB is very widely used because it is an open source project and has a lot of documentation and wide adoption.  I might personally choose AWS's DynamoDB or PostgreSQL if I felt a relational database fit this use case just because I am more familiar with those databases, but the McCandless Group build would be very common.

In my opinion, the McCandless Group's technology stack as a whole is well known, common practice in web development and does not include any information that is not readily known.

# Facts or Data Considered

McCandless Group Model Platform Technology Stack
McCandless Group's Supplemental Response to Interrogatories from The Coy Collective (Set One)

# Supporting Exhibits

MERN Stack: https://wikitia.com/wiki/MERN_(solution_stack)
https://www.nobledesktop.com/classes-near-me/blog/best-web-development-
stacks#:~:text=The%20MERN%20Stack,js%2C%20React%2C%20and%20Node.

https://dev.to/theme_selection/best-web-development-stack-2jpe



## Links to Technology Referenced by McCandless Group

React: https://react.dev/

Redux: https://redux.js.org/

Node.js: https://nodejs.org/en

Express.js: https://expressjs.com/

MongoDB: https://www.mongodb.com/

FFmpeg: https://www.ffmpeg.org/

TinyPNG: https://tinypng.com/

CloudFront: https://aws.amazon.com/cloudfront/

Nginx: https://www.nginx.com/

socket.IO: https://socket.io/

EC2: https://aws.amazon.com/ec2/

S3: https://aws.amazon.com/s3/

S3 Signed URL: https://docs.aws.amazon.com/AmazonS3/latest/userguide/ShareObjectPreSignedURL.html
Rout 53: https://aws.amazon.com/route53/

CloudWatch: https://aws.amazon.com/cloudwatch/

RBAC: https://en.wikipedia.org/wiki/Role-based_access_control

JWT: https://jwt.io/

# Witness Qualifications

A copy of my curriculum vitae is attached.  I have not authored any publications in the previous 10 years, and I have not testified as an expert witness at trial or deposition in the previous four years.

# Witness Compensation

$100 per hour.

# Sarah Bostwick

Senior Software Engineer, Fashion Nova
Architecting and building Javascript web applications and APIs for internal tools
info@sarahbostwick.com
(415) 318-9645

## 2021 - Present | Senior Software Engineer at Fashion Nova

At Fashion Nova I create software to enable the buying, compliance, and warehouse teams to make data driven decisions as they scale and refine their sourcing workflow. I architected a suite of applications, APIs, and an internal React UI library to build a seamless experience for internal interactions with sourcing data, such as an end to end view of purchase orders and a purchase order auditing tool for the warehouse receiving team. I created a user permissions service and a standardized SSO integration to enable a team of engineers to quickly implement secure role based access to new applications and microservices.

## 2020 - 2021 | VX, Theatrical Virtual Events Platform

As the Technology Director at PXL, a digital marketing company, I built a start-up within the company during the pandemic to bring engaging and organic socialization to virtual events. VX is a 3D, multi-tenant application made with a Node.js game server, proximity audio enabling guests to have many individual conversations in one environment, CloudFormation AWS infrastructure to handle 20,000 concurrent guests, and ContentArmor forensic watermarking for secure video streaming.

Clients such as Paramount Pictures and ASU are able to manage and host unique virtual events with features like guest registration and a virtual backstage where talent and publicity can rehearse before a live event. I hired and led a team of engineers to bring the product to launch, chose key third party vendors, worked closely with existing and new clients, and established the roadmap for product development.

## 2018 - 2021 | Technology Director at PXL

As a founding member of PXL, I built the Technology Department and was the lead engineer or manager on every technology project for 8 years. Projects ranged from interactive digital experiences to websites for major film studios including UniversalPictures.com, DreamWorks.com and ParamountMovies.com - all of which were on the PXL Platform CMS I built and maintained.

# Sarah Bostwick

Senior Software Engineer, Fashion Nova
Architecting and building Javascript web applications and APIs for internal tools
info@sarahbostwick.com
(415) 318-9645

## 2018 - 2021 | Technology Director at PXL (continued)

Tech Lead
- CampCretacous.com (Netflix) won FWA site of the day, localized in 5 languages.
- WildcardCreativeGroup.com

Product Manager
- Movie Review Twitter Bot and moderation panel for generating high-end video graphics of positive movie reviews, responding to user's tweets at scale.
- SantaMonica.gov frontend component system.

Engineering Manager
- Developed the careers of PXL engineers through mentorship, productive feedback, and 1-on-1 weekly meetings.

2015 - 2017 | Senior Fullstack Developer at PXL

2013 - 2015 | Frontend Developer at PXL

2008 - 2013 | Co-founder and Web Developer at Plant Projects

## Education

BFA, Rhode Island School of Design

## Community

js.la - JavaScript Los Angeles - mentor
AnitaB.org: Global Organization for Women Technologists - member
EmberConf - speaker
Vue.js LA Meet-up - speaker